UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRA HAUTE DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and | ) | |
| | ) | |
| MONSANTO TECHNOLOGY, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO. |
| | ) | |
| VERNON HUGH BOWMAN, | ) | **2 : 0 7 -cv- 0 2 8 3 RLY-WGH** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs, Monsanto Company, and Monsanto Technology, LLC (sometimes referred to collectively as "Monsanto"), for their Complaint against Vernon Hugh Bowman (hereinafter "Bowman" or "Defendant") makes the following allegations:

### THE PLAINTIFFS

#### Monsanto Company

1.      Monsanto Company is a company organized and existing under the laws of the State of Delaware with its principal place of business in St. Louis, Missouri.  It is authorized to do and is doing business in Indiana and this judicial district.

2.      Monsanto Company is in the business of developing, manufacturing, licensing, and selling agricultural biotechnology, agricultural chemicals, and agricultural products.  After the investment of substantial time, expense, and expertise, Monsanto Company developed a plant biotechnology that involves the transfer of a gene into crop seed that causes the plant to be resistant to glyphosate-based herbicides such as Roundup Ultra®, Roundup UltraMAX®,

Roundup WeatherMAX®, and Touchdown®.

3.     This biotechnology has been utilized by Monsanto Company in soybeans. The genetically improved soybeans are marketed by Monsanto Company as Roundup Ready® soybeans.

4.     Monsanto's Roundup Ready® biotechnology is protected under United States Patent Numbers 5,352,605 and RE 39,247 E, which are attached hereto as Exhibits "A" and "B". The 5,352,605 and RE 39,247 E patents (commonly referred to as the '605 and '247 patents, respectively) were issued prior to the events giving rise to this action.

5.     Monsanto Company is and has been the exclusive licensee of the '605 and '247 patents from Monsanto Technology, LLC.

**Monsanto Technology**

6.     Monsanto Technology, LLC is a company organized and existing under the laws of the State of Delaware with its principal place of business in St. Louis, Missouri.

7.     Monsanto Technology, LLC is and has been the owner of the '605 and '247 patents prior to the events giving rise to this action.

**THE DEFENDANT**

8.     Defendant is an individual who resides in Knox County, Indiana at 21488 E State Road 58, Sandborn, IN.

**JURISDICTION AND VENUE**

9.     Subject matter jurisdiction is conferred upon this court pursuant to 28 U.S.C. §1331, in that one or more of Monsanto's claims arise under the laws of the United States, as well as 28 U.S.C. §1338, granting district courts original jurisdiction over any civil action regarding patents.

10.     Venue is proper in this district pursuant to 28 U.S.C. §1400 as Defendant resides in this judicial district, and as a substantial number of the events giving rise to Monsanto's claims of patent infringement occurred within this judicial district.

### Defendant's Infringing Activities

11.     Defendant farms land in the Indiana County of Knox, upon which he produces soybeans. In 2006, Defendant planted approximately 350 acres of soybeans.

12.     Upon information and belief, the Defendant knowingly, willfully and intentionally planted and used saved Roundup Ready® soybeans without authorization from Monsanto in violation of Monsanto's patent rights.

13.     Defendant purchased harvested soybean seed from a grain elevator for planting purposes.

14.     Defendant planted the soybean seed he purchased from the grain elevator.

15.     Defendant applied a weed controlling agent to the soybean fields planted with soybean seed purchased from the grain elevator.

16.     The weed controlling agent applied by the defendant contained glyphosate.

17.     Defendant harvested seed from plants that survived the weed controlling agent's application on the fields planted with soybean seed purchased from the grain elevator.

18.     Defendant retained (saved) a portion of his harvested soybean seed to plant a subsequent (later) crop.

19.     Defendant applied a weed controlling agent to the fields planted with soybean seed purchased from the grain elevator with the intention to select for Roundup Ready® soybeans.

## COUNT I
## PATENT INFRINGEMENT-Patent No. 5,352,605

20.     Each and every allegation set forth in the above-numbered paragraphs is hereby incorporated by reference just as if it was explicitly set forth hereunder.

21.     On October 4, 1994, the `605 Patent  was duly and legally issued to Monsanto for an invention in Chimeric Genes for Transforming Plant Cells Using Viral Promoters, and since that date, Monsanto has been the owner of this patent.

22.     Defendant has infringed  the '605 Patent  by making, using, offering for sale, selling, or importing into the United States Roundup Ready® soybean seed embodying the patented invention without authorization from Monsanto, and will continue to do so unless enjoined by this court.

23.     Defendant's actions have damaged Monsanto.

24.     Pursuant to 35 U.S.C. § 283, Monsanto is entitled to injunctive relief in accordance with the principles of equity to prevent the infringement of rights secured by its patents.

25.     Pursuant to 35 U.S.C. § 284, Monsanto is entitled to damages adequate to compensate for the infringement, although in no event less than a reasonable royalty, together with interest and costs to be taxed to the infringer.  Further, on information and belief,  damages should be trebled pursuant to 35 U.S.C. § 284 in light of the Defendant's knowing, willful, conscious, and deliberate infringement of the patent rights at issue.

26.     The infringing activity of the Defendant brings this cause within the ambit of the exceptional case contemplated by 35 U.S.C. § 285, thus Monsanto requests the award of reasonable attorneys fees and costs.

## COUNT II
## PATENT INFRINGEMENT-Patent No. RE 39,247 E

27.     Each and every allegation set forth in the above-numbered paragraphs is hereby incorporated by reference just as if it was explicitly set forth hereunder.

28.     On August 22, 2006, United States Patent Number 5,633,435 was duly and legally reissued to Monsanto as U.S. Patent No. RE 39,247 E.  U.S. Patent No. 5,633,435 was initially issued on May 27, 1997.  The '247 patent is for an invention of Glyphosate-Tolerant 5-Enolpyruvylshikimate-3-Phospate Synthases.    This invention is in the fields of genetic engineering and plant biology.

29.     Defendant has infringed Monsanto's patent rights by making, using, offering for sale, selling, importing into the United States, or otherwise transferring Roundup Ready® soybean seed embodying or using the patented invention without authorization from Monsanto, and will continue to do so unless enjoined by this court.

30.     Defendant's actions have damaged Monsanto.

31.     Pursuant to 35 U.S.C. § 283, Monsanto is entitled to injunctive relief in accordance with the principles of equity to prevent the infringement of rights secured by its patents.

32.     Pursuant to 35 U.S.C. § 284, Monsanto is entitled to damages adequate to compensate for the infringement, although in no event less than a reasonable royalty, together with interest and costs to be taxed to the infringer.  Further, on information and belief, damages should be trebled pursuant to 35 U.S.C. § 284 in light of the Defendant's knowing, willful, conscious, and deliberate infringement of the patent rights at issue.

33.     The infringing activity of the Defendant brings this cause within the ambit of the exceptional case contemplated by 35 U.S.C. § 285, thus Monsanto requests the award of reasonable attorneys fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE**, Monsanto prays that process and due form of law issue to Defendant requiring him to appear and answer the allegations of this complaint, and that after due proceedings are had, there be judgment in favor of Plaintiffs and against the Defendant, providing the following remedies to Plaintiffs:

A)   Entry of judgment for damages, together with interest and costs, to compensate Monsanto for the Defendant's patent infringement;

B)   Trebling of damages awarded for the infringement of patents together with reasonable attorney's fees;

C)   Entry of an order prohibiting the Defendant from planting infringing articles;

D)   Entry of an order prohibiting the Defendant from selling or otherwise transferring infringing articles to a third party;

E)   Entry of a permanent injunction against the Defendant to prevent the Defendant from using, saving, cleaning, or planting any of Monsanto's proprietary seed technologies, without express written permission from Monsanto;

F)   Entry of judgment for costs, expenses, and reasonable attorney's fees incurred by Monsanto; and

G)   Such other relief as the Court may deem appropriate.

Respectfully submitted,

SACOPULOS JOHNSON & SACOPULOS
676 Ohio Street
Terre Haute, Indiana 47807
Telephone: (812) 238-2565
Fax: (812) 238-1944

By:_____
    Peter J. Sacopulos, #14403-84

*Attorneys for Plaintiffs Monsanto Company and*
*Monsanto Technology, LLC*

US005352605A

# United States Patent [19]

## Fraley et al.

[11] **Patent Number:** **5,352,605**

[45] **Date of Patent:** **Oct. 4, 1994**

[54] **CHIMERIC GENES FOR TRANSFORMING PLANT CELLS USING VIRAL PROMOTERS**

[75] Inventors: **Robert T. Fraley,** Ballwin; **Robert B. Horsch; Stephen G. Rogers,** both of St. Louis, all of Mo.

[73] Assignee: **Monsanto Company,** St. Louis, Mo.

[21] Appl. No.: **146,621**

[22] Filed: **Oct. 28, 1993**

### Related U.S. Application Data

[63] Continuation of Ser. No. 625,637, Dec. 7, 1990, abandoned, which is a continuation of Ser. No. 931,492, Nov. 17, 1986, abandoned, which is a continuation-in-part of Ser. No. 485,568, Apr. 15, 1983, abandoned, which is a continuation-in-part of Ser. No. 458,414, Jan. 17, 1983, abandoned.

[51] Int. Cl.[5] ........................ C12N 5/00; C12N 15/00; C07H 21/04

[52] U.S. Cl. .............................. 435/240.4; 435/172.3; 435/320.1; 536/23.2; 536/24.1

[58] Field of Search ............................. 536/23.2, 24.1; 435/172.3, 240.4, 320.1; 800/205

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,536,475 | 8/1985 | Anderson | 435/172.3 |
| 5,034,322 | 7/1991 | Rogers et al. | 435/172.3 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0116718B1 | 5/1990 | European Pat. Off. | C12N 15/00 |
| 0116718 | 5/1990 | European Pat. Off. | C12N 15/00 |
| 0131623 | 3/1991 | European Pat. Off. | C12N 15/11 |
| 0142924 | 4/1992 | European Pat. Off. | C12N 15/05 |
| WO82/03087 | 9/1982 | PCT Int'l Appl. | C12N 15/00 |

#### OTHER PUBLICATIONS

Guilley et al. Cell 1982. 30(3): 763–773.
Zambryski et al. 1983. EMBO J 2(12): 2143–2150.
Goodman et al. 1987. Science 236: 48–54.
Ursic et al., *Biochemical and Biophysical Research Communications,* 101, 3, pp. 1031–1037 (1981).
Beck et al., *Gene,* 19, pp. 327–336 (1982).
Herrera–Estrela et al., *EMBO,* 6 pp. 987–995 (1983).

Maliga et al., *Molec. Gen. Genet.,* 157, pp. 291–296 (1977).
De Greve et al., *Nature,* 30, pp. 752–755 (1982).
Portetelle et al., *Annales De Gemblous,* 87, 3, pp. 101–123 (1981).
Larkins et al. 1985. J. Cell. Biochem. Suppl. 9C:264.
Barton et al. 1987. Plant Physiol. 85:1103–1109.
Berry–Lowe et al., J. Mol. & Appl. Gent., 1(6): 483–498 (1982).
Bevan et al., Nature, 304: 184–187 (1983).
Cairns et al., Febs Letters, 96(2): 295–297 (1978).
Cairns et al., PNAS, 75(11): 5557–5559 (1978).
Chilton et al., PNAS, 77: 4060–4064 (1977).
Chilton et al., Stadler Symp., 13:39–51 (1981).
Chilton et al., Nature, 295: 432–434 (1982).
Chilton et al., The Fifteenth Miami Winter Symposium, 17–21 Jan. 1983, 14–15, Ahmad et al., (1983).
Colbere–Gerapin et al, J. Mol. Biol., 150: 1–14 (1981).
Condit et al., Miami Winter Symposium, Jan. 17–21, p. 564 (1983).
Davey et al., Transformation in plants: potential and reality—Conference paper from University of Nottingham (1982).

(List continued on next page.)

*Primary Examiner*—David T. Fox
*Attorney, Agent, or Firm*—Lawrence M. Lavin, Jr.; Dennis R. Hoerner, Jr.; Howard C. Stanley

[57] **ABSTRACT**

In one aspect the present invention relates to the use of viral promoters in the expression of chimeric genes in plant cells. In another aspect this invention relates to chimeric genes which are capable of being expressed in plant cells, which utilize promoter regions derived from viruses which are capable of infecting plant cells. One such virus comprises the cauliflower mosaic virus (CaMV). Two different promoter regions have been derived from the CaMV genome and ligated to heterologous coding sequences to form chimeric genes. These chimeric genes have been shown to be expressed in plant cells. This invention also relates to plant cells, plant tissue, and differentiated plants which contain and express the chimeric genes of this invention.

**19 Claims, 10 Drawing Sheets**





EXHIBIT
Plaintiffs'
A

**5,352,605**

Page 2

## OTHER PUBLICATIONS

DeGreve et al., J. Mol. Appl. Genet., 1(6): 499–511 (1983).

Depicker et al., J. Mol. & Appl. Genet. 1(6): 561–573 (1982).

Depicker et al., Conference Paper, Davis, pp. 143–176 (1982).

Dix et al., Molec. Gen. Genet., 157: 285–290 (1977).

Fraley et al., PNAS, 80: 4803–4807 (1983).

Fraley et al., Miami Winter Symposia, Advances in Gene Technology: Molecular Genetics of Plants and Animals, 20: 211–221 (1983).

Franck et al., Cell, 21: 285–294 (1980).

Gardner, "Genetic Engineering of Plants–An Agricultural Perspective", Kosuge et al., (eds) pp. 121–142 (1982).

Garfinkel et al., Cell, 27:143–153 (1981).

Groneborn et al., Nature, 294: 773–776 (1981).

Hernalsteens et al., Nature, 287: 654–656 (1980).

Herrera–Estrella et al., Nature, 303: 209–213 (1983).

Hohn et al., "Current Topics in Microbiology and Immunology" Henle et al. (eds) vol. 96, pp. 193–236 (1982).

Holsters et al., Mol Gen Genet, 185: 283–290 (1982).

Howell et al., Science, 208: 1265–1267 (1980).

Jimenez et al., Nature, 287: 869–871 (1980).

Kemp et al., Genetic Engineering–Application to Agriculture, pp. 215–228, (1983).

Lebeurier et al., Gene, 12: 139–146 (1980).

Leemans, Universite Libre de Bruxelles, Thesis, 1–25; 114–125 (1982).

Leemans et al., J. Mol. & Appl. Genet. 1(2): 149–164 (1981).

Leemans et al., EMBO, 1(1): 147–152 (1982).

Leemans et al., "Molecular Biology of Plant Tumors" Chap. 21, pp. 537–545 (1982).

Liu et al., PNAS, 79: 2812–2816 (1982).

McKnight et al., J. of Virology, 37(2): 673–682 (1981).

Matzke et al., J. Mol. & Appl. Genet., 1: 39–49 (1981).

Meagher et al., "Genome Organization and Expression in Plants" Leaver, C. J. (ed), NATO Advance Study Institute Series, 29: 63–75 (1980).

Mulligan et al., Nature, 277: 108–114 (1979).

Mulligan et al., Science, 209: 1422–1427 (1980).

Mulligan et al., PNAS, 75(4): 2072–2076 (1981).

O'Hare et al., PNAS 78(3): 1527–1531 (1981).

Old et al., "Principles of Gene Manipulation", U. of Calif. Press, 1st ed. vol. 2 pp. 9–23 (1980).

Old et al., "Principles of Gene Manipulation", U. of

Calif. Press, 2nd Ed., vol. 2 pp. 121–210 (1980).

Olszewski et al., Cell, 29: 395–402 (1982).

Otten et al., Mol Gen Genet, 183: 209–213 (1981).

Schell et al., abstract from "Broadening the Genetic Base of Crops", Harten et al. (eds) (1978).

Schell et al., abstract from "Plant Improvement and Somatic Cell Genetics" Vasil et al., (eds) (1982).

Schell et al., Biotechnology, 175–180 (1983).

Schell et al., The Fifteenth Miami Winter Symposium, 17–21 Jan. 1983, pp. 191–209. (1983).

Schroeder et al., "Plant Cell Culture in Crop Improvement", Sen et al., (eds) pp. 287–297 (1983).

Watson, "Molecular Biology of the Gene" 3rd ed., W. A. Benjamin, Inc. (publisher), pp. 482–483 (1977).

Willmitzer et al., Nature, 287: 359–361 (1980).

Wilmitzer et al., EMBO, 1(1): 139–146 (1982).

Colbere–Garapin et al., "A New Dominant Hybrid Selective Marker for Higher Eukaryotic Cells," J. Mol. Biol. (1981) vol. 150, pp. 1–14.

Guilley et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts," Cell (1982) vol. 30, pp. 763–773.

Condit et al., Miami Winter Symposiumm Jan. 17–21, 1983, Abstract: "Multiple Viral Specific Transcripts from the Genome of Cauliflower Mosaic Virus".

Howell et al., "Cloned Cauliflower Mosaic Virus DNA Infects Turnips (Brassica rapa)" (1980) Science, vol. 208, pp. 1265–1267.

McKnight et al., "Isolation and Mapping of Small Cauliflower Mosaic Virus DNA Fragments Active as Promoters in Escherichia coli" (1981) Journal of Virology vol. 37, No. 2, pp. 673–682 (Abstract Only).

Gardner, R. C., "Plant Viral Vectors: CaMV as an Experimental Tool," Genetic Engineering of Plants, an Agricultural Perspective, Proceedings of a Symposium held Aug. 15–19, 1982 at the University of California, Davis, Calif., Kusuge et al., Ed., pp. 124–125, 128 and 138.

Leemans et al., "Ti Plasmids and Directed Genetic Engineering" (1982) Molecular Biology of Plant Tumors, pp. 537–545.

Hohn et al, "Cauliflower Mosaic Virus on Its Way to Becoming a Useful Plant Vector" (1982) Current Topics in Microbiology and Immunology vol. 96, pp. 193–236.

Lebeurier et al, "Infectivities of Native and Cloned DNA of Cauliflower Mosaic Virus" (1980) Gene, vol. 12, pp. 139–146.

Davey et al., Conference paper from University of Nottingham (1982) Derwent Abstract 028990, DBA Accession No: 84–12265.



**Figure 1**

Case 2:07-cv-00283-RLY-WGH   Document 1-1   Filed 10/12/07   Page 4 of 21



**Figure 2**

U.S. Patent          Oct. 4, 1994          Sheet 3 of 10          5,352,605



Figure 3



**Figure 4**



Figure 5



**Figure 6**



**Figure 7**



**Figure 8**



**Figure 9**



**Figure 10**

5,352,605

**1**

## CHIMERIC GENES FOR TRANSFORMING PLANT CELLS USING VIRAL PROMOTERS

### RELATED APPLICATIONS

This is a File Wrapper continuation of application Ser. No. 07/625,637, filed Dec. 7, 1990, now abandoned, which is a continuation of U.S. Ser. No. 06/931,492, filed Nov. 17, 1986, now abandoned, which is a continuation-in-part of U.S. Ser. No. 06/485,568, filed Apr. 15, 1983, now abandoned, which is a continuation-in-part of U.S. Ser. No. 06/458,414, filed Jan. 17, 1983, now abandoned.

### TECHNICAL FIELD

This invention is in the fields of genetic engineering and plant biology.

### BACKGROUND ART

A virus is a microorganism comprising single or double stranded nucleic acid (DNA or RMA) contained within a protein (and possibly lipid) shell called a "capsid" or "coat". A virus is smaller than a cell, and it does not contain most of the components and substances necessary to conduct most biochemical processes. Instead, a virus infects a cell and uses the cellular processes to reproduce itself.

The following is a simplified description of how a DNA-containing virus infects a cell; RNA viruses will be disregarded in this introduction for the sake of clarity. First, a virus attaches to or enters a cell, normally called a "host" cell. The DNA from the virus (and possibly the entire viral particle) enters the host cell where it usually operates as a plasmid (a loop of extra-chromosomal DNA). The viral DNA is transcribed into messenger RNA, which is translated into one or more polypeptides. Some of these polypeptides are assembled into new capsids, while others act as enzymes to catalyze various biochemical reactions. The viral DNA is also replicated and assembled with the capsid polypeptides to form new viral particles. These viral particles may be released gradually by the host cell, or they may cause the host cell to lyse and release them. The released viral particles subsequently infect new host cells. For more background information on viruses see, e.g., Stryer, 1981 and Matthews, 1970 (note: all references cited herein, other than patents, are listed with citations after the examples).

As used herein, the term "virus" includes phages and viroids, as well as replicative intermediates. As used herein, the phrases "viral nucleic acid" and DNA or RNA derived from a virus" are construed broadly to include any DNA or RNA that is obtained or derived from the nucleic acid of a virus. For example, a DNA strand created by using a viral RNA strand as a template, or by chemical synthesis to create a known sequence of bases determined by analyzing viral DNA, would be regarded as viral nucleic acid.

The host range of any virus (i.e., the variety of cells that a type of virus is capable of infecting) is limited. Some viruses are capable of efficient infection of only certain types of bacteria; other viruses can infect only plants, and may be limited to certain genera; some viruses can infect only mammalian cells. Viral infection of a cell requires more than mere entry of the viral DNA or RNA into the host cell; viral particles must be reproduced within the cell. Through various assays, those skilled in the art can readily determine whether any

**2**

particular type of virus is capable of infecting any particular genus, species, or strain of cells. As used herein, the term "plant virus" is used to designate a virus which is capable of infecting one or more types of plant cells, regardless of whether it can infect other types of cells.

With the possible exception of viroids (which are poorly understood at present), every viral particle must contain at least one gene which can be "expressed" in infected host cells. The expression of a gene requires that a segment of DNA or RNA must be transcribed into or function as a strand of messenger RNA (mRNA), and the mRNA must be translated into a polypeptide. Most viruses have about 5 to 10 different genes, all of which are expressed in a suitable host cell.

In order to be expressed in a cell, a gene must have a promoter which is recognized by certain enzymes in the cell. Gene promoters are discussed in some detail in the parent application Ser. No. 458,414 cited above, the contents of which are incorporated herein by reference. Those skilled in the art recognize that the expression of a particular gene to yield a polypeptide is dependent upon two distinct cellular processes. A region of the 5' end of the gene called the promoter, initiates transcription of the gene to produce a mRNA transcript. The mRNA is then translated at the ribosomes of the cell to yield an encoded polypeptide. Therefore, it is evident that although the promoter may function properly, ultimate expression of the polypeptide depends at least in part on post-transcriptional processing of the mRNA transcript.

Promoters from viral genes have been utilized in a variety of genetic engineering applications. For example, chimeric genes have been constructed using various structural sequences (also called coding sequences) taken from bacterial genes, coupled to promoters taken from viruses which can infect mammalian cell(the most commonly used mammalian viruses are designated as Simian Virus 40 (SV40) and Herpes Simplex Virus (HSV). These chimeric genes have been used to transform mammalian cells. See, e.g., Mulligan et al 1979; Southern and Berg 1982. In addition, chimeric genes using promoters taken from viruses which can infect bacterial cells have been used to transform bacterial cells; see, e.g., the phage lambda $P_L$ promoter discussed in Maniatis et al, 1982.

Several researchers have theorized that it might be possible to utilize plant viruses as vectors for transforming plant cells. See, e.g., Hohn et al, 1982. In general, a "vector" is a DNA molecule useful for transferring one or more genes into a cell. Usually, a desired gene is inserted into a vector, and the vector is then used to infect the host cell.

Several researchers have theorized that it might be possible to create chimeric genes which are capable of being expressed in plant cells, by using promoters derived from plant virus genes. See, e.g., Hohn et al, 1982, at page 216.

However, despite the efforts of numerous research teams, prior to this invention no one had succeeded in (1) creating a chimeric gene comprising a plant virus promoter coupled to a heterologous structural sequence and (2) demonstrating the expression of such a gene in any type of plant cell.

### CAULIFLOWER MOSAIC VIRUS (CaMV)

The entire DNA sequence of CaMV has been published. Gardner et al, 1981; Hohn et al, 1982. In its most

5,352,605

**3**

common form, the CaMV genome is about 8000 bp long. However, various naturally occurring infective mutants which have deleted about 500 bp have been discovered; see Howarth et al 1981. The entire CaMV genome is transcribed into a single mRNA, termed the "full-length transcript" having a sedimentation coefficient of about 35S. The promoter for the full-length mRNA (hereinafter referred to as "CaMV(35S)") is located in the large intergenic region about 1 kb counterclockwise from Gap 1 (see Guilley et al, 1982).

CaMV is believed to generate at least eight proteins; the corresponding genes are designated as Genes I through VIII. Gene VI is transcribed into mRNA with a sedimentation coefficient of 19S. The 19S mRNA is translated into a protein designated as P66, which is an inclusion body protein. The 19S mRNA is promoted by the 19S promoter, located about 2.5 kb counterclockwise from Gap 1.

## SUMMARY OF THE INVENTION

In one aspect, the present invention relates to the use of viral promoters in the expression of chimeric genes in plant cells. In another aspect this invention relates to chimeric genes which are capable of being expressed in plant cells, which utilize promoter regions derived from viruses which are capable of infecting plant cells. One such virus comprises the cauliflower mosaic virus (CaMV). Two different promoter regions have been derived from the CaMV genome and ligated to heterologous coding sequences to form chimeric genes. These chimeric genes have been proven to be expressed in plant cells. This invention also relates to plant cells, plant tissue (including seeds and propagules), and differentiated plants which have been transformed to contain viral promoters and express the chimeric genes of this invention, and to polypeptides that are generated in plant cells by the chimeric genes of this invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

The figures herein are schematic representations; they have not been drawn to scale.

FIG. 1 represents the creation and structure of plasmid pMON93.

FIG. 2 represents the creation and structure of plasmid pMON156.

FIG. 3 represents the creation and structure of plasmid pMON110.

FIG. 4 represents the creation and structure of plasmid pMON132.

FIG. 5 represents the creation and structure of plasmid pMON155.

FIG. 6 represents the creation and structure of plasmid pMON81.

FIG. 7 represents the creation and structure of plasmid pMON125.

FIG. 8 represents the creation and structure of plasmid pMON172.

FIG. 9 represents the creation and structure of phage M12.

FIG. 10 represents the creation and structure of plasmids pMON183 and pMON184.

## DETAILED DESCRIPTION OF THE INVENTION

In one preferred embodiment of this invention, a chimeric gene was created which contained the following elements:

**4**

1. a promoter region and a 5′ non-translated region derived from the CaMV (19S) gene, which codes for the P66 protein;
2. a partial coding sequence from the CaMV (19S) gene, including an ATG start codon and several internal ATG sequences, all of which were in the same frame as a TGA termination sequence immediately inside the desired ATG start codon of the NPTII gene;
3. a structural sequence derived from a neomycin phosphotransferase II (NPTII) gene; this sequence was preceded by a spurious ATG sequence, which was in the same reading frame as a TGA sequence within the NPTII structural sequence; and,
4. a 3′ non-translated region, including a poly-adenylation signal, derived from a nopaline synthase (NOS) gene.

This chimeric gene, referred to herein as the CaMV(19S)-NPTII-NOS gene, was inserted into plasmid pMON120 (described in the parent application, Ser. No. 458,414; ATCC accession number 39263) to create a plasmid designated as pMON156. Plasmid pMON156 was inserted into an *Agrobacterium tumefaciens* cell, where it formed a co-integrate Ti plasmid by means of a single crossover event with a Ti plasmid in the *A. tumefaciens* cell, using a method described in the parent application. The chimeric gene in the co-integrate plasmid was within a modified T-DNA region in the Ti plasmid, surrounded by left and right T-DNA borders.

*A. tumefaciens* cells containing the co-integrate Ti plasmids with the CaMV(19S)-NPTII-NOS genes were used to infect plant cells, using a method described in the parent application. Some of the plant cells were genetically transformed, causing them to become resistant to an antibiotic (kanamycin) at concentrations which are toxic to untransformed plant cells.

A similar chimeric gene was created and assembled in a plasmid designated as pMON155. This chimeric gene resembled the gene in pMON156, with two exceptions:

1. an oligonucleotide linker having stop codons in all three reading frames was inserted between the CaMV(19S) partial structural sequence and the NPTII structural sequence; and,
2. the spurious ATG sequence on the 5′ side of the NPTII structural sequence was deleted.

The construction of this chimeric gene is described in Example 2. This gene was inserted into *A. tumefaciens* cells and subsequently into plant cells. Its level of expression was apparently higher than the expression of the similar gene in pMON156, as assayed by growth on higher concentrations of kanamycin.

## CREATION OF PLASMIDS pMON183 and 184; CaMV(35S)

In an alternate preferred embodiment of this invention, a chimeric gene was created comprising

(1) a promoter region which causes transcription of the 35S mRNA of cauliflower mosaic virus, CaMV(35S);

(2) a structural sequence which codes for NPTII; and

(3) a nopaline synthase (NOS) 3′ non-translated region.

The assembly of this chimeric gene is described in Example 3. This gene was inserted into plant cells and it caused them to become resistant to kanamycin.

Petunia plants cannot normally be infected by CaMV. Those skilled in the art may determine through routine experimentation whether any particular plant

5,352,605

5

viral promoter (such as the CaMV promoter) will function at satisfactory levels in any particular type of plant cell, including plant cells that are outside of the normal host range of the virus from which the promoter was derived.

It is possible to regenerate genetically transformed plant cells into differentiated plants. One method for such regeneration was described in U.S. patent application entitled "Genetically Transformed Plants", Ser. No. 458,402, now abandoned. That application was filed simultaneously with, and incorporated by reference into, the parent application of this invention. The methods of application Ser. No. 458,402, now abandoned, may be used to create differentiated plants (and their progeny) which contain and express chimeric genes having plant virus promoters.

It is possible to extract polypeptides generated in plant cells by chimeric genes of this invention from the plant cells, and to purify such extracted polypeptides to a useful degree of purity, using methods and substances known to those skilled in the art.

Those skilled in the art will recognize, or may ascertain using no more than routine experimentation, numerous equivalents to the specific embodiments described herein. Such equivalents are within the scope of this invention, and are covered by the claims below.

EXAMPLES

Example 1: Creation and Use of pMON156

Plasmids which contained CaMV DNA were a gift to Monsanto Company from Dr. R. J. Shepherd, University of California, Davis. To the best of Applicants' knowledge and belief, these plasmids (designated as pOS1) were obtained by inserting the entire genome of a CaMV strain designated as CM4-184 (Howarth et al, 1981) into the Sal I restriction site of a pBR322 plasmid (Bolivar et al, 1978). E. coli cells transformed with pOS1 were resistant to ampicillin (Amp$^R$) and sensitive to tetracycline (Tet$^S$).

Various strains of CaMV suitable for isolation of CaMV DNA which can be used in this invention are publicly available; see, e.g., ATCC Catalogue of Strains II, p. 387 (3rd edition, 1981).

pOS1 DNA was cleaved with HindIII. Three small fragments were purified after electrophoresis on an 0.8% agarose gel using NA-45 membrane (Schleicher and Schuell, Keene NH). The smallest fragment, about 500 bp in size, contains the 19S promoter. This fragment was further purified on a 6% acrylamide gel. After various manipulations which did not change the sequence of this fragment (shown in FIG. 1), it was digested with MboI to created 455 bp HindIII-MboI fragment. This fragment was mixed with a 1250 bp fragment obtained by digesting pMON75 (described and shown in FIG. 9 of the parent application Ser. No. 458,414, now abandoned,) with BglII and EcoRI. This fragment contains the NPTII structural sequence and the NOS 3' non-translated region. The two fragments were ligated by their compatible MboI and BglII overhangs to create a fragment containing the CaMV(19S)-NPTII-NOS chimeric gene. This fragment was inserted into pMON120 (described and shown in FIG. 10 of the parent application, Ser. No. 458,414, now abandoned; ATCC accession number 39263) which had been cleaved with HindIII and EcoRI. The resulting plasmid was designated as pMON156, as shown in FIG. 2.

Plasmid pMON156 was inserted into E. coli cells and subsequently into A. tumefaciens cells where it formed a

6

co-integrate Ti plasmid having the CaMV(19S)-NPTII-NOS chimeric gene surrounded by T-DNA borders. A. tumefaciens cells containing the co-integrate plasmids were co-cultivated with petunia cells. The foregoing methods are described in detail in a separate application, entitled "Plasmids for Transforming Plant Cells" Ser. No. 458,411, now abandoned, which was filed simultaneously with and incorporated by reference into parent application, Ser. No. 458,414, now abandoned.

The co-cultivated petunia cells were cultured on media containing kanamycin, an antibiotic which is toxic to petunia cells. Kanamycin is inactivated by the enzyme NPTII, which does not normally exist in plant cells. Some of the co-cultivated petunia cells survived and produced colonies on media containing up to 50 ug/ml kanamycin. This indicated that the CaMV(19S)-NPTII-NOS genes were expressed in petunia cells. These results were confirmed by Southern blot analysis of transformed plant cell DNA.

Example 2: Creation of pMON155

Plasmid pMON72 was obtained by inserting a 1.8 kb HindIII-BamHI fragment from bacterial transposon Tn5 (which contains an NPTII structural sequence) into a PstI⁻ pBR327 plasmid digested with HindIII and BamHI. This plasmid was digested with BglII and PstI to remove the NPTII structural sequence.

Plasmid pMON1001 (described and shown in FIG. 6 of the parent application) from dam⁻ cells was digested with BglII and PstI to obtain a 218 bp fragment with a partial NPTII structural sequence. This fragment was digested with MboI to obtain a 194 bp fragment.

A triple ligation was performed using (a) the large PstI-BglII fragment of pMON72; (b) PstI-MboI fragment from pMON1001; and (c) a synthetic linker with BglII and MboI ends having stop codons in all three reading frames. After transformation of E. coli cells and selection for ampicillin resistant colonies, plasmid DNA from Amp $^R$ colonies was analyzed. A colony containing a plasmid with the desired structure was identified. This plasmid was designated pMON110, as shown in FIG. 3.

In order to add the 3' end of the NPTII structural sequence to the 5' portion in pMON110, pMON110 was treated with XhoI. The resulting overhanging end was filled in to create a blunt end by treatment with Klenow polymerase and the four deoxy-nucleotide triphosphates (dNTP's), A, T, C, and G. The Klenow polymerase was inactivated by heat, the fragment was digested with PstI, and a 3.6 kb fragment was purified. Plasmid pMON76 (described and shown in FIG. 9 of the parent application) was digested with HindIII, filled in to create a blunt end with Klenow polymerase and the four dNTP's, and digested with PstI. An 1100 bp fragment was purified, which contained part of the NPTII structural sequence, and a nopaline synthase (NOS) 3' non-translated region. This fragment was ligated with the 3.6 kb fragment from pMON110. This mixture was used to transform E. coli cells; Amp R cells were selected, and a colony having a plasmid with the desired structure was identified. This plasmid was designated pMON132, as shown in FIG. 4. Plasmid pMON93 (shown in FIG. 1) was digested with HindIII, and a 476 bp fragment was isolated. This fragment was digested with MboI, and a 455 bp HindIII-MboI fragment was purified which contained the CaMV (19S) promoter region, and 5' non-translated region.

5,352,605

**7**

Plasmid pMON132 was digested with EcoRI and BglII to obtain a 1250 bp fragment with (1) the synthetic linker equipped with stop codons in all three reading frames; (2) the NPTII structural sequence; and (3) the NOS 3' non-translated region. These two fragments were joined together through the compatible MboI and BglII ends to create a CaMV (19S)-NPTII-NOS chimeric gene.

This gene was inserted into pMON120, which was digested with HindIII and EcoRI, to create plasmid pMON155, as shown in FIG. 5.

Plasmid pMON155 was inserted into *A. tumefaciens* GV3111 cells containing a Ti plasmid, pTiB6S3. The pMON155 plasmid formed a cointegrate plasmid with the Ti plasmid by means of a single crossover event. Cells which contain this co-integrate plasmid have been deposited with the American Type Culture Center, and have been assigned ATCC accession number 39336. A fragment which contains the chimeric gene of this invention can be obtained by digesting the co-integrate plasmid with HindIII and EcoRI, and purifying the 1.7 kb fragment. These cells have been used to transform petunia cells, allowing the petunia cells to grow on media containing at least 100 ug/ml kanamycin.

### Example 3: Creation of pMON183 and 184

Plasmid pOS1 (described in Example 1) was digested with BglII, and a 1200 bp fragment was purified. This fragment contained the 35S promoter region and part of

**8**

site of plasmid pKC7 (Rao and Rogers, 1979) to give plasmid pMON125, as shown in FIG. 7. The sequence of bases adjacent to the two MboI ends regenerates BglII sites and allows the 725 bp fragment to be excised with BglII.

To generate a fragment carrying the 35S promoter, the 725 bp BglII fragment was purified from pMON125 and was subsequently digested with EcoRI and AluI to yield a 190 bp fragment. Plasmid pMON81 was digested with BamHI, treated with Klenow polymerase and digested with EcoRV. The 3.1 kb EcoRV-BamHI(blunt) fragment was purified, mixed with the 190 bp EcoRV-AluI fragment and treated with DNA ligase. Following transformation and selection of ampicillin-resistant cells, plasmid pMON172 was obtained which carries the CaMV(35S) promoter sequence on a 380 bp BamHI-EcoRI fragment, as shown on FIG. 8. This fragment does not carry the polyadenylation region for the 35S RNA. Ligation of the AluI end to the filled-in BamHI site regenerates the BamHI site.

To rearrange the restriction endonuclease sites adjacent to the CaMV(35S) promoter, the 380 bp BamHI-EcoRI fragment was purified from pMON172, treated with Klenow polymerase, and inserted into the unique smaI site of phage M13 mp8. One recombinant phage, M12, carried the 380 bp fragment in the orientation shown on FIG. 9. The replicative form DNA from this phage carries the 35S promoter fragment on an EcoRI(5')-BamHI(3') fragment, illustrated below.

```
      EcoRI
      1  |                          .                    .              70
      |  |
      GAATTCCCGATCc TATCTGTCACTTCATCAAAAGGACAGTAGAAAAGGAAGGTGGCACTACAAATGCCAT
      71                   .                    .                    140
      CATTGCGATAAAGGAAAGGCTATCGTTCAAGATGCCTCTGCCGACAGTGGTCCCAAAGATGGACCCCCAC
      141                  .                    .                    210
      CCACGAGGAGCATCGTGGAAAAAGAAGACGTTCCAACCACGTCTTCAAAGCAAGTGGATTGATGTGATAT
                                                            TATA
                                                            |
      211                  .                    .                    280
      CTCCACTGACGTAAGGGATGACGCACAATCCACTATACCTTCGCAAGACCCTTCCTCTATATAAGGAAGT
              5'mRNA                                    |
      281                  .                    .                    350
      TCATTTCATTTGGAGAGGACACGCTGAAATCACCAGTCTCTCTCTACAAATCTATCTCTCTCTATTTTCT
              Extra Translational Initiator           BamHI
      351     |                    .                    |
      CCATAATAATGTGTGAGTAGTTCCCAGATAAGGGAATTGGGGATCC
```

the 5' non-translated region. It was inserted into plasmid pSHL72 which had been digested with BamHI and BglII (pSHL72 is functionally equivalent to pAGO60, described in Colbere-Garapin et al, 1981). The resulting plasmid was designated as pMON50, as shown on FIG. 6.

The cloned BglII fragment contains a region of DNA that acts as a polyadenylation site for the 35S RNA transcript. This polyadenylation region was removed as follows: pMON50 was digested with AvaII and an 1100 bp fragment was purified. This fragment was digested with EcoRI* and EcoRV. The resulting 190 bp EcoRV-EcoRI* fragment was purified and inserted into plasmid pBR327, which had been digested with EcoRI* and EcoRV. The resulting plasmid, pMON81, contains the CaMV 35S promoter on a 190 bp EcoRV-EcoRI* fragment, as shown in FIG. 6.

To make certain the entire promoter region of CaMV(35S) was present in pMON81, a region adjacent to the 5' (EcoRV) end of the fragment was inserted into pMON81 in the following way. Plasmid pMON50 prepared from dam⁻ cells was digested with EcoRI and BglII and the resultant 1550 bp fragment was purified and digested with MboI. The resulting 725 bp MboI fragment was purified and inserted into the unique BglII

Plasmids carrying a chimeric gene CaMV(35S) promoter region-NPTII structural sequence-NOS 3' non-translated region) were assembled as follows. The 380 bp EcoRI-BamHI CaMV(35S) promoter fragment was purified from phage M12 RF DNA and mixed with the 1250 bp BglII-EcoRI NPTII-NOS fragment from pMON75. Joining of these two fragments through their compatible BamHI and BglII ends results in a 1.6 kb CaMV(35S)-NPTII-NOS chimeric gene. This gene was inserted into pMON120 at the EcoRI site in both orientations. The resultant plasmids, pMON183 and 184, appear in FIG. 10. These plasmids differ only in the direction of the chimeric gene orientation.

These plasmids were used to transform petunia cells, as described in Example 1. The transformed cells are capable of growth on media containing 100 ug/ml kanamycin.

### COMPARISON OF CaMV(35S) AND NOS PROMOTERS

Chimeric genes carrying the nopaline synthase (NOS) promoter or the cauliflower mosaic virus full-length transcript promoter (CaMV(35S)) were con-

5,352,605

9  10

structed. In both cases, the promoters, which contain their respective 5' non-translated regions were joined to

al., 1982). The CaMV(35S) promoter sequence described above is listed below.

---

pMON273 CaMV 35S Promoter and 5' Leader

```
   EcoRI
  1 |                    .                    .                    .     70
   GAATTCCCGATCc TATCTGTCACTTCATCAAAAGGACAGTAGAAAAGGAAGGTGGCACTACAAATGCCAT
  71      .                    .                    .                    .    140
   CATTGCGATAAAGGAAAGGCTATCGTTCAAGATGCCTCTGCCGACAGTGGTCCCAAAGATGGACCCCCAC
  141     .                    .                    .                    .    210
   CCACGAGGAGCATCGTGGAAAAAGAAGACGTTCCAACCACGTCTTCAAAGCAAGTGGATTGATGTGATAT
                                                                   TATA
  211     .                    .                    .                    |    280
   CTCCACTGACGTAAGGGATGACGCACAATCCACTATACCTTCGCAAGACCCTTCCTCTATATAAGGAAGT
           5'mRNA                                          BglII
  281     |               .                    .           |            334
   TCATTTCATTTGGAGAGGACACGCTGAAATCACCAGTCTCTCTCTACAAGATCT
```

---

a NPTII coding sequence in which the bacterial 5' leader had been modified so that a spurious ATG translational initiation signal (Southern and Berg, 1982) has [20] been removed.

Plasmid pMON200 is a derivative of previously described intermediate vector pMON120 (ATCC accession number 39263). pMON200 contains a modified chimeric nopaline synthase-neomycin phosphotrans- [25] ferasenopaline synthase gene (NOS/NPTII/NOS) which confers kanamycin (Km$^R$) resistance to the transformed plant. The modified chimeric Km$^R$ gene lacks an upstream ATG codon present in the bacterial leader sequence and a synthetic multilinker with unique Hin- [30] dIII, XhoI, BglII, XbaI, ClaI and EcoRI restriction sites.

Plasmid pMON273 is a derivative of pMON200 in which the nopaline synthase promoter of the chimeric NOS-NPTII-NOS gene has been replaced with the [35] CaMV(35S) promoter.

The CaMV(35S) promoter fragment was isolated from plasmid pOS-1, a derivative of pBR322 carrying the entire genome of CM4-184 as a SalI insert (Howarth et al., 1981). The CM4-184 strain is a naturally occur- [40] ring deletion mutant of strain CM1841. The nucleotide sequence of the CM1841 (Gardner et al., 1981) and Cabb-S (Franck et al., 1980) strains of CaMV have been published as well as some partial sequence for a different CM4-184 clone (Dudley et al., 1982). The nucleo- [45] tide sequences of the 35S promoter regions of these three isolates are essentially identical. In the following the nucleotide numbers reflects the sequence of Gardner et al. (1981). The 35S promoter was isolated as an AluI (n 7143)-EcoRI* (n 7517) fragment which was [50] inserted first into pBR322 cleaved with BamHI, treated with the Klenow fragment of DNA polymerase I and then cleaved with EcoRI. The promoter fragment was then excised from pBR322 with BamHI and EcoRI, treated with Klenow polymerase and inserted into the [55] SmaI site of M13 mp8 so that the EcoRI site of the mp8 multilinker was at the 5' end of the promoter fragment. Site directed mutagenesis (Zoller and Smith, 1982) was then used to introduce a G at nucleotide 7464 to create a BglII site. The 35S promoter fragment was then ex- [60] cised from the M13 as a 330 bp EcoRI-BglII site. The 35S promoter fragment was then excised from the M13 as a 330 bp EcoRI-BglII fragment which contains the 35S promoter, 30 nucleotides of the 5' non-translated leader but does not contain any of the CaMV transla- [65] tional initiators nor the 35S transcript polyadenylation signal that is located 180 nucleotides downstream from the start of transcription (Covey et al., 1981; Guilley et

The 35S promoter fragment was joined to a 1.3 kb BglII-EcoRI fragment containing the Tn5 neomycin phosphotransferase II coding sequence modified so that [20] the translational initiator signal in the bacterial leader sequence had been removed and the NOS 3' non-translated region and inserted into pMON120 to give pMON273.

These plasmids were transferred in E. coli strain JM101 and mated into Agrobacterium tumefaciens [25] strain GV3111 carrying the disarmed pTiB6S3-SE plasmid as described by Fraley et al. (1983).

Plant Transformation

Cocultivation of Petunia protoplasts with A. tumefaciens, selection of kanamycin resistant transformed cal- [30] lus and regeneration of transgenic plants was carried out as described in Fraley et al. (1984).

Preparation of DNAs

Plant DNA was extracted by grinding the frozen tissue in extraction buffer (50 mM TRIS-HCl pH 8.0, 50 [35] mM EDTA, 50 mM NaCl, 400 ul/ml EtBr, 2% sarcosyl). Following low speed centrifugation, cesium chloride was added to the supernatant (0.85 gm/ml). The CsCl gradients were centrifuged at $150,000 \times g$ for 48 hours. The ethidium bromide was extracted with isopropanol, the DNA was dialyzed, and ethanol precipitated.

Southern Hybridization Analysis

10 ug of each plant DNA was digested, with BamHI for pMON200 plant DNAs and EcoRI for pMON273 [45] plant DNAs. The fragments were separated by electrophoresis on a 0.8% agarose gel and transferred to nitrocellulose (Southern, 1975). The blots were hybridized (50% formamide, 3xSSC, 5X denhardt's, 0.1% SDS and [50] 20 ug/ml tRNA) with nick-translated pMON273 plasmid DNA for 48–60 hours at 42° C.

Preparation of RNA from Plant Tissue

Plant leaves were frozen in liquid nitrogen and ground to a fine powder with a mortar and pestle. The [55] frozen tissue was added to a 1:1 mixture of grinding buffer and PCE (1% Tri-iso-propylnaphtalenesulfonic acid, 6% p-Aminosalicylic acid, 100 mM NaCl, 1% SDS and 50 mM 2-mercaptoethanol; PCI [phenol: chloroform: isoamyl alcohol (24:24:1)] and homogenized [60] immediately with a polytron. The crude homogenate was mixed for 10 min and the phases separated by centrifugation. The aqueous phase then was re-extracted with an equal volume of PCI. The aqueous phase was ethanol precipitated with one tenth volume of 3M [65] NaAcetate and 2.5 volumes of ethanol. The nucleic acid pellet was resuspended in water. An equal volume of 4M lithium chloride LiCl was added and the mix was placed on ice for 1 hour or overnight. Following cen-

5,352,605

11

trifugation, the pellet was resuspended in water the LiCl precipitation repeated 3 times. The final LiCl pellet was resuspended in water and ethanol precipitated.

Poly (A) containing RNA was isolated by passing total RNA over an Oligo d(T) cellulose Type III (Collaborative Research) column. Quantitation of the poly (A) containing RNA involved annealing an aliquot of the RNA to radio-labeled poly U [(uridylate 5,6-3H)-polyuridylic acid] (New England Nuclear), followed by RNase A treatment (10 ug per ml for 30 minutes at 37° C.). The reaction mix was spotted on DE-81 filter paper, washed 4× with 0.5M NaPhosphate (pH 7.5) and counted. Globin poly (A) containing RNA (BRL) was used as a standard.

Northern Hybridization Analysis

5 ug of poly (A) RNA from each plant source was treated with glyoxal and dimethysulfoxide (Maniatis, 1982). The RNAs were electrophoresed in 1.5% agarose gels (0.01M $NaH_2HPO_4$, pH 6.5) for 7 hours at 60 volts. The glyoxylated RNAs were electro-blotted (25 mM $NaH_2PO_4NaHPO_4$, pH 6.5) for 16 hours at 125 amps from the gel to GeneScreen® (New England Nuclear). The filters were hybridized as per manufacturer's instructions (50% formamide, 0.02% polyvinylpyrrolidone, 0.02% bovine serum albumin, 0.02% ficoll, 5XSSC, 1.0% SDS, 100 u/ml tRNA and probe) for 48–60 hours at 42° C. with constant shaking. The nicktranslated DNAs used as probes were the 1.3 kb BglII/EcoRI NPTII fragment purified from the pMON273 plasmid for detecting the NPTII transcript, and the petunia small subunit gene as an internal standard for comparing the amount of RNA per lane. The membranes were washed 2×100 ml of 2XSSC at room temperature for 5 minutes, 2×100 ml of 2XSSC/1.0% SDS at 65° C. for 30 minutes. The membranes were exposed to XAR-5 film with a DuPont intensifying screen at −80° C.

Neomycin Phosphotransferase Assay

The gel overlay assay was used to determine the steady state level of NPTII enzyme activity in each plant. Several parameters were investigated for optimizing the sensitivity of the assay in plant tissue. Early observations showed that the level of NPTII activity varied between leaves from different positions on the same plant. This variability was minimized when the plant extract was made from pooled tissue. A paper hole punch was used to collect 15 disks from both young and old leaves. Grinding the plant tissue in the presence of micro-beads (Ferro Corp) rather than glass beads increased the plant protein yield 4-fold.

To optimize detection of low levels of NPTII activity a saturation curve was prepared with 10–85 ug/lane of plant protein. For the pMON200 (NOS) plants, NPTII activity was not detectable at less than 50 ug/lane of total protein (2 hour exposure) while activity was detectable at 20 ug/lane for the pMON273 plants. There was a non-linear increase in NPTII activity for pMON200 NOS plants between 40 and 50 ug of protein per lane. This suggested that the total amount of protein may affect the stability of the NPTII enzyme. Supplementing plant cell extracts with 30–45 ug per lane of bovine serum albumin (BSA), resulted in a linear response; NPTII activity increased proportionately as plant protein levels increased. The addition of BSA appears to stabilize the enzyme, resulting in a 2-fold increase in the sensitivity of the assay. Experiments indicate that 25 ug/lane of pMON273 plant protein and 70 ug/lane of pMON200 plant protein was within the

12

linear range of the assay in the presence of BSA. Elimination of SDS from the extraction buffer resulted in a 2-fold increase in assay sensitivity. Leaf disks were pooled from each plant for the assay. The tissue was homogenized with a glass rod in a microfuge tube with 150–200 ul of extraction buffer (20% glycerol, 10% β-mercaptoethanol, 125 mM Tris-HCl pH 6.8, 100 ug/ml bromophenol blue and 0.2% SDS). Following centrifugation in a microfuge for 20 minutes, total protein was determined using the Bradford assay. 25 ug of pMON273/3111SE plant protein or 70 ug of pMON200/3111SE plant protein, supplemented with BSA, was loaded on a native polyacrylamide gel as previously described. The polyacrylamide gel was equilibrated for 30 minutes in water and then 30 minutes in reaction buffer (67 mM TRIS-maleate pH 7.1, 43 mM $MgCl_2$, 400 mM $NH_4Cl$), transferred onto a glass plate, and overlaid with a 1.5% agarose gel. The overlay gel contained the neomycin phosphotransferase substrates: 450 uCi [γ-$^{32}$] ATP and 27 ug/ml neomycin sulfate (Sigma). After 1 hour at room temperature a sheet of Whatman P81 paper, two sheets of Whatman 3MM paper, a stack of paper towels and a weight were put on top of the agarose gel. The phosphorylated neomycin is positively charged and binds to the P81 phosphocellulose ion exchange paper. After blotting overnight, the P81 paper was washed 3× in 80° C. water, followed by 7 room temperature washes. The paper was air dried and exposed to XAR-5 film. Activity was quantitated by counting the $^{32}$P-radioactivity in the NPTII spot. The NPTII transcript levels and enzyme activities in two sets of transgenic petunia plants were compared. In one set of plants (pMON273) the NPTII coding sequence is preceded by the CaMV(35S) promoter and leader sequences, in the other set of plants (PMON200) the NPTII coding region is preceded by the nopaline synthase promoter and leader sequences. The data indicates the pMON273 plants contain about a 30 fold greater level of NPTII transcript than the pMON200 plants, see Table I below.

TABLE I

QUANTITATION OF NPTII TRANSCRIPT
LEVELS AND NPTII ACTIVITY IN
pMON273 AND pMON200 PLANTS

| Plant Number | Relative NPTII Transcript[a] | Relative NPTII Activity[b] |
|---|---|---|
| pMON 273 | | |
| 3272 | 682 | 113 |
| 3271 | 519 | 1148 |
| 3349 | 547 | 447 |
| 3350 | 383 | 650 |
| 3343 | 627 | 1539 |
| Average | 551 | 779 |
| pMON 200 | | |
| 2782 | 0 | 0.22 |
| 2505 | 0 | 5.8 |
| 2822 | 0 | 0 |
| 2813 | 34 | 19 |
| 2818 | 0 | 1.0 |
| 3612 | 45 | 0.33 |
| 2823 | 97 | 23 |
| Average | 19 | 7 |
| | ~30-fold | ~110-fold |

| 13 | 14 |

TABLE I-continued

QUANTITATION OF NPTII TRANSCRIPT
LEVELS AND NPTII ACTIVITY IN
pMON273 AND pMON200 PLANTS

| Plant Number | Relative NPTII Transcript[a] | Relative NPTII Activity[b] |
|---|---|---|
| | difference | difference |

[a]Numbers derived from silver grain quantitation of autoradiogram. The RNA per lane was determined by filter hybridization to a petunia small subunit gene. The NPTII transcript values obtained with the NPTII probe were normalized for the amount of RNA in each lane.
[b]Numbers represent quantitation of NPT assay. Values were obtained by scintillation counting of 32-P-NPTII spots on the PE-81 paper used in the NPT assay as previously described. Values have been adjusted for the different amounts of protein loaded on the gels (25 ug) for pMON273 and 70 ng for pMON200 plants).

Consistent with this observation is the finding that the pMON273 leaf extracts have higher NPTII enzyme activity than the pMON200 leaf extracts. In several of the transgenic plants, there is a substantial variation in both RNA and enzyme levels which cannot be accounted for by the slight difference in gene copy num-

al., 1981). The CM4-184 strain is a naturally occurring deletion mutant of strain CM1841. The references to nucleotide numbers in the following discussion are those for the sequence of CM1841 (Gardner et al., 1981). A 476 bp fragment extending from the HindIII site at bp 5372 to the HindIII site at bp 5848 was cloned into M13 mp8 for site directed mutagenesis (Zoller and Smith, 1982) to insert an XbaI (5'-TCTAGA) site immediately 5' of the first ATG translational initiation signal in the 19S transcript (Dudley et al., 1982). The resulting 400 bp HindIII-XbaI fragment was isolated and joined to the 1.3 kb XbaI-EcoRI fragment of pMON273 which carries the neomycin phosphotransferase II (NPTI') coding sequence modified so that the extra ATG translational initiation signal in the bacterial leader had been removed and the nopaline synthase 3' nontranslated region (NOS). The resulting 1.7 kb HindIII-EcoRI fragment was inserted into pMON120 between the EcoRI and HindIII sites to give pMON203. The complete sequence of the 19S promoter-NPTII leader is given below.

```
    HindIII
    1|                                              .        .        70
AAGCTTTAAAGCTGCAGAAAGGAATTACCACAGCAATGACAAAGAGACATTGGCGGTAATAAATACTATA
    71                                             .        .        140
AAGAAATTCAGTATTTATCTAACTCCTGTTCATTTTCTGATTAGGACAGATAATACTCATTTCAAGAGTT
    141                                            .        .        210
TTGTTAACCTTAATTACAAAGGAGATTCAAAACTTGGAAGAAACATCAGATGGCAAGCATGGCTTAGCCA
    211                                            .        .        280
CTATTCGTTTGATGTTGAACATATTAAAGGAACCGACAACCACTTTGCGGACTTCCTTTCAAGAGAATTC
    281                                            .        .        350
              TATA
AATAAGGTTAATTCCTAATTGAAATCCGAAGATAAGATTCCCACACACTTGTGGCTGATATCAAAAAGGC
    351                                 5'  mRNA
              |                         . | | |        402
TACTACCTATATAAACACATCTCTGGAGACTGAGAAAATCAGACCTCCAAGC
    XbaI                    NPTII Initiator Signal
    |                       |
TCTAGACGATCGTTTCGC ATG
```

ber. Such "position effects" have been reported in transgenic mice and fruit flies and have not yet been adequately explained at the molecular level. Although, there is not a clear correlation between insert copy number and level of chimeric gene expression, the fact that 4 of the 7 pMON200 transgenic plants contain 2 copies of the NOS-NPTII-NOS gene would suggest that the differential expression of the CaMV(35S) promoter is actually slightly underestimated in these studies.

The constructs described in this comparative example have identical coding regions and 3' non-translated regions, indicating that the differences in the steady state transcript levels of these chimeric genes is a result of the 5' sequences.

COMPARISON OF CaMV19S AND CaMV(35S) PROMOTERS

Chimeric genes were prepared comprising either the CaMV19S or CaMV(35S) promoters. As in the above example, the promoters contained their respective 5' non-translated regions and were joined to a NPTII coding sequence in which the bacterial 5' leader had been modified to remove a spurious ATG translational initiation signal. The constructs tested were pMON203 and pMON204 containing the CaMV19S/NPTII/NOS gene and pMON273 containing the CaMV(35S)/NPTII/NOS gene.

Construction of pMON203

The CaMV 19S promoter fragment was isolated from plasmid pOS-1,a derivative of pBR322 carrying the entire genome of CM4-184 as a SalI insert (Howarth et

Construction of pMON204

The 400 bp HindIII-XbaI fragment containing the CaMV19S promoter was joined to a synthetic linker with the sequence:

```
    XbaI              BglII
    |                 |
5'-TCTAGACTCCTTACAACAGATCT
```

to add a BglII site to the 3' end of the promoter fragment. The HindIII-BglII fragment was joined to the 1.3 kb BglII-EcoRI fragment of pMON128 that contains the natural, unmodified NPTII coding sequence joined to the NOS 3' nontranslated signals and inserted into the EcoRI and HindIII sites of pMON120. The resulting plasmid is pMON204. The CaMV 19S promoter signals in this plasmid are identical to those in pMON203. The only difference is the sequence of the 5' nontranslated leader sequence which in pMON204 contains the extra ATG signal found in the bacterial leader of NPTII and contains extra bases from the synthetic linker and bacterial leader sequence.

Petunia leaf discs were transformed and plants regenerated as described above. The gel overlay assay was used to determine NPTII levels in transformants.

Quantitation was done by scintillation counting of $^{32}$P-neomycin, the end product of neomycin phosphotransferase activity. The average NPTII enzyme level determined for CaMV(35S) (pMON273) plants was 3.6 times higher than that determined for CaMV(19S) (pMON203 & 204) plants.

5,352,605

**15**

QUANTITATION OF NPTII ACTIVITY LEVELS
IN pMON203, pMON204, AND pMON273 PLANTS

| Construct | Plant Number | Relative NPTII Activity[a] | Average | |
|---|---|---|---|---|
| pMON203 | 4283 | 499,064 | 398,134 | |
| pMON203 | 4248 | 297,204 | | |
| | | | | 356,203 |
| pMON204 | 4275 | 367,580 | 314,273 | |
| pMON204 | 4280 | 260,966 | | |
| pMON273 | 3350 | 1,000,674 | 1,302,731 | |
| pMON273 | 3271 | 1,604,788 | | |

$$\frac{35s}{19s} \quad \frac{1,302,721}{356,203} = 3.6$$

[a]Numbers represent quantitation of NPT assay. Values were obtained by scintillation counting of $^{32}$P-NPTII spots on the PE-81 paper used in the NPT assay as previously described.

## REFERENCE

F. Bolivar, *Gene* 4: 121 (1978)

F. Colbere-Garapin et al, *J. Mol. Biol.* 150: 1 (1981)

S. N. Covey, G. P. Lomonosoff and R. Hull (1981) *Nucleic Acids Res.* 9, 6735–6747.

R. Dudley et al (1982) *Virology* 117: 19.

R. T. Fraley, et al. (1983) *Proc. Natl. Acad. Sci. USA* 25 80:4803–4807.

R. T. Fraley, R. B. Horsch, A. Matzke, M. D. Chilton, W. S. Chilton and P. R. Sanders (1984) *Plant Molecular Biology* 3, 371–378.

A. Frank., H. Guilley, G. Joward, K. Richards and L. Hirth (1980) *Cell* 21, 285–294.

R. C. Gardner et al, *Nucleic Acids Research* Vol. 9 No. 12: 287 (1981)

G. Guilley et al, *Cell* 30: 763 (1982)

T. Hohn et al, in Gene Cloning in Organisms Other than *E. coli* , p. 193, Hofschneider and Goebel, eds. (Springer Verlag, N.Y., 1982)

A. S. Howarth et al, *Virology* 112:678 (1981)

T. Maniatis et al, Molecular Cloning—A Laboratory Manual (Cold Spring Harbor, Lab, 1982)

R. E. F. Matthews (ed.) *Plant Virology* (Academic Press, N.Y., 1970).

R. C. Mulligan et al, *Nature* 277: 108 (1979).

R. N. Rao and S. Rogers, *Gene* 7: 79 (1979).

S. Rogers et al., (1985) *Plant Mol. Rep.* 3:111.

P. J. Southern & P. Berg, *J. Mol. Appl. Gen.* 1 327 (1982).

L. Stryer, *Biochemistry*, 2nd. ed. (Freeman and Co. San Francisco, 1981).

M. Zoller et al., (1982) *Nucleic Acids Res.* 10:6487.

We claim:

1. A chimeric gene which is expressed in plant cells comprising a promoter from a cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV (35S) promoter isolated from CaMV protein-encoding DNA sequences and a CaMV (19S) promoter isolated from CaMV protein-encoding DNA sequences, and a structural sequence which is heterologous with respect to the promoter.

2. A chimeric gene of claim 1 in which the promoter is the CaMV(35S) promoter.

3. A chimeric gene of claim 1 in which the promoter is the CaMV(19S) promoter.

4. A plant cell which comprises a chimeric gene that contains a promoter from cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV (35S) promoter and a CaMV (19S) promoter, wherein said promoter is isolated from CaMV protein-encoding

**16**

DNA sequences, and a structural sequence which is heterologous with respect to the promoter.

5. A plant cell of claim 4 in which the promoter is the CaMV(35S) promoter.

6. A plant cell of claim 4 in which the promoter is the CaMV(19S) promoter.

7. An intermediate plant transformation plasmid which comprises a region of homology to an *Agrobacterium tumefaciens* vector, a T-DNA border region from *Agrobacterium tumefaciens* and a chimeric gene, wherein the chimeric gene is located between the T-DNA border and the region of homology, said chimeric gene comprising a promoter from cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV(35S) promoter and a CaMV(19S) promoter, and a structural sequence which is heterologous with respect to the promoter.

8. A plant transformation vector which comprises a disarmed plant tumor inducing plasmid of *Agrobacterium tumefaciens* and a chimeric gene, wherein the chimeric gene contains a promoter from cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV(35S) promoter and a CaMV(19S) promoter, and a structural sequence which is heterologous with respect to the promoter.

9. A plant transformation vector of claim 8 in which the promoter is the CaMV(35S) promoter.

10. A plant transformation vector of claim 8 in which the promoter is the CaMV(19S) promoter.

11. The chimeric gene of claim 1 comprising in the 5' to 3' direction:

(1) the CaMV(35S) promoter,

(2) a structural sequence encoding neomycin phosphotransferase II, and

(3) a 3' non-translated polyadenylation sequence of nopaline synthase.

12. The chimeric gene of claim 1 comprising in the 5' to 3' direction:

(1) the CaMV(19S) promoter,

(2) a structural sequence encoding neomycin phosphotransferase II, and

(3) a 3' non-translated polyadenylation sequence of nopaline synthase.

13. A DNA construct comprising:

(A) a CaMV promoter selected from the group consisting of (1) a CaMV 35S promoter isolated from CaMV protein-encoding DNA sequences and (2) a CaMV 19S promoter isolated from CaMV protein-encoding DNA sequences, and

(B) a DNA sequence of interest heterologous to (A), wherein (B) is under the regulatory control of (A) when said construct is transcribed in a plant cell.

14. A chimeric gene which is transcribed and translated in plant cells, said chimeric gene comprising a promoter from cauliflower mosaic virus, said promoter selected from the group consisting of:

a) a CaMV 35S promoter region free of CaMV protein-encoding DNA sequences and

b) a CaMV 19S promoter region free of CaMV protein-encoding DNA sequences,

and a DNA sequence which is heterologous with respect to the promoter.

15. A chimeric gene which is expressed in plants cells comprising a promoter from a cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV(35S) promoter region free of CaMV protein-encoding DNA sequences and a CaMV(19S) promoter

5,352,605

**17**

region free of CaMV protein-encoding DNA sequences, and a DNA sequence which is heterologous with respect to the promoter.

16. A chimeric gene which is transcribed in plants cells comprising a promoter from a cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV(35S) promoter free of CaMV protein-encoding DNA sequences and a CaMV(19S) promoter free of CaMV protein-encoding DNA sequences, a DNA sequence which is heterologous with respect to the promoter and a 3′ non-translated polyadenylation signal sequence.

**18**

17. A plant cell which comprises a chimeric gene where said chimeric gene comprises a promoter from cauliflower mosaic virus, said promoter selected from the group consisting of a CaMV(35S) promoter and a CaMV(19S) promoter, wherein said promoter is free of CaMV protein-encoding DNA sequences, and a DNA sequence which is heterologous with respect to the promoter and a 3′ non-translated polyadenylation signal sequence.

18. An intermediate plasmid of claim 7 in which the promoter is the CaMV(19S) promoter.

19. An intermediate plasmid of claim 7 in which the promoter is the CaMV(35S) promoter.

* * * * *

US00RE39247E

(19) **United States**

(12) **Reissued Patent** (10) Patent Number: **US RE39,247 E**

Barry et al. (45) Date of Reissued Patent: **Aug. 22, 2006**

(54) **GLYPHOSATE-TOLERANT 5-ENOLPYRUVYLSHIKIMATE-3-PHOSPHATE SYNTHASES**

(75) Inventors: **Gerard F. Barry**, St. Louis, MO (US); **Ganesh M. Kishore**, Creve Coeur, MO (US); **Stephen R. Padgette**, Wildwood, MO (US); **William T. Stallings**, Wildwood, MO (US)

(73) Assignee: **Monsanto Technology LLC**, St. Louis, MO (US)

(21) Appl. No.: **10/622,201**

(22) Filed: **Jul. 18, 2003**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **5,633,435**
Issued: **May 27, 1997**
Appl. No.: **08/306,063**
Filed: **Sep. 13, 1994**

U.S. Applications:
(63) Continuation-in-part of application No. 07/749,611, filed on Aug. 28, 1991, now abandoned, which is a continuation-in-part of application No. 07/576,537, filed on Aug. 31, 1990, now abandoned.

(51) Int. Cl.
*A01H 5/00* (2006.01)
*A01H 5/10* (2006.01)
*C12N 15/82* (2006.01)

(52) U.S. Cl. .................. **800/300**; 435/419; 435/320.1; 536/23.2; 536/23.4; 536/23.7; 800/278; 800/288

(58) Field of Classification Search .............. 800/300, 800/278, 288, 312, 298; 536/23.2, 23.7; 435/419, 435/320.1

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,769,061 A | * | 9/1988 | Comai ...................... | 504/206 |
| 4,971,908 A | * | 11/1990 | Kishore et al. .......... | 435/172.1 |
| 5,004,863 A | | 4/1991 | Umbeck ..................... | 800/205 |
| 5,094,945 A | * | 3/1992 | Comai ...................... | 435/172.3 |
| 5,159,135 A | | 10/1992 | Umbeck ..................... | 800/205 |
| 5,164,316 A | | 11/1992 | McPherson et al. ....... | 435/240.4 |
| 5,196,525 A | | 3/1993 | McPherson et al. ....... | 536/24.1 |
| 5,310,667 A | * | 5/1994 | Eichholtz et al. ........ | 435/172.3 |
| 5,312,910 A | | 5/1994 | Kishore et al. ........... | 536/23.2 |
| 5,322,938 A | | 6/1994 | McPherson et al. ....... | 536/24.1 |
| 5,352,605 A | | 10/1994 | Fraley et al. .............. | 435/240.4 |
| 5,416,011 A | | 5/1995 | Hinchee et al. .......... | 435/172.3 |
| 5,463,174 A | | 10/1995 | Moloney et al. ........... | 800/205 |
| 5,512,466 A | | 4/1996 | Klee et al. ................. | 800/283 |
| 5,518,908 A | | 5/1996 | Corbin et al. ....... | 435/172.3 |
| 5,569,834 A | | 10/1996 | Hinchee et al. ........... | 800/205 |
| 5,627,061 A | | 5/1997 | Barry et al. ......... | 800/288 |
| 5,633,435 A | | 5/1997 | Barry et al. ............... | 800/205 |
| 5,804,425 A | | 9/1998 | Barry et al. ............... | 435/193 |
| 6,204,436 B1 | | 3/2001 | Mannerloef et al. ....... | 800/300 |
| 6,248,876 B1 | | 6/2001 | Barry et al. ............... | 536/24.3 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0 193 259 | * 9/1986 | ................ 800/205 |
| EP | 0 218 571 | 4/1987 | |
| EP | 0 293 358 | 11/1988 | |
| EP | 0 426 641 | 5/1991 | |
| EP | 0 546 090 | 6/1996 | |
| WO | WO 91/04323 | 4/1991 | |
| WO | WO 92/04449 | 3/1992 | |

OTHER PUBLICATIONS

Comai et. al. (1988) *Journal of Biological Chemistry* 263:15104–15109.*
Fillatti et al. (Jul. 1987) *Bio/Technology* 5:726–730.*
Fitzgibbon (Dec. 1988) Ph.D. Thesis University Microfilms International, (1989).*
Griffin and Gasson (1995) *Mol. Gen. Genet.* 246:119–127.*
Henner et al. (1986) *Gene* 49:147–152.*
Potrykus (Jun. 1990) *Bio/Technology* 8:535–542.*
Comai, et al (1988) Journal of Biological Chemistry 263:15104–15109.*
Fitzgibbon (Dec. 1988) Ph.D. Thesis University Microfilms International, 1989, pp. viii–ix. 18, 22–29, 32, 93, 96–108.*
Henner, et al. (1984) *Gene, 34*:169–177.
Eichholtz, et al. (1989) *Plant Physiology. 89*: 47.
Fitzgibbon, et al (1990) *Chemical Abstracts*, vol. 112. abstract No. 92785.
Schulz, et al. (1985) *FEMS Microbiol Lett.. 28*:297–301.
Schulz, et al. (1985) *Chemical Abstracts*, vol. 103, abstract No. 119839.
Larson–Kelly et al. (1988) *SAAS Bulletin. 1*: 37–40.
Barlow, et al. (1989) *Biochemistry, 28*: 7985–7991.
Shuttleworth et al. (1992) *Protein Engineering, 5*: 461–466, 1992.
Selvapandiyan, et al. (1995) *FEBS Letters, 374*: 253–256.
Alberg, et al. (1989) *Journal of The American Chemical Society, 111*: 2337–2338.
Lanzetta, et al. (1979) *Analytical Biochemistry, 100*: 95–97.
Majumder, et al. (1995) *Eur. J. Biochem.. 229*: 99–106.
Steinrücken, et al. (1984) *Eur. J. Biochem., 143*: 341–349.
Steinrücken, et al. (1986) *Archives of Biochemistry and Biophysics, 244*: 169–178.
Kane, et al. (1971) *Journal of Biological Chemistry, 246*: 4308–4316.
Fischer, et al. (1987) *Archives of Biochemistry and Biophysics, 256*: 325–334.
Chiesa, et al., *Gene*, (1994) 144: 145–146.

(Continued)

*Primary Examiner*—David H Kruse
(74) *Attorney, Agent, or Firm*—Howrey LLP

(57) **ABSTRACT**

Genes encoding Class II EPSPS enzymes are disclosed. The genes are useful in producing transformed bacteria and plants which are tolerant to glyphosate herbicide. Class II EPSPS genes share little homology with known, Class I EPSPS genes, and do not hybridize to probes from Class I EPSPS's. The Class II EPSPS enzymes are characterized by being more kinetically efficient than Class I EPSPS's in the presence of glyphosate. Plants transformed with Class II EPSPS genes are also disclosed as well as a method for selectively controlling weeds in a planted transgenic crop field.

**127 Claims, 70 Drawing Sheets**

EXHIBIT
Plaintiffs'
B

OTHER PUBLICATIONS

Kishore, et al., 1988 *From Biochemistry to Genetic Engineering of Glyphosate Tolerance,* American Chemical Society, Chapter 3, pp. 37–48.

Schulz, et al. (1985) *FEMS Microbiology Letters, 28:* 297–301.

Padgette, et al. (1996) *Herbicide–Resistant Crops,* Chapter 4, pp. 53–84.

Padgette, et al. (1987) *Archives of Biochemistry and Biophysics, 258:* 564–573.

Lorz, et al. (1985) *Mol. Gen. Gene, 199:*178–182.

Gasser, et al. (1989), *Science, 244:* 1293–1299.

Fromm, et al. (1990) *Bio/Technology, 8:* 833–839.

Gordon–Kamm, et al. (1990) *Plant Cell, 2:* 603–618.

Armstrong, et al. (1995) *Crop Sci., 35:*550–557.

Christou, et al. (1991) *Bio/Technology, 9:* 957–962.

Vasil, et al. (1992) *Bio/Technology, 10:* 667–674.

Flavell, et al. (1987) *Nature, 307:* 108–109.

Goodman, et al. (1987) *Science, 236:* 48–54.

Paszkowski, et al. (1984) *EMBO Journal, 3:* 2717–2722.

Potrykus, et al. (1985) *Mol. Gen. Genet., 199:* 183–188.

Shimamoto, et al. (1989) *Nature, 338:* 274–276.

Rhodes, et al. (1988) *Science, 240:* 204–207.

Horn, et al. (1988) *Plant Cell Reports, 7:* 469–472.

Jahne, et al. (1995), *Euphytica, 85:* 35–44.

McCabe, et al. (1988) *Bio/Technology, 6:* 923–926.

Klein, et al. (1988) *Proc. Natl. Acad. Sci. USA, 85:* 8502–8505.

Christou, et al. (1988) *Plant Physiol., 87:* 671–674.

Cheng, et al. (1996) *Plant Cell Reports, 15:* 653–657.

McKently, et al. (1995) *Plant Cell Reports, 14:* 699–703.

Yang, et al. (1996) *Plant Cell Reports, 15:* 459–464.

Grant, et al. (1995) *Plant Cell Reports, 15:* 254–258.

De Kathen, et al. (1990) *Plant Cell Reports, 9:* 276–279.

Zhang, et al. (1988) *Plant Cell Reports, 7:* 379–384.

Weeks, et al. (1988) *Plant Physiol., 102:* 1077–1084.

Schroeder, et al. (1993) *Plant Physiol., 101:* 751–757.

Wan, et al. (1994) *Plant Physiol., 104:* 37–48.

Bytebier, et al. (1987) *Proc. Natl. Acad. Sci. USA, 84:* 5345–5349.

Koziel, et al. (1993) *Bio/Technology, 11:* 194–200.

Somers, et al. (1992) *Bio/Technology, 10:* 1589–1594.

Wang, et al. (1992) *Bio/Technology, 10:* 691–696.

Toryama, et al. (1990) *Bio/Technology, 6:* 1072–1074.

Zhang, et al. (1988) *Theor. Appl. Genet., 76:* 835–840.

Battraw, et al. (1990) *Plant Mol. Biol., 15:* 527–538.

Davey, et al. (1989) *Plant Mol. Biol., 13:* 273–285.

Park, et al. (1996) *Plant Mol. Biol., 32:* 1135–1148.

De la Pena, et al. (1987) *Nature, 325:* 274–276.

Bower, et al. (1992) *Plant Journal, 2:* 409–416.

Davey, et al. (1986) "Transformation of the Genomic Expression of Plant Cells," in *Plasticity in Plants, Symposia of the Society for Experimental Biology,* pp. 85–120.

Fitzgibbon and Braymer (1990) *Appl. Envir. Microbiol.* 56:3382–3388.

Schultz, et al. (1984) *Arch. Microbiol.,* 137:121–123.

English language translation of excerpt, *Chemistry and Biology, Bioscience and Biotechnology,* (1991) 29:734.

English language translation of excerpt, Okada (ed.) "Gene Expression and Regulation in Higher Plants," in *Developments of Molecular Biology,* No. 13, Maruzen Co., Japan., 1990.

English language translation of excerpt, Nagata (1993), *Plant Protoplast and Cell Engineering,* p. 104, Kodansha Co., Ltd.

English language translation of excerpt, Uozumi (1993) *Plant Engineering,* p. 111, Maruzen Co., Ltd.

Minutes of the Public Oral Proceedings before the EPO Technical Board of Appeal, on Apr. 6, 2005, for European Patent No. 0 546,090.

"Monsanto Holds Right to Patent Herbicide–Resistant Seeds, European Patent Office Says." Associated Press, Apr. 9, 2005.

"*Efficient Transfer Of A Glyphosate Tolerance Gene Into Tomato Using A Binary Agrobacterium Tumefaciens Vector,*" L. Fillati, J. Kiser. R. Rose, and L. Comai, *Bio/Technology* 5:726–730 (1987).

"*Chloroplast Transport Of A Ribulose Biphosphate Carboxylase Small Subunit–5–Enolpyruvyl 3–Phosphoshikimate Synthase Chimeric Protein Requires Part Of The Mature Small Subunit In Addition To The Transit Peptide,*" L. Comai, N. Larson–Kelly. J. Kiser. C. Mau, A. Pokalsky, C. Shewmaker, K. McBride, A. Jones, and D. Stalker, *J. Biol. Chem.* 263:15104–15109 (1988).

"*The Organization And Nucleotide Sequence Of the Bacillus Subtilis hisH, tyrA and AroE Genes,*" D. Henner, L. Band, G. Glaggs, and E. Chen. *Gene* 49:147–152 (1986).

"*Pseudomonas sp. Strain PG2082: Uptake Of Glyphosate And Cloning Of A Gene Which Confers Increased Resistance To Glyphosate,*" J. Fitzgibbon, Ph.D. (Dec. 1998).

"*Gene Transfer To Cereal· An Assessment,*" I. Potrykus, *Bio/Technology* 1:535–542 (1990).

"*Genetic Aspects Of Aromatic Amino Acid Biosynthesis In Lactococcus Lactis,*" H. Griffin, and M. Gasson, *Mol. Gen. Genet.* 246:119–127 (1995).

"*Targeting A Herbicide–Resistant Enzyme From Escherichia Coli To Chloroplasts Of Higher Plants,*" G. della–Cioppa, S. Bauer, M. Taylor. D. Rochester, B. Klein, D. Shah, R. Fraley, and G. Kishore, *Bio/Technology* 5:579–584 (1987).

"*Production Of Transgenic Soybean Plants Using Agrobacterium–Mediated DNA Transfer,*" M. Hinchee, D. Connor–Ward, C. Newell, R. McDonnell. S. Sato. C. Gasser, D. Fischhoff, D. Re, R. Fraley, and R. Horsch, *Bio/Technology* 6:915–926 (1988).

"*Chloroplast Delivery Of A Bacterial EPSPS Synthase In Transgenic Plants And Tolerance To Glyphosate,*" N. Larson–Kelly, L. Comai, J. Kiser. C. Mau. A. Pokalsky, K. McBride, A. Jones, C. Shewmaker, and D. Stalker, *Biochem. Biotech.* 1:37–40 (1998).

"*Glyphosate Tolerant Flax Plants From Agrobacterium Mediated Gene Transfer,*" M. Jordan and A. McHughen, *Plant Cell Reports* 7:281–284 (1988).

"*Agrobacterium–Mediated Gene Transfer To Plants; Engineering Tolerance To Glyphosate,*" R. Horsch, R. Fraley, S. Rogers, H. Klee, J. Fry. M. Hinchee, and D. Shah, *Iowa State Journal of Research* 62:487–502 (1988).

"*The Use Of Bacterial Genes Encoding Herbicide Tolerance In Constructing Transgenic Plants.*" E. Piruzian, V. Mett, N. Kobets, and F. Urmeeva. *Microbiological Sciences* 5:242–248 (1988).

"*Cloning Of An Arabidopsis Thaliana Gene Encoding 5–Enolpyruvylshikimate–3–Phosphate Synthase: Sequence Analysis And Manipulation To Obtain Glyphosae–Tolerant Plants,*" H. Klee, Y. Muskopf, and C. Gasser, *Mol. Gen. Gene.* 210:437–442 (1987).

"*Genetically–Engineered Herbicide Tolerance—Technical And Commercial Considerations,*" R. Fraley, G. Kishore, C. Gasser, S. Padgette, R. Horsch, S. Rogers, G. Della–Cioppa, and D. Shah, *British Crop Protection Conference—Weeds* 2:463–471 (1987).

"*Engineering Herbicide Tolerance In Transgenic Plants,*" D. Shah, R. Horsch, H. Klee, G. Kishore, J. Winter, N. Turner, C. Hironaka. P. Sanders, C. Gasser, S. Aykent, N. Siegel, S. Rogers, and R. Fraley, *Science* 233:478–481 (1986).

"*An Altered aroA Gene Product Confers Resistance to the Herbicide Glyphosate,*" L. Comai, L. Sen. and D. Stalker, *Science* 221:370–371 (1983).

"*A Single Amino Acid Substitution In The Enzyme 5–Enolpyruvylshikimate–3–Phosphate Synthase Confers Resistance To The Herbicide Glyphosate,*" D. Stalker, W. Hiatt, and L., Comai. *J. Biol. Chem.* 260:4724–4728 (1985).

"*Engineering Herbicide Resistance In Plants,*" J. Botterman and J. Leemans, *Trends In Genetics* 4:219–222 (1988).

"*Glyphosate Tolerant Variants Of Petunia EPSP Synthase,*" D. Eichholtz, C. Gasser, D. Re, S. Padgette, G. Kishore, D. Shah, and R. Fraley, American Society of Plant Physiologists, Sup. To Plant Physiology (1989).

"*EPSP Synthase—From Biochemistry To Genetic Engineering Of Herbicide Tolerance,*" G. Kishore, S. Padgette, G. Della–Cioppa, D. Biest Re. L. Brundage, D. Shah, C. Gasser, P. Sanders, H. Klee. R. Horsch, N. Hoffmann, and R. Fraley, American Society of Biological Chemists, 78th Annual Meeting, Abstract # 754 (1987).

"*Genetic Engineering Of Plants For Herbicide Resistance Expression Of An RuBP Carboxylase Small Subunit–EPSP Synthase Chimeric Gene, Chlorophast Transport Of The Hybrid Protein, And Tolerance Phenotype In Transgenic Plants,*" L. Comai, N. Larson–Kelly, J. Kiser, A. Jones, D. Stalker, P. Moran, K. Kiehne, and A. Koning, *Vortr. Pflanzenzüchtg* 16:441–454 (1989).

"*Biocontrol Of Plant Diseases vol. II*" K. Mukerji and K. Garg, Editors, CRC Press Inc. (1988).

"*The Development Of Herbicide Resistant Crops,*" B. Mazur and S. Falco, *Annu. Rev. Plant Physiol. Plant Mol. Biol.* 40:441–470 (1989).

"*Producing Herbicide–Resistant Plants By Gene Transfer Technology*". D. Stalker, in "Target Sites of Herbicide Action", P. Boger and G. Sandmann Editors, 1989.

"*Genetic Engineering Of Tobacco For Resistance To The Herbicide Glyphosate,*" L. Comai, D. Stalker, W. Hiatt, G. Thompson, and D. Facciotti, (abstract, 1985).

"*Performance Assessment Under Field Conditions Of A Rapid Immunological Test For Transgenic Soybeans,*" J. Fagan, B. Schoel, A. Haegert, J. Moore, and J. Beeby, *International Journal of Food Science and Technology* 36:357–367 (2001).

"*Expression In Plants of a Mutant aroA Gene from Salmonella Typhimurium Confers Tolerance to Glyphosate,*" L. Comai, D. Facciotti, W.R. Hiatt, G. Thompson, R.E. Rose & D. M. Stalker, *Nature* 317:741–744 (1985).

Defendant's Second Supplemental Answers to Plaintiff's Third Set of Interrogatories to Mitchell Scruggs, as filed May 30, 2004, in *Monsanto Company v. Scruggs*, 3:00CV161–P–D, U.S. District Court, Northern District of Mississippi, Western Division.

Defendants' Motion for Summary Judgmnt on Plaintiff's Patent Infringement Claim. Count One. Third Amended Complaint, dated Aug. 8. 2003, as filed in *Monsanto Company v. Scruggs*, 3:00CV161–B–A, U.S. District Court, Northern District of Mississippi, Western Division.

Memorandum in Support of Defendants' Motion for Summary Judgment on Plaintiff's Patent Infringement Claim, Count One, Third Amended Complaint (with exhibits), dated Aug. 8, 2003, as filed in *Monsanto Company v. Scruggs*, 3:00CV161–B–A, U.S. District Court. Northern District of Mississippi, Western Division.

Defendants' Response to Plaintiff's Notice of Dismissal of Count One (and Rebuttal to Monsanto's Response to Defendant's Motion for Summary Judgment on Count One (with exhibits), dated Jan. 12. 2004, as filed in *Monsanto Company v. Scruggs*, 3:00CV161–B–A, U.S. District Court. Northern District of Mississippi, Western Division.

Defendants' Motion for Establishment of Certain Facts, Invalidation of Patent Claims and Expenses. as a Sanction, and Defendants' Opposition to Monsanto's Notice of Dismissal of Count One, Third Amended Complaint with Prejudice and Motion to Dismiss Defendants' Counterclaim Alleging Invalidity of the '435 Patent for Lack of Subject Matter Jurisdiction Filed Dec. 8. 2003, dated Dec. 31, 2003, as filed in *Monsanto Company v. Scruggs*, 3:00CV161–B–A, U.S. District Court, Northern District of Mississippi, Western Division.

Memorandum Brief in Support of Defendants' Motion for Establishment of Certain Facts, Invalidation of Patent Claims and Expenses, as a Sanction and in Opposition to Monsanto's Motion to Dismiss Counterclaim (with exhibits), dated Dec. 31, 2003, as filed in *Monsanto Company v. Scruggs*, 3:00CV161–B–A, U.S. District Court, Northern District of Mississippi, Western Division.

Amended Answer, Affirmative Defenses and Counterclaims, as filed Jun. 30, 2000, in *Monsanto Co. v. Roush*, 1:00CV0208, U.S. District Court for the Norther District of Indiana, Fort Wayne Division.

Amended Answer, Affirmative Defenses and Counterclaims, as filed Dec. 21, 2000, in *Monsanto Co. v. Roush*, 1:00CV0208, U.S. District Court for the Northern District of Indiana, Fort Wayne Division.

Defendants' Supplemental Answers to Monsanto's Third Set of Interrogatories to Defendants, dated Sep. 28, 2001, in *Monsanto Co. v. Roush*, 1:00CV0208, U.S. District Court for the Northern District of Indiana. Fort Wayne Division.

\* cited by examiner

SspI

```
6358  TCATCAAATATTTAGCAGCATTCCAGATTGGGTTCAATCAACAAGGTACGAGCCATATC  6417
      AGTAGTTTTATAAATCGTCGTAAGGTCTAACCCAAGTTAGTTGTTCCATGCTCGGTATAG
6418  ACTTTATTCAAATTGGTATCGCCAAAACCAGAAGGAACTCCCATCCTCAAAGGTTTGTA   6477
      TGAAATAAGTTTAACCATAGCGGTTTTGGTTCTTCCTTGAGGGTAGGAGTTTCCAAACAT
6478  AGGAAGAATTCTCAGTCCAAAGCCTCAACAAGGTCAGGGTACAGAGTCTCCAAACCATTA  6537
      TCCTTCTTAAGAGTCAGGTTTCGGAGTTGTTCCAGTCCCATGTCTCAGAGGTTTGGTAAT
6538  GCCAAAAGCTACAGGAGATCAATGAAGAATCTTCAATCAAAGTAAACTACTGTTCCAGCA  6597
      CGGTTTCGATGTCCTCTAGTTACTTCTTAGAAGTTAGTTTCATTTGATGACAAGGTCGT
6598  CATGCATCATGGTCAGTAAGTTTCAGAAAAAGACATCCACCGAAGACTTAAAGTTAGTGG  6657
      GTACGTAGTACCAGTCATTCAAAGTCTTTTCTGTAGGTGGCTTCTCGAATTTCAATCACC
```

Figure 1A

6658    GCATCTTTGAAAGTAATCTTGTCAACATCGAGCAGCTGGCTGTGGGGACCAGACAAAAA
        CGTAGAAACTTTCATTAGAACAGTTGTAGCTCGTCGACCGAACACCCCTGGTCTGTTTTT    6717

6718    AGGAATGGTGCAGAATTGTTAGGCGCACCTACCAAAAGCATCTTTGCCTTTATTGCAAAG
        TCCTTACCACGTCTTAACAATCCGCGTGGATGGTTTTCGTAGAAACGAAATAACGTTTC    6777

6778    ATAAAGCAGATTCCTCTAGTACAAGTGGGAACAAAATAACGTGGAAAAGAGCTGTCCTG
        TATTTCGTCTAAGGAGATCATGTTCACCCCCTTGTTTATTGCACCTTTTCTCGACAGGAC    6837

6838    ACAGCCCACTCACTAATGCGTATGACGAACGCAGTGACGACCACAAAAGAATTCCCTCTA
        TGTCGGGTGAGTGATTACGCATACTGCTTGCGTCACTGCTGGTGTTTTCTTAAGGGAGAT    6897

6898    TATAAGAAGGCATTCATTCCCATTTGAAGGATCATCAGATACTAACCAATATTTCTC
                                                              SspI
        ATATTCTTCCGTAAGTAAGGGTAAACTTCCTAGTAGTCTATGATTGGTTATAAAGAG    6954

Figure 1B



Figure 2

```
AAGCCCGCGT TCTCTCCGGC GCTCCGCCCG GAGAGCCGTG GATAGATTAA GGAAGACGCC          60

C  ATG TCG CAC GGT GCA AGC AGC CGG CCC GCA ACC GCC CGC AAA TCC            106
   Met Ser His Gly Ala Ser Ser Arg Pro Ala Thr Ala Arg Lys Ser
    1               5                  10                 15

TCT GGC CTT TCC GGA ACC GTC CGC ATT CCC GGC GAC AAG TCG ATC TCC          154
Ser Gly Leu Ser Gly Thr Val Arg Ile Pro Gly Asp Lys Ser Ile Ser
            20                  25                 30

CAC CGG TCC TTC ATG TTC GGC GGT GGG CTC GCG AGC GGT GAA ACG CGC ATC      202
His Arg Ser Phe Met Phe Gly Gly Gly Leu Ala Ser Gly Glu Thr Arg Ile
            35                  40                 45

ACC GGC CTG GAA CTG GGC GAG GAC GTC ATC AAT ACG GGC AAG GCC ATG          250
Thr Gly Leu Glu Leu Gly Glu Asp Val Ile Asn Thr Gly Lys Ala Met
            50                  55                 60

CAG GCC ATG GGC GCC AGG ATC CGT AAG GAA GGC ACC GAC TGG ATC ATC          298
Gln Ala Met Gly Ala Arg Ile Arg Lys Glu Gly Thr Asp Trp Ile Ile
            65                  70                 75

GAT GGC GGC AAT GGC GGG CTC CTG GCG GCG CCG GAG CCG CTC GAT              346
Asp Gly Gly Asn Gly Gly Leu Leu Ala Ala Pro Glu Pro Leu Asp
            80          85          90          95
```

Figure 3A

```
TTC GGC AAT GCC GCC ACG GGC TGC CGC CTG ACC ATG GGC CTC GTC GGG
Phe Gly Asn Ala Ala Thr Gly Cys Arg Leu Thr Met Gly Leu Val Gly      394
                    100             105             110

GTC TAC GAT TTC GAC AGC ACC TTC ATC GGC GAC GCC TCG CTC ACA AAG
Val Tyr Asp Phe Asp Ser Thr Phe Ile Gly Asp Ala Ser Leu Thr Lys      442
                115             120             125

CGC ATG GGC CGC CTG GAA CGC CCG CTG CGC GTT ACC GAA GGC GTG CAG
Arg Met Gly Arg Leu Glu Arg Pro Leu Arg Val Thr Glu Gly Val Gln      490
            130             135             140

GTG AAA TCG GAA GAC GGT GAC CGT CTT CCC GTT ACC TTG CGC GGG CCG
Val Lys Ser Glu Asp Gly Asp Arg Leu Pro Val Thr Leu Arg Gly Pro      538
            145             150             155

AAG ACG CCG ACG ATC CCG TAC ACC GTG CGC CCG ATG GCC TCC GCA CAG
Lys Thr Pro Thr Ile Pro Tyr Thr Val Arg Pro Met Ala Ser Ala Gln      586
            160             165         170             175

GTG AAG TCC GCC GTG CCC CTC GGC GCC ACG AAC ACG CCC GGC ATC ACG
Val Lys Ser Ala Val Pro Leu Gly Ala Thr Asn Thr Pro Gly Ile Thr      634
            180             185             190

ACG GTC ATC GAG CCG ATC GAT CGC CAT ACG GAA AAG ATG CTG
Thr Val Ile Glu Pro Ile Asp Arg His Thr Glu Lys Met Leu              682
            195             200             205
```

Figure 3B

```
CAG GGC TTT GGC GCC AAC CTT ACC GTC GAG ACG GAT GCG GAC GTG      730
Gln Gly Phe Gly Ala Asn Leu Thr Val Glu Thr Asp Ala Asp Val
        210          215          220

CGC ACC ATC CGC GAA GGC GGC AAG CTC ACC GGC CAA GTC ATC          778
Arg Thr Ile Arg Glu Gly Arg Gly Lys Leu Thr Gly Gln Val Ile
            225          230          235

GAC GTG GGC GAC TCC CCG ACG TCC GCC TTC CCG CTG GTT GCG GCC      826
Asp Val Gly Asp Ser Pro Thr Ser Ala Phe Pro Leu Val Ala Ala
240          245          250          255

CTG CTT GTT CCG GGC TCC GAC GTC ACC ATC CTC AAC GTG CTG ATG AAC  874
Leu Leu Val Pro Gly Ser Asp Val Thr Ile Leu Asn Val Leu Met Asn
260          265          270

CCC ACC CGC GGC CTC ATC ACG CTG CAG GAA ATG GGC GCC GAC          922
Pro Thr Arg Gly Leu Ile Leu Thr Leu Gln Glu Met Gly Ala Asp
275          280          285

ATC GAA GTC ATC AAC CCG CGC GGC GGC GAA GAC GTG GCG GAC          970
Ile Glu Val Ile Asn Pro Arg Ala Gly Gly Glu Asp Val Ala Asp
290          295          300

CTG CGC GTT TCC ACG AAG GGC GTC GGC GTC ACG CCG GAA GAC         1018
Leu Arg Val Ser Thr Lys Gly Val Gly Val Thr Val Pro Glu Asp
305          310          315
```

Figure 3C

```
CGC GCG CCT TCG ATG ATC GAC GAA TAT CCG ATT CTC GCT GTC GCC GCC   1066
Arg Ala Pro Ser Met Ile Asp Glu Tyr Pro Ile Leu Ala Val Ala Ala
            320         325         330         335

GCC TTC GCG GAA GGG GCG ACC GTG ATG AAC GGT CTG GAA GAA CTC CGC   1114
Ala Phe Ala Glu Gly Ala Thr Val Met Asn Gly Leu Glu Glu Leu Arg
            340         345         350

GTC AAG GAA AGC GAC CGC CTC TCG GCC GTC GCC AAT GGC CTC AAG CTC   1162
Val Lys Glu Ser Asp Arg Leu Ser Ala Val Ala Asn Gly Leu Lys Leu
            355         360         365

AAT GTG GAT TGC GTG GAT GAG GGC GGC GAG ACG CTC GTC GTG CGC GGC   1210
Asn Val Asp Cys Val Asp Glu Gly Gly Glu Thr Leu Val Val Arg Gly
            370         375         380

CGC CCT GAC AAG GGG CTC TCG GGC AAC GCC TCG GGC GGC GCC GCC GCC   1258
Arg Pro Asp Lys Gly Leu Ser Gly Asn Ala Ser Gly Gly Ala Ala Ala
            385         390         395

ACC CAT CTC GAT CAC CGC ATC GCC ATG AGC TTC CTC CTC ATG GGC CTC   1306
Thr His Leu Asp His Arg Ile Ala Met Ser Phe Leu Leu Met Gly Leu
            400         405         410         415

GTG TCG GAA AAC GTC ACG GTC ACG GAT GCC GAT ACG GCC ATC GCC ACG   1354
Val Ser Glu Asn Val Thr Val Thr Asp Ala Asp Thr Ala Ile Ala Thr
            420         425         430
```

Figure 3D

```
AGC TTC CCG GAG TTC ATG GAC CTG ATG GCC GGG CTG GGC GCG AAG ATC       1402
Ser Phe Pro Glu Phe Met Asp Leu Met Ala Gly Leu Gly Ala Lys Ile
        435                             440             445

GAA CTC TCC GAT ACG AAG GCT GCC TGATGACCTT CACAATCGCC ATCGATGGTC      1456
Glu Leu Ser Asp Thr Lys Ala Ala
        450             455

CCGCTGCGGC CGGCAAGGGG ACGCTCTCGC GCCGTATCGC GGAGGTCTAT GGCTTTCATC     1516
ATCTCGATAC GGGCCTGACC TATCGCGCCA CGGCCAAAGC GCTGCTCGAT CGCGGCCTGT     1576
CGCTTGATGA CGAGGCGGTT GCGGCCGATG TCGCCCGCAA TCTCGATCTT GCCGGGCTCG     1636
ACCGGTCGGT GCTGTCGGCC CATGCCATCG GCGAGGCGGC TTCGAAGATC GCGGTCATGC     1696
CCTTCGGTGCG GCGGGGCGCTG GTCGAGGCGC AGCCGCAGCTT TGCGGCGCGT GAGCCGGGCA  1756
CGGTGCTGGA TGGACGCGAT ATCGGCCACGG TGGTCTGCCC GGATGCGCCG GTGAAGCTCT    1816
ATGTCACCGC GTCACCGGAA GTGCGCGCGA AACGCCGCTA TGACGAAATC CTCGGCAATG     1876
GCGGGTTGGC CGATTACGGG ACGATCCTCG AGGATATCCG CCGCCGCGAC GAGCGGGACA     1936
TGGGTCGGGC GGACAGTCCT TTGAAGCCCG CCGACGATGC GCACTT                    1982
```

Figure 3E

```
GTAGCCACAC ATAATTACTA TAGCTAGGAA GCCCGCTATC TCTCAATCCC GCGTGATCGC    60

GCCAAAATGT GACTGTGAAA AATCC ATG TCC CAT TCT GCA TCC CCG AAA CCA      112
                            Met Ser His Ser Ala Ser Pro Lys Pro
                             1                  5

GCA ACC GCC CGC CGC TCG GAG GCA GCA CTC ACG GGC GAA ATC CGC ATT CCG  160
Ala Thr Ala Arg Arg Ser Glu Ala Ala Leu Thr Gly Glu Ile Arg Ile Pro
 10              15                  20                  25

GGC GAC AAG TCC ATC TCG CAT TCC TTC ATG TTT GGC GGT CTC GCA          208
Gly Asp Lys Ser Ile Ser His Ser Phe Met Phe Gly Gly Leu Ala
          30                  35                  40

TCG GGC GAA ACC CGC ATC ACC GGC CTT CTG GAA GGC GAG GAC GTC ATC      256
Ser Gly Glu Thr Arg Ile Thr Gly Leu Leu Glu Gly Glu Asp Val Ile
          45                  50                  55

AAT ACA GGC CGC ATG GCC CAG ATG GGC GCG AAA ATC CGT AAA GAG          304
Asn Thr Gly Arg Met Ala Gln Met Gly Ala Lys Ile Arg Lys Glu
          60                  65                  70

GGC GAT GTC TGG ATC ATC AAC GGC GTC GGC AAT GGC TGC TTG CAG          352
Gly Asp Val Trp Ile Ile Asn Gly Val Gly Asn Gly Cys Leu Gln
          75                  80                  85
```

**Figure 4A**

Case 2:07-cv-00283-RLY-WGH   Document 1-2   Filed 10/12/07   Page 13 of 26

```
CCC GAA GCT GCG CTC GAT TTC GGC AAT GCC GGA ACC GGC GCG CGC CTC      400
Pro Glu Ala Ala Leu Asp Phe Gly Asn Ala Gly Thr Gly Ala Arg Leu
 90              95              100             105

ACC ATG GGC CTT GTC GGC ACC TAT GAC ATG AAG ACC TCC TTT ATC GGC      448
Thr Met Gly Leu Val Gly Thr Tyr Asp Met Lys Thr Ser Phe Ile Gly
                110             115             120

GAC GCC TCG CTG TCG CGC ATG GCC ATG CCG ATG GGC CTG AAC CCG TTG      496
Asp Ala Ser Leu Ser Arg Met Ala Met Pro Met Gly Leu Asn Pro Leu
            125             130             135

CGC GAA ATG GGC GTT CAG GTG GAA GCA GCC GAT GGC GAC CGC ATG CCG      544
Arg Glu Met Gly Val Gln Val Glu Ala Ala Asp Gly Asp Arg Met Pro
        140             145             150

CTG ACG ATC CTC GGC GGC AAG GCC AAT CCG ACC ATC ACC TAT CGC GTG      592
Leu Thr Ile Leu Gly Gly Lys Ala Asn Pro Thr Ile Thr Tyr Arg Val
    155             160             165

CCG ATG TCC GCC TCC GCG CAG GTA AAA GTC ATC GCG TCC GCC GGT CTC      640
Pro Met Ser Ala Ser Ala Gln Val Lys Val Ile Ala Ser Ala Gly Leu
170             175             180             185

AAC ACG CCG GGC GTC ACC ACC GTC ATC GAG ATC GTC ATG ACC CGC GAC      688
Asn Thr Pro Gly Val Thr Thr Val Ile Glu Ile Val Met Thr Arg Asp
                190             195             200
```

Figure 4B

```
CAC ACC GAA AAG CTG ATG GCC CAG CTG GGC TTT GGC GCC GAC CTC ACG GTC GAG    736
His Thr Glu Lys Leu Met Ala Gln Leu Gly Phe Gly Ala Asp Leu Thr Val Glu
            205                     210                      215

ACC GAC AAG GAT GGC GTG GTG CGC CAT ATC CGC ATC ACC GGC CAG GGC AAG        784
Thr Asp Lys Asp Gly Val Val Arg His Ile Arg Ile Thr Gly Gln Gly Lys
            220                 225                 230

CTT GTC GGC CAG ACC ATC ATC GAC GTG CCG GGC GAT CCG TCA TCG ACC GCC        832
Leu Val Gly Gln Thr Ile Ile Asp Val Pro Gly Asp Pro Ser Ser Thr Ala
        235                 240                 245

TTC CCG CTC GTT GCC GCC CTT CTG GTG GAA GAT GGT TCC GAC GTC ACC ATC        880
Phe Pro Leu Val Ala Ala Leu Leu Val Glu Asp Gly Ser Asp Val Thr Ile
    250                 255                 260                 265

CGC AAC GTG CTG ATG AAC CCG ACC CGT ACC GGC CTC ATC CTC ACC TTG            928
Arg Asn Val Leu Met Asn Pro Thr Arg Thr Gly Leu Ile Leu Thr Leu
                270                 275                 280

CAG GAA ATG GGC GAT ATC GAA GTG CTC AAT GCC CGT CTT GCA GGC                976
Gln Glu Met Gly Asp Ile Glu Val Leu Asn Ala Arg Leu Ala Gly
            285                 290                 295

GGC GAA GTC GAC GCC GAT CTG CGC GTC AGG GCT TCG AAG CTC AAG GGC            1024
Gly Glu Val Asp Ala Asp Leu Arg Val Arg Ala Ser Leu Lys Leu Lys Gly
            300                 305                 310
```

Figure 4C

```
GTC GTT CCG CCG GAA CGT GCG CCG TCG ATG ATC GAC GAA TAT CCG      1072
Val Val Pro Pro Glu Arg Ala Pro Ser Met Ile Asp Glu Tyr Pro
        315             320             325                 345

GTC CTG GCG ATT GCC GCC TCC TTC GCG GAA GGC GAA ACC GTG ATG GAC  1120
Val Leu Ala Ile Ala Ala Ser Phe Ala Glu Gly Glu Thr Val Met Asp
        330             335             340                 345

GGG CTC GAC GAA CTG CGC GTC AAG GAA TCG GAT CGT CTG GCA GCG GTC  1168
Gly Leu Asp Glu Leu Arg Val Lys Glu Ser Asp Arg Leu Ala Ala Val
        350             355                 360

GCA CGC GGC CTT GAA GTT GGC AAC GGC GTC GAT TGC ACC GGC GAG ATG  1216
Ala Arg Gly Leu Glu Val Gly Asn Gly Val Asp Cys Thr Gly Glu Met
        365             370                 375

TCG CTG ACC GGC GTT CGC CGC GGC GAC CCC GAC GGA CTG GGC GGC GGC  1264
Ser Leu Thr Gly Val Arg Arg Gly Asp Pro Asp Gly Leu Gly Gly Gly
        380             385                 390

ACG GTT GCA ACC CAT CTC GAT CGT ATC GCG ATG AGC TTC CTC GTG      1312
Thr Val Ala Thr His Leu Asp Arg Ile Ala Met Ser Phe Leu Val
        395             400             405

ATG GGC CTT GCG GCG GCG GAA GCG GTT ACG CCG GAC GAC AGT AAC ATG  1360
Met Gly Leu Ala Ala Ala Glu Ala Val Thr Pro Asp Asp Ser Asn Met
        410             415             420                 425
```

Figure 4D

```
ATC GCC ACG TCC TTC CCC GAA TTC ATG GAC ATG ATG CCG GGA TTG GGC            1408
Ile Ala Thr Ser Phe Pro Glu Phe Met Asp Met Met Pro Gly Leu Gly
                    430             435             440

GCA AAG ATC GAG TTG AGC ATA CTC TAGTCACTCG ACAGCGAAAA TATTATTTGC           1462
Ala Lys Ile Glu Leu Ser Ile Leu
                    445

GAGATTGGGC ATTATTACCG GTTGGTCTCA GCGGGGGTTT AATGTCCAAT CTTCCATACG          1522

TAACAGCATC AGGAAATATC AAAAAAGCTT TAGAAGGAAT TGCTAGAGCA GCGACGCCGC          1582

CTAAGCTTTC TCAAGACTTC GTTAAAACTG TACTGAAATC CCGGGGGGTC CGGGGATCAA          1642

ATGACTTCAT TTCTGAGAAA TTGGCCTCGC A                                         1673
```

**Figure 4E**

GTGATCGCGC CAAAATGTGA CTGTGAAAAA TCC ATG TCC CAT TCT GCA TCC CCG     54
                                    Met Ser His Ser Ala Ser Pro
                                     1                        5

AAA CCA GCA ACC GCC CGC CGC TCG GAG GCA CTC ACG GGC GAA ATC CGC    102
Lys Pro Ala Thr Ala Arg Arg Ser Glu Ala Leu Thr Gly Glu Ile Arg
         10                  15                  20

ATT CCG GGC GAC AAG TCC ATC TCG CAT CGC TCC TTC ATG TTT GGC GGT    150
Ile Pro Gly Asp Lys Ser Ile Ser His Arg Ser Phe Met Phe Gly Gly
         25                  30                  35

CTC GCA TCG GGC GAA ACC GCC ATC CGC ACC GGC CTG GAA GGC GAG GAC    198
Leu Ala Ser Gly Glu Thr Ala Ile Arg Thr Gly Leu Glu Gly Glu Asp
         40                  45                  50                  55

GTC ATC AAT ACA GGC CGC ATG CAG GCC ATG GGC GCG AAA ATC CGT    246
Val Ile Asn Thr Gly Arg Met Gln Ala Met Gly Ala Lys Ile Arg
         60                  65                  70

AAA GAG GGC GAT GTC TGG ATC ATC AAC GGC GTC GGC AAT GGC TGC CTG    294
Lys Glu Gly Asp Val Trp Ile Ile Asn Gly Val Gly Asn Gly Cys Leu
         75                  80                  85

TTG CAG CCC GAA GCT GCG CTC GAT TTC GGC AAT GCC GGA ACC GGC GCG    342
Leu Gln Pro Glu Ala Ala Leu Asp Phe Gly Asn Ala Gly Thr Gly Ala
         90                  95                 100

# Figure 5A

```
CGC CTC ATG GGC CTT GTC GGC ACC TAT GAC ATG AAG ACC TCC TTT      390
Arg Leu Met Gly Leu Val Gly Thr Tyr Asp Met Lys Thr Ser Phe
    105         110             115                     

ATC GGC GAC TCG GCC CTG CGC AAG CCG ATG GGC GTG CGC CTG AAC      438
Ile Gly Asp Ser Ala Leu Arg Lys Pro Arg Met Gly Val Arg Leu Asn
120         125             130             135

CCG TTG CGC GAA ATG GGC GTT CAG GTT GGC GGC GAA GTG GCA GAC CGC  486
Pro Leu Arg Glu Met Gly Val Gln Val Gly Gly Glu Val Ala Asp Arg
            140             145             150

ATG CCG CTG ACG ATC CTG GGC CCG AAG GTA ACG AAT CCG ATC ACC TAT  534
Met Pro Leu Thr Ile Leu Gly Pro Lys Val Thr Asn Pro Ile Thr Tyr
        155             160             165

CGC GTG CCG ATG GCC TCC GCG CAG CAG GTA AAA TCC GCC GTG CTC GCC  582
Arg Val Pro Met Ala Ser Ala Gln Gln Val Lys Ser Ala Val Leu Ala
        170             175             180

GGT CTC AAC ACG CCG GGC GTC ACC ACC ATC GAG CCG GTC ATG ACC      630
Gly Leu Asn Thr Pro Gly Val Thr Thr Ile Glu Pro Val Pro Met Thr
        185             190             195

CGC GAC CAC ACC GAA AAG ATG CAG GGC TTT GGC GCC GAC CTC ACG      678
Arg Asp His Thr Glu Lys Met Gln Gly Phe Gly Ala Asp Leu Thr
200             205             210             215
```

Figure 5B

```
GTC GAG GAC AAG GAT GGC GTG CGC CAT ATC CGC ATC ACC GGC CAG        726
Val Glu Asp Lys Asp Gly Val Arg His Ile Arg Ile Thr Gly Gln
            220             225             230

GGC AAG CTT GTC GGC CAG ACC ATC GAC GTG CCG GGC GAT CCG TCA TCG    774
Gly Lys Leu Val Gly Gln Thr Ile Asp Val Pro Gly Asp Pro Ser Ser
        235             240             245

ACC GCC TTC CCG CTC GTT GCC GCC CTT CTG GTG GAA GGT TCC GAC GTC    822
Thr Ala Phe Pro Leu Val Ala Ala Leu Leu Val Glu Gly Ser Asp Val
        250             255             260

ACC ATC CGC AAC CTG ATG AAC CCG ACC CGT ACC GGC CTC ATC CTC        870
Thr Ile Arg Asn Leu Met Asn Pro Thr Arg Thr Gly Leu Ile Leu
        265             270             275

ACC TTG CAG GAA ATG GGC GCC GGC GAT ATC GAA GTG CTC AAT GCC, CGT CTT    918
Thr Leu Gln Glu Met Gly Ala Gly Asp Ile Glu Val Leu Asn Ala Arg Leu
        280             285             290             295

GCA GGC GGC GAA GAC GTC GCC GAT CTG CGC GTC AGG GCT TCG AAG CTC    966
Ala Gly Gly Glu Asp Val Ala Asp Leu Arg Val Arg Ala Ser Lys Leu
        300             305             310

AAG GGC GTC GTT CCG GAA CCG GCG CCG TCG ATC ATG ATC GAC GAA        1014
Lys Gly Val Val Pro Glu Pro Ala Pro Ser Ile Met Ile Asp Glu
        315             320             325
```

## Figure 5C

```
TAT CCG GTC CTG GCG ATT GCC TCC TTC GCG GAA GGC GAA ACC GTG
Tyr Pro Val Leu Ala Ile Ala Ser Phe Ala Glu Gly Glu Thr Val     1062
    330             335             340

ATG GAC GGG CTC GAC CTG GAA CGC GTC AAG GAA GAA TCG GAT CGT CTG GCA
Met Asp Gly Leu Asp Leu Glu Arg Val Lys Glu Glu Ser Asp Arg Leu Ala   1110
    345             350             355

GCG GTC GCA CGC GGC CTT GAA GCC AAC GGC GTC GTC ACC GAT TGC GAA GGC GGC
Ala Val Ala Arg Gly Leu Glu Ala Asn Gly Val Val Thr Asp Cys Glu Gly Gly  1158
    360             365             370             375

GAG ATG TCG CTG ACG GTT CGC CGC GGC CGC CCC GAC GGC AAG GGA CTG GGC
Glu Met Ser Leu Thr Val Arg Arg Gly Arg Pro Asp Gly Lys Gly Leu Gly   1206
    380             385             390

GGC GGC ACG GTT GCA ACC CAT CTC GAT CAT CGT ATC GCG ATG AGC TTC
Gly Gly Thr Val Ala Thr His Leu Asp His Arg Ile Ala Met Ser Phe       1254
    395             400             405

CTC GTG ATG GGC CTT GCG GCG GAA GCG AAG CCG ACG GTT GTT GAC GAC AGT
Leu Val Met Gly Leu Ala Ala Glu Ala Lys Pro Thr Val Val Asp Asp Ser   1302
    410             415             420

AAC ATG ATC GCC ACG TCC TTC CCC GAA TTC ATG GAC ATG ATG CCG GGA
Asn Met Ile Ala Thr Ser Phe Pro Glu Phe Met Asp Met Met Pro Gly       1350
    425             430             435
```

Figure 5D

```
                                                          1400
TTG GGC GCA AAG ATC GAG TTG AGC ATA CTC TAGTCACTCG ACAGCGAAAA
Leu Gly Ala Lys Ile Glu Leu Ser Ile Leu
440                 445

                                    1460
TATTATTTGC GAGATTGGGC ATTATTACCG GTTGGTCTCA GCGGGGGTTT AATGTCCAAT

                1500
CTTCCATACG TAACAGCATC AGGAAATATC AAAAAAGCTT
```

# Figure 5E

```
1   MSHGASSRPATARKSSGLSGTVRIPGDKSISHRSFMFGGLASGETRITGL  50
            . . .  : |:.|.:.:|..:|  . |.| .|.|
1   ......MESLTLQPIARVDGTINLPGSKTVSNRALLLAALAHGKTVLTNL  44

51  LEGEDVINTGKAMQAMGARIRKEGDTWIIDGVGNGGLLAPEAPLD..FGN  98
    |:::||  : :|| |:|.  .:|  . :||||  : ||:|::| :||
45  LDSDDVRHMLNALTALGVSYTLSADRTRCEIIGNGGPLHAEGALELFLGN  94

99  AATGCRLTMGLVGVYDFDSTFIGDASLTKRPMGRVLNPLREMGVQVK.SE  147
    |:|.| | .::| .::: :  . :.|::::.||:::::|| |...  |
95  AGTAMRPLAAALCLGSNDIVLTGEPRMKERPIGHLVDALRLGGAKITYLE  144

148 DGDRLPVTLRGPKTPTPITYRVPMASAQVKSAVLLAGLNTPGITTVIEPI  197
    ::: |: |.|. .: . ::  .. :|.. . | .....:.:|:  |.|
145 QENYPPLRLQGGFTGGNVDVDGSVSSQFLTALLMTAPLAPEDTVIRIKGD  194

198 MTRDHTEKMLQGFGANLTVETDADGVRTIRLEGRGKLTGQVIDVPGDPSS  247
    :.:.  .|| :. :| |. .|.| . :.| .|...|.  | .. ..|. .|
195 LVSKPYIDITLNLMKTFGVEIENQHYQQFVVKGGQSYQSPGTYLVEGDAS  244
```

Figure 6A

```
248  TAFPLVAALLVPGSDVTILNVLMNPTRTGLILT..LQEMGADIEVINPRL  295
        .| ..|||   ..|..|.. .: .|. ..:: .:   |:.|||.|
245  SASYFLAAAAIKGGTVKVTGIGRNSMQGDIRFADVLEKMGATI.......  287

296  AGGEDVADLRVRSSTLKGVTVPEDRAPSMIDEYPILAVAAAFAEGATVMN  345
        .|:|   . ..:.|.:.: ::   |.   .:|.||  ||.|.| .:
288  CWGDDY..ISCTRGELNAIDMDMNHIP...DAAMTIATAALFAKGTTRLR  332

346  GLEELRVKESDRLSAVANGLKLNGVDCDEGETSLVVRGRPDGKGLGNASG  395
        .: .:||||.||| |:|.:|:  |...:||.. :: .:|:  .:
333  NIYNWRVKETDRLFAMATELRKVGAEVEEGHDYIRI.TPPEKLNF.....  376

396  AAVATHLDHRIAMSFLVMGLVSENPVTVDDATMIATSFPEFMDLMAGLGA  445
        |.:||. |||:||:|  :::|  |:.|||: |:.  .|..|:::: :| ::
377  AEIATYNDHRMAMCFSLVAL.SDTPVTILDPKCTAKTFPDYFEQLARISQ  425

446  KIELSDTKAA*  456

426  AA*........  428
```

## Figure 6B

```
1   MSHGASSRPATARKSSGLSGTVRIPGDKSISHRSFMFGGLASGETRITGL    50
    ||||::.||..::.|.-.:.||||||||||||||||||||||||||||||
1   MSHSASPKPATARRSEALTGEIRIPGDKSISHRSFMFGGLASGETRITGL    50

51  LEGEDVINTGKAMQAMGARIRKEGDTWIIDGVGNGGLLAPEAPLDFGNAA   100
    ||||||||.||:|||:|||.|||||.||-.||.||..|.|.:||..|:
51  LEGEDVINTGRAMQAMGAKIRKEGDVWIINGVGNGCLLQPEAALDFGNAG   100

101 TGCRLTMGLVGVYDFDSTFIGDASLTKRPMGRVLNPLREMGVQVKSEDGD   150
    ||..||||||||||.|||:..|||||.||||||||||||||||||||||
101 TGARLTMGLVGTYDMKTSFIGDASLSKRPMGRVLNPLREMGVQVEAADGD   150

151 RLPVTLRGPKTPTPITYRVPMASAQVKSAVLLAGLNTPGITTVIEPIMTR   200
    |:|:|||.|||||||||||||||||||||:||||:||||::|.:::|:|
151 RMPLTLIGPKTANPITYRVPMASAQVKSAVLLAGLNTPGVTTVIEPVMTR   200

201 DHTEKMLQGFGANLTVETDADGVRTIRLEGRGKLTGQVIDVPGDPSSTAF   250
    |||||||||||.|||||||||.||.:.|||.|.|||||||||||||||||
201 DHTEKMLQGFGADLTVETDKDGVRHIRITGQGKLVGQTIDVPGDPSSTAF   250

251 PLVAALLVPGSDVTILNVLMNPTRTGLILTLQEMGADIEVINPRLAGGED   300
    ||||||||.||||||.|::|||||||||||||||||||||||.||.||||
251 PLVAALLVEGSDVTIRNVLMNPTRTGLILTLQEMGADIEVLNARLAGGED   300
```

Figure 7A

```
301  VADLRVRSSTLKGVTVPEDRAPSMIDEYPILAVAAAFAEGATVMNGLEEL  350
     |||||||.||||||||.||..:||||.||||.:|||.|||.|::.||:||
301  VADLRVRASKLKGVVVPPERAPSMIDEYPVLAIAASFAEGETVMDGLDEL  350

351  RVKESDRLSAVANGLKLNGVDCDEGETSLVVRGRPDGKGLGNASGAAVAT  400
     |||||||||.||.|.|:||.||||||:|||||||||||    :..:|||
351  RVKESDRLAAVARGLEANGVDCTEGEMSLTVRGRPDGKGLG...GGTVAT  397

401  HLDHRIAMSFLVMGLVSENPVTVDDATMIATSFPEFMDLMAGLGAKIELS  450
     ||||||||||||||||.|.||||||..||||||||||||.|.|||||||
398  HLDHRIAMSFLVMGLAAEKPVTVDDSNMIATSFPEFMDMMPGLGAKIELS  447

451  DTKAA*  456

448  IL....  449
```

**Figure 7B**

```
CCATGGCTCA CGGTGCAAGC AGCCGTCCAG CAACTGCTCG TAAGTCCTCT GGTCTTTCTG   60
GAACCGTCCG TATTCCAGGT GACAAGTCTA TCTCCCACAG GTCCTTCATG TTTGGAGGTC  120
TCGCTAGCGG TGAAACTCGT ATCACCGGTC TTTTGGAAGG TGAAGATGTT ATCAACACTG  180
GTAAGGCTAT GCCAAGCTATG GGTGCCAGAA TCCGTAAGGA AGGTGATACT TGGATCATTG  240
ATGGTGTTGG TAACGGTGGA CTCCTTGCTC CTGAGGCTCC TCTCGATTTC GGTAACGCTG  300
CAACTGGTTG CCGTTTGACT ATGGGTCTTG TTGGTGTTTA CGATTTCGAT AGCACTTTCA  360
TTGGTGACGC TTCTCTCACT AAGCGTCCAA TGGGTCGTGT GTTGAACCCA CTTCGCGAAA  420
TGGGTGTGCA GGTGAAGTCT GAAGACGGTG ATCGTCTTCC AGTTACCTTG CGTGGACCAA  480
AGACTCCAAC GCCAATCACC TACAGGGTAC CTATGGCTTC CGCTCAAGTG AAGTCCGCTG  540
TTCTGCTTGC TGGTCTCAAC ACCCCAGGTA TCACCACTGT TATCGAGCCA ATCATGACTC  600
GTGACCACAC TGAAAAGATG CTTCAAGGTT TTGGTGCTAA CCTTACCGTT GAGACTGATG  660
CTGACGGTGT GCGTACCATC CGTCTTGAAG GTCGTGGTAA GCTCACCGGT CAAGTGATTG  720
ATGTTCCAGG TGATCCATCC TCTACTGCTT TCCCATTGGT TGCTGCCTTG CTTGTTCCAG  780
GTTCCGACGT CACCATCCTT AACGTTTTGA TGAACCCAAC CCGTACTGGT CTCATCTTGA  840
```

Figure 8A

```
CTCTGCAGGA AATGGGTGCC GACATCGAAG TGATCAACCC ACGTCTTGCT GGTGGGAGAAG   900
ACGTGGCTGA CTTGCGTGTT CGTTCTTCTA CTTTGAAGGG TGTTACTGTT CCAGAAGACC    960
GTGCTCCTTC TATGATCGAC GAGTATCCAA TTCTCGCTGT TGCAGCTGCA TTCGCTGAAG   1020
GTGCTACCGT TATGAACGGT TTGGAAGAAC TCCGTGTTAA GGAAAGCGAC CGTCTTTCTG   1080
CTGTCGCAAA CGGTCTCAAG CTCAACGGTG TTGATTGCGA TGAAGGTGAG ACTTCTCTCG   1140
TCGTGCGTGG TCGTCCTGAC GGTAAGGGTC TCGGTAACGC TTCTGGAGCA GCTGTCGCTA   1200
CCCACCTCGA TCACCGTATC GCTATGAGCT TCCTCGTTAT GGGTCTCGTT TCTGAAAACC   1260
CTGTTACTGT TGATGATGCT ACTATGATCG CTACTAGCTT CCCAGAGTTC ATGGATTTGA   1320
TGGCTGGTCT TGGAGCTAAG ATCGAACTCT CCGACACTAA GGCTGCTTGA TGAGCTC     1377
```

Figure 8B

```
AGATCTATCG ATAAGCTTGA TGTAATTGGA GGAAGATCAA AATTTTCAAT CCCCATTCTT          60

CGATTGCTTC AATTGAAGTT TCTCCG ATG GCG CAA GTT AGC AGA ATC TGC AAT         113
                             Met Ala Gln Val Ser Arg Ile Cys Asn
                              1                   5

GGT GTG CAG AAC CCA TCT CTT ATC TCC AAT CTC TCG AAA TCC AGT CAA         161
Gly Val Gln Asn Pro Ser Leu Ile Ser Asn Leu Ser Lys Ser Ser Gln
 10                  15                  20                  25

CGC AAA TCT CCC TTA TCG GTT TCT CTG AAG ACG CAG CAG CAT CCA CGA         209
Arg Lys Ser Pro Leu Ser Val Ser Leu Lys Thr Gln Gln His Pro Arg
             30                  35                  40

GCT TAT CCG ATT TCG TCG TGG GGA TTG AAG AAG AGT GGG ATG ACG            257
Ala Tyr Pro Ile Ser Ser Trp Gly Leu Lys Lys Ser Gly Met Thr
                 45                  50                  55

TTA ATT GGC TCT GAG CTT CGT CCT CTT AAG GTC ATG TCT TCT GTT TCC        305
Leu Ile Gly Ser Glu Leu Arg Pro Leu Lys Val Met Ser Ser Val Ser
                 60                  65                  70

ACG GCG TGC ATG C                                                       318
Thr Ala Cys Met
         75
```

**Figure 9**

AGATCTATCG ATAAGCTTGA TGTAATTGGA GGAAGATCAA AATTTTCAAT CCCCATTCTT          60

CGATTGCTTC AATTGAAGTT TCTCCG ATG GCG CAA GTT AGC AGA ATC TGC AAT          113
                             Met Ala Gln Val Ser Arg Ile Cys Asn
                              1                   5

GGT GTG CAG AAC CCA TCT CTT ATC TCC AAT CTC TCG AAA TCC AGT CAA          161
Gly Val Gln Asn Pro Ser Leu Ile Ser Asn Leu Ser Lys Ser Ser Gln
10                  15                  20                  25

CGC AAA TCT CCC TTA TCG GTT TCT CTG AAG ACG CAG CAG CAT CCA CGA          209
Arg Lys Ser Pro Leu Ser Val Ser Leu Lys Thr Gln Gln His Pro Arg
        30                  35                  40

GCT TAT CCG ATT TCG TCG TGG GGA TTG AAG AAG AGT GGG ATG ACG          257
Ala Tyr Pro Ile Ser Ser Trp Gly Leu Lys Lys Ser Gly Met Thr
        45                  50                  55

Figure 10A

```
                                                                      305
TTA ATT GGC TCT GAG CTT CGT CCT CTT AAG GTC ATG TCT TCT GTT TCC
Leu Ile Gly Ser Glu Leu Arg Pro Leu Lys Val Met Ser Ser Val Ser
        60                  65                  70

                                                                      353
ACG GCG GAG AAA GCG TCG GAG ATT GTA CTT CAA CCC ATT AGA GAA ATC
Thr Ala Glu Lys Ala Ser Glu Ile Val Leu Gln Pro Ile Arg Glu Ile
        75                  80                  85

                                                                      401
TCC GGT CTT ATT AAG TTG CCT GGC TCC AAG TCT CTA TCA AAT AGA ATT
Ser Gly Leu Ile Lys Leu Pro Gly Ser Lys Ser Leu Ser Asn Arg Ile
        90                  95                 100                105

                                                                      402
C
```

Figure 10B

```
AGATCTTTCA AGA ATG GCA CAA ATT AAC AAC ATG GCT CAA GGG ATA CAA        49
          Met Ala Gln Ile Asn Asn Met Ala Gln Gly Ile Gln
           1                   5                  10

ACC CTT AAT CCC AAT TCC AAT TTC CAT AAA CCC CAA GTT CCT AAA TCT       97
Thr Leu Asn Pro Asn Ser Asn Phe His Lys Pro Gln Val Pro Lys Ser
         15                  20                  25

TCA AGT TTT CTT GTT TTT GGA TCT AAA AAA CTG AAA AAT TCA GCA AAT      145
Ser Ser Phe Leu Val Phe Gly Ser Lys Lys Leu Lys Asn Ser Ala Asn
         30                  35                  40

TCT ATG TTG GTT TTG AAA GAT TCA ATT TTT ATG CAA AAG TTT TGT         193
Ser Met Leu Val Leu Lys Asp Ser Ile Phe Met Gln Lys Phe Cys
         45                  50                  55                  60

TCC TTT AGG ATT TCA GCA GTG GCT ACA GCC TGC ATG C                   233
Ser Phe Arg Ile Ser Ala Val Ala Thr Ala Cys Met
         65                  70
```

Figure 11

```
AGATCTGCTA GAAATAATTT TGTTTAACTT TAAGAAGGAG ATATATCC ATG GCA CAA        57
                                                     Met Ala Gln
                                                      1

ATT AAC AAC ATG GCT CAA GGG ATA CAA ACC CTT AAT CCC AAT TCC AAT        105
Ile Asn Asn Met Ala Gln Gly Ile Gln Thr Leu Asn Pro Asn Ser Asn
 5                   10                  15

TTC CAT AAA CCC CAA GTT CCT AAA TCT TCA AGT TTT CTT GTT TTT GGA        153
Phe His Lys Pro Gln Val Pro Lys Ser Ser Ser Phe Leu Val Phe Gly
 20                  25                  30                  35

TCT AAA AAA CTG AAA AAT TCA GCA AAT TCT ATG TTG GTT TTG AAA AAA        201
Ser Lys Lys Leu Lys Asn Ser Ala Asn Ser Met Leu Val Leu Lys Lys
             40                  45                  50
```

Figure 12A

GAT TCA ATT TTT ATG CAA AAG TTT TGT TCC TTT AGG ATT TCA GCA TCA    249
Asp Ser Ile Phe Met Gln Lys Phe Cys Ser Phe Arg Ile Ser Ala Ser
        55                  60                  65

GTG GCT ACA GCA CAG AAG CCT TCT GAG ATA GTG TTG CAA CCC ATT AAA    297
Val Ala Thr Ala Gln Lys Pro Ser Glu Ile Val Leu Gln Pro Ile Lys
        70                  75                  80

GAG ATT TCA GGC ACT GTT AAA CCT GGC TCT AAA TCA TTA TCT AAT        345
Glu Ile Ser Gly Thr Val Lys Pro Gly Ser Lys Ser Leu Ser Asn
        85                  90                  95

AGA ATT C                                                          352
Arg Ile
100

Figure 12B



Figure 13



Figure 14



NOS 3'
KAN
CP4
ori-pUC
CTP4
NOS 3'
**pMON13640**
P-e35S
7S 3'
CP4
GUS:1
CTP4
P-FMV
P-MAS

Figure  15



Figure 16



**Figure 17**

```
ATG AAA CGA GAT AAG GTG CAG ACC TTA CAT GGA GAA CAT ATA ATT CCC      48
Met Lys Arg Asp Lys Val Gln Thr Leu His Gly Glu His Ile Ile Pro
  1               5                  10                  15

GGT GAT AAA TCC ATT TCT CAC CGC GTT ATG TTT GGC GCG CTA GCG          96
Gly Asp Lys Ser Ile Ser His Arg Val Met Phe Gly Ala Leu Ala
             20                  25                  30

GCA GGC ACA ACA ACA GTT GTT AAA AAC TTT CTG CCG GGA GCA GAT TGT CTG  144
Ala Gly Thr Thr Thr Val Val Lys Asn Phe Leu Pro Gly Ala Asp Cys Leu
             35                  40                  45

AGC ACG ATC GAT GGT CAC GTT GGT ATG AGA CAC ATT CAC GAG CAA AGC      192
Ser Thr Ile Asp Gly His Val Gly Met Arg His Ile His Glu Gln Ser
         50                  55                  60

AGC GAT GAT GTC GTG GTG ATC GGA AAA ATC GGT TCA GGT ACA ACG AAA GAG 240
Ser Asp Asp Val Val Val Ile Gly Lys Ile Gly Ser Gly Thr Thr Lys Glu
65                  70                  75                  80

CCA GAA AGC TTA CTT AGC GGA GTC GAT GTC GGA GGA GGA ACG ATT CGC CTG  288
Pro Glu Ser Leu Leu Ser Gly Val Asp Val Gly Gly Gly Thr Ile Arg Leu
         85                  90                  95

ATG CTC GGA ATA TTG GCG GGC GGC CGT TTT CCT TAC TTT AGC GTA GCC GGA  336
Met Leu Gly Ile Leu Ala Gly Gly Arg Phe Pro Tyr Phe Ser Val Ala Gly
             100                 105                 110
```

Figure 18A

```
GAT GAG AGC ATT GCG AAA CGC CCA ATG AAG CGT GTG ACT GAG CCT TTG        384
Asp Glu Ser Ile Ala Lys Arg Pro Met Lys Arg Val Thr Glu Pro Leu
        115                     120                     125

AAA AAA ATG GGG GCT AAA ATC GAC GGC GGC AGA GCC GGC GGA GGA TTT ACA    432
Lys Lys Met Gly Ala Lys Ile Asp Gly Arg Ala Gly Gly Glu Phe Thr
130                     135                     140

CCG CTG TCA GTG AGC GGC GCT TCA TTA AAA GGA ATT GAT TAT GTA TCA        480
Pro Leu Ser Val Ser Gly Ala Ser Leu Lys Gly Ile Asp Tyr Val Ser
145                     150                     155                     160

CCT GTT GCA AGC GCG CAA ATT AAA TCT GCT GTT TTG CTG GCC GGA TTA        528
Pro Val Ala Ser Ala Gln Ile Lys Ser Ala Val Leu Leu Ala Gly Leu
        165                     170                     175

CAG GCT GAG GGC ACA ACA ACT GTA ACA GAG CCC CAT AAA TCT CGG GAC        576
Gln Ala Glu Gly Thr Thr Thr Val Thr Glu Pro His Lys Ser Arg Asp
        180                     185                     190

CAC ACT GAG CGG ATG CTT TCT GCT TTT GGC GTT AAG CTT TCT GAA GAT        624
His Thr Glu Arg Met Leu Ser Ala Phe Gly Val Lys Leu Ser Glu Asp
        195                     200                     205

CAA ACG AGT GTT TCC ATT GCT GGT GGC CAG AAA CTG ACA GCT GCT GAT        672
Gln Thr Ser Val Ser Ile Ala Gly Gly Gln Lys Leu Thr Ala Ala Asp
        210                     215                     220
```

## Figure 18B

```
ATT TTT GTT CCT GGA GAC ATT TCT TCA GCC GCG TTT TTC CTT GCT GCT        720
Ile Phe Val Pro Gly Asp Ile Ser Ser Ala Ala Phe Phe Leu Ala Ala
225             230              235              240

GGC GCG ATG GTT CCA AAC AGC AGA ATT GTA TTG AAA AAC GTA GGT TTA        768
Gly Ala Met Val Pro Asn Ser Arg Ile Val Leu Lys Asn Val Gly Leu
                245              250              255

AAT CCG ACT CGG ACA GGT ATT ATT GAT GTC CTT CAA AAC ATG GGG GCA        816
Asn Pro Thr Arg Thr Gly Ile Ile Asp Val Leu Gln Asn Met Gly Ala
            260              265              270

AAA CTT GAA ATC AAA CCA TCT GCT GAT AGC GGT GCA GAG CCT TAT GGA        864
Lys Leu Glu Ile Lys Pro Ser Ala Asp Ser Gly Ala Glu Pro Tyr Gly
        275              280              285

GAT TTG ATA GAA ATT TCA TCT ACG CTA AAG GCA GTT GAG ATC GGA GGA        912
Asp Leu Ile Glu Ile Ser Ser Thr Leu Lys Ala Val Glu Ile Gly Gly
    290              295              300

GAT ATT CCG CGT TTA ATT GAT GAG ATC CCT ATC ATC GCG CTT CTT CTT       960
Asp Ile Pro Arg Leu Ile Asp Glu Ile Pro Ile Ile Ala Leu Leu Leu
305              310              315              320

GCG ACT CAG GCG GAA GCG GAC GCG GAA GGA ATT GTT ACC GCA GAG CTA      1008
Ala Thr Gln Ala Glu Ala Asp Ala Glu Gly Ile Val Thr Ala Glu Leu
            325              330              335
```

Figure 18C

```
AAA GTG AAA GAA ACA AAC CGT GAT ACT GTT TCT GAG CTT CGC                      1056
Lys Val Lys Glu Thr Asn Arg Asp Thr Val Ser Glu Leu Arg
          340           345           350

AAG CTG GGT GCT GAA ATT GAA CCG ACA GCA GAT GGA ATG AAG GTT TAT              1104
Lys Leu Gly Ala Glu Ile Glu Pro Thr Ala Asp Gly Met Lys Val Tyr
          355           360           365

GGC AAA CAA ACG TTG AAA GGC GGC GCT GCA GTG TCC AGC CAC GGA GAT              1152
Gly Lys Gln Thr Leu Lys Gly Gly Ala Ala Val Ser Ser His Gly Asp
          370           375           380

CAT CGA ATC GGA ATG ATG CTT GGT ATT GGT TGT TCC ATA ACG GAG GAG              1200
His Arg Ile Gly Met Met Leu Gly Ile Gly Cys Ser Ile Thr Glu Glu
          385           390           395           400

CCG ATT GAA ATC GAG GAG ATG ACG CAC GAT GCC ATT CAC GTT TAT TCT CCA ACC      1248
Pro Ile Glu Ile Glu Glu Met Thr His Asp Ala Ile His Val Ser Tyr Pro Thr
          405           410           415

TTC TTC GAG CAT TTA AAT AAG CTT TCG AAA AAA TCC TGA                          1287
Phe Phe Glu His Leu Asn Lys Leu Ser Lys Lys Ser
          420           425
```

Figure 18D

```
ATG GTA AAT GAA CAA ATC ATT GAT ATT TCA GGT CCG TTA AAG GGC GAA      48
Met Val Asn Glu Gln Ile Ile Asp Ile Ser Gly Pro Leu Lys Gly Glu
  1       .           5              10             15

ATA GAA GTG CCG GGC GAT AAG AAG TCA ATG ACA CAC CGT GCA ATC ATG TTG  96
Ile Glu Val Pro Gly Asp Lys Lys Ser Met Thr His Arg Ala Ile Met Leu
              20             25             30

GCG TCG CTA GCT GAA GGT GTA ATG TCT ACT ATA TAT AAG CCA CTA CTT GGC  144
Ala Ser Leu Ala Glu Gly Val Met Ser Thr Ile Tyr Lys Pro Leu Leu Gly
         35             40             45

GAA GAT TGT CGT CGT ACG ATG GAC ATT TTC CGA CAC CAC TTA GGT GTA GAA  192
Glu Asp Cys Arg Arg Thr Met Asp Ile Phe Arg His His Leu Gly Val Glu
     50             55             60

ATC AAA GAA GAT GAT GAA AAA GTT GTG ACT TCC CCA GGA TAT CAA          240
Ile Lys Glu Asp Asp Glu Lys Val Val Thr Ser Pro Gly Tyr Gln
         65             70             75             80

GTT AAC ACG CCA CAT TTG GTA TAT ACA GGT AAT TCT GGT ACG ACA          288
Val Asn Thr Pro His Leu Val Tyr Thr Gly Asn Ser Gly Thr Thr
              85             90             95

ACA CGA TTA TTG GCA GGT TTA AGT GGT TTA GGT AAT GAA AGT GTT          336
Thr Arg Leu Leu Ala Gly Leu Ser Gly Leu Gly Asn Glu Ser Val
        100            105            110
```

Figure 19A

```
TTG TCT GGC GAT GTT TCA ATT GGT AAA AGG CCA ATG GAT CGT GTC TTG   384
Leu Ser Gly Asp Val Ser Ile Gly Lys Arg Pro Met Asp Arg Val Leu
        115                 120                 125

AGA CCA TTG AAA CTT ATG GAT GCG AAT ATT GAA GGT ATT GAA GAT AAT   432
Arg Pro Leu Lys Leu Met Asp Ala Asn Ile Glu Gly Ile Glu Asp Asn
        130                 135                 140

TAT ACA CCA TTA ATT ATT AAG CCA TCT GTC ATA GGT ATA AAT TAT       480
Tyr Thr Pro Leu Ile Ile Lys Pro Ser Val Ile Gly Ile Asn Tyr
    145                 150                 155                 160

CAA ATG GAA GTT GCA AGT GCA CAA GTA AAA AGT GCC ATT TTA TTT GCA   528
Gln Met Glu Val Ala Ser Ala Gln Val Lys Ser Ala Ile Leu Phe Ala
        165                 170                 175

AGT TTT TCT AAG GAA CCG ACC ATC ATT AAA GAA TTA GAT GTA AGT       576
Ser Leu Phe Ser Lys Glu Pro Thr Ile Ile Lys Glu Leu Asp Val Ser
        180             185                 190

CGA AAT CAT ACT GAG ACG ATG TTC AAA CAT TTT AAT ATT CCA ATT GAA   624
Arg Asn His Thr Glu Thr Met Phe Lys His Phe Asn Ile Pro Ile Glu
        195                 200             205

GCA GAA TTA TCA ATT AAT ACA ACC CCT GAA GCA ATT CGA TAC ATT       672
Ala Glu Gly Leu Ser Ile Asn Thr Thr Pro Glu Ala Ile Arg Tyr Ile
        210             215                 220
```

Figure 19B

```
AAA CCT GCA GAT TTT CAT GTT CCT GGC GAT ATT TCA TCT GCA GCG TTC     720
Lys Pro Ala Asp Phe His Val Pro Gly Asp Ile Ser Ser Ala Ala Phe
225                 230                 235                 240

TTT ATT GTT GCA GCA CTT ATC ACA CCA GGA AGT GAT GAT GTA ACA ATT CAT 768
Phe Ile Val Ala Ala Leu Ile Thr Pro Gly Ser Asp Asp Val Thr Ile His
            245                 250                 255

AAT GTT GGA ATC ATC AAT CAA CGT TCA GGT ATT ATT GAT ATT GTT GAA     816
Asn Val Gly Ile Ile Asn Gln Arg Ser Gly Ile Ile Asp Ile Val Glu
260                 265                 270

AAA ATG GGC GGT AAT ATC CAA CTT TTC AAT CAA CAA ACA ACT GGT GCT GAA 864
Lys Met Gly Gly Asn Ile Gln Leu Phe Asn Gln Gln Thr Thr Gly Ala Glu
275                 280                 285

CCT ACT GCT TCT ATT CGT ATT CTT ATG CCA ACA CCA CAA GGT GCT GAA     912
Pro Thr Ala Ser Ile Arg Ile Leu Met Pro Thr Pro Gln Gly Ala Glu
290                 295                 300

ACA ATC GAA GGA GAA GTT TTA GTT CCA AAA GCA ATT GAT GAA CTG CCT GTA 960
Thr Ile Glu Gly Glu Val Leu Val Pro Lys Ala Ile Asp Glu Leu Pro Val
305                 310                 315                 320

ATA GCA TTA TGT CTT GGC ACG AGT ACA ATT AAA GAT                     1008
Ile Ala Leu Cys Leu Gly Thr Ser Thr Ile Lys Asp
325                 330                 335
```

Figure 19C

```
GCC GAG TTA AAA GTA AAA GAA ACA AAT AGA ATT GAT ACA ACG GCT     1056
Ala Glu Leu Lys Val Lys Glu Thr Asn Arg Ile Asp Thr Thr Ala
          340           345           350

GAT ATG TTA AAC TTG TTA GGG TTT GAA TTA CAA CCA ACT AAT GAT GGA     1104
Asp Met Leu Asn Leu Leu Gly Phe Glu Leu Gln Pro Thr Asn Asp Gly
          355           360           365

TTG ATT CAT ATT CCG TCA GAA TTT AAA ACA AAT GCA ACA GAT ATT TTA     1152
Leu Ile His Ile Pro Ser Glu Phe Lys Thr Asn Ala Thr Asp Ile Leu
          370           375           380

ACT GAT CAT CGA ATA GGA ATG ATG CTT GCA GTT GCT TGT GTA CTT TCA     1200
Thr Asp His Arg Ile Gly Met Met Leu Ala Val Ala Cys Val Leu Ser
          385           390           395           400

AGC GAG CCT GTC AAA ATC AAA CAA TTT GAT GCT GTA AAT GTA TCA TTT     1248
Ser Glu Pro Val Lys Ile Lys Gln Phe Asp Ala Val Asn Val Ser Phe
          405           410           415

CCA GGA TTT TTA CCA AAA CTA AAG CTT TTA CAA AAT GAG GGA TAA     1293
Pro Gly Phe Leu Pro Lys Leu Lys Leu Leu Gln Asn Glu Gly
          420           425           430
```

**Figure 19D**

```
                        1                                 50
PG2982                  .........  MSHSASPKPA  TARRSEALTG
LBAA                    .........  MSHSASPKPA  TARRSEALTG
Agrobacterium CP4       .........  MSHGASSRPA  TARKSSGLSG
B. subtilis             .........  .......M    KRDKVQTLHG
S. aureus               .........  ...MVNEQ    IIDISGPLKG
S. cerevisiae           .........  ...LVYP     FKDIPADQQK
A. nidulans             .........  ..VHP       ..GVAHSSNV
B. napus                .........  .K..ASEI    VLQPIREISG
A. thaliana             .........  .K..ASEI    VLQPIREISG
N. tabacum              .........  .K..PNEI    VLQPIKDISG
L. esculentum           .........  .K..PHEI    VLXPIKDISG
P. hybrida              .........  .K..PSEI    VLQPIKEISG
Z. mays                 .........  .AGAEEI     VLQPIKEISG
S. gallinarum           .........  ...MESL     TLQPIARVDG
S. typhimurium          .........  ...MESL     TLQPIARVDG
S. typhi                .........  ...MESL     TLQPIARVDG
E. coli                 .........  ...MESL     TLQPIARVDG
K. pneumoniae           .........  ...MESL     TLQPIARVDG
Y. entoercolitica       .........  ..MLESL     TLHPIALING
H. influenzae           .........  ...MEKI     TLAPISAVEG
P. multocida            .........  .MIKDATAI   TLNPISYIEG
A. salmonicida          .........  ...NSL      RLEPISRVAG
B. pertussis            .........  .MSGLAYL    DLPAARLARG
Consensus               ---------  ----------  ----------
```

Figure 20A

```
                                                                              100
                      51
        PG2982      EIRIPGDKSI  SHRSFMFGGL  ASGETRITGL  LEGEDVINTG  RAMQAM.GAK
          LBAA      EIRIPGDKSI  SHRSFMFGGL  ASGETRITGL  LEGEDVINTG  RAMQAM.GAK
Agrobacterium CP4   TVRIPGDKSI  SHRSFMFGGL  ASGETRITGL  LEGEDVINTG  KAMQAM.GAR
    B. subtilis     EIHIPGDKSI  SHRSVMFGAL  AAGTTTVKNF  LPGADCLSTI  DCFRKM.GVH
      S. aureus     EIEVPGDKSM  THRAIMLASL  AEGVSTIYKP  LLGEDCRRTM  DIFRHL.GVE
   S. cerevisiae    VVIPPGSKSI  SNRALILAAL  GEGQCKIKNL  LHSDDTKHML  TAVHELKGAT
    A. nidulans     ICAPPGSKSI  SNRALVLAAL  GSGTCRIKNL  LHSDDTEVML  NALERLGAAT
      B. napus      LIKLPGSKSL  SNRILLLAAL  SEGTTVVDNL  LNSDDINYML  DALKKL.GLN
    A. thaliana     LIKLPGSKSL  SNRILLLAAL  SEGTTVVDNL  LNSDDINYML  DALKRL.GLN
    N. tabacum      TVKLPGSKSL  SNRILLLAAL  SKGRTVVDNL  LSSDDIHYML  GALKTL.GLH
   L. esculentum    TVKLPGSKSL  SNRILLLAAL  SEGRTVVDNL  LSSDDIHYML  GALKTL.GLH
     P. hybrida     TVKLPGSKSL  SNRILLLAAL  SEGTTVVDNL  LSSDDIHYML  GALKTL.GLH
       Z. mays      TVKLPGSKSL  SNRILLLAAL  SEGTTVVDNL  LNSEDVHYML  GALRTL.GLS
  S. gallinarum     AINLPGSKSV  SNRALLLAAL  ACGKTVLTNL  LDSDDVRHML  NALSAL.GIN
  S. typhimurium    AINLPGSKSV  SNRALLLAAL  PCGKTALTNL  LDSDDVRHML  NALSAL.GIN
      S. typhi      AINLPGSKSV  SNRALLLAAL  ACGKTVLTNL  LDSDDVRHML  NALSAL.GIN
      E. coli       TINLPGSKTV  SNRALLLAAL  AHGKTVLTNL  LDSDDVRHML  NALTAL.GVS
  K. pneumoniae     TVNLPGSKSV  SNRALLLAAL  ARGTTVLTNL  LDSDDVRHML  NALSAL.GVH
 Y. entoercolitica  TVNLPGSKSV  SNRALLLAAL  AEGTTQLNNL  LDSDDIRHML  NALQAL.GVK
  H. influenzae     TINLPGSKSL  SNRALLLAAL  AKGTTKVTNL  LDSDDIRHML  NALKAL.GVR
   P. multocida     EVRLPGSKSL  SNRALLLSAL  AKGKTTLTNL  LDSDDVRHML  NALKEL.GVT
  A. salmonicida    EVNLPGSKSV  SNRALLLAAL  ARGTTRLTNL  LDSDDIRHML  AALTQL.GVK
   B. pertussis     EVALPGSKSI  SNRVLLLAAL  AEGSTEITGL  LDSDDTRVML  AALRQL.GVS
     Consensus      ---PG-K--   --R------L  --G------   L---D----   --------
```

**Figure 20B**

```
                       101                                          150
        PG2982         IRKEGDVWII NGVGNGCLLQ P......EAA LDFGNAGTGA RLTMGLVGTY
        LBAA           IRKEGDVWII NGVGNGCLLQ P......EAA LDFGNAGTGA RLTMGLVGTY
Agrobacterium CP4      IRKEGDTWII DGVGNGGLLA P......EAP LDFGNAATGC RLTMGLVGVY
    B. subtilis        IEQSSSDVVI HGKGIDALKE P......ESL LDVGNSGTTI RLMLGILAGR
     S. aureus         IKEDDEKLVV TSPGYQ.VNT P......HQV LYTGNSGTTT RLLAGLLSGL
   S. cerevisiae       ISWEDNGETV VVEGHGG... .STLSACADP LYLGNAGTAS RFLTSLAALV
    A. nidulans        FSWEEEGEVL VVNGKGG... ..NLQASSSP LYLGNAGTAS RFLTTVATLA
     B. napus          VERDSVNNRA VVEGCGGIFP ASLDSKSDIE LYLGNAGTAM RPLTAAVTAA
    A. thaliana        VETDSENNRA VVEGCGGIFP ASIDSKSDIE LYLGNAGTAM RPLTAAVTAA
    N. tabacum         VEDDNENQRA IVEGCGGQFP VGKKSEEEIQ LFLGNAGTAM RPLTAAVTVA
   L. esculentum       VEDDNENQRA IVEGCGGQFP VGKKSEEEIQ LFLGNAGTAM RPLTAAVTVA
     P. hybrida        VEEDSANQRA VVEGCGGLFP VGKESKEEIQ LFLGNAGTAM RPLTAAVTVA
      Z. mays          VEADKAAKRA VVVGCGGKFP VE.DAKEEVQ LFLGNAGTAM RPLTAAVTAA
   S. gallinarum       YTLSADRTRC DITGNGGALR AP....GALE LFLGNAGTAM RPLAAALCL.
  S. typhimurium       YTLSADRTRC DITGNGGALR AP....GALE LFLGNAGTAM RPLAAALCL.
     S. typhi          YTLSADRTRC DITGNGGPLR AS....GTLE LFLGNAGTAM RPLAAALCL.
      E. coli          YTLSADRTRC EIIGNGGPLH AE....GALE LFLGNAGTAM RPLAAALCL.
   K. pneumoniae       YVLSSDRTRC EVTGTGGPLQ AG....SALE LFLGNAGTAM RPLAAALCL.
  Y. entoercolitica    YRLSADRTRC EVDGLGGKLV AE....QPLE LFLGNAGTAM RPLAAALCL.
   H. influenzae       YQLSDDKTIC EIEGLGGKLN IQ....DNLS LFLGNAGTAM RPLTAALCLK
   P. multocida        YQLSEDKSVC EIEGLGRAFE WQ....SGLA LFLGNAGTAM RPLTAALCLS
   A. salmonicida      YKLSADKTEC TVHGLGRSFA VS....APVN LFLGNAGTAM RPLCAALCL.
    B. pertussis       VGEVAD..GC VTIEGVARFP TE....QAE LFLGNAGTAF RPLTAALALM
    Consensus          ---------- ---------- ---------- L--GN-T--- R---------
```

## Figure 20C

```
                        151                                              200
         PG2982         DM......KT  SFIGDASLSK  RPMGRVLNPL  REMGVQVEAA  DGDRMPLT..
           LBAA         DM......KT  SFIGDASLSK  RPMGRVLNPL  REMGVQVEAA  DGDRMPLT..
Agrobacterium CP4       DF......DS  TFIGDASLTK  RPMGRVLNPL  REMGVQVKSE  DGDRLPVT..
     B. subtilis        PF......YS  AVAGDESIAK  RPMKRVTEPL  KKMGAKIDGR  AGGEFTPL..
       S. aureus        GN.......ES  VLSGDVSIGK  RPMDRVLRPL  KLMDANIEG.  IEDNYTPL..
    S. cerevisiae       NST.SSQKYI  VLTGNARMQQ  RPIAPLVDSL  RANGTKIEYL  NNEGSLPIKV
     A. nidulans        NS..STVDSS  VLTGNNRMKQ  RPIGDLVDAL  TANVLPLNTS  KGRASLPLKI
        B. napus        G....GNASY  VLDGVPRMRE  RPIGDLVVGL  KQLGADVECT  LGTNCPPVRV
     A. thaliana        G....GNASY  VLDGVPRMRE  RPIGDLVVGL  KQLGADVECT  LGTNCPPVRV
     N. tabacum         G....GHSRY  VLDGVPRMRE  RPIGDLVDGL  KQLGAEVDCF  LGTNCPPVRI
   L. esculentum        G....GHSRY  VLDGVPRMRE  RPISDLVDGL  KQLGAEVDCS  LGTNCPPVRI
       P. hybrida       G....GNSRY  VLDGVPRMRE  RPIGDLVDGL  KQLGAEVDCF  LGTKCPPVRI
        Z. mays         G....GNATY  VLDGVPRMRE  RPIGDLVVGL  KQLGADVDCF  LGTDCPPVRV
     S. gallinarum      ....GQNEI   VLTGEPRMKE  RPIGHLVDSL  RQGGANIDYL  EQENYPPLRL
    S. typhimurium      ....GQNEI   VLTGEPRMKE  RPIGHLVDSL  RQGGANIDYL  EQENYPPLRL
        S. typhi        ....GQNEI   VLTGEPRMKE  RPIGHLVDSL  RQGGANIDYL  EQENYPPLRL
        E. coli         ....GSNDI   VLTGEPRMKE  RPIGHLVDAL  RLGGAKITYL  EQENYPPLRL
    K. pneumoniae       ....GSNDI   VLTGEPRMKE  RPIGHLVDAL  RQGGAQIDYL  EQENYPPLRL
  Y. entoercolitica     ....GKNDI   VLTGEPRMKE  RPIGHLVDAL  RQGGAQIDYL  EQENYRR.CI
    H. influenzae       G.NHEV..EI  ILTGEPRMKE  RPILHLVDAL  RQAGADIRYL  ENEGYPPLAI
     P. multocida       TPNREGKNEI  VLTGEPRMKE  RPIQHLVDAL  CQAGAEIQYL  EQEGYPPIAI
    A. salmonicida      ....GSGEY   MLGGEPRMEE  RPIGHLVDCL  ALKGAHIQYL  KKDGYPPLVV
     B. pertussis       G.....GDY   RLSGVPRMHE  RPIGDLVDAL  RQFGAGIEYL  GQAGYPPLRI
      Consensus         --------    ---G-----   RP------L   ---------   ----------
```

## Figure 20D

```
                    201                                                      250
PG2982              ....LIGPK  TANPITYRVP  MASAQVKSAV  LLAGLN....  ....TPGVTT
LBAA                ....LIGPK  TANPITYRVP  MASAQVKSAV  LLAGLN....  ....TPGVTT
Agrobacterium CP4   ....LRGPK  TPTPITYRVP  MASAQYKSAV  LLAGLN....  ....TPGITT
B. subtilis         .....SVSGA SLKGIDYVSP  VASAQIKSAV  LLAGLQ....  ...AEGTTT
S. aureus           .....IIKPS VIKGINYQME  VASAQVKSAI  LFASLF....  ...SKEPTI
S. cerevisiae       YTDSVFKG.. ..GRIELAA   TVSSQYYSSI  LMCAPYAE..  EPVTLALVG
A. nidulans         AASGGFAG.. ..GNINLAA   KVSSQYVSSL  LMCAPYAK..  EPVTLRLVG
B. napus            NANGGLPG.. ..GKVKLSG   SISSQYLTAL  LMAAP.LA..  LGDVEIEII
A. thaliana         NANGGLPG.. ..GKVKLSG   SISSQYLTAL  LMSAP.LA..  LGDVEIEIV
N. tabacum          VSKGGLPG.. ..GKVKLSG   SISSQYLTAL  LMAAP.LA..  LGDVEIEII
L. esculentum       VSKGGLPG.. ..GKVKLSG   SISSQYLTAL  LMAAP.LA..  LGDVEIEII
P. hybrida          VSKGGLPG.. ..GKVKLSG   SISSQYLTAL  LMAAP.LA..  LGDVEIEII
Z. mays             NGIGGLPG.. ..GKVKLSG   SISSQYLTAL  LMAAP.LP..  LGDVEIEII
S. gallinarum       RG..GFIG.. ..GDIEVDG   SVSSQFLTAL  LMTAP.LA..  PKDTIIRVK
S. typhimurium      RG..GFTG.. ..GDIEVDG   SVSSQFLTAL  LMTAP.LA..  PKDTIIRVK
S. typhi            RG..GFIG.' ..GDIEVDG   SVSSQFLTAL  LMTAP.LA..  PEDTIIRVK
E. coli             QG..GFTG.. ..GNVDVDG   SVSSQFLTAL  LMTAP.LA..  PEDTVIRIK
K. pneumoniae       RG..GFTG.. ..GDVEVDG   SVSSQFLTAL  LMASP.LA..  PQDTVIAIK
Y. entoercolitica   AG..GFRG.. ..GKLTVDG   SVSSQFLTAL  LMTAP.LA..  EQDTEIQIQ
H. influenzae       RNK.GIKG.. ..GKVKIDG   SISSQFLTAL  LMSAP.LA..  ENDTEIEII
P. multocida        RNT.GLKG.. ..GRIQIDG   SVSSQFLTAL  LMAAP.MA..  EADTEIEII
A. salmonicida      DAK.GLWG.. ..GDVHVDG   SVSSQFLTAF  LMAAPAMA..  PVIPRIHIK
B. pertussis        GGGSIRVD.. ..GPVRVEG   SVSSQFLTAL  LMAAPVLARR  SGQDITIEVV
Consensus           ---------- ----------  --S-Q-----  L---------  ----------
```

Figure 20E

```
                      251                                                          300
PG2982            VIEPVMTRDH TEKMLQGFGA DLTVETDKDG VRHIRITGQG KLVGQ.TIDV
LBAA              VIEPVMTRDH TEKMLQGFGA DLTVETDKDG VRHIRITGQG KLVGQ.TIDV
Agrobacterium CP4 VIEPIMTRDH TEKMLQGFGA NLTVETDADG VRTIRLEGRG KLTGQ.VIDV
B. subtilis       VTEPHKSRDH TERMLSAFGV KLSEDQTS.. ...VSIAGGQ KLTAA.DIFV
S. aureus         IKELDVSRNH TETMFKHFNI PIEAEGLS.. ..INTTPEAI RYIKPADFHV
S. cerevisiae     GKPISKLYVD MTIKMMEKFG IN.VET.STT EPYTYYIPKG HYINPSEYVI
A. nidulans       GKPISQPYID MTTAMMRSFG ID..VQKSTT EEHTYHIPQG RYVNPAEYVI
B. napus          DKLISVPYVE MTLKLMERFG VS..AEHSDS WDRFFVKGGQ KYKSPGNAYV
A. thaliana       DKLISVPYVE MTLKLMERFG VS..VEHSDS WDRFFVKGGQ KYKSPGNAYV
N. tabacum        DKLISVPYVE MTLKLMERFG VS..VEHTSS WDKFLVRGGQ KYKSPGKAYV
L. esculentum     DKLISVPYVE MTLKLMERFG VF..VEHSSG WDRFLVKGGQ KYKSPGKAFV
P. hybrida        DKLISVPYVE MTLKLMERFG IS..VEHSSS WDRFFVRGGQ KYKSPGKAFV
Z. mays           DKLISIPYVE MTLRLMERFG VK..AEHSDS WDRFYIKGGQ KYKSPKNAYV
S. gallinarum     GELVSKPYID ITLNLMKTFG VE..IAN.HH YQQFVVKGGQ QYHSPGRYLV
S. typhimurium    GELVSKPYID ITLNLMKTFG VE..IAN.HH YQQFVVKGGQ QYHSPGRYLV
S. typhi          GELVSKPYID ITLNLMKTFG VE..IAN.HH YQQFVVKGGQ QYHSPGRYLV
E. coli           GDLVSKPYID ITLNLMKTFG VE..IEN.QH YQQFVVKGGQ SYQSPGTYLV
K. pneumoniae     GELVSRPYID ITLHLMKTFG VE..VEN.QA YQRFIVRGNQ QYQSPGDYLV
Y. entoercolitica GELVSKPYID ITLHLMKAFG VD..VVH.EN YQIFHIKGGQ TYRSPGIYLV
H. influenzae     GELVSKPYID ITLAMMQTFG VK..VEN.HH YQKFQVKGNQ SYISPNKYLV
P. multocida      GELVSKPYID ITLKMMQTFG VE..VEN.QA YQRFLVKGHQ QYQSPHRFLV
A. salmonicida    GELVSKPYID ITLHIMNSSG VV..IEH.DN YKLFYIKGNQ SIVSPGDFLV
B. pertussis      GELISKPYIE ITLNLMARFG VS..V.RRDG WRAFTIARDA VYRGPGRMAI
Consensus         ---------- ---------- ---------- ---------- ---------
```

Figure 20F

```
                      301                                                       350
           PG2982     PGDPSSTAFP  LVAALLVEGS  DVTIRNVLMN  PTRTGL...I  LTLQEMGADI
             LBAA     PGDPSSTAFP  LVAALLVEGS  DVTIRNVLMN  PTRTGL...I  LTLQEMGADI
   Agrobacterium CP4   PGDPSSTAFP  LVAALLVPGS  DVTILNVLMN  PTRTGL...I  LTLQEMGADI
        B. subtilis   PGDISSAAFF  LAAGAMVPNS  RIVLKNVGLN  PTRTGI...I  DVLQNMGAKL
         S. aureus    PGDISSAAFF  IVAALITPGS  DVTIHNVGIN  QTRSGI...I  DIVEKMGGNI
     S. cerevisiae    ESDASSATYP  LAFAA.MTGT  TVTVPNIGFE  SLQGDARFAR  DVLKPMGCKI
      A. nidulans     ESDASCATYP  LAVAA.VTGT  TCTVPNIGSA  SLQGDARFAV  EVLRPMGCTV
         B. napus     EGDASSASYF  LAGAA.ITGE  TVTVEGCGTT  SLQGDVKFA.  EVLEKMGCKV
      A. thaliana     EGDASSASYF  LAGAA.ITGE  TVTVEGCGTT  SLQGDVKFA.  EVLEKMGCKV
       N. tabacum     EGDASSASYF  LAGAA.VTGG  TVTVEGCGTS  SLQGDVKFA.  EVLEKMGAEV
     L. esculentum    EGDASSASYF  LAGAA.VTGG  TITVEGCGTN  SLQGDVKFA.  EVLEKMGAEV
        P. hybrida    EGDASSASYF  LAGAA.VTGG  TVTVEGCGTN  SLQGDVKFA.  EVLEKMGAEV
          Z. mays     EGDASSASYF  LAGAA.ITGG  TVTVEGCGTT  SLQGDVKFA.  EVLEMMGAKV
     S. gallinarum    EGDASSASYF  LAAGA.IKGG  TVKVTGIGKK  SMQGDIRFA.  DVLEKMGATI
    S. typhimurium    EGDASSASYF  LAAGA.IKGG  TVKVTGIGRK  SMQGDIRFA.  DVLEKMGATI
          S. typhi    EGDASSASYF  LAAGG.IKGG  TVKVTGIGGK  SMQGDIRFA.  DVLHKMGATI
          E. coli     EGDASSASYF  LAAAA.IKGG  TVKVTGIGRN  SMQGDIRFA.  DVLEKMGATI
     K. pneumoniae    EGDASSASYF  LAAGA.IKGG  TVKVTGIGRN  SVQGDIRFA.  DVLEKMGATV
   Y. entoercolitica  EGDASSASYF  LAAAA.IKGG  TVRVTGIGKQ  SVQGDTKFA.  DVLEKMGAKI
     H. influenzae    EGDASSASYF  LAAGA.IK.G  KVKVTGIGKN  SIQGDRLFA.  DVLEKMGAKI
      P. multocida    EGDASSASYF  LAAAA.IK.G  KVKVTGIGKN  SIQGDRLFA.  DVLEKMGAHI
     A. salmonicida   EGDASSASYF  LAAGA.IK.G  KVRVTGIGKH  SI.GDIHFA.  DVLERMGARI
       B. pertussis   EGDASTASYF  LALGA.IGGG  PVRVTGVGED  SIQGDVAFA.  ATLAAMGADV
        Consensus     --D-S----   ---------   ---------   -------     ----MG---
```

## Figure 20G

```
                        351                                                400
        PG2982          EVLNARLAGG  EDVADLRVR.  ASKLKGVVVP  PERAPSMIDE  YPVLAIAASF
          LBAA          EVLNARLAGG  EDVADLRVR.  ASKLKGVVVP  PERAPSMIDE  YPVLAIAASF
Agrobacterium CP4       EVINPRLAGG  EDVADLRVR.  SSTLKGVTVP  EDRAPSMIDE  YPILAVAAAF
    B. subtilis         EIKPSADSGA  EPYGDLIIE.  TSSLKAVEIG  GDIIPRLIDE  IPIIALLATQ
       S. aureus        QL.FNQTTGA  EPTASIRIQY  TPMLQPITIE  GELVPKAIDE  LPVIALLCTQ
    S. cerevisiae       ...TQTATS   TTVSGPPV..  ...GTLKPLK  HVDMEPMTDA  FLTACVVAAI
     A. nidulans        ...EQTETS   TTVTGPSD..  ...GILRATS  KRGYGT.NDR  CVPRCFRTGS
        B. napus        ....SWTENS  VTVTGPSRDA  FGMRHLRAV.  DVNMNKMPDV  AMTLAVVALF
     A. thaliana        ....SWTENS  VTVTGPPRDA  FGMRHLRAI.  DVNMNKMPDV  AMTLAVVALF
     N. tabacum         ....TWTENS  VTVKGPPRNS  SGMKHLRAV.  DVNMNKMPDV  AMTLAVVALF
   L. esculentum        ....TWTENS  VTVKGPPRNS  SGMKHLRAI.  DVNMNKMPDV  AMTLAVVALF
     P. hybrida         ....TWTENS  VTVKGPPRSS  SGRKHLRAI.  DVNMNKMPDV  AMTLAVVALY
         Z. mays        ....TWTETS  VTVTGPPREP  FGRKHLKAI.  DVNMNKMPDV  AMTLAVVALF
    S. gallinarum       ....TWGDDF  I.........A  CTRGELHAI.  DMDMNHIPDA  AMTIATTALF
   S. typhimurium       ....TWGDDF  I.........A  CTRGELHAI.  DMDMNHIPDA  AMTIATTALF
       S. typhi         ....TWGDDF  I.........A  CTRGELHAI.  DMDMNHIPDA  AMTIATTALF
         E. coli        ....CWGDDY  I.........S  CTRGELNAI.  DMDMNHIPDA  AMTIATAALF
   K. pneumoniae        ....TWGEDY  I.........A  CTRGELNAI.  DMDMNHIPDA  AMTIATAALF
Y. entoercolitica       ....SWGDDY  I.........E  CSRGELQGI.  DMDMNHIPDA  AMTIATTALF
   H. influenzae        ....TWGEDF  I.........Q  AEHAELNGI.  DMDMNHIPDA  AMTIATTALF
    P. multocida        ....TWGDDF  I.........Q  VEKGNLKGI.  DMDMNHIPDA  AMTIATTALF
   A. salmonicida       ....TWGDDF  I.........E  AEQGPLHGV.  DMDMNHIPDV  GHDHSGQSHC
     B. pertussis       ...RYGPGW   IETRGVRVAE  GGR..LKAF.  DADFNLIPDA  AMTAATLALY
       Consensus        ----------  ----I-----  ----------  ------D---  ----------
```

Figure 20H

```
                     401                                                    450
         PG2982      AEG........ ETVMDGLDEL RVKESDRLAA VARGLEANGV DCTEGEMSLT
           LBAA      AEG........ ETVMDGLDEL RVKESDRLAA VARGLEANGV DCTEGEMSLT
Agrobacterium CP4    AEG........ ATVMNGLEEL RVKESDRLSA VANGLKLNGV DCDEGETSLV
     B. subtilis     AEG........ TTVIKDAAEL KVKETNRIDT VVSELRKLGA EIEPTADGMK
       S. aureus     AVG........ TSTIKDAEEL KVKETNRIDT TADMLNLLGF ELQPINDGLI
   S. cerevisiae     SHDSDPNSAN TTTIEGIANQ RVKECNRILA MATELAKFGV KTTELPDGIQ
     A. nidulans     HRPMEKSQTT PPVSSGIANQ RVKECNRIKA MKDELAKFGV ICREHDDGLE
        B. napus     ADG........ PTTIRDVASW RVKETERMIA ICTELRKLGA TV.EEGSDYC
     A. thaliana     ADG........ PTTIRDVASW RVKETERMIA ICTELRKLGA TV.EEGSDYC
     N. tabacum      ADG........ PTAIRDVASW RVKETERMIA ICTELRKLGA TV.VEGSDYC
   L. esculentum     ADG........ PTTIRDVASW RVKETERMIA ICTELRKLGA TV.VEGSDYC
      P. hybrida     ADG........ PTAIRDVASW RVKETERMVA IRTELTKLGA SV.EEGPDYC
         Z. mays     ADG........ TTTLRNIYNW RVKETDRLFA MATELRKVGA EV.EEGHDYI
   S. gallinarum     AKG........ TTTLRNIYNW RVKETDRLFA MATELRKVGA EV.EEGHDYI
  S. typhimurium     AKG........ TTTLRNIYNW RVKETDRLFA MATELRKVGA EV.EEGHDYI
         S. typhi    AKG........ TTRLRNIYNW RVKETDRLFA MATELRKVGA EV.EEGHDYI
          E. coli    AKG........ TTTLRNIYNW RVKETDRLFA MATELRKVGA EV.EEGEDYI
   K. pneumoniae     ARG........ TTTLRNIYNW RVKETDRLSA MATELRKVGA EV.EEGQDYI
Y. entoercolitica    ADG........ PTVIRNIYNW RVKETDRLSA MATELRKVGA EV.EEGQDYI
   H. influenzae     SNG........ ETVIRNIYNW RVKETDRLTA MATELRKVGA EV.EEGEDFI
     P. multocida    AEG........ ETVIRNIYNW RVKETDRLTA MATELRKVGA EV.EEGEDFI
  A. salmonicida     LPR........ VPPHSQHLQL AVRD.DRCTP CTHGHRRAQA GVSEEGTTFI
     B. pertussis    ADG........ PCRLRNIGSW RVKETDRIHA MHTELEKLGA GV.QSGADWL
       Consensus     ---------- ---------- -V----R--- ---------- ----------
```

Figure 20I

```
                    451                                                        500
PG2982              VRGRPDGKGL G...GG.... TVATHLDHRI AMSFLVMGLA ..........A
LBAA                VRGRPDGKGL G...GG.... TVATHLDHRI AMSFLVMGLA ..........A
Agrobacterium CP4   VRGRPDGKGL GNASGA.... AVATHLDHRI AMSFLVMGLV ..........S
B. subtilis         VYGKQTLKG. ....GA.... AVSSHGDHRI GMMLGIASCI ..........T
S. aureus           IHPSEFKTN. ....AT.... DI..LTDHRI GMMLAVACVL ..........S
S. cerevisiae       VHGLNSIKDL KVPSDSSGPV GVCTYDDHRV AMSFSLLAGM VNSQNERDEV
A. nidulans         IDGIDR.SNL RQPVG..... GVFCYDDHRV AFSFSVL.SL VTPQ.......
B. napus            VITP.PAKV KPA...... EIDTYDDHRM AMAFSLAAC. ..........A
A. thaliana         VITP..PKKV KTA...... EIDTYDDHRM AMAFSLAAC. ..........A
N. tabacum          IITP..PEKL NVT...... EIDTYDDHRM AMAFSLAAC. ..........A
L. esculentum       IITP..PEKL NVT...... EIDTYDDHRM AMAFSLAAC. ..........A
P. hybrida          IITP..PEKL NVT...... DIDTYDDHRM AMAFSLAAC. ..........A
Z. mays             IITP..PEKL NVT...... AIDTYDDHRM AMAFSLAAC. ..........A
S. gallinarum       RITP..PAKL QHA...... DIGTYNDHRM AMCFSLVAL. ..........S
S. typhimurium      RITP..PAKL QHA...... DIGTYNDHRM AMCFSLVAL. ..........S
S. typhi            RITP..PAKL QHA...... DIGTYNDHRM AMCFSLVAL. ..........S
E. coli             RITP..PEKL NFA...... EIATYNDHRM AMCFSLVAL. ..........S
K. pneumoniae       RITP..PLTL QFA...... EIGTYNDHRM AMCFSLVAL. ..........S
Y. entoercolitica   RVVP..PAQL IAA...... EIGTYNDHRM AMCFSIVAL. ..........S
H. influenzae       RIQPLALNQF KHA...... NIETYNDHRM AMCFSLIAL. ..........S
P. multocida        RIQPLNLAQF QHA...... ELNI.HDHRM AMCFALIAL. ..........S
A. salmonicida      TRDAADPAQA RRD...... R..HLQRSRI AMCFSLVAL. ..........S
B. pertussis        EVAPPEPGGW RDA...... HIGTWDDHRM AMCFLLAAF. ..........G
Consensus           ---------- ---------- ---------R- ---------- ----------
```

Figure 20J

```
                     501                                                 538
PG2982               EKPVTVDDSN MIATSFPEFM DMMPGLGAKI ELSIL.....
LBAA                 EKPVTVDDSN MIATSFPEFM DMMPGLGAKI ELSIL.....
Agrobacterium CP4    ENPVTVDDAT MIATSFPEFM DLMAGLGAKI ELSDTKAA
B. subtilis          EEPIEIEHTD AIHVSYPTFF EHLNKLSKKS ..........
S. aureus            SEPVKIKQFD AVNVSFPGFL PKLKLLQNEG ..........
S. cerevisiae        ANFVRILERH CTGKTWPGWW DVLH......
A. nidulans          ..PTLILEKE CVGKTWPGWW DTLRQLFKV.
B. napus             DVPVTIKDPG CTRKTFPDYF QVLESITKH.
A. thaliana          DVPITINDSG CTRKTFPDYF QVLERITKH.
N. tabacum           DVPVTIKDPG CTRKTFPNYF DVLQQYSKH.
L. esculentum        DVPVTIKNPG CTRKTFPDYF EVLQKYSKH.
P. hybrida           DVPVTINDPG CTRKTFPNYF DVLQQYSKH.
Z. mays              EVPVTIRDPG CTRKTFPDYF DVLSTFVKN.
S. gallinarum        DTPVTILDPK CTAKTFPDYF EQLARMSTPA
S. typhimurium       DTPVTILDPK CTAKTFPDYF EQLARMSTPA
S. typhi             DTPVTILDPK CTAKTFPDYF EQLARMSTPA
E. coli              DTPVTILDPK CTAKTFPDYF EQLARISQAA
K. pneumoniae        DTPVTILDPK CTAKTFPDYF GQLARISTLA
Y. entoercolitica    DTPVTILDPK CTAKTFPDYF EQLARLSQIA .....
H. influenzae        NTPVTILDPK CTAKTFPTFF NEFE....KI CLKN....
P. multocida         KTSVTILDPS CTAKTFPTFL ILFTLNTREV AYR.....
A. salmonicida       DIAVTINDPG CTSKTFPDYF DKLASVSQAV ........
B. pertussis         PAAVRILDPG CVSKTFPDYF DVYAGLLAAR D.......
Consensus            ---------- ------p--- ---------- ------
```

Figure 20K

```
ACGGGCTGTA ACGGTAGTAG GGGTCCCGAG CACAAAAGCG GTGCCGGCAA GCAGAACTAA      60

TTTCCATGGG GAATAATGGT ATTTCATTGG TTTGGCCTCT GGTCTGGCAA TGGTTGCTAG     120

GCCGATCGCCT GTTGAAATTA ACAAACTGTC GCCCTTCCAC TGACCATGGT AACGATGTTT    180

TTTACTTCCT TGACTAACCG AGGAAAATTT GGCGGGGGGC AGAAATGCCA ATACAATTTA     240

GCTTGGTCTT CCCTGCCCCT AATTTGTCCC CTCC ATG GCC TTG CTT TCC CTC        292
                                       Met Ala Leu Leu Ser Leu
                                        1               5

AAC AAT CAT TCC CAA CAT CGC TTA ACT GTT AAT CCC CCT GCC CAA          340
Asn Asn His Gln Ser Gln His Arg Leu Thr Val Asn Pro Pro Ala Gln
         10              15              20

GGG GTC GCT TTG ACT GGC CGC CTA AGG GTG CCG GGG GAT AAA TCC ATT      388
Gly Val Ala Leu Thr Gly Arg Leu Arg Val Pro Gly Asp Lys Ser Ile
         25              30              35

TCC CAT CGG GCC TTG ATG TTG GGG GCG ATC GCC ACC GGG GAA ACC ATT      436
Ser His Arg Ala Leu Met Leu Gly Ala Ile Ala Thr Gly Glu Thr Ile
         40              45              50

ATC GAA GGG CTA CTG TTG GGG GAA GAT CCC CGT AGT ACG GCC CAT TGC      484
Ile Glu Gly Leu Leu Leu Gly Glu Asp Pro Arg Ser Thr Ala His Cys
         55              60              65              70
```

Figure 21A

```
TTT CGG GCC ATG GGA GCA GAA ATC AGC GAA CTA AAT TCA GAA AAA ATC      532
Phe Arg Ala Met Gly Ala Glu Ile Ser Glu Leu Asn Ser Glu Lys Ile
         75                  80                  85

ATC GTT CAG GGT CGG GGT CTG GGA CAG TTG CAG GAA CCC AGT ACC GTT      580
Ile Val Gln Gly Arg Gly Leu Gly Gln Leu Gln Glu Pro Ser Thr Val
         90                  95                 100

TTG GAT GCG GGG AAC TCT GGC ACC ATG CGC TTA ATG TTG GGC TTG      628
Leu Asp Ala Gly Asn Ser Gly Thr Met Arg Leu Met Leu Gly Leu
        105                 110                 115

CTA GCC GGG CAA AAA GAT TGT TTA TTC ACC GTC ACC GGC GAT GAT TCC      676
Leu Ala Gly Gln Lys Asp Cys Leu Phe Thr Val Thr Gly Asp Asp Ser
        120                 125                 130

CTC CGT CAC CGC CCC ATG TCC CGG GTA ATT CAA CCC TTG CAA CAA ATG      724
Leu Arg His Arg Pro Met Ser Arg Val Ile Gln Pro Leu Gln Gln Met
        135                 140                 145                 150

GGG GCA AAA ATT TGG GCC CGG AGT AAC GGC AAG TTT GCG CCG CTG GCA      772
Gly Ala Lys Ile Trp Ala Arg Ser Asn Gly Lys Phe Ala Pro Leu Ala
        155                 160                 165

GTC CAG GGT AGC CAA TTA AAA CCG ATC TAC CAT TCC CAT ATT GCT      820
Val Gln Gly Ser Gln Leu Lys Pro Ile Tyr His Ser His Ile Ala
        170                 175                 180
```

Figure 21B

```
TCA GCC CAG GTA AAG TCC TGC CTG TTG CTA GCG GGG TTA ACC ACC GAG      868
Ser Ala Gln Val Lys Ser Cys Leu Leu Leu Ala Gly Leu Thr Thr Glu
        185             190              195

GGG GAC ACC ACG GTT ACA GAA CCA GCT CTA TCC CGG GAT CAT AGC GAA      916
Gly Asp Thr Thr Val Thr Glu Pro Ala Leu Ser Arg Asp His Ser Glu
        200             205              210

CGC ATG TTG CAG GCC TTT GGA GCC AAA TTA ACC ATT GAT CCA GTA ACC      964
Arg Met Leu Gln Ala Phe Gly Ala Lys Leu Thr Ile Asp Pro Val Thr
        215             220              225              230

CAT AGC GTC ACT GTC CAT GGC CCG GCC CAT TTA ACG GGG CAA CGG GTG     1012
His Ser Val Thr Val His Gly Pro Ala His Leu Thr Gly Gln Arg Val
        235             240              245

GTG GTG CCA GGG GAC ATC AGC TCG GCG GCC TTT TGG TTA GTG GCG GCA     1060
Val Val Pro Gly Asp Ile Ser Ser Ala Ala Phe Trp Leu Val Ala Ala
        250             255              260

TCC ATT TTG CCT GGA TCA GAA GAA TTG GTG GAA AAT GTA GGC ATT AAC     1108
Ser Ile Leu Pro Gly Ser Glu Glu Leu Val Glu Asn Val Gly Ile Asn
        265             270              275

CCC ACC AGG ACA GGG GTG TTG GAA GTG TTG GCC CAG ATG GGG GCG GAC     1156
Pro Thr Arg Thr Gly Val Leu Glu Val Leu Ala Gln Met Gly Ala Asp
        280             285              290
```

**Figure 21C**

```
ATT ACC CCG GAG AAT GAA CGA TTG GTA ACG GGG CCG GTA GCA GAT   1204
Ile Thr Pro Glu Asn Glu Arg Leu Val Thr Gly Pro Val Ala Asp
295                 300                 305                 310

CTG CGG GTT AGG GCA AGC CAT CTC CAG GGT TGC ACC TTC GGC GTA GGC GAA   1252
Leu Arg Val Arg Ala Ser His Leu Gln Gly Cys Thr Phe Gly Val Gly Glu
                        315             320             325

ATT ATT CCC CGA CTG GAA GAT ATT ATT CCC ATT TTG GCA GTG GCG GCG   1300
Ile Ile Pro Arg Leu Glu Asp Ile Ile Pro Ile Leu Ala Val Ala Ala
                    330             335             340

GCC TTT GCA GAG GGC ACC ACT CGC CTG GCG GCC GAT GAA GCA GCC   1348
Ala Phe Ala Glu Gly Thr Thr Arg Leu Ala Ala Asp Glu Ala Ala
                345             350             355

GTT AAA GAA AGC GAA GCC ATT GCG CTG GCT TCG GAG TTG GGC AAA   1396
Val Lys Glu Ser Glu Ala Ile Ala Leu Ala Ser Glu Leu Gly Lys
        360             365             370

ATG GGG GCC ACC GTC AAA GCC GAA TTT GAT GAT GGC CTG GAA ATT CAA GGG   1444
Met Gly Ala Thr Val Lys Ala Glu Phe Asp Asp Gly Leu Glu Ile Gln Gly
375             380             385             390

GGA AGC CCG TTA CAA GGG GCC GAG GTG GAT AGC TTG ACG GAT CAT CGC   1492
Gly Ser Pro Leu Gln Gly Ala Glu Val Asp Ser Leu Thr Asp His Arg
                    395             400             405
```

Figure 21D

```
ATT GCC ATG GCG TTG GCG ATC GCC GCT TTA GGT AGT GGG GGG CAA ACA      1540
Ile Ala Met Ala Leu Ala Ile Ala Ala Leu Gly Ser Gly Gly Gln Thr
            410                             415                 420

ATT ATT AAC CGG GCG GAA GCG GCC ATT TCC TAT CCA GAA TTT TTT          1588
Ile Ile Asn Arg Ala Glu Ala Ala Ile Ser Tyr Pro Glu Phe Phe
            425                             430             435

GGC ACG CTA GGG CAA GTT GCC CAA GGA TAAAGTTAGA AAAACTCCTG            1635
Gly Thr Leu Gly Gln Val Ala Gln Gly
            440                 445

GGCGGTTTGT AAATGTTTTA CCAAGGTAGT TTGGGGTAAA GGCCCCAGCA AGTGCTGCCA    1695

GGGTAATTTA TCCGCAATTG ACCAATCGGC ATGGACCGTA TCGTTCAAAC TGGGTAATTC    1755

TCCCTTTAAT TCCTTAAAAG CTCGCTTAAA ACTGCCCAAC GTATCTCCGT AATGGCGAGT    1815

GAGTAGAAGT AATGGGGCCA AACGGCGATC GCCACGGGAA ATTAAAGCCT GCATCACTGA    1875

CCACTTATAA CTTTCGGGA                                                 1894
```

Figure 21E

```
TTTAAAAACA ATGAGTTAAA AAATTATTTT TCTGGCACAC GCGCTTTTTT TGCATTTTTT          60

CTCCCATTTT TCCGGCACAA TAACGTTGGT TTTATAAAAG GAAATG ATG ATG ACG            115
                                               Met Met Thr
                                                 1

AAT ATA TGG CAC ACC GCG CCC GTC TCT GCG CTT TCC GGC GAA ATA ACG          163
Asn Ile Trp His Thr Ala Pro Val Ser Ala Leu Ser Gly Glu Ile Thr
 5                    10              15

ATA TGC GGC GAT AAA TCA ATG TCG CAT CGC GCC TTA TTA TTA GCA GCG          211
Ile Cys Gly Asp Lys Ser Met Ser His Arg Ala Leu Leu Leu Ala Ala
 20              25              30              35

TTA GCA GAA GGA CAA ACG GAA ATC CGC GGC TTT TTA GCG TGC GCG GAT          259
Leu Ala Glu Gly Gln Thr Glu Ile Arg Gly Phe Leu Ala Cys Ala Asp
           40              45              50

TGT TTG GCG ACG CGG CAA GCA TTG CGC GCA TTA GGC GTT GAT ATT CAA          307
Cys Leu Ala Thr Arg Gln Ala Leu Arg Ala Leu Gly Val Asp Ile Gln
           55              60              65

AGA GAA AAA GAA ATA GTG ACG ATT CGC ATT CGC GTG GGT GGA TTT CTG GGT TTG  355
Arg Glu Lys Glu Ile Val Thr Ile Arg Ile Arg Val Gly Gly Phe Leu Gly Leu
           70              75              80
```

Figure  22A

```
CAG CCG AAA GCA CCG TTA AAT ATG CAA AAC AGT GGC AGT ACT AGC ATG      403
Gln Pro Lys Ala Pro Leu Asn Met Gln Asn Ser Gly Ser Thr Ser Met
     85              90              95

CGT TTA TTG GCA GGA ATT TTG GCA GCG CGC TTT GAG AGC GTG TTA          451
Arg Leu Leu Ala Gly Ile Leu Ala Ala Arg Phe Glu Ser Val Leu
100             105             110             115

TGC GGC GAT GAA TCA TTA AAA CGT CCG ATG GTC CAG CGC ATT ATT ACG      499
Cys Gly Asp Glu Ser Leu Lys Arg Pro Met Val Gln Arg Ile Ile Thr
                        120             125             130

CCG CTT GTG CAA ATG GGG GCA AAA AAA ATT GTC AGT CAC CAC AAT ACG      547
Pro Leu Val Gln Met Gly Ala Lys Lys Ile Ile Val Ser His His Asn Thr
                135             140             145

GCG GCA CAT TTA TCA CGC GGA GGA CGC CTG CCG ATT ATT GAT TAC GCG      595
Ala Ala His Leu Ser Arg Gly Gly Arg Leu Pro Ile Ile Asp Tyr Ala
        145             150             155             160

TTA CCG CTT CAT TTA TTA AAA AGT AGT TGC CTT ATT TTG GCA TAC GGA      643
Leu Pro Leu His Leu Leu Lys Ser Ser Cys Leu Ile Leu Ala Tyr Gly
            165             170             175

TTA TTG GCT GAC GGT ACC ACG CGG CTG CAT ACT ACT TGC GGC ATC AGT CGC 691
Leu Leu Ala Asp Gly Thr Thr Arg Leu His Thr Thr Cys Gly Ile Ser Arg
180             185             190             195
```

**Figure 22B**

```
739  GAC CAC ACG GAA CGC ATG TTG CCG CTT TTT GGT GGC GCA CTT GAG ATC
     Asp His Thr Glu Arg Met Leu Pro Leu Phe Gly Gly Ala Leu Glu Ile
                 200             205             210

787  AAG AAA GAG CAA ATA ATC GTC ACC GGT GGA CAA AAA TTG CAC GGT TGC
     Lys Lys Glu Gln Ile Ile Val Thr Gly Gly Gln Lys Leu His Gly Cys
                 215             220             225

835  GTG CTT GAT GTC GGC GAT TTG TCG GCG GCG GCG TTT TTT ATG GTT
     Val Leu Asp Val Gly Asp Leu Ser Ala Ala Ala Phe Phe Met Val
     230             235             240

883  GCG GCT TTG ATT GCG CCG CGC GCG GAA GTC GTT ATT CGT AAT GTC GGC
     Ala Ala Leu Ile Ala Pro Arg Ala Glu Val Val Ile Arg Asn Val Gly
     245             250             255

931  ATT AAT CCG ACG CGG GCA ATC ATT ACT TTG TTG CAA AAA ATG GGC
     Ile Asn Pro Thr Arg Ala Ala Ile Ile Thr Leu Leu Gln Lys Met Gly
     260             265             270             275

979  GGA ATT GAA TTG CAT CAT CAG CGC TTT TGG GGC GCC GAA CCG GTG
     Gly Ile Glu Leu His His Gln Arg Phe Trp Gly Ala Glu Pro Val
     280             285             290

1027 GCA GAT ATT GTT TAT CAT TCA AAA TTG CGC GGC ATT ACG GTG GCG
     Ala Asp Ile Val Tyr His Ser Lys Leu Arg Gly Ile Thr Val Ala
     295             300             305
```

## Figure 22C

```
CCG GAA TGG ATT GCC AAC GCG ATT GAT GAA TTG CCG ATT TTT TTT ATT   1075
Pro Glu Trp Ile Ala Asn Ala Ile Asp Glu Leu Pro Ile Phe Phe Ile
        310             315             320

GCG GCA GCT TGC GCG GAA GGG GAA ACG GTG GGC AAT GGC TTG TCA GAA   1123
Ala Ala Ala Cys Ala Glu Gly Glu Thr Val Gly Asn Gly Leu Ser Glu
    325             330             335

TTG CGT GTG AAA GAA TCG GAT CGT TTA GCG ATG GCG CAA AAT TTA       1171
Leu Arg Val Lys Glu Ser Asp Arg Leu Ala Met Ala Gln Asn Leu
    340         345             350             355

CAA ACT TTG GGC GTG GCG TGC GAC GTT GGC GCC GCC GAT TTT ATT CAT ATA   1219
Gln Thr Leu Gly Val Ala Cys Asp Val Gly Ala Ala Asp Phe Ile His Ile
            360             365             370

TAT AGA AGC GAT CGG CAA TTT TTA CCG GCG GCG GTG AAC AGT TTT       1267
Tyr Arg Ser Asp Arg Gln Phe Leu Pro Ala Ala Val Asn Ser Phe
    375             380             385

GGC GAT CAT CGG ATT GCG ATG AGT TTG GCG GTG GCA GGT GTG CGC GCG   1315
Gly Asp His Arg Ile Ala Met Ser Leu Ala Val Ala Gly Val Arg Ala
        390             395             400

GCA GGT GAA TTA ATT GAT GAC GGC GCG GCG GCG GTG GCG GCG TCT ATG   1363
Ala Gly Glu Leu Ile Asp Asp Gly Ala Ala Ala Val Ala Ala Ser Met
    405             410             415
```

Figure 22D

CCG CAA TTT CGC GAT TTT GCC GCC GCA ATT GGT ATG AAT GTA GGA GAA      1411
Pro Gln Phe Arg Asp Phe Ala Ala Ala Ile Gly Met Asn Val Gly Glu
420             425             430             435

AAA GAT GCG AAA AAT TGT CAC GAT TGATGGTCCT AGCGGTGTTG GAAAAGGCAC     1465
Lys Asp Ala Lys Asn Cys His Asp
440

GGTGGCGCAA GCTT                                                      1479

Figure 22E

```
                               1                                         40
PG2982                         .......MS HSASPKPATA RRSEALTGEI RIPGDKSISH
LBAA                           .......MS HSASPKPATA RRSEALTGEI RIPGDKSISH
Agrobacterium CP4              .......MS HGASSRPATA RKSSGLSGTV RIPGDKSISH
Synechocystis sp. PCC6803      MALLSLNNHQ SHQRLTVNPP AQGVALTGRL RVPGDKSISH
B. subtilis                    ......MKR DKVQTLHGEI HIPGDKSISH
D. nodosus                     ..MMTNIWHT APVSALSGEI TICGDKSMSH
S. aureus                      ..MVNEQII DISGPLKGEI EVPGDKSMTH
Consensus                      --------- ---------- ----L--G-- -I-GDKS--H
                                                                         80

                               41                                        80
PG2982                         RSFMFGGLAS GETRITGLLE GEDVINTGRA MQAMGAKI.R
LBAA                           RSFMFGGLAS GETRITGLLE GEDVINTGRA MQAMGAKI.R
Agrobacterium CP4              RSFMFGGLAS GETRITGLLE GEDVINTGKA MQAMGARI.R
Synechocystis sp. PCC6803      RALMLGAIAT GETIIEGLLL GEDPRSTAHC FRAMGAEISE
B. subtilis                    RSVMFGALAA GTTTVKNFLP GADCLSTIDC FRKMGVHI.E
D. nodosus                     RALLLAALAE GQTEIRGFLA CADCLATRQA LRALGVDI.Q
S. aureus                      RAIMLASLAE GVSTIYKPLL GEDCRRTMDI FRHLGVEI.K
Consensus                      R--MF---A- G---I---L- --D---T--- ---MG--I--
                                                                         120

                               81                                        120
PG2982                         KEGDVWIING VGNGCLLQPE AALDFGNAGT GARLTMGLVG
LBAA                           KEGDVWIING VGNGCLLQPE AALDFGNAGT GARLTMGLVG
Agrobacterium CP4              KEGDTWIIDG VGNGLLAPE APLDFGNAAT GCRLTMGLVG
Synechocystis sp. PCC6803      LNSEKIIVQG RGLGQLQEPS TVLDAGNSGT TMRLMLGLLA
B. subtilis                    QSSSDVVIHG KGIDALKEPE SLLDVGNSGT TIRLMLGILA
D. nodosus                     REKEIVTIRG VGFLGLQPPK APLNMQNSGT SMRLLAGILA
S. aureus                      EDDEKLVVTS PGYQ.VNTPH QVLYTGNSGT TTRLLAGLLS
Consensus                      ------I-- -G-----P- -L---N--T --RL--G---
```

Figure 23A

```
                               121                                              160
                     PG2982    TY.DMKTSFI  GDASLSKRPM  GRVLNPLREM  GVQVEAADGD
                       LBAA    TY.DMKTSFI  GDASLSKRPM  GRVLNPLREM  GVQVEAADGD
            Agrobacterium CP4  VY.DFDSTFI  GDASLTKRPM  GRVLNPLREM  GVQVKSEDGD
      Synechocystis sp. PCC6803 GQKDCLFTVT  GDDSLRHRPM  SRVIQPLQQM  GAKIWARSNG
                  B. subtilis  G.RPFYSAVA  GDESIAKRPM  KRVTEPLKKM  GAKIDGRAGG
                   D. nodosus  AQR.FESVLC  GDESLEKRPM  QRITTPLVQM  GAKIVSHSNF
                    S. aureus  GLGN.ESVLS  GDVSIGKRPM  DRVLRPLKLM  DANIEGIEDN
                    Consensus  ----------  GD-S---RPM  -RV--PL--M  ---I------

                               161                                              200
                     PG2982    RMPLTLIGPK  TANPITYRVP  MASAQVKSAV  LLAGLNTPGV
                       LBAA    RMPLTLIGPK  TANPITYRVP  MASAQVKSAV  LLAGLNTPGV
            Agrobacterium CP4  RLFVTLRGPK  TPTPITYRVP  MASAQVKSAV  LLAGLNTPGI
      Synechocystis sp. PCC6803 KFAPLAVQGS  QLKPIHYHSP  IASAQVKSCL  LLAGLTTEGD
                  B. subtilis  EFTPLSVSGA  SLKGIDYVSP  VASAQIKSAV  LLAGLQAEGT
                   D. nodosus  T.APLHISGR  PLTGIDYALP  LPSAQLKSCL  ILAGLLADGT
                    S. aureus  .YTPLIIKPS  VIKGINYQME  VASAQVKSAI  LFASLFSKEP
                    Consensus  ----------  ---I-Y----  --SAQ-KS--  -LA-L-----

                               201                                              240
                     PG2982    TTVIEPVMTR  DHTEKMLQGF  .....GADLT  VETDKDGVRH
                       LBAA    TTVIEPVMTR  DHTEKMLQGF  .....GADLT  VETDKDGVRH
            Agrobacterium CP4  TTVIEPIMTR  DHTEKMLQGF  .....GANLT  VETDADGVRT
      Synechocystis sp. PCC6803 TTVTEPALSR  DHSERMLQGF  .....GAKLT  IDPVTHSV..
                  B. subtilis  TTVTEPHKSR  DHTERMLSAF  .....GVKLS  EDQT..SV..
                   D. nodosus  TRLHTCGISR  DHTERMLPLF  .....GGALE  IKK..EQI..
                    S. aureus  TTIKELDVSR  NHTETMFKHF  NIPIEAEGLS  INTTPEAIRY
                    Consensus  T------R-  -H-E-ML--F  --------L-  ------V--
```

**Figure 23B**

```
241                                                    280
PG2982                     IRITGQGKLV GQTIDVPGDP SSTAFPLVAA LLVEGSDVTI
LBAA                       IRITGQGKLV GQTIDVPGDP SSTAFPLVAA LLVEGSDVTI
Agrobacterium CP4          IRLEGRGKLT GQVIDVPGDP SSTAFPLVAA LLVPGSDVTI
Synechocystis sp. PCC6803  .TVHGPAHLT GQRVVVPGDI SSAAFWLVAA SILPGSELLV
B. subtilis                .SIAGGQKLT AADIFVPGDI SSAAFFLAAG AMVPNSRIVL
D. nodosus                 .IVTGGQKLH GCVLDIVGDL SAAAFFMVAA LIAPRAEVVI
S. aureus                  IKPAD..... ...FHVPGDI SSAAFFIVAA LITPGSDVTI
Consensus                  ---------- ----V-GD- S--AF---A- ----------

281                                                    320
PG2982                     RNVLMNPTRT GLILTLQEMG ADIEVLNARL AGGEDVADLR
LBAA                       RNVLMNPTRT GLILTLQEMG ADIEVINARL AGGEDVADLR
Agrobacterium CP4          LNVLMNPTRT GLILTLQEMG ADIEVINPRL AGGEDVADLR
Synechocystis sp. PCC6803  ENVGINPTRT GVLEVLAQMG ADITPENERL VTGEPVADLR
B. subtilis                KNVGLNPTRT GIIDVLQNMG AKLEIKPSAD SGAEPYGDLI
D. nodosus                 RNVGINPTRA AIITLLQKMG GRIELHHQRF WGAEPVADIV
S. aureus                  HNVGINQTRS GIIDIVEKMG GNIQLFNQT. TGAEPTASIR
Consensus                  -NV--N-TR- -------MG ------- --E-----

321                                                    360
PG2982                     VR.ASKLKGV VVPPERAPSM IDEYPVLAIA ASFAEGETVM
LBAA                       VR.ASKLKGV VVPPERAPSM IDEYPVLAIA ASFAEGETVM
Agrobacterium CP4          VR.SSTLKGV TVPEDRAPSM IDEYPILAVA AAFAEGATVM
Synechocystis sp. PCC6803  VR.ASHLQGC TFGGEIIPRL IDEIPIIALL AAFAEGTTRI
B. subtilis                IE.TSSLKAV EIGGDIIPRL IDEIPIIALL ATQAEGTTVI
D. nodosus                 VY.HSKLRGI TVAPEWIANA IDELPIFFIA AACAEGTTFV
S. aureus                  IQYTPMLQPI TIEGELVPKA IDELPVIALL CTQAVGTSTI
Consensus                  V----L--- ---E----- IDE-PI---- ---A-G----
```

Figure 23C

```
                              361                                    400
                   PG2982     DGLDELRVKE SDRLAAVARG LEANGVDCTE GEMSLTVRGR
                     LBAA     DGLDELRVKE SDRLAAVARG LEANGVDCTE GEMSLTVRGR
          Agrobacterium CP4   NGLEELRVKE SDRLSAVANG LKLNGVDCDE GETSLVVRGR
  Synechocystis sp. PCC6803   EDAAELRVKE SDRLAAIASE LGKMGAKVTE FDDGLEIQGG
                B. subtilis   KDAAELKVKE TNRIDTVVSE LRKLGAEIEP TADGMKVYGK
                 D. nodosus   GNLSELRVKE SDRLAAMAQN LQTLGVACDV GADFIHIYGR
                  S. aureus   KDAEELKVKE TNRIDTTADM LNLLGFELQP TNDGLIIHPS
                  Consensus   ---EL-VKE  --R-----   L---G-----  ------V---
```

```
                              401                                    440
                   PG2982     PDGKGLG... GGTVATHLDH RIAMSFLVMG LAAEKPVTVD
                     LBAA     PDGKGLG... GGTVATHLDH RIAMSFLVMG LAAEKPVTVD
          Agrobacterium CP4   PDGKGLGNAS GAAVATHLDH RIAMSFLVMG LVSENPVTVD
  Synechocystis sp. PCC6803   SPLQ...... GAEVDSLTDH RIAMALAIAA LGSGQTIIN
                B. subtilis   QTLK.G.... GAAVSSHGDH RIGMMLGIAS CITEPIEIE
                 D. nodosus   SDRQFL.... PARVNSFGDH RIAMSLAVAG VRAAGELLID
                  S. aureus   E......FK  TNATDILTDH RIGMMLAVAC VLSSEPVKIK
                  Consensus   ---------  ------DH   RI-M-L-V--  ------I-
```

```
                              441                          473
                   PG2982     DSNMIATSFP EFMDMMPGLG AKIELSIL.. ..
                     LBAA     DSNMIATSFP EFMDMMPGLG AKIELSIL.. ..
          Agrobacterium CP4   DATMIATSFP EFMDLMAGLG AKIELSDTKA A..
  Synechocystis sp. PCC6803   RAEAAAISYP EFFGTLGQVA QG*...... ..
                B. subtilis   HTDAIHVSYP TFFEHLNKLS KKS...... ..
                 D. nodosus   DGAVAAVSMP QFRDFAAAIG MNVGEKDAKN CHD
                  S. aureus   QFDAVNVSFP GFLPKLKLLQ NEG...... ..
                  Consensus   ------S-P  -F-------  ---------  --
```

Figure 23D



**Figure 24**



Figure 25

| 1 | 2 |

## GLYPHOSATE-TOLERANT 5-ENOLPYRUVYLSHIKIMATE-3-PHOSPHATE SYNTHASES

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

This is a continuation-in-part of a U.S. patent application Ser. No. 07/749,611, filed Aug. 28, 1991 now abandoned, which is a continuation-in-part of U.S. patent application Ser. No. 07/576,537, filed Aug. 31, 1990, now abandoned.

### BACKGROUND OF THE INVENTION

This invention relates in general to plant molecular biology and, more particularly, to a new class of glyphosate-tolerant 5-enolpyruvylshikimate-3-phosphate synthases.

Recent advances in genetic engineering have provided the requisite tools to transform plants to contain foreign genes. It is now possible to produce plants which have unique characteristics of agronomic importance. Certainly, one such advantageous trait is more cost effective, environmentally compatible weed control via herbicide tolerance. Herbicide-tolerant plants may reduce the need for tillage to control weeds thereby effectively reducing soil erosion.

One herbicide which is the subject of much investigation in this regard is N-phosphonomethylglycine commonly referred to as glyphosate. Glyphosate inhibits the shikimic acid pathway which leads to the biosynthesis of aromatic compounds including amino acids, plant hormones and vitamins. Specifically, glyphosate curbs the conversion of phosphoenolpyruvic acid (PEP) and 3-phosphoshikimic acid to 5-enolpyruvyl-3-phosphoshikimic acid by inhibiting the enzyme 5-enolpyruvylshikimate-3-phosphate synthase (hereinafter referred to as EPSP synthase or EPSPS). For purposes of the present invention, the term "glyphosate" should be considered to include any herbicidally effective form of N-phosphonomethylglycine (including any salt thereof) and other forms which result in the production of the glyphosate anion in plants.

It has been shown that glyphosate-tolerant plants can be produced by inserting into the genome of the plant the capacity to produce a higher level of EPSP synthase in the chloroplast of the cell (Shah et al., 1986) which enzyme is preferably glyphosate-tolerant (Kishore et al. 1988). Variants of the wild-type EPSPS enzyme have been isolated which are glyphosate-tolerant as a result of alterations in the EPSPS amino acid coding sequence (Kishore and Shah, 1988; Schulz et al., 1984; Sost et al., 1984; Kishore et al., 1986). These variants typically have a higher $K_i$ for glyphosate than the wild-type EPSPS enzyme which confers the glyphosate-tolerant phenotype, but these variants are also characterized by a high $K_m$ for PEP which makes the enzyme kinetically less efficient (Kishore and Shah, 1988; Sost et al., 1984; Schulz et al., 1984; Kishore et al., 1986; Sost and Amrhein, 1990). For example, the apparent $K_m$ for PEP and the apparent $K_i$ for glyphosate for the native EPSPS from E. coli are 10 µM and 0.5 µM while for a glyphosate-tolerant isolate having a single amino acid substitution of an alanine for the glycine at position 96 these values are 220 µM and 4.0 mM, respectively. A number of glyphosate-tolerant plant variant EPSPS genes have been constructed by mutagenesis. Again, the glyphosate-tolerant EPSPS was impaired due to an increase in the $K_m$ for PEP and a slight reduction of the $V_{max}$ of the native plant enzyme (Kishore and Shah, 1988) thereby lowering the catalytic efficiency

($V_{max}/K_m$) of the enzyme. Since the kinetic constants of the variant enzymes are impaired with respect to PEP, it has been proposed that high levels of overproduction of the variant enzyme, 40–80 fold, would be required to maintain normal catalytic activity in plants in the presence of glyphosate (Kishore et al., 1988).

While such variant EPSP synthases have proved useful in obtaining transgenic plants tolerant to glyphosate, it would be increasingly beneficial to obtain an EPSP synthase that is highly glyphosate-tolerant while still kinetically efficient such that the amount of the glyphosate-tolerant EPSPS needed to be produced to maintain normal catalytic activity in the plant is reduced or that improved tolerance be obtained with the same expression level.

Previous studies have shown that EPSPS enzymes from different sources vary widely with respect to their degree of sensitivity to inhibition by glyphosate. A study of plant and bacterial EPSPS enzyme activity as a function of glyphosate concentration showed that there was a very wide range in the degree of sensitivity to glyphosate. The degree of sensitivity showed no correlation with any genus or species tested (Schulz et al., 1985). Insensitivity to glyphosate inhibition of the activity of the EPSPS from the Pseudomonas sp. PG2982 has also been reported but with no details of the studies (Fitzgibbon, 1988). In general, while such natural tolerance has been reported, there is no report suggesting the kinetic superiority of the naturally occurring bacterial phosphosate-tolerant EPSPS enzymes over those of mutated EPSPS enzymes nor have any of the genes been characterized. Similarly, there are no reports on the expression of naturally glyphosate-tolerant EPSPS enzymes in plants to confer glyphosate tolerance.

For purposes of the present invention the term "mature EPSP synthase" relates to the EPSPS polypeptide without the N-terminal chloroplast transit peptide. It is now known that the precursor form of the EPSP synthase in plants (with the transit peptide) is expressed and upon delivery to the chloroplast, the transit peptide is cleaved yielding the mature EPSP synthase. All numbering of amino acid positions are given with respect to the mature EPSP synthase (without chloroplast transit peptide leader) to facilitate comparison of EPSPS sequences from sources which have chloroplast transit peptides (i.e., plants and fungi) to sources which do not utilize a chloroplast targeting signal (i.e., bacteria).

In the amino acid sequences which follow, the standard single letter or three letter nomenclature is used. All peptide structures represented in the following description are shown in conventional format in which the amino group at the N-terminus appears to the left and the carboxyl group at the C-terminus at the right. Likewise, amino acid nomenclature for the naturally occurring amino acids found in protein is as follows: alanine (Ala;A), asparagine (Asn;N), aspartic acid (Asp;D), arginine (Arg;R), cysteine (Cys;C), glutamic acid (Glu;E), glutamine (Gln;Q), glycine (Gly;G), histidine (His;H), isoleucine (Ile;I), leucine (Leu;L), lysine (Lys;k), methionine (Met;M), phenylalanine (Phe;F), proline (Pro;P), serine (Ser;S), threonine (Thr;T), tryptophan (Trp;W), tyrosine (Tyr;Y), and valine (Val;V). An "X" is used when the amino acid residue is unknown and parentheses designate that an unambiguous assignment is not possible and the amino acid designation within the parentheses is the most probable estimate based on known information.

The term "nonpolar" amino acids include alanine, valine, leucine, isoleucine, proline, phenylalanine, tryptophan, and methionine. The term "uncharged polar" amino acids

3

include glycine, serine, threonine, cysteine, tyrosine, asparagine and glutamine. The term "charged polar" amino acids includes the "acidic" and "basic" amino acids. The term "acidic" amino acids includes aspartic acid and glutamic acid. The term "basic" amino acid includes lysine, arginine and histidine. The term "polar" amino acids includes both "charged polar" and "uncharged polar" amino acids.

Deoxyribonucleic acid (DNA) is a polymer comprising four mononucleotide units, dAMP (2'-Deoxyadenosine-5-monophosphate), dGMP (2'-Deoxyguanosine-5-monophosphate), dCMP (2'-Deoxycytosine-5-monophosphate) and dTMP (2'-Deoxythymosine-5-monophosphate) linked in various sequences by 3',5'-phosphodiester bridges. The structural DNA consists of multiple nucleotide triplets called "codons" which code for the amino acids. The codons correspond to the various amino acids as follows: Arg (CGA, CGC, CGG, CGT, AGA, AGG); Leu (CTA, CTC, CTG, CTT, TTA, TTG); Ser (TCA, TCC, TCG, TCT, AGC, AGT); Thr (ACA, ACC, ACG, ACT); Pro (CCA, CCC, CCG, CCT); Ala (GCA, GCC, GCG, GCT); Gly (GGA, GGC, GGG, GGT); Ile (ATA, ATC, ATT); Val (GTA, GTC, GTG, GTT); Lys (AAA, AAG); Asn (AAC, AAT); Gla (CAA, CAG); His (CAC, CAT); Glu (GAA, GAG); Asp (GAC, GAT); Tyr (TAC, TAT); Cys (TGC, TGT); Phe (TTC, TTT); Met (ATG); and Trp (UGG). Moreover, due to the redundancy of the genetic code (i.e., more than one codon for all but two amino acids), there are many possible DNA sequences which may code for a particular amino acid sequence.

## SUMMARY OF THE INVENTION

DNA molecules comprising DNA encoding kinetically efficient, glyphosate-tolerant EPSP synthases are disclosed. The EPSP synthases of the present invention reduce the amount of overproduction of the EPSPS enzyme in a transgenic plant necessary for the enzyme to maintain catalytic activity while still conferring glyphosate tolerance. The EPSP synthases described herein represent a new class of EPSPS enzymes, referred to hereinafter as Class II EPSPS enzymes. Class II EPSPS enzymes of the present invention usually share only between about 47% and 55% amino acid similarity or between about 22% and 30% amino acid identity to other known bacterial or plant EPSPS enzymes and exhibit tolerance to glyphosate while maintaining suitable $K_m$ (PEP) ranges. Suitable ranges of $K_m$ (PEP) for EPSPS for enzymes of the present invention are between 1–150 μM, with a more preferred range of between 1–35 μM, and a most preferred range between 2–25 μM. These kinetic constants are determined under the assay conditions specified hereinafter. An EPSPS of the present invention preferably has a $K_i$ for glyphosate range of between 15–10000 μM. The $K_i/K_m$ ratio should be between about 2–500, and more preferably between 25–500. The $V_{max}$ of the purified enzyme should preferably be in the range of 2–100 units/mg (μmoles/minute.mg at 25° C.) and the $K_m$ for shikimate-3-phosphate should preferably be in the range of 0.1 to 50 μM.

Genes coding for Class II EPSPS enzymes have been isolated from five (5) different bacteria:Agrobacterium tumefaciens sp. strain CP4, Achromobacter sp. strain LBAA, Pseudomonas sp. strain PG2982, Bacillus subtilis, and Staphylococcus aureus. The LBAA and PG2982 Class II EPSPS genes have been determined to be identical and the proteins encoded by these two genes are very similar to the CP4 protein and share approximately 84% amino acid identity with it. Class II EPSPS enzymes often may be distinguished from Class I EPSPS's by their inability to

4

react with polyclonal antibodies prepared from Class I EPSPS enzymes under conditions where other Class I EPSPS enzymes would readily react with the Class I antibodies as well as the presence of certain unique regions of amino acid homology which are conserved in Class II EPSP synthases as discussed hereinafter.

Other Class II EPSPS enzymes can be readily isolated and identified by utilizing a nucleic acid probe from one of the Class II EPSPS genes disclosed herein using standard hybridization techniques. Such a probe from the CP4 strain has been prepared and utilized to isolate the Class II EPSPS genes from strains LBAA and PG2982. These genes may also optionally be adapted for enhanced expression in plants by known methodology. Such a probe has also been used to identify homologous genes is bacteria isolated de novo from soil.

The Class II EPSPS enzymes are preferably fused to a chloroplast transit peptide (CTP) to target the protein to the chloroplasts of the plant into which it may be introduced. Chimeric genes encoding this CTP-Class II EPSPS fusion protein may be prepared with an appropriate promoter and 3' polyadenylation site for introduction into a desired plant by standard methods.

To obtain the maximal tolerance to glyphosate herbicide it is preferable to transform the desired plant with a plant-expressible Class II EPSPS gene in conjunction with another plant-expressible gene which expresses a protein capable of degrading glyphosate such as a plant-expressible gene encoding a glyphosate oxidoreductase enzyme as described in PCT Application No. WO 92/00377, the disclosure of which is hereby incorporated by reference.

Therefore, in one aspect, the present invention provides a new class of EPSP synthases that exhibit a low $K_m$ for phosphoenolpyruvate (PEP), a high $V_{max}/K_m$ ratio, and a high $K_i$ for glyphosate such that when introduced into a plant, the plant is made glyphosate-tolerant such that the catalytic activity of the enzyme and plant metabolism are maintained in a substantially normal state. For purposes of this discussion, a highly efficient EPSPS refers to its efficiency in the presence of glyphosate.

More particularly, the present invention provides EPSPS enzymes having a $K_m$ for phosphoenolpyruvate (PEP) between 1–150 μM and a $K_i$(glyphosate)/$K_m$ (PEP) ratio between 3–500, said enzymes having the sequence domains:

-R-X$_1$-H-X$_2$-E-(SEQ ID NO:37), in which
 X$_1$ is an uncharged polar or acidic amino acid,
 X$_2$ is serine or threonine; and
-G-D-K-X$_3$-(SEQ ID NO:38), in which
 X$_3$ is serine or threonine; and
-S-A-Q-X$_4$-K-(SEQ ID NO:39), in which
 X$_4$ is any amino acid; and
-N-X$_5$-T-R-(SEQ ID NO:40), in which
 X$_5$ is any amino acid.

Exemplary Class II EPSPS enzyme sequences are disclosed from seven sources: Agrobacterium sp. strain designated CP4, Achromobacter sp. strain LBAA, Pseudomonas sp. strain PG2982, Bacillus subtilis 1A2, Staphylococcus aureus (ATCC 35556), Synechocystis sp. PCC6803 and Dichelobacter nodosus.

In another aspect of the present invention, a double-stranded DNA molecule comprising DNA encoding a Class II EPSPS enzyme is disclosed. Exemplary Class II EPSPS enzyme DNA sequences are disclosed from seven sources: Agrobacterium sp. strain designated CP4, Achromobacter sp. strain LBAA, Pseudomonas sp. strain PG2982, Bacillus subtilis 1A2, Staphylococcus aureus (ATCC 35556), Synechocystis sp. PCC6803 and Dichelobacter nodosus.

5

In a further aspect of the present invention, nucleic acid probes from EPSPS Class II genes are presented that are suitable for use in screening for Class II EPSPS genes in other sources by assaying for the ability of a DNA sequence from the other source to hybridize to the probe.

In yet another aspect of the present invention, a recombinant, double-stranded DNA molecule comprising in sequence:

a) a promoter which functions in plant cells to cause the production of an RNA sequence;

b) a structural DNA sequence that causes the production of an RNA sequence which encodes a Class II EPSPS enzyme having the sequence domains:

-R-X₁-H-X₂-E-(SEQ ID NO:37), in which

$X_1$ is an uncharged polar or acidic amino acid,

$X_2$ is serine or threonine; and

-G-D-K-X₃-(SEQ ID NO:38), in which

$X_3$ is serine or threonine; and

-S-A-Q-X₄-K-(SEQ ID NO:39), in which

$X_4$ is any amino acid; and

-N-X₅-T-R-(SEQ ID NO:40), in which

$X_5$ is any amino acid; and

c) a 3' nontranslated region which functions in plant cells to cause the addition of a stretch of polyadenyl nucleotides to the 3' end of the RNA sequence

where the promoter is heterologous with respect to the structural DNA sequence and adapted to cause sufficient expression of the EPSP synthase polypeptide to enhance the glyphosate tolerance of a plant cell transformed with said DNA molecule.

In still yet another aspect of the present invention, transgenic plants and transformed plant cells are disclosed that are made glyphosate-tolerant by the introduction of the above-described plant-expressible Class II EPSPS DNA molecule into the plant's genome.

In still another aspect of the present invention, a method for selectively controlling weeds in a crop field is presented by planting crop seeds or crop plants transformed with a plant-expressible Class II EPSPS DNA molecule to confer glyphosate tolerance to the plants which allows for glyphosate containing herbicides to be applied to the crop to selectively kill the glyphosate sensitive weeds, but not the crops.

Other and further objects, advantages and aspects of the invention will become apparent from the accompanying drawing figures and the description of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A, 1B, show the DNA sequence (SEQ ID NO:1) for the full-length promoter of figwort mosaic virus (FMV35S).

FIG. 2 shows the cosmid cloning vector pMON17020.

FIG. 3A, 3B, 3C, 3D and 3E show the structural DNA sequence (SEQ ID NO:2) for the Class II EPSPS gene from bacterial isolate Agrobacterium sp. strain CP4 and the deduced amino acid sequence (SEQ ID NO:3).

FIG. 4A, 4B, 4C, 4D and 4E show the structural DNA sequence (SEQ ID NO:4) for the Class II EPSPS gene from the bacterial isolate Achromobacter sp. strain LBAA and the deduced amino acid sequence (SEQ ID NO:5).

FIG. 5A, 5B, 5C, 5D and 5E show the structural DNA sequence (SEQ ID NO:6) for the Class II EPSPS gene from the bacterial isolate Pseudomonas sp. strain PG2982 and the deduced amino acid sequence (SEQ ID NO:7).

FIG. 6A and 6B show the Bestfit comparison of the CP4 EPSPS amino acid sequence (SEQ ID NO:3) with that for the E. coli EPSPS (SEQ ID NO:8).

6

FIG. 7A and 7B show the Bestfit comparison of the CP4 EPSPS amino acid sequence (SEQ ID NO:3) with that for the LBAA EPSPS (SEQ ID NO:5).

FIG. 8A and 8B show the structural DNA sequence (SEQ ID NO:9) for the synthetic CP4 Class II EPSPS gene.

FIG. 9 shows the DNA sequence (SEQ ID NO:10) of the chloroplast transit peptide (CTP) and encoded amino acid sequence (SEQ ID NO:11) derived from the Arabidopsis thaliana EPSPS CTP and containing a SphI restriction site at the chloroplast processing site, hereinafter referred to as CTP2.

FIG. 10A and 10B show the DNA sequence (SEQ ID NO:12) of the chloroplast transit peptide and encoded amino acid sequence (SEQ ID NO:13) derived from the Arabidopsis thaliana EPSPS gene and containing an EcoRI restriction site within the mature region of the EPSPS, hereinafter referred to as CTP3.

FIG. 11 shows the DNA sequence (SEQ ID NO:14) of the chloroplast transit peptide and encoded amino acid sequence (SEQ ID NO:15) derived from the Petunia hybrida EPSPS CTP and containing a SphI restriction site at the chloroplast processing site and in which the amino acids at the processing site are changed to -Cys-Met-, hereinafter referred to as CTP4.

FIG. 12A and 12B show the DNA sequence (SEQ ID NO:16) of the chloroplast transit peptide and encoded amino acid sequence (SEQ ID NO:17) derived from the Petunia hybrida EPSPS gene with the naturally occurring EcoRI site in the mature region of the EPSPS gene, hereinafter referred to as CTP5.

FIG. 13 shows a plasmid map of CP4 plant transformation/expression vector pMON17110.

FIG. 14 shows a plasmid map of CP4 synthetic EPSPS gene plant transformation/expression vector pMON17131.

FIG. 15 shows a plasmid map of CP4 EPSPS free DNA plant transformation expression vector pMON13640.

FIG. 16 shows a plasmid map of CP4 plant transformation/direct selection vector pMON17227.

FIG. 17 shows a plasmid map of CP4 plant transformation/expression vector pMON19653.

FIG. 18A, 18B, 18C and 18D show the structural DNA sequence (SEQ ID NO:41) for the Class II EPSPS gene from the bacterial isolate Bacillus subtilis and the deduced amino acid sequence (SEQ ID NO:42).

FIG. 19A, 19B, 19C and 19D show the structural DNA sequence (SEQ ID NO:43) for the Class II EPSPS gene from the bacterial isolate Staphylococcus aureus and the deduced amino acid sequence (SEQ ID NO:44).

FIG. 20A, 20B, 20C, 20D, 20E, 20F, 20G, 20H, 20I, 20J and 20K show the Bestfit comparison of the representative Class II EPSPS amino acid sequences Pseudomonas sp. stain PG2982 (SEQ ID NO:7), Achromobacter sp. strain LBAA (SEQ ID NO:5), Agrobacterium sp. strain designated CP4 (SEQ ID NO:3), Bacillus subtilis (SEQ ID NO:42), and Staphylococcus aureus (SEQ ID NO:44) with that for representative Class I EPSPS amino acid sequences [Sacchromyces cerevisiae (SEQ ID NO:49), Aspergillus nidulans (SEQ ID NO:50), Brassica napus (SEQ ID NO:51), Arabidopsis thaliana (SEQ ID NO:52), Nicotina tobacum (SEQ ID NO:53), L. esculentum (SEQ ID NO:54), Petunia hybrida (SEQ ID NO:55), Zea mays (SEQ ID NO:56), Solmenella gallinarum (SEQ ID NO:57), Solmenella typhimurium (SEQ ID NO:58), Solmenella typhi (SEQ ID NO:65), E. coli (SEQ ID NO:8), K. pneumoniae (SEQ ID NO:59), Y. enterocolitica (SEQ ID NO:60), H. influenzae

7

(SEQ ID NO:61), P. multocida (SEQ ID NO:62), Aeromonas salmonicida (SEQ ID NO:63), Bacillus pertussis (SEQ ID NO:64)] and illustrates the conserved regions among Class II EPSPS sequences which are unique to Class II EPSPS sequences. To aid in a comparison of the EPSPS sequences, only mature EPSPS sequences were compared. That is, the sequence corresponding to the chloroplast transit peptide, if present in a subject EPSPS, was removed prior to making the sequence alignment.

FIG. 21A, 21B, 21C, 21D and 21E show the structural DNA sequence (SEQ ID NO:66) for the Class II EPSPS gene from the bacterial isolate Synechocystis sp. PCC6803 and the deduced amino acid sequence (SEQ ID NO:67).

FIG. 22A, 22B, 22C, 22D and 22E show the structural DNA sequence (SEQ ID NO:68) for the Class II EPSPS gene from the bacterial isolate Dichelobacter nodosus and the deduced amino acid sequence (SEQ ID NO:69).

FIG. 23A, 23B, 23C and 23D show the BestIit comparison of the representative Class II EPSPS amino acid sequences Pseudomonas sp. strain PG2982 (SEQ ID NO:7), Achromobacter sp. strain LBAA (SEQ ID NO:5), Agrobacterium sp. strain designated CP4 (SEQ ID NO:3), Synechocystis sp. PCC6803 (SEQ ID NO:67), Bacillus subtilis (SEQ ID NO:42), Dichelobacter nodosus (SEQ ID NO:69) and Staphylococcus aureus (SEQ ID NO:44).

FIG. 24 a plasmid map of canola plant transformation/expression vector pMON17209.

FIG. 25 a plasmid map of canola plant transformation/expression vector pMON17237.

## STATEMENT OF THE INVENTION

The expression of a plant gene which exists in double-stranded DNA form involves synthesis of messenger RNA (mRNA) from one strand of the DNA by RNA polymerase enzyme, and the subsequent processing of the mRNA primary transcript inside the nucleus. This processing involves a 3' non-translated region which adds polyadenylate nucleotides to the 3' end of the RNA.

Transcription of DNA into mRNA is regulated by a region of DNA usually referred to as the "promoter." The promoter region contains a sequence of bases that signals RNA polymerase to associate with the DNA, and to initiate the transcription into mRNA using one of the DNA strands as a template to make a corresponding complementary strand of RNA. A number of promoters which are active in plant cells have been described in the literature. These include the nopaline synthase (NOS) and octopine synthase (OCS) promoters (which are carried on tumor-inducing plasmids of Agrobacterium tumefaciens), the cauliflower mosaic virus (CaMV) 19S and 35S promoters, the light-inducible promoter from the small subunit of ribulose bis-phosphate carboxylase (ssRUBISCO, a very abundant plant polypeptide) and the full-length transcript promoter from the figwort mosaic virus (FMV35S), promoters from the maize ubiquitin and rice actin genes. All of these promoters have been used to create various types of DNA constructs which have been expressed in plants; see, e.g., PCT publication WO 84/02913 (Rogers et al., Mosanto).

Promoters which are known or found to cause transcription of DNA in plant cells can be used in the present invention. Such promoters may be obtained from a variety of sources such as plants and plant DNA virsues and include, but are not limited to, the CaMV35A and FMV35S promoters and promoters isolated from plant genes such as ssRUBISCO genes and the maize ubiquitin and rice actin genes. As described below, it is preferred that the particular

8

promoter selected should be capable of causing sufficient expression to result in the production of an effective amount of a Class II EPSPS to render the plant substantially tolerant to glyphosate herbicides. The amount of Class II EPSPS needed to induce the desired tolerance may vary with the plant species. It is preferred that the promoters utilized have relatively high expression in all meristematic tissues in addition to other tissues inasmuch as it is now known that glyphosate is translocated and accumulated in this type of plant tissue. Alternatively, a combination of chimeric genes can be used to cumulatively result in the necessary overall expression level of the selected Class II EPSPS enzyme to result in the glyphosate-tolerant phenotype.

The mRNA produced by a DNA construct of the present invention also contains a 5' non-translated leader sequence. This sequence can be derived from the promoter selected to express the gene, and can be specifically modified so as to increase translation of the mRNA. The 5' non-translated regions can also be obtained from viral RNAs, from suitable eukaryotic genes, or from a synthetic gene sequence. The present invention is not limited to constructs, as presented in the following examples, wherein the non-translated region is derived from both the 5' non-translated sequence that accompanies the promoter sequence and part of the 5' non-translated region of the virus coat protein gene. Rather, the non-translated leader sequence can be derived from an unrelated promoter or coding sequence as discussed above.

Preferred promoters for use in the present invention the full-length transcript (SEQ ID NO:1) promoter from the figwort mosaic virus (FMV35S) and the full-length transcript (35S) promoter from cauliflower mosaic virus (CaMV), including the enhanced CaMV35S promoter (Kay et al. 1987). The FMV35S promoter functions as strong and uniform promoter with particularly good expression in meristematic tissue for chimeric genes inserted into plants, particularly dicotyledons. The resulting transgenic plant in general expresses the protein encoded by the inserted gene at a higher and more uniform level throughout the tissues and cells of the transformed plant than the same gene driven by an enhanced CaMV35S promoter. Referring to FIG. 1, the DNA sequence (SEQ ID NO:1) of the FMV35S promoter is located between nucleotides 6368 and 6930 of the FMV genome. A 5' non-translated leader sequence is preferably coupled with the promoter. The leader sequence can be from the FMV35S genome itself or can be from a source other than FMV35S.

For expression of heterologous genes in moncotyledonous plants the use of an intron has been found to enhance expression of the heterologous gene. While one may use any of a number of introns that have been isolated from plant genes, the use of the first intron from the maize heat shock 70 gene is preferred.

The 3' non-translated region of the chimeric plant gene contains a polyadenylation signal which functions in plants to cause the addition of polyadenylate nucleotides to the 3' end of the viral RNA. Examples of suitable 3' regions are (1) the 3' transcribed, non-translated regions containing the polyadenylated signal of Agrobacterium tumor-inducing (Ti) plasmid genes, such as the nopaline synthase (NOS) gene, and (2) plant genes like the soybean storage protein genes and the small subunit of the ribulose-1,5-biphosphate carboxylase (ssRUBISCO) gene. An example of a preferred 3' region is that from the ssRUBISCO gene from pea (E9), described in greater detail below.

The DNA constructs of the present invention also contain a structural coding sequence in double-stranded DNA form

**9**

which encodes a glyphosate-tolerant, highly efficient Class II EPSPS enzyme.

Identification of glyphosate-tolerant, highly efficient EPSPS enzymes

In an attempt to identify and isolate glyphosate-tolerant, highly efficient EPSPS enzymes, kinetic analysis of the EPSPS enzymes from a number of bacteria exhibiting tolerance to glyphosate or that had been isolated from suitable sources was undertaken. It was discovered that in some cases the EPSPS enzymes showed no tolerance to inhibition by glyphosate and it was concluded that the tolerance phenotype of the bacterium was due to an impermeability to glyphosate or other factors. In a number of cases, however, microorganisms were identified whose EPSPS enzyme showed a greater degree of tolerance to inhibition by glyphosate and that displayed a low $K_m$ for PEP when compared to that previously reported for other microbial and plant sources. The EPSPS enzymes from these microorganisms were then subjected to further study and analysis.

Table I displays the data obtained for the EPSPS enzymes identified and isolated as a result of the above described analysis. Table I includes data for three identified Class II EPSPS enzymes that were observed to have a high tolerance to inhibition to glyphosate and a low $K_m$ for PEP as well as data for the native Petunia EPSPS and a glyphosate-tolerant variant of the Petunia EPSPS referred to as GA101. The GA101 variant is so named because it exhibits the substitution of an alanine residue for a glycine residue at position 101 (with respect to Petunia). When the change introduced into the Petunia EPSPS (GA101) was introduced into a number of other EPSPS enzymes, similar changes in a kinetics were observed, an elevation of the $K_i$ for glyphosate and of the $K_m$ for PEP.

**TABLE I**

| Kinetic characterization of EPSPS enzymes | | | |
|---|---|---|---|
| ENZYME SOURCE | $K_m$ PEP ($\mu$M) | $K_i$ Glyphosate ($\mu$M) | $K_i/K_m$ |
| Petunia | 5 | 0.4 | 0.08 |
| Petunia GA101 | 200 | 2000 | 10 |
| PG2982 | 2.1–5.1[1] | 25–82 | ~8–40 |
| LBAA | ~7.3–8[2] | 60 (est)[3] | ~7.0 |
| CP4 | 12[2] | 2720 | 227 |
| B. subtilis 1A2 | 13[2] | 440 | 33.8 |
| S. aureus | 5[5] | 200 | 40 |

[1]Range of PEP tested = 1–40 $\mu$M
[2]Range of PEP tested = 5–80 $\mu$M
[3]Range of PEP tested = 1.5–40 $\mu$M
[4]Range of PEP tested = 1–60 $\mu$M
[5]Range of PEP tested = 1–50 $\mu$M
[7](est) = estimated

The Agrobacterium sp. strain CP4 was initially identified by its ability to grow on glyphosate as a carbon source (10 mM) in the presence of 1 mM phosphate. The strain CP4 was identified from a collection obtained from a fixed-bed immobilized cell column that employed Mannville R-635 diatomaceous earth beads. The column had been run for three months on a waste-water feed from a glyphosate production plant. The column contained 50 mg/ml glyphosate and $NH_3$ as $NH_4Cl$. Total organic carbon was 300 mg/ml and BOD's (Biological Oxygen Demand—a measure of "soft" carbon availability) were less than 30 mg/ml. This treatment column has been described (Heitkamp et al., 1990). Dworkin-Foster minimal salts medium containing glyphosate at 10 mM and with phosphate at 1 mM was used

**10**

to select for microbes from a wash of this column that were capable of growing on glyphosate as sole carbon source. Dworkin-Foster minimal medium was made up by combining in 1 liter (with autoclaved $H_2O$), 1 ml each of A, B and C and 10 ml of D (as per below) and thiamine HCl (5 mg).

| A. | D–F Salts (1000X stock; per 100 ml; autoclaved): | | |
|---|---|---|---|
| | $H_3BO_3$ | 1 mg | |
| | $MnSO_4.7 H_2O$ | 1 mg | |
| | $ZnSO_4.7 H_2O$ | 12.5 mg | |
| | $CuSO_4.5 H_2O$ | 8 mg | |
| | $NaMoO_3.3 H_2O$ | 1.7 mg | |
| B. | $FeSO_4.7 H_2O$ (1000X Stock; per 100 ml; autoclaved) | | 0.1 g |
| C. | $MgSO_4.7 H_2O$ (1000X Stock; per 100 ml; autoclaved) | | 20 g |
| D. | $(NH_4)_2SO_4$ (100X stock; per 100 ml; autoclaved) | | 20 g |

Yeast Extract (YE; Difco) was added to a final concentration of 0.01 or 0.001%. The strain CP4 was also grown on media composed of D–F salts, amended as described above, containing glucose, gluconate and citrate (each at 0.1%) as carbon sources and with inorganic phosphate (0.2–1.0 mM) as the phosphorous source.

Other Class II EPSPS containing microorganisms were identified as Achromobacter sp. strain LBAA (Hallas et al., 1988), Pseudomonas sp. strain PG2982 (Moore et al., 1983; Fitzgibbon 1988), Bacillus subtilis 1A2 (Henner et al., 1984) and Staphylococcus aureus (O'Connell et al., 1993). It had been reported previously, from measurements in crude lysates, that the EPSPS enzyme from strain PG2982 was less sensitive to inhibition to glyphosate than that of E. coli, but there has been no report of the details of this lack of sensitivity and there has been no report on the $K_m$ for PEP for this enzyme or of the DNA sequence for the gene for this enzyme (Fitzgibbon, 1988; Fitzgibbon and Braymer, 1990). Relationship of the Class II EPSPS to those previously studied.

All EPSPS proteins studied to date have shown a remarkable degree of homology. For example, bacterial and plant EPSPS's are about 54% identical and with similarity as high as 80%. Within bacterial EPSPS's and plant EPSPS's themselves the degree of identity and similarity is much greater (see Table II).

**TABLE II**

| Comparison between exemplary Class I EPSPS protein sequences[1] | | |
|---|---|---|
| | similarity | identity |
| E. coli vs. S. typhaurium | 93 | 88 |
| P. hybrids vs. E. coli | 72 | 55 |
| P. hybrids vs. L. excalontum | 93 | 88 |

[1]The EPSPS sequences compared here were obtained from the following reference: E. coli, Rogers et al., 1983; S. typhourium, Smetzer et al, 1985; Petanoic hybrids; Shah et al, 1986; and tomato (L. escalautum), Gasper et al, 1988.

When crude extracts of CP4 and LBAA bacteria (50 $\mu$g protein) were probed using rabbit anti-EPSPS antibody (Padgette et al., 1987) to the Petunia EPSPS protein in a Western analysis, no positive signal could be detected, even with extended exposure times (Protein $A-^{125}I$ development system) and under conditions where the control EPSPS (Petunia EPSPS, 20 ng; a Class I EPSPS) was readily detected. The presence of EPSPS activity in these extracts was confirmed by enzyme assay. This surprising result, indicating a lack of similarity between the EPSPS's from

**11**

these bacterial isolates and those previously studied, coupled with the combination of a low $K_m$ for PEP and a high $K_i$ for glyphosate, illustrates that these new EPSPS enzymes are different from known EPSPS enzymes (now referred to as Class I EPSPS).

Glyphosate-tolerant Enzymes is Microbial Isolates

For clarity and brevity of disclosure, the following description of the isolation of genes encoding Class II EPSPS enzymes is directed to the isolation of such a gene from a bacterial isolate. Those skilled in the art will recognize that the same or similar strategy can be utilized to isolate such genes from other microbial isolates, plant or fungal sources.

Cloning of the Agrobacterium sp. strain CP4 EPSPS Gene(s) in E. coli

Having established the existence of a suitable EPSPS in Agrobacterium sp. strain CP4, two parallel approaches were undertaken to clone the gene: cloning based on the expected phenotype for a glyphosate-tolerant EPSPS; and purification of the enzyme to provide material to raise antibodies and to obtain amino acid sequences from the protein to facilitate the verification of clones. Cloning and genetic techniques, unless otherwise indicated, are generally those described in Maniatis et al., 1982 or Sambrook et al., 1987. The cloning strategy was as follows: introduction of a cosmid bank of CP4 strain Agrobacterium sp. strain CP4 into E. coli and selection for the EPSPS gene by selection for growth on inhibitory concentrations of glyphosate.

Chromosomal DNA was prepared from strain Agrobacterium sp. strain CP4 as follows: The cell pellet from a 200 ml L-Broth (Miller, 1972), late log phase culture of Agrobacterium sp. strain CP4 was resuspended in 10 ml of Solution I; 50 mM Glucose, 10 mM EDTA, 25 mM Tris-CL pH 8.0 (Birnboim and Doly, 1979). SDS was added to a final concentration of 1% and the suspension was subjected to 35 three freeze-thaw cycles, each consisting of immersion in dry ice for 15 minutes and in water at 70° C. for 10 minutes. The lysate was then extracted four times with equal volumes of phenol:chloroform (1:1; phenol saturated with TE; TE=10 mM Tris pH8.0; 1.0 mM EDTA) and the phases separated by centrifugation (15000 g; 10 minutes). The ethanol-precipitable material was pelleted from the supernatant by brief centrifugation (8000 g; 5 minutes) following addition of two volumes of ethanol. The pellet was resuspended in 5 ml TE and dialyzed for 16 hours at 4° C. against 2 liters TE. This preparation yielded a 5 ml DNA solution of 552 μg/ml.

Partially-restricted DNA was prepared as follows. Three 100 μg aliquot samples of CP4 DNA were treated for 1 hour at 37° C. with restriction endonuclease HindIII at rates of 4, 2 and 1 enzyme unit/μg DNA, respectively. The DNA samples were pooled, made 0.25 mM with EDTA and extracted with an equal volume of phenol:chloroform. Following the addition of sodium acetate and ethanol, the DNA was precipitated with two volumes of ethanol and pelleted by centrifugation (12000 g; 10 minutes). The dried DNA pellet was resuspended in 500 μl TE and layered on a 10–40% Sucrose gradient (in 5% increments of 5.5 ml each) in 0.5M NaCl, 50 mM Tris pH8.0, 5 mM EDTA. Following centrifugation for 20 hours at 26,000 rpm in a SW28 rotor, the tubes were punctured and ~1.5 ml fractions collected. Samples (20 μl) of each second fraction were run on 0.7% agarose gel and the size of the DNA determined by comparison with linearized lambda DNA and HindIII-digested lambda DNA standards. Fractions containing DNA of 25–35 kb fragments were pooled, desalted on AMICON10 columns (7000 rpm; 20° C.; 45 minutes) and concentrated by precipitation. This procedure yielded 15 μg of CP4 DNA of the

**12**

required size. A cosmid bank was constructed using the vector pMON17020. This vector, a map of which is presented in FIG. 2, is based on the pBR327 replicon and contains the spectinomycin/streptomycin (Sp$^r$;spc) resistance gene from Tn7 (Fling et al., 1985), the chloramphenicol resistance gene (Cm$^r$;cat) from Tn9 (Alton et al., 1979), the gene10 promoter region from phage T7 (Dunn et al., 1983), and the 1.6 kb BglII phage lambda cos fragment from pHC79 (Hohn and Collins, 1980). A number of cloning sites are located downstream of the cat gene. Since the predominant block to the expression of genes from other microbial sources in E. coli appears to be at the level of transcription, the use of the T7 promoter and supplying the T7 polymerase in trans from the pGP1-2 plasmid (Tabor and Richardson, 1985), enables the expression of large DNA segments of foreign DNA, even those containing RNA polymerase transcription termination sequences. The expression of the spc gene is impaired by transcription from the T7 promoter such that only Cmr can be selected in strains containing pGP1-2. The use of antibiotic resistances such as Cm resistance which do not employ a membrane component is preferred due to the observation that high level expression of resistance genes that involve a membrane component, i.e. β-lactamase and Amp resistance, give rise to a glyphosate-tolerant phenotype. Presumably, this is due to the exclusion of glyphosate from the cell by the membrane localized resistance protein. It is also preferred that the selectable marker be oriented in the same direction as the T7 promoter.

The vector was then cut with HindIII and treated with calf alkaline phosphatase (CAP) in preparation for cloning. Vector and target sequences were ligated by combining the following:

| Vector DNA (HindIII/CAP) | 3 μg |
|---|---|
| Size fractionated CP4 HindIII fragments | 1.5 μg |
| 10X ligation buffer | 2.2 μl |
| T4 DNA ligase (New England Biolabs) (400 U/μl) | 1.0 μl |

and adding H$_2$O to 22.0 μl. This mixture was incubated for 18 hours at 16° C. 10X ligation buffer is 250 mM Tris-HCl, pH 8.0; 100 mM MgCl$_2$; 100 mM Dithiothreitol; 2 mM Spermidine. The ligated DNA (5 μl) was packaged into lambda phage particles (Stratagene; Gigapack Gold) using the manufacturer's procedure.

A sample (200 μl) of E. coli HB101 (Boyer and Rolland-Dussoix, 1973) containing the T7 polymerase expression plasmid pGP1-2 (Tabor and Richardson, 1985) and grown overnight in L-Broth (with maltose at 0.2% and kanamycin at 50/μg/ml) was infected with 50 μl of the packaged DNA. Transformants were selected at 30° C. on M9 (Miller, 1972) agar containing kanamycin (50 μg/ml), chloramphenicol (25 μg/ml), L-proline (50 μg/ml), L-leucine (50 μg/ml) and B1 (5 μg/ml), and with glyphosate at 3.0 mM. Aliquot samples were also plated on the same media lacking glyphosate to titer the packaged cosmids. Cosmid transformants were isolated on this latter medium at a rate of ~5×10$^5$ per μg CP4 HindIII DNA after 3 days at 30° C. Colonies arose on the glyphosate agar from day 3 until day 15 with a final rate of ~1 per 200 cosmids. DNA was prepared from 14 glyphosate-tolerant clones and, following verification of this phenotype, was transformed into E. coli GB100/pGP1-2 (E. coli GB100 is an aroA derivative of MM294 [Talmadge and Gilbert, 1980]) and tested for complementation for growth in the absence of added aromatic amino acids and aminobenzoic acids. Other aroA strains such as SR481 (Bachman et al., 1980; Padgette et al., 1987), could be used and would be

US RE39,247 E

**13**

suitable for this experiment. The use of GB100 is merely exemplary and should not be viewed in a limiting sense. This aroA strain usually requires that growth media be supplemented with L-phenylalanine, L-tyrosine and L-tryptophan each at 100 μg/ml and with para-hydroxybenzoic acid, 2,3-dihydroxybenzoic acid and para-aminobenzoic acid each at 5 μg/ml for growth in minimal media. Of the fourteen cosmids tested only one showed complementation of the aroA- phenotype. Transformants of this cosmid, pMON17076, showed weak but uniform growth on the unsupplemented minimal media after 10 days.

The proteins encoded by the cosmids were determined in vivo using a T7 expression system (Tabor and Richardson, 1985). Cultures of E. coli containing pGP1-2 (Tabor and Richardson, 1985) and test and control cosmids were grown at 30° C. in L-broth (2 ml) with chloramphenicol and kanamycin (25 and 50 μg/ml, respectively) to a Klett reading of ~50. An aliquot was removed and the cells collected by centrifugation, washed with M9 salts (Miller, 1972) and resuspended in 1 ml M9 medium containing glucose at 0.2%, thiamine at 20 μg/ml and containing the 18 amino acids at 0.01% (minus cysteine and methionine). Following incubation at 30° C. for 90 minutes, the cultures were transferred to a 42° C. water bath and held there for 15 minutes. Rifampicin (Sigma) was added to 200 μg/ml and the cultures held at 42° C. for 10 additional minutes and then transferred to 30° C. for 20 minutes. Samples were pulsed with 10 μCi of $^{35}$S-methionine for 5 minutes at 30° C. The cells were collected by centrifugation and suspended in 60–120 μl cracking buffer (60 mM Tris-HCl 6.8, 1% SDS, 1% 2-mercaptoethanol, 10% glycerol, 0.01% bromophenol blue). Aliquot samples were electrophoresed on 12.5% SDS-PAGE and following soaking for 60 minutes in 10 volumes of Acetic Acid-Methanol-water (10:30:60), the gel was soaked in ENLIGHTNING™ (DUPONT) following manufacturer's directions, dried, and exposed at −70° C. to X-Ray film. Proteins of about 45 kd in size, labeled with $^{35}$S-methionine, were detected in number of the cosmids, including pMON17076.

Purification of EPSPS from Agrobacterium sp. strain CP4

All protein purification procedures were carried out at 3°–5° C. EPSPS enzyme assays were performed using either the phosphate release or radioactive HPLC method, as previously described in Padgette et al., 1987, using 1 mM phosphoenol pyruvate (PEP, Boehringer) and 2 mM shikimate-3-phosphate (S3P) substrate concentrations. For radioactive HPLC assays, $^{14}$C-CPEP (Amersham) was utilized. S3P was synthesized as previously described in Wibbenmeyer et al. 1988. N-terminal amino acid sequencing was performed by loading samples onto a Polybrene precycled filter in aliquots while drying. Automated Edman degradation chemistry was used to determine the N-terminal protein sequence, using an Applied Biosystems Model 470A gas phase sequencer (Hunkapiller et al., 1983) with an Applied Biosystems 120A PTH analyzer.

Five 10-liter fermentations were carried out on a spontaneous "smooth" isolate of strain CP4 that displayed less clumping when grown in liquid culture. This reduced clumping and smooth colony morphology may be due to reduced polysaccharide production by this isolate. In the following section dealing with the purification of the EPSPS enzyme, CP4 refers to the "smooth" isolate—CP4-S1. The cells from the three batches showing the highest specific activities were pooled. Cell paste of Agrobacterium sp. CP4 (300 g) was washed twice with 0.5 L of 0.9% saline and collected by centrifugation (30 minutes, 8000 rpm in a GS3 Sorvall rotor). The cell pellet was suspended in 0.9 L extraction

**14**

buffer (100 mM TrisCl, 1 mM EDTA, 1 mM BAM (Benzamidine), 5 mM DTT, 10% glycerol, pH 7.5) and lysed by 2 passes through a Manton Gaulin cell. The resulting solution was centrifuged (30 minutes, 8000 rpm) and the supernatant was treated with 0.21 L of 1.5% protamine sulfate (in 100 mM TrisCl, pH 7.5, 0.2% w/v final protamine sulfate concentration). After stirring for 1 hour, the mixture was centrifuged (50 minutes, 8000 rpm) and the resulting supernatant treated with solid ammonium sulfate to 40% saturation and stirred for 1 hour. After centrifugation (50 minutes, 8000 rpm), the resulting supernatant was treated with solid ammonium sulfate to 70% saturation, stirred for 50 minutes, and the insoluble protein was collected by centrifugation (1 hour, 8000 rpm). This 40–70% ammonium sulfate fraction was then dissolved in extraction buffer to give a final volume of 0.2 L, and dialyzed twice (Spectrum 10,000 MW cutoff dialysis tubing) against 2 L of extraction buffer for a total of 12 hours.

To the resulting dialyzed 40–70% ammonium sulfate fraction (0.29 L) was added solid ammonium sulfate to give a final concentration of 1M. This material was loaded (2 ml/min) onto a column (5 cm×15 cm, 295 ml) packed with phenyl Sepharose CL-4B (Pharmacia) resin equilibrated with extraction buffer containing 1M ammonium sulfate, and washed with the same buffer (1.5 L, 2 ml/min). EPSPS was eluted with a linear gradient of extraction buffer going from 1M to 0.00M ammonium sulfate (total volume of 1.5 L, 2 ml/min). Fractions were collected (20 ml) and assayed for EPSPS activity by the phosphate release assay. The fractions with the highest EPSPS activity (fractions 36–50) were pooled and dialyzed against 3×2 L (18 hours) of 10 mM TrisCl, 25 mM KCl, 1 mM EDTA, 5 mM DTT, 10% glycerol, pH 7.8.

The dialyzed EPSPS extract (350 ml) was loaded (5 ml/min) onto a column (2.4 cm×30 cm, 136 ml) packed with Q-Sepharose Fast Flow (Pharmacia) resin equilibrated with 10 mM TrisCl, 25 mM KCl, 5 mM DTT, 10% glycerol, pH 7.8 (Q Sepharose buffer), and washed with 1 L of the same buffer. EPSPS was eluted with a linear gradient of Q Sepharose buffer going from 0.025M to 0.40M KCl (total volume of 1.4 L, 5 ml/min). Fractions were collected (15 ml) and assayed for EPSPS activity by the phosphate release assay. The fractions with the highest EPSPS activity (fractions 47–60) were pooled and the protein was precipitated by adding solid ammonium sulfate to 80% saturation and stirring for 1 hour. The precipitated protein was collected by centrifugation (20 minutes, 12000 rpm in a GSA Sorvall rotor), dissolved in Q Sepharose buffer (total volume of 14 ml), and dialyzed against the same buffer (2×1 L, 18 hours).

The resulting dialyzed partially purified EPSPS extract (19 ml) was loaded (1.7 ml/min) onto a Mono Q 10/10 column (Pharmacia) equilibrated with Q Sepharose buffer, and washed with the same buffer (35 ml). EPSPS was eluted with a linear gradient of 0.025M to 0.35M KCl (total volume of 119 ml, 1.7 ml/min). Fractions were collected (1.7 ml) and assayed for EPSPS activity by the phosphate release assayed. The fractions with the highest EPSPS activity (fractions 30–37) were pooled (6 ml).

The Mono Q pool was made 1M in ammonium sulfate by the addition of solid ammonium sulfate and 2 ml aliquots were chromatographed on a Phenyl Superose 5/5 column (Pharmacia) equilibrated with 100 mM TrisCl, 5 mM DTT, 1M ammonium sulfate, 10% glycerol, pH 7.5 (Phenyl Superose buffer). Samples were loaded (1 ml/min), washed with Phenyl Superose buffer (10 ml), and eluted with a linear gradient of Phenyl Superose buffer going from 1M to 0.00M

US RE39,247 E

**15**

ammonium sulfate (total volume of 60 ml, 1 ml/min). Fractions were collected (1 ml) and assayed for EPSPS activity by the phosphate release assay. The fractions from each run with the highest EPSPS activity (fractions ~36–40) were pooled together (10 ml, 2.5 mg protein). For N-terminal amino acid sequence determination, a portion of one fraction (#39 from run 1) was dialyzed against 50 mM NaHCO₃ (2×1 L). The resulting pure EPSPS sample (0.9 ml, 77 μg protein) was found to exhibit a single N-terminal amino acid sequence of:

XH(G)ASSRPATARKSS(G)LX(G)(T)V(R)IPG(D)(K)(M) (SEQ ID NO:18).

The remaining Phenyl Superose EPSPS pool was dialyzed against 50 mM TrisCl, 2 mM DTT, 10 mM KCl, 10% glycerol, pH 7.5 (2×1 L). An aliquot (0.55 ml, 0.61 mg protein) was loaded (1 ml/min) onto a Mono Q 5/5 column (Pharmacia) equilibrated with Q Sepharose buffer, washed with the same buffer (5 ml), and eluted with a linear gradient of Q Sepharose buffer going from 0–0.14M KCl in 10 minutes, then holding at 0.14M KCl (1 ml/min). Fractions were collected (1 ml) and assayed for EPSPS activity by the phosphate release assay and were subjected to SDS-PAGE (10–15%, Phast System, Pharmacia, with silver staining) to determine protein purity. Fractions exhibiting a single band of protein by SDS-PAGE (22–25, 222 μg) were pooled and dialyzed against 100 mM ammonium bicarbonate, pH 8.1 (2×1 L, 9 hours).

Trypsinolysis and peptide sequencing of Agrobacterium sp strain CP4 EPSPS

To the resulting pure Agrobacterium sp. strain CP4 EPSPS (111 μg) was added 3 μg of trypsin (Calbiochem), and the trypsinolysis reaction was allowed to proceed for 16 hours at 37° C. The tryptic digest was then chromatographed (1 ml/min) on a C18 reverse phase HPLC column (Vydac) as previously described in Padgette et al., 1988 for E. coli EPSPS. For all peptide purifications, 0.1% trifluoroacetic acid (TFA, Pierce) was designated buffer "RP-A" and 0.1% TFA in acetonitrile was buffer "RP-B". The gradient used for elution of the trypsinized Agrobacterium sp. CP4 EPSPS was: 0–8 minutes, 0% RP-B; 8–28 minutes, 0–15% RP-B; 28–40 minutes, 15–21% RP-B; 40–68 minutes, 21–49% RP-B; 68–72 minutes, 49–75% RP-B; 72–74 minutes, 75–100% RP-B. Fractions were collected (1 ml) and, based on the elution profile at 210 nm, at least 70 distinct peptides were produced from the trypsinized EPSPS. Fractions 40–70 were evaporated to dryness and redissolved in 150 μl each of 10% acetonitrile, 0.1% trifluoroacetic acid.

The fraction 61 peptide was further purified on the C18 column by the gradient: 0–5 minutes, 0% RP-B; 5–10 minutes, 0–38% RP-B; 10–30 minutes, 38–45% RP-B. Fractions were collected based on the UV signal at 210 nm. A large peptide peak in fraction 24 eluted at 42% RP-B and was dried down, resuspended as described above, and rechromatographed on the C18 column with the gradient: 0–5 minutes, 0% RP-B; 5–12 min, 0–38% RP-B; 12–15 min, 38–39% RP-B; 15–18 minutes, 39% RP-B; 18–20 minutes, 39–41% RP-B; 20–24 minutes, 41% RP-B; 24–28 minutes, 42% RP-B. The peptide in fraction 25, eluting at 41% RP-B and designated peptide 61–24–25, was subjected to N-terminal amino acid sequencing, and the following sequence was determined:

APSM(I)(D)EYPILAV (SEQ ID NO:19)

The CP4 EPSPS fraction 53 tryptic peptide was further purified by C18 HPLC by the gradient 0% B (5 minutes).

**16**

0–30% B (5–17 minutes), 30–40% B (17–37 minutes). The peptide in fraction 28, eluting at 34% B and designated peptide 53–28, was subjected to N-terminal amino acid sequencing, and the following sequence was determined:

ITGLLEGEDVINTGK (SEQ ID NO:20).

In order to verify the CP4 EPSPS cosmid clone, a number of oligonucleotide probes were designed on the basis of the sequence of two of the tryptic sequences from the CP4 enzyme (Table III). The probe identified as MID was very low degeneracy and was used for initial screening. The probes identified as EDV-C and EDV-T were based on the same amino acid sequences and differ in one position (underlined in Table III below) and were used as confirmatory probes, with a positive to be expected only from one of these two probes. In the oligonucleotides below, alternate acceptable nucleotides at a particular position are designated by a "/" such as A/C/T.

TABLE III

Selected CP4 EPSPS peptide sequences and DNA probes

PEPTIDE 61-24-25 APSM(I)(D)EYPILAV (SEQ ID NO:19)
Probe MID; 17-mer; mixed probe; 24-fold degenerate (SEQ ID NO:21)
ATGATA/C/TGAC/TGAG/ATAC/TCC
PEPTIDE 53-28 ITGLLEGEDVINTGK (SEQ ID NO:20)
Probe EDV-C; 17-mer; mixed probe; 48-fold (SEQ ID NO:22)
degenerate
GAA/GGAC/TGTA/C/G/TATA/C/TAACAC
Probe EDV-T; 17-mer; mixed probe; 48-fold (SEQ ID NO:23)
degenerate
GAA/GGAC/TGTA/C/G/TATA/C/TAATAC

The probes were labeled using gamma-³²P-ATP and polynucleotide kinase. DNA from fourteen of the cosmids described above was restricted with EcoRI, transferred to membrane and probed with the oligonucleotide probes. The conditions used were as follows: prehybridization was carried out in 6× SSC, 10× Denhardt's for 2–18 hour periods at 60° C., and hybridization was for 48–72 hours in 6× SSC, 10× Denhardt's, 100 μg/ml tRNA at 10° C. below the $T_d$ for the probe. The $T_d$ of the probe was approximated by the formula 2° Cx(A+T)+4° Cx(G+C). The filters were then washed three times with 6× SSC for ten minutes each at room temperature, dried and autoradiographed. Using the MID probe, an ~9.9 kb fragment in the pMON17076 cosmid gave the only positive signal. This cosmid DNA was then probed with the EDV-C (SEQ ID NO:22) and EDV-T (SEQ ID NO:23) probes separately and again this ~9.9 kb band gave a signal and only with the EDV-T probe.

The combined data on the glyphosate-tolerant phenotype, the complementation of the E. coli aroA- phenotype, the expression of a ~45 Kd protein, and the hybridization to two probes derived from the CP4 EPSPS amino acid sequence strongly suggested that the pMON17076 cosmid contained the EPSPS gene.

Localization and subcloning of the CP4 EPSPS gene

The CP4 EPSPS gene was further localized as follows: a number of additional Southern analyses were carried out on different restriction digests of pMON17076 using the MID (SEQ ID NO:21) and EDV-T (SEQ ID NO:23) probes separately. Based on these analyses and on subsequent detailed restriction mapping of the pBlueScript (Stratagene) subclones of the ~9.9 kb fragment from pMON17076, a 3.8 kb EcoRI-SalI fragment was identified to which both probes hybridized. This analysis also showed that MID (SEQ ID NO:21) and EDV-T (SEQ ID NO:23) probes hybridized to

**17**

different sides of BamHI, ClaI, and SacII sites. This 3.8 kb fragment was cloned in both orientations in pBlueScript to form pMON17081 and pMON17082. The phenotypes imparted to E. coli by these clones were then determined. Glyphosate tolerance was determined following transformation into E. coli MM294 containing pGP1-2 (pBlueScript also contains a T7 promoter) on M9 agar media containing glyphosate at 3 mM. Both pMON17081 and pMON17082 showed glyphosate-tolerant colonies at three days at 30° C. at about half the size of the controls on the same media lacking glyphosate. This result suggested that the 3.8 kb fragment contained an intact EPSPS gene. The apparent lack of orientation-dependence of this phenotype could be explained by the presence of the T7 promoter at one side of the cloning sites and the lac promoter at the other. The aroA phenotype was determined in transformants of E. coli GB100 on M9 agar media lacking aromatic supplements. In this experiment, carried out with and without the Plac inducer IPTG, pMON17082 showed much greater growth than pMON17081, suggesting that the EPSPS gene was expressed from the SalI site towards the EcoRI site.

Nucleotide sequencing was begun from a number of restriction site ends, including the BamHI site discussed above. Sequences encoding protein sequences that closely matched the N-terminus protein sequence and that for the tryptic fragment 53-28 (SEQ ID NO:20) (the basis of the EDV-T probe) (SEQ ID NO:23) were localized to the SalI side of this BamHI site. These data provided conclusive evidence for the cloning of the CP4 EPSPS gene and for the direction of transcription of this gene. These data coupled with the restriction mapping data also indicated that the complete gene was located on an ~2.3 kb XhoI fragment and this fragment was subcloned into pBlueScript. The nucleotide sequence of almost 2 kb of this fragment was determined by a combination of sequencing from cloned restriction fragments and by the use of specific primers to extend the sequence. The nucleotide sequence of the CP4 EPSPS gene and flanking regions is shown in FIG. **3** (SEQ ID NO:2). The sequence corresponding to peptide 61-24-25 (SEQ ID NO:19) was also located. The sequence was determined using both the SEQUENASE™ kit from IBI (International Biotechnologies Inc.) and the T7 sequencing/ Deaza Kit from Pharmacia.

That the cloned gene encoded the EPSPS activity purified from the Agrobacterium sp. strain CP4 was verified in the following manner: By a series of site directed mutageneses, BglII and NcoI sites were placed at the N-terminus with the fMet contained within the NcoI recognition sequence, the first internal NcoI site was removed (the second internal NcoI site was removed later), and a SacI site was placed after the stop codons. At a later stage the internal NotI site was also removed by site-directed mutagenesis. The following list includes the primers for the site-directed mutagenesis (addition or removal of restriction sites) of the CP4 EPSPS gene. Mutagenesis was carried out by the procedures of Kunkel et al. (1987), essentially as described in Sambrook et al. (1989).

PRIMER BgNc
(addition of BglII and NcoI sites to N-terminus)
CGTGGATAGATCTAGGAAGACAACCATGGCTCACGGTC
(SEQ ID NO:24)

**18**

-continued

PRIMER Sph2
(addition of SphI site to N-terminus)
GGATAGATTAAGGAAGACGCGCATGCTTCACGGTGCAAGCAGCC
(SEQ ID NO:25)

PRIMER S1 (addition of SacI site immediately
after stop codons)
GGCTGCCTGATGAGCTCCACAATCGCCATCGATGG
(SEQ ID NO:26)

PRIMER N1
(removal of internal NotI recognition site)
CGTCGCTCGTCGTGCGTGGCCGCCCTGACGGC
(SEQ ID NO:27)

PRIMER NcoI
(removal of first internal NcoI recognition site)
CGGGCAAGGCCATGCAGGCTATGGGCGCC
(SEQ ID NO:28)

PRIMER Nco2
(removal of second internal NcoI recognition site)
CGGGCTGCCGCCTGACTATGGGCCTCGTCGG
(SEQ ID NO:29)

This CP4 EPSPS gene was then cloned as a NcoI-BamHI N-terminal fragment plus a BamHI-SacI C-terminal fragment into a PrecA-gene10L expression vector similar to those described (Wong et al., 1988; Olins et al., 1988) to form pMON17101. The $K_m$ for PEP and the $K_i$ for glyphosate were determined for the EPSPS activity in crude lysates of pMON17101/GB100 transformants following induction with nalidixic acid (Wong et al., 1988) and found to be the same as that determined for the purified and crude enzyme preparations from Agrobacterium sp. strain CP4.

Characterization of the EPSPS gene from Achromobacter sp. strain LBAA and from Pseudomonas sp. strain PG2982

A cosmid bank of partially HindIII-restricted LBAA DNA was constructed in E. coli MM294 in the vector pHC79 (Hohn and Collins, 1980). This bank was probed with a full length CP4 EPSPS gene probe by colony hybridization and positive clones were identified at a rate of ~1 per 400 cosmids. The LBAA EPSPS gene was further localized in these cosmids by Southern analysis. The gene was located on an ~2.8 kb XhoI fragment and by a series of sequencing steps, both from restriction fragment ends and by using the oligonucleotide primers from the sequencing of the CP4 EPSPS gene, the nucleotide sequence of the LBAA EPSPS gene was completed and is presented in FIG. **4** (SEQ ID NO:4).

The EPSPS gene from PG2982 was also cloned. The EPSPS protein was purified, essentially as described for the CP4 enzyme, with the following differences: Following the Sepharose CL-4B column, the fractions with the highest EPSPS activity were pooled and the protein precipitated by adding solid ammonium sulfate to 85% saturation and stirring for 1 hour. The precipitated protein was collected by centrifugation, resuspended in Q Sepharose buffer and following dialysis against the same buffer was loaded onto the column (as for the CP4 enzyme). After purification on the Q Sepharose column, ~40 mg of protein in 100 mM Tris pH 7.8, 10% glycerol, 1 mM EDTA, 1 mM DTT, and 1M ammonium sulfate, was loaded onto a Phenyl Superose (Pharmacia) column. The column was eluted at 1.0 ml/minutes with a 40 ml gradient from 1.0M to 0.00M ammonium sulfate in the above buffer.

Approximately 1.0 mg of protein from the active fractions of the Phenyl Superose 10/10 column was loaded onto a Pharmacia Mono P 5/10 Chromatofocusing column with a flow rate of 0.75 ml/minutes. The starting buffer was 25 mM

**19**

bis-Tris at pH 6.3, and the column was eluted with 39 ml of Polybuffer 74, pH 4.0. Approximately 50 μg of the peak fraction from the Chromatofocusing column was dialyzed into 25 mM ammonium bicarbonate. This sample was then used to determine the N-terminal amino acid sequence.

The N-terminal sequence obtained was:

XHSASPKPATARRSE (where X=an unidentified residue) (SEQ ID NO:30)

A number of degenerate oligonucleotide probes were designed based on this sequence and used to probe a library of PG2982 partial-HindIII DNA in the cosmid pHC79 (Hohn and Collins, 1980) by colony hybridization under nonstringent conditions. Final washing conditions were 15 minutes with 1× SSC, 0.1% SDS at 55° C. One probe with the sequence GCGGTBGCSGGYTTSGG (where B=C, G, or T; S=C or G, and Y=C or T) (SEQ ID NO:31) identified a set of cosmid clones.

The cosmid set identified in this way was made up of cosmids of diverse HindIII fragments. However, when this set was probed with the CP4 EPSPS gene probe, a cosmid containing the PG2982 EPSPS gene was identified (designated as cosmid 9C1 originally and later as pMON20107). By a series of restriction mappings and Southern analysis this gene was localized to a ~2.8 kb XhoI fragment and the nucleotide sequence of this gene was determined. This DNA sequence (SEQ ID NO:6) is shown in FIG. 5. There are no nucleotide differences between the EPSPS gene sequences from LBAA (SEQ ID NO:4) and PG2982 (SEQ ID NO:6). The kinetic parameters of the two enzymes are within the range of experimental error.

A gene from PG2982 that imparts glyphosate tolerance in *E. coli* has been sequenced (Fitzgibbon, 1988; Fitzgibbon and Brayruer, 1990). The sequence of the PG2982 EPSPS Class II gene shows no homology to the previously reported sequence suggesting that the glyphosate-tolerant phenotype of the previous work is not related to EPSPS.

Characterization of the EPSPS from Bacillus subtilis

Bacillus subtilis 1A2 (prototroph) was obtained from the Bacillus Genetic Center at Ohio State University. Standard EPSPS assay reactions contained crude bacterial extract with, 1 mM phosphoenolpyruvate (PEP), 2 mM shikimate-3-phosphate (S3P), 0.1 mM ammonium molybdate, 5 mM potassium fluoride, and 50 mM HEPES, pH 7.0 at 25° C. One unit (U) of EPSPS activity is defined as one μmol EPSP formed per minute under these conditions. For kinetic determinations, reactions contained crude bacterial, 2 mM S3P, varying concentrations of PEP, and 50 mM HEPES, pH 7.0 at 25° C. The EPSPS specific activity was found to be 0.003 U/mg. When the assays were performed in the presence of 1 mM glyphosate, 100% of the EPSPS activity was retained. The $appK_m$(PEP) of the B. subtilis EPSPS was determined by measuring the reaction velocity at varying concentrations of PEP. The results were analyzed graphically by the hyperbolic, Lineweaver-Burk and Eadie-Hofstee plots, which yielded $appK_m$(PEP) values of 15.3 μM, 10.8 μM and 12.2 μM, respectively. These three data treatments are in good agreement, and yield an average value for $appK_m$(PEP) of 13 μM. The $appK_i$(glyphosate) was estimated by determining the reaction rates of B. subtilis 1A2 EPSPS in the presence of several concentrations of glyphosate, at a PEP concentration of 2 μM. These results were compared to the calculated $V_{max}$ of the EPSPS, and making the assumption that glyphosate is a competitive inhibitor versus PEP for B. subtilis EPSPS, as it is for all other characterized EPSPSs, an $appK_i$(glyphosate) was determined graphically. The $appK_i$(glyphosate) was found to be 0.44 mM.

**20**

The EPSPS expressed from the B. subtilis aroE gene described by Henner et al. (1986) was also studied. The source of the B. subtilis aroE (EPSPS) gene was the *E. coli* plasmid-bearing strain ECE13 (original code=MM294[p trp100]; Henner, et al., 1984; obtained from the Bacillus Genetic Stock Center at Ohio State University; the culture genotype is [pBR322 trp100] Ap [in MM294] [pBR322::6 kb insert with trpFBA-hisH]). Two strategies were taken to express the enzyme in E. coli GB100 (aroA-): 1) the gene was isolated by PCR and cloned into an overexpression vector, and 2) the gene was subcloned into an overexpression vector. For the PCR cloning of the B. subtilis aroE from ECE13, two oligonucleotides were synthesized which incorporated two restriction enzyme recognition sites (NdeI and EcoRI) to the sequences of the following oligonucleotides:

(SEQ ID NO:45)

GGAACATATGAAACGAGATAAGGTGCAG

(SEQ ID NO:46)

GGAATTCAAACTTCAGGATCTTGAGATAGAAAATG

The other approach to the isolation of the B. subtilis aroE gene, subcloning from ECE13 into pUC118, was performed as follows:

(i) Cut ECE13 and pUC with XmaI and SphI.

(ii) Isolate 1700bp aroE fragment and 2600bp pUC118 vector fragment.

(iii) Ligate fragments and transform into GB100.

The subclone was designated pMON21133 and the PCR-derived clone was named pMON21132. Clones from both approaches were first confirmed for complementation of the aroA mutation in E. coli GB100. The cultures exhibited EPSPS specific activities of 0.044 U/mg and 0.71 U/mg for the subclone (pMON21133) and PCR-derived clone (pMON21132) enzymes, respectively. These specific activities reflect the expected types of expression levels of the two vectors. The B. subtilis EPSPS was found to be 88% and 100% resistant to inhibition by 1 mM glyphosate under these conditions for the subcloned (pMON21133) and PCR-derived (pMON21132) enzymes, respectively. The $appK_m$ (PEP) and the $appK_i$(glyphosate) of the subcloned B. subtilis EPSPS (pMON21133) were determined as described above. The data were analyzed graphically by the same methods used for the 1A2 isolate, and the results obtained were comparable to those reported above for B. subtilis 1A2 culture.

Characterization of the EPSPS gene from Staphylococcus aureus

The kinetic properties of the S. aureus EPSPS expressed in E. coli were determined, including the specific activity, the $appK_m$(PEP), and the $appK_i$(glyphosate). The S. aureus EPSPS gene has been previously described (O'Connell et al., 1993)

The strategy taken for the cloning of the S. aureus EPSPS was polymerase chain reaction (PCR), utilizing the known nucleotide sequence of the S. aureus aroA gene encoding EPSPS (O'Cornell et al., 1993). The S. aureus culture (ATCC 35556) was fermeated in an M2 facility in three 250 mL shake flasks containing 55 mL of TYE (tryptone 5 g/L, yeast extract 3 g/L, pH 6.8). The three flasks were inoculated with 1.5 mL each of a suspension made from freeze dried ATCC 35556 S. aureus cells in 90 mL of PBS (phosphate-buffered saline) buffer. Flasks were incubated at 30° C. for 5 days while shaking at 250 rpm. The resulting cells were lysed (boiled in TE [tris/EDTA] buffer for 8 minutes) and the DNA utilized for PCR reactions. The EPSPS gene was

US RE39,247 E

21

amplified using PCR and engineered into an E. coli expression vector as follows:

(i) two oligonucleotides were synthesized which incorporated two restriction enzyme recognition sites (NcoI and SacI) to the sequences of the oligonucleotides:

(SEQ ID NO:47)
GGGGCCATGGTAAATGAACAAATCATTG

(SEQ ID NO:48)
GGGGGAGCTCATTATCCCTCATTTTGTAAAAGC

(ii) The purified, PCR-amplified aroA gene from S. aureus was digested using NcoI and SacI enzymes.

(iii) DNA of pMON 5723, which contains a pRecA bacterial promoter and Gene10 leader sequence (Olins et al., 1988) was digested NcoI and SacI and the 3.5 kb digestion product was purified.

(iv) The S. aureus PCR product and the NcoI/SacI pMON 5723 fragment were ligated and transformed into E. coli JM101 competent cells.

(v) Two spectinomycin-resistant E. coli JM101 clones from above (SA#2 and SA#3) were purified and transformed formed into a competent aroA- E. coli strain, GB100

For complementation experiments SAGB#2 and SAGB#3 were utilized, which correspond to SA#2 and SA#3, respectively, transformed into E. coli GB100. In addition, E. coli GB100 (negative control) and pMON 9563 (wt petunia EPSPS, positive control) were tested for AroA complementation. The organisms were grown in minimal media plus and minus aromatic amino acids. Later analyses showed that the SA#2 and SA#3 clones were identical, and they were assigned the plasmid identifier pMON21139.

SAGB#2 in E. coli GB100 (pMON21139) was also grown in M9 minimal media and induced with nalidixic acid. A negative control, E. coli GB100, was grown under identical conditions except the media was supplemented with aromatic amino acids. The cells were harvested, washed with 0.9% NaCl, and frozen at −80° C., for extraction and EPSPS analysis.

The frozen pMON21139 E. coli GB100 cell pellet from above was extracted and assayed for EPSPS activity as previously described. EPSPS assays were performed using 1 mM phosphoenolpyruvate (PEP), 2 mM shikimate-3-phosphate (S3P), 0. 1 mM ammonium molybdate, 5 mM potassium fluoride, pH 7.0. 25° C. The total assay volume was 50μL, which contained 10 μL of the undiluted desalted extract.

The results indicate that the two clones contain a functional aroA/EPSPS gene since they were able to grow in minimal media which contained no aromatic amino acids. As expected, the GB100 culture did not grow on minimal medium without aromatic amino acids (since no functional EPSPS is present), and the pMON9563 did confer growth in minimal media. These results demonstrated the successful cloning of a functional EPSPS gene from S. aureus. Both clones tested were identical, and the E. coli expression vector was designated pMON21139.

The plasmid pMON21139 in E. coli GB100 was grown in M9 minimal media and was induced with nalidixic acid to induce EPSPS expression driven from the RecA promoter. A desalted extract of the intracellular protein was analyzed for EPSPS activity, yielding an EPSPS specific activity of 0.005 μmol/min mg. Under these assay conditions, the S. aureus EPSPS activity was completely resistant to inhibition by 1 mM glyphosate. Previous analysis had shown that E. coli GB100 is devoid of EPSPS activity.

22

The $appK_m$(PEP) of the S. aureus EPSPS was determined by measuring the reaction velocity of the enzyme (in crude bacterial extracts) at varying concentrations of PEP. The results were analyzed graphically using several standard kinetic plotting methods. Data analysis using the hyperbolic, Lineweaver-Burke, and Eadie-Hofstee methods yielded $appK_m$(PEP) constants of 7.5, 4.8, and 4.0 μM, respectively. These three data treatments are in good agreement, and yield an average value for $appK_m$(PEP) of 5 μM.

Further information of the glyphosate tolerance of S. aureus EPSPS was obtained by determining the reaction rates of the enzyme in the presence of several concentrations of glyphosate, at a PEP concentration of 2 μM. These results were compared to the calculated maximal velocity of the EPSPS, and making the assumption that glyphosate is a competitive inhibitor versus PEP for S. aureus EPSPS, as it is for all other characterized EPSPSs, an $appK_i$(glyphosate) was determined graphically. The $appK_i$(glyphosate) for S. aureus EPSPS estimated using this method was found to be 0.20 mM.

The EPSPS from S. aureus was found to be glyphosate-tolerant, with an $appK_i$(glyphosate) of approximately 0.2 mM. In addition, the $appK_m$(PEP) for the enzyme is approximately 5 μM, yielding a $appK_i$(glyphosate)/$appK_m$(PEP) of 40.

Alternative Isolation Protocols for Other Class II EPSPS Structural Genes

A number of Class II genes have been isolated and described here. While the cloning of the gene from CP4 was difficult due to the low degree of similarity between the Class I and Class II enzymes and genes, the identification of the other genes were greatly facilitated by the use of this first gene as a probe. In the cloning of the LBAA EPSPS gene, the CP4 gene probe allowed the rapid identification of cosmid clones and the localization of the intact gene to a small restriction fragment and some of the CP4 sequencing primers were also used to sequence the LBAA (and PG2982) EPSPS gene(s). The CP4 gene probe was also used to confirm the PG2982 gene clone. The high degree of similarity of the Class II EPSPS genes may be used to identify and clone additional genes in much the same way that Class I EPSPS gene probes have been used to clone other Class I genes. An example of the latter was in the cloning of the A. thaliana EPSPS gene using the P. hybrida gene as a probe (Klee et al., 1987).

Glyphosate-tolerant EPSPS activity has been reported previously for EPSP synthases from a number of sources. These enzymes have not been characterized to any extent in most cases. The use of Class I and Class II EPSPS gene probes or antibody probes provide a rapid means of initially screening for the nature of the EPSPS and provide tools for the rapid cloning and characterization of the genes for such enzymes.

Two of the three genes described were isolated from bacteria that were isolated from a glyphosate treatment facility (Strains CP4 and LBAA). The third (PG2982) was from a bacterium that had been isolated from a culture collection strain. This latter isolation confirms that exposure to glyphosate is not a prerequisite for the isolation of high glyphosate-tolerant EPSPS enzymes and that the screening of collections of bacteria could yield additional isolates. It is possible to enrich for glyphosate degrading or glyphosate resistant microbial populations (Quinn et al., 1988; Talbot et al., 1984) in cases where it was felt that enrichment for such microorganisms would enhance the isolation frequency of Class II EPSPS microorganisms. Additional bacteria containing class II EPSPS gene have also been identified. A

TABLE IVA[1,2]-continued

| | | |
|---|---|---|
| *S. typhi* vs. CP4 | 51 | 25 |
| *K. pneumoniae* vs. CP4 | 56 | 28 |
| *Y. enterocolitica* vs. CP4 | 53 | 25 |
| *H. influenzae* vs. CP4 | 53 | 27 |
| *P. multocida* vs. CP4 | 55 | 30 |
| *A. salmonicida* vs. CP4 | 53 | 23 |
| *B. pertussis* vs. CP4 | 53 | 27 |
| *E. coli* vs. CP4 | 52 | 26 |
| *E. coli* vs. LBAA | 52 | 26 |
| *E. coli* vs. *B. subtilis* | 55 | 29 |
| *E. coli* vs. *D. nodosus* | 55 | 32 |
| *E. coli* vs. *S. aureus* | 55 | 29 |
| *E. coli* vs. *Synechocystis* sp. PCC6803 | 53 | 30 |

Comparison between Class I EPSPS protein sequences

| | similarity | identity |
|---|---|---|
| *E. coli* vs. *S. typhimurium* | 93 | 88 |
| *P. hybrids* vs. *E. coli* | 72 | 55 |

Comparison between Class II EPSPS protein sequences

| | similarity | identity |
|---|---|---|
| *D. nodosus* vs. CP4 | 62 | 43 |
| LBAA vs. CP4 | 90 | 83 |
| PG2892 vs. CP4 | 90 | 83 |
| *S. aureus* vs. CP4 | 58 | 34 |
| *B. subtills* vs. CP4 | 59 | 41 |
| *Synechocystis* sp. PCC6803 vs. CP4 | 62 | 45 |

[1]The EPSPS sequences compared here were obtained from the following references: *E. coli*, Rogers et al., 1983; *S. typhimurium*, Stalker et al., 1985; *Petunia hybrids*, Shah et al., 1986; *B. pertussis*, Maskell et al., 1988; *S. cerevisiae*, Duncan et al., 1987. *Synechocystis* sp. PCC6803, Dalla Chiesa et al., 1994 and *D. nodosus*, Alm et al., 1994.
[2]"GAP" Program, Genetics Computer Group, (1991), Program Manual for the GCG Package, Version 7, April 1991, 575 Science Drive, Madison, Wisconsin, USA 53711

The relative locations of the major conserved sequences among Class II EPSP sythase which distinguishes this group from the Class I EPSP synthases is listed below in Table IVB.

TABLE IVB

Location of Conserved Sequences in Class II EPSP Synthases

| Source | Seq. 1[1] | Seq. 2[2] | Seq. 3[3] | Seq. 4[4] |
|---|---|---|---|---|
| CP4 | | | | |
| start | 200 | 26 | 173 | 271 |
| end | 204 | 29 | 177 | 274 |
| LBAA | | | | |
| start | 200 | 26 | 173 | 271 |
| end | 204 | 29 | 177 | 274 |
| PG2982 | | | | |
| start | 200 | 26 | 173 | 273 |
| end | 204 | 29 | 177 | 276 |
| *B. subtilis* | | | | |
| start | 190 | 17 | 164 | 257 |
| end | 194 | 20 | 168 | 260 |
| *S. aureus* | | | | |
| start | 193 | 21 | 166 | 261 |
| end | 197 | 24 | 170 | 264 |
| *Synechocystis* sp. PCC6803 | | | | |
| start | 210 | 34 | 183 | 278 |
| end | 214 | 38 | 187 | 281 |

TABLE IVB-continued

Location of Conserved Sequences in Class II EPSP Synthases

| Source | Seq. 1[1] | Seq. 2[2] | Seq. 3[3] | Seq. 4[4] |
|---|---|---|---|---|
| *D. nodosus* | | | | |
| start | 195 | 22 | 168 | 261 |
| end | 199 | 25 | 172 | 264 |
| min. start | 190 | 17 | 164 | 257 |
| max. end | 214 | 38 | 187 | 281 |

[1]-R-X$_1$-H-X$_2$-E-(SEQ ID NO:37)
[2]-G-D-K-X$_3$-(SEQ ID NO:38)
[3]-S-A-Q-X$_4$-K-(SEQ ID NO:39)
[4]-N-X$_5$-T-E-(SEQ ID NO:40)

The domains of EPSP synthase sequence identified in this application were determined to be those important for maintenance of glyphosate resistance and productive binding of PEP. The information used in indentifying these domains included sequence alignments of numerous glyphosate-sensitive EPSPS molecules and the three-dimensional x-ray structures of E. coli EPSPS (Stallings, et al. 1991) and CP4 EPSPS. The structures are representative of a glyphosate-sensitive (i.e., Class I) enzyme, and a naturally-occuring glyphosate-tolerant (i.e., Class II) enzyme of the present invention. These exemplary molecules were superposed three-dimensionally and the results displayed on a computer graphics terminal. Inspection of the display allowed for structure-based fine-tuning of the sequence alignments of glyphosate-sensitive and glyphosate-resistant EPSPS molecules. The new sequence alignments were examined to determine differences between Class I and Class II EPSPS enzymes. Seven regions were identified and these regions were located in the x-ray structure of CP4 EPSPS which also contained a bound analog of the intermediate which forms catalytically between PEP and S3P.

The structure of the CP4 EPSPS with the bound intermediate analog was displayed on a computer graphics terminal and the seven sequence segments were examined. Important residues for glyphosate binding were identified as well as those residues which stabilized the conformations of those important residues; adjoining residues were considered necessary for maintenance of correct three-dimensional structural motifs in the context of glyphosate- sensitive EPSPS molecules. Three of the seven domains were determined not to be important for glyphosate tolerance and maintenance of productive PEP binding. The following four primary domains were determined to be characteristic of Class II EPSPS enzymes of the present invention:

-R-XrH-X$_2$-E(SEQ ID NO:37), in which

    X$_1$ is an uncharged polar or acidic amino acid,

    X$_2$ is serine or threonine,

    The Arginine (R) reside at position 1 is important because the positive charge of its guanidium group destabilizes the binding of glyphosate. The Histidine (H) residue at position 3 stabilizes the Arginine (R) residue at position 4 of SEQ ID NO:40. The Glutamic Acid (E) residue at position 5 stabilizes the Lysine (K) residue at position 5 of SEQ ID NO:39.

-G-D-K-X$_3$(SEQ ID NO:38), in which

    X$_3$ is serine or threonine,

    The Aspartic acid (D) residue at position 2 stabilizes the Arginine (R) residue at position 4 of SEQ ID

**29**

in the chloroplast. Many chloroplast-localized proteins, including EPSPS, are expressed from nuclear genes as precursors and are targeted to the chloroplast by a chloroplast transit peptide (CTP) that is removed during the import steps. Examples of other such chloroplast proteins include the small subunit (SSU) of Ribulose-1,5-bisphosphate carboxylase (RUBISCO). Ferredoxia, Ferredoxin oxidoreductase, the Light-harvesting-complex protein I and protein II, and Thioredoxin F. It has been demonstrated in vivo and in vitro that non-chloroplast proteins may be targeted to the chloroplast by use of protein fusions with a CTP and that a CTP sequence is sufficient to target a protein to the chloroplast.

A CTP-CP4 EPSPS fusion was constructed between the Arabidopsis thaliana EPSPS CTP (Klee et al., 1987) and the CP4 EPSPS coding sequences. The Arabidopsis CTP was engineered by site-directed mutagenesis to place a SphI restriction site at the CTP processing site. This mutagenesis replaced the Glu-Lys at this location with Cys-Met. The sequence of this CTP, designated as CTP2 (SEQ ID NO:10), is shown in FIG. 9. The N-terminus of the CP4 EPSPS gene was modified to place a SphI site that spans the Met codon. The second codon was converted to one for leucine in this step also. This change had no apparent effect on the in vivo activity of CP4 EPSPS in E. coli as judged by rate of complementation of the aroA allele. This modified N-terminus was then combined with the SacI C-terminus and cloned downstream of the CTP2 sequences. The CTP2-CP4 EPSPS fusion was cloned into pBlueScript KS(+). This vector may be transcribed in vitro using the T7 polymerase and the $^{35}$S-Methionine to provide $^{35}$S-methionine material that may be evaluated for import into chloroplasts isolated from Lactuca sativa using the methods described hereinafter (della-Cioppa et al., 1986, 1987). This template was transcribed in vitro using T7 polymerase and the $^{35}$S-methionine-labeled CTP2-CP4 EPSPS material was shown to import into chloroplasts with an efficiency comparable to that for the control Petunia EPSPS (control=$^{35}$S labeled PreEPSPS [pMON6140; della-Cioppa et al., 1986]).

In another example the Arabidopsis EPSPS CTP, designated as CTP3, was fused to the CP4 EPSPS through an EcoRI site. The sequence of this CTP3 (SEQ ID NO:12) is shown in FIG. 10. An EcoRI site was introduced into the Arabidopsis EPSPS mature region around amino acid 27, replacing the sequence -Arg-Ala-Leu-Leu- with -Arg-Ile-Leu-Leu- in the process. The primer of the following sequence was used to modify the N-terminus of the CP4 EPSPS gene to add an EcoRI site to effect the fusion to the

    CTG3: GGAAGACGCCCAGAATTCACGGTGCAAGCAGCCGG
    (the EcoRI site is underlined) (SEQ ID NO:36)

This CTP3-CP4 EPSPS fusion was also cloned into the pBlueScript vector and the T7 expressed fusion was found to also import into chloroplasts with an efficiency comparable to that for the control Petunia EPSPS (pMON6140).

A related series of CTPs, designated as CTP4 (SphI) and CTP5 (EcoRI), based on the Petunia EPSPS CTP and gene were also fused to the SphI- and EcoRI-modified CP4 EPSPS gene sequences. The SphI site was added by site-directed mutagenesis to place this restriction site (and change the amino acid sequence to -Cys-Met-) at the chloroplast processing site. All of the CTP-CP4 EPSPS fusions were shown to import into chloroplasts with approximately equal efficiency. The CTP4 (SEQ ID NO:14) and CTP5 (SEQ ID NO:16) sequences are shown in FIGS. 11 and 12.

A CTP2-LBAA EPSPS fusion was also constructed following the modification of the N-terminus of the LBAA

**30**

EPSPS gene by the addition of a SphI site. This fusion was also found to be imported efficiently into chloroplasts.

By similar approaches, the CTP2-CP4 EPSPS and the CTP4-CP4 EPSPS fusion have also been shown to import efficiently into chloroplasts prepared from the leaf sheaths of corn. These results indicate that these CTP-CP4 fusions could also provide useful genes to impart glyphosate tolerance in monocot species.

The use of CTP2 or CTP4 is preferred because these transit peptide constructions yield mature EPSPS enzymes upon import into the chloroplast which are closer in composition to the native EPSPSs not containing a transit peptide signal. Those skilled in the art will recognize that various chimeric constructs can be made which utilize the functionality of a particular CTP to import a Class II EPSPS enzyme into the plant cell chloroplast. The chloroplast import of the Class II EPSPS can be determined using the following assay.

Chloroplast Uptake Assay

Intact chloroplasts are isolated from lettuce (Latuca sativa, var. longifolia) by centrifugation in Percoll/ficoll gradients as modified from Bartlett et al., (1982). The final pellet of intact chloroplasts is suspended in 0.5 ml of sterile 330 mM sorbitol in 50 mM Hepes-KOH, pH 7.7, assayed for chlorophyll (Arnon, 1949), and adjusted to the final chlorophyll concentration of 4 mg/ml (using sorbitol/Hepes). The yield of intact chloroplasts from a single head of lettuce is 3–6 mg chlorophyll.

A typical 300 µl uptake experiment contained 5 mM ATP, 8.3 mM unlabeled methionine, 322 mM sorbitol, 58.3 mM Hepes-KOH (pH 8.0), 50 µl reticulocyte lysate translation products, and intact chloroplasts from L. sativa (200 µg chlorophyll). The uptake mixture is gently rocked at room temperature (in 10×75 mm glass tubes) directly in front of a fiber optic illuminator set at maximum light intensity (150 Watt bulb). Aliquot samples of the uptake mix (about 50 µl) are removed at various times and fractionated over 100 µl silicone-oil gradients (in 150 µl polyethylene tubes) by centrifugation at 11,000× g for 30 seconds. Under these conditions, the intact chloroplasts form a pellet under the silicone-oil layer and the incubation medium (containing the reticulocyte lysate) floats on the surface. After centrifugation, the silicone-oil gradients are immediately frozen in dry ice. The chloroplast pellet is then resuspended in 50–100 µl of lysis buffer (10 mM Hepes-KOH pH 7.5, 1 mM PMSF, 1 mM benzamidine, 5 mM e-amino-n-caproic acid, and 30 µg/ml aprotinin) and centrifuged at 15,000× g for 20 minutes to pellet the thylakoid membranes. The clear supernatant (stromal proteins) from this spin, and an aliquot of the reticulocyte lysate incubation medium from each uptake experiment, are mixed with an equal volume of 2×SDS-PAGE sample buffer for electrophoresis (Laemmli, 1970).

SDS-PAGE is carried out according to Laemmli (1970) in 3–17% (w/v) acrylamide slab gels (60 mm×1.5 mm) with 3% (w/v) acrylamide stacking gels (5 mm×1.5 mm). The gel is fixed for 20–30 min in a solution with 40% methanol and 10% acetic acid. Then, the gel is soaked in EN$^3$HANCE™ (DuPont) for 20–30 minutes, followed by drying the gel on a gel dryer. The gel is imaged by autoradiography, using an intensifying screen and an overnight exposure to determine whether the CP4 EPSPS is imported into the isolated chloroplasts.

Plant Transformation

Plants which can be made glyphosate-tolerant by practice of the present invention include, but are not limited to, soybean, cotton, corn, canola, oil seed rape, flax, sugarbeet,

**31**

sunflower, potato, tobacco, tomato, wheat, rice, alfalfa and lettuce as well as various tree, nut and vine species.

A double-stranded DNA molecule of the present invention ("chimeric gene") can be inserted into the genome of a plant by any suitable method. Suitable plant transformation vectors include those derived from a Ti plasmid of Agrobacterium tumefaciens, as well as those disclosed, e.g., by Herrera-Estrella (1983), Beyart (1984), Klee (1985) and EPO publication 120,516 (Schilperoort et al.). In addition to plant transformation vectors derived from the Ti or root-inducing (Ri) plasmids of Agrobacterium, alternative methods can be used to insert the DNA constructs of this invention into plant cells. Such methods may involve, for example, the use of liposomes, electroporation, chemicals that increase free DNA uptake, free DNA delivery via microprojectile bombardment, and transformation using viruses or pollen.

Class II EPSPS Plant transformation vectors

Class II EPSPS DNA sequences may be engineered into vectors capable of transforming plants by using known techniques. The following description is meant to be illustrative and not to be read in a limiting sense. One of ordinary skill in the art would know that other plasmids, vectors, markers, promoters, etc. would be used with suitable results. The CTP2-CP4 EPSPS fusion was cloned as a BglII-EcoRI fragment into the plant vector pMON979 (described below) to form pMON17110, a map of which is presented in FIG. 13. In this vector the CP4 gene is expressed from the enhanced CaMV35S promoter (E35S; Kay et al. 1987). A FMV35S promoter construct (pMON17116) was completed in the following way: The SalI-NotI and the NotI-BglII fragments from pMON979 containing the Spc/AAC(3)-III/oriV and the pBR322/Right Border/NOS 3'/CP4 EPSPS gene segment from pMON17110 were ligated with the XhoI-BglII FMV35S promoter fragment from pMON981. These vectors were introduced into tobacco, cotton and canola.

A series of vectors was also completed in the vector pMON977 in which the CP4 EPSPS gene, the CTP2-CP4 EPSPS fusion, and the CTP3-CP4 fusion were cloned as BglII-SacI fragments to form pMON17124, pMON17119, and pMON17120, respectively. These plasmids were introduced into tobacco. A pMON977 derivative containing the CTP2-LBAA EPSPS gene was also completed (pMON17206) and introduced into tobacco.

The pMON979 plant transformation/expression vector was derived from pMON886 (described below) by replacing the neomycin phosphotransferase typeII (KAN) gene in pMON886 with the 0.89 kb fragment containing the bacterial gentamicin-3-N-acetyltransferase type III (AAC(3)-III) gene (Hayford et al., 1988). The chimeric P-35S/AA(3)-III/NOS 3' gene encodes gentamicin resistance which permits selection of transformed plant cells. pMON979 also contains a 0.95 kb expression cassette consisting of the enhanced CaMV 35S promoter (Kay et al., 1987), several unique restriction sites, and the NOS 3' end (P-En-CaMV35SfNOS 3'). The rest of the pMON979 DNA segments are exactly the same as in pMON886.

Plasmid pMON886 is made up of the following segments of DNA. The first is a 0.93 kb AvaI to engineered-EcoRV fragment isolated from transposon Tn7 that encodes bacterial spectinomycin/streptomycin resistance (Spc/Str), which is a determinant for selection in E. coli and Agrobacterium tumefaciens. This is joined to the 1.61 kb segment of DNA encoding a chimeric kanamycin resistance which permits selection of transformed plant cells. The chimeric gene (P-35S/KANfNOS 3') consists of the cauliflower mosaic

**32**

virus (CaMV) 35S promoter, the neomycin phosphotransferase typeII (KAN) gene, and the 3'-nontranslated region of the nopaline synthase gene (NOS 3') (Fraley et al., 1983). The next segment is the 0.75 kb oriV containing the origin of replication from the RK2 plasmid. It is joined to the 3.1 kb SalI to PvuI segment of pBR322 (ori322) which provides the origin of replication for maintenance in E. coli and the bom site for the conjugational transfer into the Agrobacterium tumefaciens cells. The next segment is the 0.36 kb PvuI to BclI from pTiT37 that carries the nopaline-type T-DNA right border (Fraley et al., 1985).

The pMON977 vector is the same as pMON981 except for the presence of the P-En-CaMV35S promoter in place of the FMV35S promoter (see below).

The pMON981 plasmid contains the following DNA segments: the 0.93 kb fragment isolated from transposon Tn7 encoding bacterial spectinomycin/streptomycin resistance [Spc/Str; a determinant for selection in E. coli and Agrobacterium tumefaciens (Fling et al., 1985)]; the chimeric kanamycin resistance gene engineered for plant expression to allow selection of the transformed tissue, consisting of the 0.35 kb cauliflower mosaic virus 35S promoter (P-35S) (Odell et al., 1985), the 0.83 kb neomycin phosphotransferase typeII gene (KAN), and the 0.26 kb 3'-nontranslated region of the nopaline synthase gene (NOS 3') (Fraley et al., 1983); the 0.75 kb origin of replication from the RK2 plasmid (oriV) (Stalker et al., 1981); the 3.1 kb SalI to PvuI segment of pBR322 which provides the origin of replication for maintenance in E. coli (ori-322) and the bom site for the conjugational transfer into the Agrobacterium tumefaciens cells, and the 0.36 kb PvuI to BclI fragment from the pTiT37 plasmid containing the nopaline-type T-DNA right border region (Fraley et al., 1985). The expression cassette consists of the 0.6 kb 35S promoter from the figwort mosaic virus (P-FMV35S) (Gowda et al., 1989) and the 0.7 kb 3' non-translated region of the pea rbcS-E9 gene (E9 3') (Coruzzi et al., 1984, and Morelli et al., 1985). The 0.6 kb SspI fragment containing the FMV35S promoter (FIG. 1) was engineered to place suitable cloning sites downstream of the transcriptional start site. The CTP2-CP4syn gene fusion was introduced into plant expression vectors (including pMON981, to form pMON17131; FIG. 14) and transformed into tobacco, canola, potato, tomato, sugarbeet, cotton, lettuce, cucumber, oil seed rape, poplar, and Arabidopsis.

The plant vector containing the Class II EPSPS gene may be mobilized into any suitable Agrobacterium strain for transformation of the desired plant species. The plant vector may be mobilized into an ABI Agrobacterium strain. A suitable ABI strain is the A208 Agrobacterium tumefaciens carrying the disarmed Ti plasmid pTiC58 (pMP90RK) (Koncz and Schell, 1986). The Ti plasmid does not carry the T-DNA phytohormone genes and the strain is therefore unable to cause the crown gall disease. Mating of the plant vector into ABI was done by the triparental conjugation system using the helper plasmid pRK2013 (Ditta et al., 1980). When the plant tissue is incubated with the ABI-::plant vector conjugate, the vector is transferred to the plant cells by the vir functions encoded by the disarmed pTiC58 plasmid. The vector opens at the T-DNA right border region, and the entire plant vector sequence may be inserted into the host plant chromosome. The pTiC58 Ti plasmid does not transfer to the plant cells but remains in the Agrobacterium. Class II EPSPS free DNA vectors

Class II EPSPS genes may also be introduced into plants through direct delivery methods. A number of direct delivery vectors were completed for the CP4 EPSPS gene. The vector

**33**

pMON13640, a map of which is presented in FIG. **15**, is described here. The plasmid vector is based on a pUC plasmid (Vieira and Messing, 1987) containing, in this case, the nptII gene (kanamycin resistance; KAN) from Tn903 to provide a selectable marker in E. coli. The CTP4-EPSPS gene fusion is expressed from the P-FMV35S promoter and contains the NOS 3' polyadenylation sequence fragment and from a second cassette consisting of the E35S promoter, the CTP4-CP4 gene fusion and the NOS 3' sequences. The scoreable GUS marker gene (Jefferson et al., 1987) is expressed from the mannopine synthase promoter (P-MAS; Velten et al., 1984) and the soybean 7S storage protein gene 3' sequences (Schuler et al., 1982). Similar plasmids could also be made in which CTP-CP4 EPSPS fusions are expressed from the enhanced CaMV35S promoter or other plant promoters. Other vectors could be made that are suitable for free DNA delivery into plants and such are within the skill of the art and contemplated to be within the scope of this disclosure.

Plastid transformation:

While transformation of the nuclear genome of plants is much more developed at this time, a rapidly advancing alternative is the transformation of plant organelles. The transformation of plastids of land plants and the regeneration of stable transformants has been demonstrated (Svab et al., 1990; Maliga et al., 1993). Transformants are selected, following double cross-over events into the plastid genome, on the basis of resistance to spectinomycin conferred through rRNA changes or through the introduction of an aminoglycoside 3"-adenyltransferase gene (Svab et al., 1990; Svab and Maliga, 1993), or resistance to kanamycin through the neomycin phosphotransferase NptII (Carrer et al., 1993). DNA is introduced by biolistic means (Svab et al., 1990; Maliga et al., 1993) or by using polyethylene glycol (O'Neill et al., 1993). This transformation route results in the production of 500–10,000 copies of the introduced sequence per cell and high levels of expression of the introduced gene have been reported (Carrer et al., 1993; Maliga et al., 1993). The use of plastid transformation offers the advantages of not requiring the chloroplast transit peptide signal sequence to result in the localization of the heterologous Class II EPSPS in the chloroplast and the potential to have many copies of the heterologous plant-expressible Class II EPSPS gene in each plant cell since at least one copy of the gene would be in each plastid of the cell.

Plant Regeneration

When expression of the Class II EPSPS gene is achieved in transformed cells (or protoplasts), the cells (or protoplasts) are regenerated into whole plants. Choice of methodology for the generation step is not critical, with suitable protocols being available for hosts from Leguminosae (alfalfa, soybean, clover, etc.), Umbelliferae (carrot, celery, parsnip), Cruciferae (cabbage, radish, rapeseed, etc.), Cucurbitaceae (melons and cucumber), Gramineae (wheat, rice, corn, etc.), Solanaceae (potato, tobacco, tomato, peppers), various floral crops as well as various trees such as poplar or apple, nut crops or vine plants such as grapes. See, e.g., Ammirato, 1984; Shimamoto, 1989; Fromm, 1990; Vasil, 1990.

The following examples are provided to better elucidate the practice of the present invention and should not be intrepreted in any way to limit the scope of the present invention. Those skilled in the art will recognize that various modifications, truncations, etc. can be made to the methods and genes described herein while not departing from the spirit and scope of the present invention.

**34**

In the examples that follow, EPSPS activity in plants is assayed by the following method. Tissue samples were collected and immediately frozen in liquid nitrogen. One gram of young leaf tissue was frozen in a mortar with liquid nitrogen and ground to a fine powder with a pestle. The powder was then transferred to a second mortar, extraction buffer was added (1 ml/gram), and the sample was ground for an additional 45 seconds. The extraction buffer for canola consists of 100 mM Tris, 1 mM EDTA, 10% glycerol, 5 mM DTT, 1 mM BAM, 5 mM ascorbate, 1.0 mg/ml BSA, pH 7.5 (4° C.). The extraction buffer for tobacco consists of 100 mM Tris, 10 mM EDTA, 35 mM KCl, 20% glycerol, 5 mM DTT, 1 mM BAM, 5 mM ascorbate, 1.0 mg/ml BSA, pH 7.5 (4° C.). The mixture was transferred to a microfuge tube and centrifuged for 5 minutes. The resulting supernatants were desalted on spin G-50 (Pharmacia) columns, previously equilibrated with extraction buffer (without BSA), in 0.25 ml aliquots. The desalted extracts were assayed for EPSP synthase activity by radioactive HPLC assay. Protein concentrations in samples were determined by the BioRad microprotein assay with BSA as the standard.

Protein concentrations were determined using the BioRad Microprotein method, BSA was used to generate a standard curve ranging from 2–24 µg. Either 800 µl of standard or diluted sample was mixed with 200 µl of concentrated BioRad Bradford reagent. The samples were vortexed and read at A(595) after ~5 minutes and compared to the standard curve.

EPSPS enzyme assays contained HEPES (50 mM), shikimate-3-phosphate (2 mM), $NH_4$ molybdate (0.1 mM) and KF (5 mM), with or without glyphosate (0.5 or 1.0 mM). The assay mix (30 µl) and plant extract (10 µl) were preincubated for 1 minute at 25° C. and the reactions were initiated by adding $^{14}$C-PEP (1 mM). The reactions were quenched after 3 minutes with 50 µl of 90% EtOH/0.1M HOAc, pH 4.5. The samples were spun at 6000 rpm and the resulting supernatants were analyzed for $^{14}$C-EPSP production by HPLC. Percent resistant EPSPS is calculated from the EPSPS activities with and without glyphosate.

The percent conversion of $^{14}$C labeled PEP to $^{14}$C EPSP was determined by HPLC radioassay using a C18 guard column (Brownlee) and an $AX_{100}$ HPLC column (0.4×25 cm, Synchropak) with 0.28M isocratic potassium phosphate eluant, pH 6.5, at 1 ml/min. Initial velocities were calculated by multiplying fractional turnover per unit time by the initial concentration of the labeled substrate (1 mM). The assay was linear with time up to ~3 minutes and 30% turnover to EPSPS. Samples were diluted with 10 mM Tris, 10% glycerol, 10 mM DTT, pH 7.5 (4° C.) if necessary to obtain results within the linear range.

In these assays DL-dithiotheitol (DTT), benzamidine (BAM), and bovine serum albumin (BSA, essentially globulin free) were obtained from Sigma. Phosphoenolpyruvate (PEP) was from Boehringer Mannheim and phosphoenol[1-$^{14}$C]pyruvate (28 mCi/mmol) was from Amersham.

EXAMPLES

Example 1

Transformed tobacco plants have been generated with a number of the Class II EPSPS gene vectors containing the CP4 EPSPS DNA sequence as described above with suitable expression of the EPSPS. These transformed plants exhibit glyphosate tolerance imparted by the Class II CP4 EPSPS.

Transformation of tobacco employs the tobacco leaf disc transformation protocol which utilizes healthy leaf tissue about 1 month old. After a 15–20 minutes surface steriliza-

35

tion with 10% Clorox plus a surfactant, the leaves are rinsed 3 times in sterile water. Using a sterile paper punch, leaf discs are punched and placed upside down on MS104 media (MS salts 4.3 g/l, sucrose 30 g/l, B5vitamins 500×2 ml/l, NAA 0.1 mg/l, and BA 1.0 mg/l) for a 1 day preculture.

The discs are then inoculated with an overnight culture of a disarmed Agrobacterium ABI strain containing the subject vector that had been diluted 1/5 (i.e.: about 0.6 OD). The inoculation is done by placing the discs in centrifuge tubes with the culture. After 30 to 60 seconds, the liquid is drained off and the discs were blotted between sterile filter paper. The discs are then placed upside down on MS104 feeder plates with a filter disc to co-culture.

After 2–3 days of co-culture, the discs are transferred, still upside down, to selection plates with MS104 media. After 2–3 weeks, callus tissue formed, and individual clumps are separated from the leaf discs. Shoots are cleanly cut from the callus when they are large enough to be distinguished from stems. The shoots are placed on hormone-free rooting media (MSO: MS salts 4.3 g/l, sucrose 30 g/l, and B5 vitamins 500×2 ml/l) with selection for the appropriate antibiotic resistance. Root formation occurred in 1–2 weeks. Any leaf callus assays are preferably done on rooted shoots while still sterile. Rooted shoots are then placed in soil and kept in a high humidity environment (i.e.: plastic containers or bags). The shoots are hardened off by gradually exposing them to ambient humidity conditions.

Expression of CP4 EPSPS protein in transformed plants

Tobacco cells were transformed with a number of plant vectors containing the native CP4 EPSPS gene, and using different promoters and/or CTP's. Preliminary evidence for expression of the gene was given by the ability of the leaf tissue from antibiotic selected transformed shoots to recallus on glyphosate. In some cases, glyphosate-tolerant callus was selected directly following transformation. The level of expression of the CP4 EPSPS was determined by the level of glyphosate-tolerant EPSPS activity (assayed in the presence of 0.5 mM glyphosate) or by Western blot analysis using a goat anti-CP4 EPSPS antibody. The Western blots were quantitated by densitometer tracing and comparison to a standard curve established using purified CP4 EPSPS. These data are presented as % soluble leaf protein. The data from a number of transformed plant lines and transformation vectors are presented in Table VI below.

TABLE VI

Expression of CP4 EPSPS in transformed tobacco tissue

| Vector | Plant # | CP4 EPSPS** (% leaf protein) |
|---|---|---|
| pMON17110 | 25313 | 0.02 |
| pMON17110 | 25329 | 0.04 |
| pMON17116 | 25095 | 0.02 |
| pMON17119 | 25106 | 0.09 |
| pMON17119 | 25762 | 0.09 |
| pMON17119 | 25767 | 0.03 |

**Glyphosate-tolerant EPSPS activity was also demonstrated in leaf extracts for these plants.

Glyphosate tolerance has also been demonstrated at the whole plant level in transformed tobacco plants. In tobacco, $R_o$ transformants of CTP2-CP4 EPSPS were sprayed at 0.4 lb/acre (0.448 kg/hectare), a rate sufficient to kill control non-transformed tobacco plants corresponding to a rating of 3, 1 and 0 at days 7, 14 and 28, respectively, and were analyzed vegetatively and reproductively (Table VII).

36

TABLE VII

Glyphosate tolerance in $R_o$ tobacco CP4 transformants*

| Vector/Plant # | Score** | | | |
| | Vegetative | | | |
| | day 7 | day 14 | day 28 | Fertile |
|---|---|---|---|---|
| pMON17110/25313 | 6 | 4 | 2 | no |
| pMON17110/25329 | 9 | 10 | 10 | yes |
| pMON17119/25106 | 9 | 9 | 10 | yes |

*Spray rate = 0.4 lb/acre (0.448 kg/hectare)
**Plants are evaluated on a numerical scoring system of 0–10 where a vegetative score of 10 represents no damage relative to nonsprayed controls and 0 represents a dead plant. Reproductive scores (Fertile) are determined at 28 days after spraying and are evaluated as to whether or not the plant is fertile.

Example 2A

Canola plants were transformed with the pMON17110, pMON17116, and pMON17131 vectors and a number of plant lines of the transformed canola were obtained which exhibit glyphosate tolerance.

Plant Material

Seedlings of Brassica napus cv Westar were established in 2 inch (~5 cm) pots containing Metro Mix 350. They were grown in a growth chamber at 24° C., 16/8 hour photoperiod, light intensity of 400 μEm⁻²sec⁻¹ (HID lamps). They were fertilized with Peters 20-10-20 General Purpose Special. After 2½ weeks they were transplanted to 6 inch (~15 cm) pots and grown in a growth chamber at 15°/10° C. day/night temperature, 16/8 hour photoperiod, light intensity of 800 uEm⁻²sec⁻¹ (HID lamps). They were fertilized with Peters 15-30-15 Hi-Phos Special.

Transformation/Selection/Regeneration

Four terminal internodes from plants just prior to bolting or in the process of bolting but before flowering were removed and surfaced sterilized in 70% v/v ethanol for 1 minute, 2% w/v sodium hypochlorite for 20 minutes and rinsed 3 times with sterile deionized water. Stems with leaves attached could be refrigerated in moist plastic bags for up to 72 hours prior to sterilization. Six to seven stem segments were cut into 5 mm discs with a Redco Vegetable Slicer 200 maintaining orientation of basal end.

The Agrobacterium was grown overnight on a rotator at 24° C. in 2 mls of Luria Broth containing 50 mg/l kanamycin, 24 mg/l chloramphenicol and 100 mg/l spectinomycin. A 1:10 dilution was made in MS (Murashige and Skoog) media giving approximately 9×10⁸ cells per ml. This was confirmed with optical density readings at 660 mu. The stem discs (explants) were inoculated with 1.0 ml of Agrobacterium and the excess was aspirated from the explants.

The explants were placed basal side down in petri plates containing 1/10× standard MS salts, B5 vitamins, 3% sucrose, 0.8% agar, pH 5.7, 1.0 mg/l 6-benzyladenine (BA). The plates were layered with 1.5 ml of media containing MS salts, B5 vitamins, 3% sucrose, pH 5.7, 4.0 mg/l p-chlorophenoxyacetic acid, 0.005 mg/l kinetin and covered with sterile filter paper.

Following a 2 to 3 day co-culture, the explants were transferred to deep dish petri plates containing MS salts, B5 vitamins, 3% sucrose, 0.8% agar, pH 5.7, 1 mg/l BA, 500 mg/l carbenicillin, 50 mg/l cefotaxime, 200 mg/l kanamycin or 175 mg/l gentamicin for selection. Seven explants were placed on each plate. After 3 weeks they were transferred to fresh media, 5 explants per plate. The explants were cultured in a growth room at 25° C., continuous light (Cool White).

**37**

Expression Assay

After 3 weeks shoots were excised from the explants. Leaf recallusing assays were initiated to confirm modification of $R_o$ shoots. Three tiny pieces of leaf tissue were placed on recallusing media containing MS salts, B5 vitamins, 3% sucrose, 0.8% agar, pH 5.7, 5.0 mg/l BA, 0.5 mg/l naphthalene acetic acid, 500 mg/l carbenicillin, 50 mg/l cefotaxime and 200 mg/l kanamycin or gentamicin or 0.5 mM glyphosate. The leaf assays were incubated in a growth room under the same conditions as plant culture. After 3 weeks the leaf recallusing assays were scored for herbicide tolerance (callus or green leaf tissue) or sensitivity (bleaching).

Transplantation

At the time of excision, the shoot stems were dipped in Rootone® and placed in 2 inch (~5 cm) pots containing Metro-Mix 350 and placed in a closed humid environment. They were placed in a growth chamber at 24° C., 16/8 hour photoperiod, 400 uEm$^{-1}$sec$^{-2}$(HID lamps) for a hardening-off period of approximately 3 weeks.

The seed harvested from $R_o$ plants is $R_1$ seed which gives rise to $R_1$ plants. To evaluate the glyphosate tolerance of an $R_o$ plant, its progeny are evaluated. Because an $R_o$ plant is assumed to be hemizygous at each insert location, selfing results in maximum genotypic segregation in the $R_1$. Because each insert acts as a dominant allele, in the absence of linkage and assuming only one hemizygous insert is required for tolerance expression, one insert would segregate 3:1, two inserts, 15:1, three inserts 63:1, etc. Therefore, relatively few $R_1$ plants need be grown to find at least one resistant phenotype.

Seed from an $R_o$ plant is harvested, threshed, and dried before planting in a glyphosate spray test. Various techniques have been used to grow the plants for $R_1$ spray evaluations. Tests are conducted in both greenhouses and growth chambers. Two planting systems are used; ~10 cm pots or plant trays containing 32 or 36 cells. Soil used for planting is either Metro 350 plus three types of slow release fertilizer or plant Metro 350. Irrigation is either overhead in greenhouses or sub-irrigation in growth chambers. Fertilizer is applied as required in irrigation water. Temperature regimes appropriate for canola were maintained. A sixteen hour photoperiod was maintained. At the onset of flowering, plants are transplanted to ~15 cm pots for seed production.

A spray "batch" consists of several sets of $R_1$ progenies all sprayed on the same date. Some batches may also include evaluations of other than $R_1$ plants. Each batch also includes spraying the genotypes in the particular batch which were putatively transformed. Also included in a batch is one or more non-segregating transformed genotypes previously identified as having some resistance.

Two-six plants from each individual $R_o$ progeny are not sprayed and serve as controls to compare and measure the glyphosate tolerance, as well as to assess any variability not induced by the glyphosate. When the other plants reach the 2–4 leaf stage, usually 10 to 20 days after planting, glyphosate is applied at rates varying from 0.28 to 1.12 kg/ha, depending on objectives of the study. Low rate technology using low volumes has been adopted. A laboratory track sprayer has been calibrated to deliver a rate equivalent to field conditions.

A scale of 0 to 10 is used to rate the sprayed plants for vegetative resistance. The scale is relative to the unsprayed plants from the same $R_o$ plant. A 0 is death, while a 10 represents no visible difference from the unsprayed plant. A higher number between 0 and 10 represents progressively

**38**

less damage as compared to the unsprayed plant. Plants are scored at 7, 14, and 28 days after treatment (DAT), or until bolting, and a line is drawn the average score of the sprayed plants within an $R_o$ plant family.

Six integers are used to qualitatively describe the degree of reproductive damage from glyphosate:

0: No floral bud development

2: Floral buds present, but aborted prior to opening

4: Flowers open, but no anthers, or anthers fail to extrude past petals

6: Sterile anthers

8: Partially sterile anthers

10: Fully fertile flowers

Plants are scored using this scale at or shortly after initiation of flowering, depending on the rate of floral structure development.

Expression of EPSPS in Canola

After the 3 week period, the transformed canola plants were assayed for the presence of glyphosate-tolerant EPSPS activity (assayed in the presence of glyphosate at 0.5 mM). The results are shown in Table VIII.

TABLE VIII

Expression of CP4 EPSPS in transformed Canola plants

| | Plant # | % resistant EPSPS activity of Leaf extract (at 0.5 mM glyphosate) |
|---|---|---|
| Vector Control | | 0 |
| pMON17110 | 41 | 47 |
| pMON17110 | 52 | 28 |
| pMON17110 | 71 | 82 |
| pMON17110 | 104 | 75 |
| pMON17110 | 172 | 84 |
| pMON17110 | 177 | 85 |
| pMON17110 | 252 | 29* |
| pMON17110 | 350 | 49 |
| pMON17116 | 40 | 25 |
| pMON17116 | 99 | 87 |
| pMON17116 | 175 | 94 |
| pMON17116 | 178 | 43 |
| pMON17116 | 182 | 18 |
| pMON17116 | 252 | 69 |
| pMON17116 | 298 | 44* |
| pMON17116 | 332 | 89 |
| pMON17116 | 383 | 97 |
| pMON17116 | 395 | 52 |

*assayed in the presence of 1.0 mM glyphosate

$R_1$ transformants of canola were then grown in a growth chamber and sprayed with glyphosate at 0.56 kg/ha (kilogram/hectare) and rated vegetatively. These results are shown in Table IXA–IXC. It is to be noted that expression of glyphosate resistant EPSPS in all tissues is preferred to observe optimal glyphosate tolerance phenotype in these transgenic plants. In the Tables below, only expression results obtained with leaf tissue are described.

TABLE IXA

Glyphosate tolerance in Class II EPSPS
canola $R_1$ transformants
(pMON17110 = P-E35S; pMON17116 = P-FMV35S: R1 plants:
Spray rate = 0.56 kg/ha)

| Vector/Plant No. | % resistant EPSPS* | Vegetative Score** day 7 | day 14 |
|---|---|---|---|
| Control Westar | 0 | 5 | 3 |
| pMON17110/41 | 47 | 6 | 7 |

**39**

TABLE IX A-continued

Glyphosate tolerance in Class II EPSPS
canola $R_1$ transformants
(pMON17110 = P-E35S; pMON17116 = P-FMV35S; R1 plants;
Spray rate = 0.56 kg/ha)

| Vector/Plant No. | % resistant | Vegetative Score** | |
|---|---|---|---|
| | EPSPS* | day 7 | day 14 |
| pMON17110/71 | 82 | 6 | 7 |
| pMON17110/177 | 85 | 9 | 10 |
| pMON17116/40 | 25 | 9 | 9 |
| pMON17116/99 | 87 | 9 | 10 |
| pMON17116/175 | 94 | 9 | 10 |
| pMON17116/178 | 43 | 6 | 3 |
| pMON17116/182 | 18 | 9 | 10 |
| pMON17116/383 | 97 | 9 | 10 |

TABLE IXB

Glyphosate tolerance in Class II EPSPS
canola $R_1$ transformants
(pMON17131 = P-FWV35S; R1 plants; Spray rate = 0.84 kg/ha)

| Vector/Plant No. | Vegetative score** day 14 | Reproductive score day 28 |
|---|---|---|
| 17131/78 | 10 | 10 |
| 17131/102 | 9 | 10 |
| 17131/115 | 9 | 10 |
| 17131/116 | 9 | 10 |
| 17131/157 | 9 | 10 |
| 17131/169 | 10 | 10 |
| 17131/255 | 10 | 10 |
| control Westar | 1 | 0 |

TABLE IXC

Glyphosate tolerance in Class I EPSPS
canola transformants
(P-E35S; R2 Plants; Spray rate = 0.28 kg/ha)

| Vector/Plant No. | % resistant | Vegetative Score** | |
|---|---|---|---|
| | EPSPS* | day 7 | day 14 |
| Control Westar | 0 | 4 | 2 |
| pMON899/715 | 96 | 5 | 6 |
| pMON899/744 | 95 | 8 | 8 |
| pMON899/794 | 86 | 6 | 4 |
| pMON899/818 | 81 | 7 | 8 |
| pMON899/885 | 57 | 7 | 6 |

*% resistant EPSPS activity in the presence of 0.5 mM glyphosate
**A vegetative score of 10 indicates no damage, a score of 0 is given to a
dead plant.

The data obtained for the Class II EPSPS transformants may be compared to glyphosate-tolerant Class I EPSP transformants in which the same promoter is used to express the EPSPS genes and in which the level of glyphosate-tolerant EPSPS activity was comparable for the two types of transformants. A comparison of the data of pMON17110 [in Table IXA] and pMON17131 [Table IXB] with that for pMON899 [in Table IXC; the Class I gene in pMON899 is that from A. thaliana {Klee et al., 1987} in which the glycine at position 101 was changed to an alanine] illustrates that the Class II EPSPS is at least as good as that of the Class I EPSPS. An improvement in vegetative tolerance of Class II EPSPS is apparent when one takes into account that the Class II plants were sprayed at twice the rate and were tested as $R_1$ plants.

**40**

Example 2B

The construction of two plant transformation vectors and the transformation procedures used to produce glyphosate-tolerant canola plants are described in this example The vectors, pMON17209 and pMON17237, were used to generate transgenic glyphosate-tolerant canola lines. The vectors each contain the gene encoding the 5-enol-pyruvyl-shikimate-3-phosphate synthase (EPSPS) from Agrobacterium sp. strain CP4. The vectors also contain either the gox gene encoding the glyphosate oxidoreductase enzyme (GOX) from Achromobacter sp. strain LBAA (Barry et al., 1992) or the gene encoding a variant of GOX (GOX v.247) which displays improved catalytic properties. These enzymes convert glyphosate to aminomethylphosphonic acid and glyoxylate and protect the plant from damage by the metabolic inactivation of glyphosate. The combined result of providing an alternative, resistant EPSPS enzyme and the metabolism of glyphosate produces transgenic plants with enhanced tolerance to glyphosate

Molecular biology techniques. In general, standard molecular biology and microbial genetics approaches were employed (Maniatis et al., 1982). Site-directed mutagenesis were carried out as described by Kunkel et al. (1987). Plant-preferred genes were synthesized and the sequence confirmed.

Plant transformation vectors. The following describes the general features of the plant transformation vectors that were modified to form vectors pMON17209 and pMON17237. The Agrobacterium mediated plant transformation vectors contain the following well-characterized DNA segments which are required for replication and function of the plasmids (Rogers and Klee, 1987; Klee and Rogers, 1989). The first segment is the 0.45 kb Clal-DraI fragment from the pTi15955 octopine Ti plasmid which contains the T-DNA left border region (Barker et al., 1983). It is joined to the 0.75 kb origin of replication (oriV) derived from the broad-host range plasmid RK2 (Stalker et al., 1981). The next segment is the 3.1 kb SalI-PvuI segment of pBR$_{322}$ which provides the origin of replication for maintenance in E. coli and the born site for the conjugational transfer into the Agrobacterium tumefaciens cells (Bolivar et al., 1977). This is fused to the 0.93 kb fragment isolated from transposon Tn7 which encodes bacterial spectinomycin and streptomycin resistance (Fling et al., 1985), a determinant for the selection of the plasmids in E. coli and Agrobacterium. It is fused to the 0.36 kb PvuI-BclI fragment from the pTiT37 plasmid which contains the nopaline-type T-DNA right border region (Fraley et al., 1985). Several chimeric genes engineered for plant expression can be introduced between the Ti right and left border regions of the vector. In addition to the elements described above, this vector also includes the 35S promoter/NPTII/NOS 3' cassette to enable selection of transformed plant tissues on kanamycin (Klee and Rogers, 1989; Fraley et al., 1983; and Odell, et al., 1985) within the borders. An "empty" expression cassette is also present between the borders and consists of the enhanced E35S promoter (Kay et al., 1987), the 3' region from the small subunit of RUBP carboxylase of pea (E9) (Coruzzi et al., 1984; Morelli et al., 1986), and a number of restriction enzyme sites that may be used for the cloning of DNA sequences for expression in plants. The plant transformation system based on Agrobacterium tumefaciens delivery has been reviewed (Klee and Rogers, 1989; Fraley et al., 1986). The Agrobacterium mediated transfer and integration of the vector T-DNA into the plant chromosome results in the expression of the chimeric genes conferring the desired phenotype in plants.

41

Bacterial Inoculum. The binary vectors are mobilized into Agrobacterium tumefaciens strain AB1 by the triparental conjugation system using the helper plasmid pRK2013 (Ditta et al., 1980). The AB1 strain contains the disarmed pTiC58 plasmid pMP90RK (Koncz and Schell, 1986) in the chloramphenicol resistant derivative of the Agrobacterium tumefaciens strain A208.

Transformation procedure. Agrobacterium inocula were grown overnight at 28° C. in 2 ml of LBSCK (LBSCK is made as follows: LB liquid medium [1 liter volume]=10 g NaCl; 5 g Yeast Extract; 10 g tryptone; pH 7.0, and autoclave for 22 minutes. After autoclaving, add spectinomycin (50 mg/ml stock)—2 ml, kanamycin (50 mg/ml stock)—1 ml, and chloramphenicol (25 mg/ml stock)—1 ml.). One day prior to inoculation, the Agrobacterium was subcultured by inoculating 200 μl into 2 ml of fresh LBSCK and grown overnight. For inoculation of plant material, the culture was diluted with MSO liquid medium to an $A_{660}$ range of 0.2–0.4.

Seedlings of Brassica napus cv. Westar were grown in Metro Mix 350 (Huminert Seed Co., St. Louis, Mo.) in a growth chamber with a day/night temperature of 15°/10° C., relative humidity of 50%, 16h/8h photoperiod. and at a light intensity of 500 μmol m$^{-2}$ sec$^{-1}$. The plants were watered daily (via sub-irrigation) and fertilized every other day with Peter's 15:30:15 (Fogelsville, Pa.).

In general, all media recipes and the transformation protocol follow those in Fry et al. (1987). Five to six week-old Westar plants were harvested when the plants had bolted (but prior to flowering), the leaves and buds were removed, and the 4–5 inches of stem below the flower buds were used as the explant tissue source. Following sterilization with 70% ethanol for 1 min and 38% Clorox for 20 min, the stems were rinsed three times with sterile water and cut into 5 mm-long segments (the orientation of the basal end of the stem segments was noted). The plant material was incubated for 5 minutes with the diluted Agrobacterium culture at a rate of 5 ml of culture per 5 stems. The suspension of bacteria was removed by aspiration and the explants were placed basal side down—for an optimal shoot regeneration response—onto co-culture plates (¹⁄₁₀ MSO solid medium with a 1.5 ml TXD (tobacco xanthi diploid) liquid medium overlay and covered with a sterile 8.5 cm filter paper). Fifty-to-sixty stem explants were placed onto each co-culture plate.

After a 2 day co-culture period, stem explants were moved onto MS medium containing 750 mg/l carbenicillin, 50 mg/l cefotaxime, and 1 mg/l BAP (benzylaminopurine) for 3 days. The stem explants were then placed for two periods of three weeks each, again basal side down and with 5 explants per plate, onto an MS/0.1 mM glyphosate, selection medium (also containing carbenicillin, cefotaxime, and BAP (The glyphosate stock [0.5M] is prepared as described in the following: 8.45 g glyphosate [analytical grade] is dissolved in 50 ml deionized water, adding KOH pellets to dissolve the glyphosate, and the volume is brought to 100 ml following adjusting the pH to 5.7. The solution is filter-sterilized and stored at 4° C.). After 6 weeks on this glyphosate selection medium, green, normally developing shoots were excised from the stem explants and were placed onto fresh MS medium containing 750 mg/l carbenicillin, 50 mg/l cefotaxime, and 1 mg/l BAP, for further shoot development. When the shoots were 2–3 inches tall, a fresh cut at the end of the stem was made, the cut end was dipped in Root-tone, and the shoot was placed in Metro Mix 350 soil and allowed to harden-off for 2–3 weeks.

Construction of Canola transformation vector pMON17209. The EPSPS gene was isolated originally from

42

Agrobacterium sp. strain CP4 and expresses a highly tolerant enzyme. The original gene contains sequences that could be inimical to high expression of the gene in some plants. These sequences include potential polyadenylation sites that are often A+T rich, a higher G+C % than that frequently found in dicotyledonous plant genes (63% versus ~50%), concentrated stretches of G and C residues, and codons that may not used frequently in dicotyledonous plant genes. The high G+C % in the CP4 EPSPS gene could also result in the formation of strong hairpin structures that may affect expression or stability of the RNA. A plant preferred version of the gene was synthesized and used for these vectors. This coding sequence was expressed in E. coli from a PRecA-gene10L vector (Olins et al., 1988) and the EPSPS activity was compared with that from the native CP4 EPSPS gene. The app$K_m$ for PEP for the native and synthetic genes was 11.8 μM and 12.7 μM. respectively, indicating that the enzyme expressed from the synthetic gene was unaltered. The N-terminus of the coding sequence was then mutagenized to place an SphI site (GCATGC) at the ATG to permit the construction of the CTP2-CP4 synthetic fusion for chloroplast import. This change had no apparent effect on the in vivo activity of CP4 EPSPS in E. coli as judged by complementation of the aroA mutant. A CTP-CP4 EPSPS fusion was constructed between the Arabidopsis thaliana EPSPS CTP (Klee et al., 1987) and the CP4 EPSPS coding sequences. The Arabidopsis CTP was engineered by site-directed mutagenesis to place a SphI restriction site at the CTP processing site. This mutagenesis replaced the Glu-Lys at this location with Cys-Met. The CTP2-CP4 EPSPS fusion was tested for import into chloroplasts isolated from Lactuca sativa using the methods described previously (della-Cioppa et al., 1986; 1987).

The GOX gene that encodes the glyphosate metabolizing enzyme glyphosate oxidoreductase (GOX) was cloned originally from Achromobacter sp. strain LBAA (Hallas et al., 1988; Barry et al., 1992). The gox gene from strain LBAA was also resynthesized in a plant-preferred sequence version and in which many of the restriction sites were removed (PCT Appln. No. WO 92/00377). The GOX protein is targeted to the plastids by a fusion between the C-terminus of a CTP and the N-terminus of GOX. A CTP, derived from the SSU1A gene from Arabidopsis thaliana (Timko et al., 1988) was used. This CTP (CTP1) was constructed by a combination of site-directed mutageneses. The CTP1 is made up of the SSU1A CTP (amino acids 1–55), the first 23 amino acids of the mature SSU1A protein (56–78), a serine residue (amino acid 79), a new segment that repeats amino acids 50 to 56 from the CTP and the first two from the mature protein (amino acids 80–87), and an alanine and methionine residue (amino acid 88 and 89). An NcoI restriction site if located at the 3' end (spans the Met89 codon) to facilitate the construction of precise fusions to the 5' of GOX. At a later stage, a BglII site was introduced upstream of the N-terminus of the SSU1A sequences to facilitate the introduction of the fusions into plant transformation vectors. A fusion was assembled between CTP1 and the synthetic GOX gene.

The CP4 EPSPS and GOX genes were combined to form pMON17209 as described in the following. The CTP2-CP4 EPSPS fusion was assembled and inserted between the constitutive FMV35S promoter (Gowda et al., 1989; Richins et al., 1987) and the E9 3' region (Coruzzi et al., 1984; Morelli et al., 1985) in a pUC vector (Yannisch-Perron et al., 1985; Vieira and Messing, 1987) to form pMON17190; this completed element may then be moved easily as a NotI-NotI fragment to other vectors. The CTP1-GOX fusion was also

US RE39,247 E

43

assembled in a pUC vector with the FMV35S promoter. This element was then moved as a HindIII-BamHI fragment into the plant transformation vector pMON10098 and joined to the E9 3' region in the process. The resultant vector pMON17193 has a single NotI site into which the FMV 35S/CTP2-CP4 EPSPS/E9 3' element from pMON17190 was cloned to form pMON17194. The kanamycin plant transformation selection cassette (Fraley et al., 1985) was then deleted from pMON17194, by cutting with XhoI and re-ligating, to form the pMON17209 vector (FIG. 24).

Construction of Canola transformation vector pMON17237. The GOX enzyme has an apparent Km for glyphosate [appK$_m$(glyphosate)] of ~25 mM. In an effort to improve the effectiveness of the glyphosate metabolic rate in plants, a variant of GOX has been identified in which the appK$_m$(glyphosate) has been reduced approximately 10-fold; this variant is referred to as GOX v.247 and the sequence differences between it and the original plant-preferred GOX are illustrated in PCT Appln. No. WO 92/00377. The GOX v.247 coding sequence was combined with CTP1 and assembled with the FMV35S promoter and the E9 3' by cloning into the pMON17227 plant transformation vector to form pMON17241. In this vector, effectively, the CP4 EPSPS was replaced by GOX v.247. The pMON17227 vector had been constructed by replacing the CTP1-GOX sequence in pMON17193 with those for the CTP2-CP4 EPSPS, to form pMON17199 and followed by deleting the kanamycin cassette (as described above for pMON17209). The pMON17237 vector (FIG. 25) was then completed by cloning the FMV35S/CTP2-CP4 EPSPS/E9 3' element as a NotI-NotI fragment into pMON17241.

### Example 3

Soybean plants were transformed with the pMON13640 (FIG. 15) vector and a number of plant lines of the transformed soybean were obtained which exhibit glyphosate tolerance.

Soybean plants are transformed with pMON13640 by the method of microprojectile injection using particle gun technology as described in Christou et al. (1988). The seed harvested from R$_o$ plants is R$_1$ seed which gives rise to R$_1$ plants. To evaluate the glyphosate tolerance of an R$_o$ plant, its progeny are evaluated. Because an R$_o$ plant is assumed to be hemizygous at each insert location, selfing results in maximum genotypic segregation in the R$_1$. Because each insert acts as a dominant allele, in the absence of linkage and assuming only one hemizygous insert is required for tolerance expression, one insert would segregate 3:1, two inserts, 15:1, three inserts 63:1, etc. Therefore, relatively few R$_1$ plants need be grown to find at least one resistant phenotype.

Seed from an R$_o$ soybean plant is harvested, and dried before planting in a glyphosate spray test. Seeds are planted into 4 inch (~5 cm) square pots containing Metro 350. Twenty seedlings from each R$_o$ plant is considered adequate for testing. Plants are maintained and grown in a greenhouse environment. A 12.5–14 hour photoperiod and temperatures of 30° C. day and 24° C. night is regulated. Water soluble Peters Pete Lite fertilizer is applied as needed.

A spray "batch" consists of several sets of R$_1$ progenies all sprayed on the same date. Some batches may also include evaluations of other than R$_1$ plants. Each batch also includes sprayed and unsprayed non-transgenic genotypes representing the genotypes in the particular batch which were putatively transformed. Also included in a batch is one or more non-segregating transformed genotypes previously identified as having some resistance.

44

One to two plants from each individual R$_o$ progeny are not sprayed and serve as controls to compare and measure the glyphosate tolerance, as well as to assess any variability not induced by the glyphosate. When the other plants reach the first trifoliate leaf stage, usually 2–3 weeks after planting, glyphosate is applied at a rate equivalent of 128 oz./acre (8.895 kg/ha) of Roundup®. A laboratory track sprayer has been calibrated to deliver a rate equivalent to those conditions.

A vegetative score of 0 to 10 is used. The score is relative to the unsprayed progenies from the same R$_o$ plant. A 0 is death, while a 10 represents no visible difference from the unsprayed plant. A higher number between 0 and 10 represents progressively less damage as compared to the unsprayed plant. Plants are scored at 7, 14, and 28 days after treatment (DAT). The data from the analysis of one set of transformed and control soybean plants are described on Table X and show that the CP4 EPSPS gene imparts glyphosate tolerance in soybean also.

TABLE X

Glyphosate tolerance in Class II EPSPS soybean transformants
(P-H35S, P-FMV35S; R0 plants; Spray rate = 128 oz./acre)

| | Vegetative score | | |
|---|---|---|---|
| Vector/Plant No. | day 7 | day 14 | day 28 |
| 13640/40-11 | 5 | 6 | 7 |
| 13640/40-3 | 9 | 10 | 10 |
| 13640/40-7 | 4 | 7 | 7 |
| control A5403 2 | 1 | 0 | |
| control A5403 1 | 1 | 0 | |

### Example 4

The CP4 EPSPS gene may be used to select transformed plant material directly on media containing glyphosate. The ability to select and to identify transformed plant material depends, in most cases, on the use of a dominant selectable marker gene to enable the preferential and continued growth of the transformed tissues in the presence of a normally inhibitory substance. Antibiotic resistance and herbicide tolerance genes have been used almost exclusively as such dominant selectable marker genes in the presence of the corresponding antibiotic or herbicide. The nptII/kanamycin selection scheme is probably the most frequently used. It has been demonstrated that CP4 EPSPS is also a useful and perhaps superior selectable marker/selection scheme for producing and identifying transformed plants.

A plant transformation vector that may be used in this scheme is pMON17227 (FIG. 16). This plasmid resembles many of the other plasmids described infra and is essentially composed of the previously described bacterial replicon system that enables this plasmid to replicate in E. coli and to be introduced into and to replicate in Agrobacterium, the bacterial selectable marker gene (Spc/Str), and located between the T-DNA right border and left border is the CTP2-CP4 synthetic gene in the FMV35S promoter-E9 3' cassette. This plasmid also has single sites for a number of restriction enzymes, located within the borders and outside of the expression cassette. This makes it possible to easily add other genes and genetic elements to the vector for introduction into plants.

The protocol for direct selection of transformed plants on glyphosate is outlined for tobacco. Explants are prepared for pre-culture as in the standard procedure as described in

45

Example 1: surface sterilization of leaves from 1 month old tobacco plants (15 minutes in 10% clorox+surfactant; 3xdH$_2$O washes); explants are cut in 0.5×0.5 cm squares, removing leaf edges, mid-rib, tip, and petiole end for uniform tissue type; explants are placed in single layer, upside 5 down, on MS104 plates+2 ml 4COO5K media to moisten surface; pre-culture 1–2 days. Explants are inoculated using overnight culture of Agrobacterium containing the plant transformation plasmid that is adjusted to a titer of $1.2×10^9$ bacteria/ml with 4COO5K media. Explants are placed into 10 a centrifuge tube, the Agrobacterium suspension is added and the mixture of bacteria and explants is "Vortexed" on maximum setting for 25 seconds to ensure even penetration of bacteria. The bacteria are poured off and the explants are blotted between layers of dry sterile filter paper to remove 15 excess bacteria. The blotted explants are placed upside down on MS104 plates+2 ml 4COO5K media+filter disc. Co-culture is 2–3 days. The explants are transferred to MS104+Carbenicillin 1000 mg/l+cefotaxime 100 mg/l for 3 days (delayed phase). The explants are then transferred to 20 MS104+glyphosate 0.05 mM+Carbenicillin 1000 mg/l+ cefotaxime 100 mg/l for selection phase. At 4–6 weeks shoots are cut from callus and placed on MSO+Carbenicillin 500 mg/l rooting media. Roots form in 3–5 days, at which time leaf pieces can be taken from rooted plates to confirm 25 glyphosate tolerance and that the material is transformed.

The presence of the CP4 EPSPS protein in these transformed tissues has been confirmed by immunoblot analysis of leaf discs. The data from one experiment with pMON17227 is presented in the following: 139 shoots 30 formed on glyphosate from 400 explants inoculated with Agrobacterium ABI/pMON17227; 97 of these were positive on recallusing on glyphosate. These data indicate a transformation rate of 24 per 100 explants, which makes this a highly efficient and time saving transformation procedure 35 for plants. Similar transformation frequencies have been obtained with pMON17131 and direct selection of transformants on glyphosate with the CP4 EPSPS genes has also been shown in other plant species, including, Arabidopsis, soybean, corn, wheat, potato, tomato, cotton, lettuce, and 40 sugarbeet.

The pMON17227 plasmid contains single restriction enzyme recognition cleavage sites (NotI, XhoI, and BstXI) between the CP4 glyphosate selection region and the left border of the vector for the cloning of additional genes and 45 to facilitate the introduction of these genes into plants.

### EXAMPLE 5A

The CP4 EPSPS gene has also been introduced into Black 50 Mexican Sweet (BMS) corn cells with expression of the protein and glyphosate resistance detected in callus.

The backbone for this plasmid was a derivative of the high copy plasmid pUC119 (Viera and Messing, 1987). The 1.3 Kb Fspl-DraI pUC119 fragment containing the origin of 55 replication was fused to the 1.3 Kb SmaI-HindIII filled fragment from pKC7 (Rao and Rogers, 1979) which contains the neomycin phosphotransferase type II gene to confer bacterial kanamycin resistance. This plasmid was used to construct a monocot expression cassette vector containing 60 the 0.6 kb cauliflower mosaic virus (CaMV) 35S RNA promoter with a duplication of the −90 to −300 region (Kay et al., 1987), an 0.8 kb fragment containing an intron from a maize gene in the 5′ untranslated leader region, followed by a polylinker and the 3′ termination sequences from the 65 nopaline synthase (NOS) gene (Fraley et al., 1983). A 1.7 Kb fragment containing the 300 bp chloroplast transit peptide

46

from the Arabidopsis EPSP synthase fused in a frame to the 1.4 Kb coding sequence for the bacterial CP4 EPSP synthase was inserted into the monocot expression cassette in the polylinker between the intron and the NOS termination sequence to form the plasmid pMON19653 (FIG. 17).

pMON19653 DNA was introduced into Black Mexican Sweet (BMS) cells by co-bombardment with EC9, a plasmid containing a sulfonylurea-resistant form of the maize acetolactate synthase gene. 2.5 mg of each plasmid was coated onto tungsten particles and introduced into log-phase BMS cells using a PDS-1000 particle gun essentially as described (Klein et al., 1989). Transformants are selected on MS medium containing 20 ppb chlorsulfuron. After initial selection on chlorsulfuron, the calli can be assayed directly by Western blot. Glyphosate tolerance can be assessed by transferring the calli to medium containing 5mM glyphosate. As shown in Table XI, CP4 EPSPS confers glyphosate tolerance to corn callus.

#### TABLE XI

| Expression of CP4 in BMS Corn Callus- MON 19653 | |
| --- | --- |
| Line | CP4 expression (% extract protein) |
| 284 | 0.006% |
| 287 | 0.036 |
| 290 | 0.061 |
| 295 | 0.073 |
| 299 | 0.113 |
| 309 | 0.042 |
| 313 | 0.003 |

To measure CP4 EPSPS expression in corn callus, the following procedure was used: BMS callus (3 g wet weight) was dried on filter paper (Whatman#1) under vacuum, reweighed, and extraction buffer (500 µl/g dry weight; 100 mM Tris, 1 mM EDTA, 10% glycerol) was added. The tissue was homogenized with a Wheaton overhead stirrer for 30 seconds at 2.8 power setting. After centrifugation (3 minutes, Eppendorf microfuge). the supernatant was removed and the protein was quantitated (BioRad Protein Assay). Samples (50 µg/well) were loaded on an SDS PAGE gel (Jule, 3–17%) along with CP4 EPSPS standard (10 ng). electrophoresed, and transferred to nitrocellulose similarly to a previously described method (Padgette, 1987). The nitrocellulose blot was probed with goat anti-CP4 EPSPS IgG, and developed with I-125 Protein G. The radioactive blot was visualized by autoradiography. Results were quantitated by densitometry on an LKB UltraScan XL laser densitomer and are tabulated below in Table X.

#### TABLE XII

| Glyphosate resistance in BMS Corn Callus using pMON 19653 | | | |
| --- | --- | --- | --- |
| Vector | Experiment | # chlorosulfuron-resistant lines | # cross-resistant to Glyphosate |
| 19653 | 253 | 120 | 81/120 = 67.5% |
| 19653 | 254 | 80 | 37/80 = 46% |
| EC9 control | 253/254 | 8 | 0/8 = 0% |

Improvements in the expression of Class II EPSPS could also be achieved by expressing the gene using stronger plant promoters, using better 3′ polyadenylation signal sequences, optimizing the sequences around the initiation codon for ribosome loading and translation initiation, or by combination of these or other expression or regulatory sequences or factors.

**47**

### Example 5B

The plant-expressible genes encoding the CP4 EPSPS and a glyphosate oxidoreductasease enzyme (PCT Pub. No. WO92/00377) were introduced into embryogenic corn callus through particle bombardment. Plasmid DNA was prepared using standard procedures (Ausubel et al., 1987), cesium-chloride purified, and re-suspended at 1 mg/ml in TE buffer. DNA was precipitated onto M10 tungsten or 1.0 μg gold particles (BioRad) using a calcium chloride/spermidine precipitation protocol, essentially as described by Klein et al. (1987). The PDS1000® gunpowder gun (BioRad) was used. Callus tissue was obtained by isolating 1–2 mm long immature embryos from the "Hi-II" genotype (Armstrong et al., 1991), or Hi-II X B73 crosses, onto a modified N6 medium (Armstrong and Green, 1985; Songstad et al., 1991). Embryogenic callus ("type-II"; Armstrong and Green, 1985) initiated from these embryos was maintained by subculturing at two week intervals, and was bombarded when less than two months old. Each plate of callus tissue was bombarded from 1 to 3 times with either tungsten or gold particles coated with the plasmid DNA(s) of interest. Callus was transferred to a modified N6 medium containing an appropriate selective agent (either glyphosate, or one or more of the antibiotics kanamycin, G418, or paromomycin) 1–8 days following bombardment, and then re-transferred to fresh selection media at 2–3 week intervals. Glyphosate-resistant calli first appeared approximately 6–12 weeks post-bombardment. These resistant calli were propagated on selection medium, and samples were taken for assays gene expression. Plant regeneration from resistant calli was accomplished essentially as described by Petersen et al. (1992).

In some cases, both gene(s) were covalently linked together on the same plasmid DNA molecule. In other instances, the genes were present on separate plasmids, but were introduced into the same plant through a process termed "co-transformation". The 1 mg/ml plasmid preparations of interest were mixed together in an equal ratio, by volume, and then precipitated onto the tungsten or gold particles. At a high frequency, as described in the literature (e.g., Schocher et al., 1986), the different plasmid molecules integrate into the genome of the same plant cell. Generally the integration is into the same chromosomal location in the plant cell, presumably due to recombination of the plasmids prior to integration. Less frequently, the different plasmids integrate into separate chromosomal locations. In either case, there is integration of both DNA molecules into the same plant cell, and any plants produced from that cell.

Transgenic corn plants were produced as described above which contained a plant-expressible CP4 gene and a plant-expressible gene encoding a glyphosate oxidoreductase enzyme.

The plant-expressible CP4 gene comprised a structural DNA sequence encoding a CTP2/CP4 EPSPS fusion protein. The CTP2/CP4 EPSPS is a gene fusion composed of the N-terminal 0.23 Kb chloroplast transit peptide sequence from the Arabidopsis thaliana EPSPS gene (Klee et al. 1987, referred to herein as CTP2), and the C-terminal 1.36 Kb 5-enolpyruvylshikimate-3-phosphate synthase gene (CP4) from an Agrobacterium species. Plant expression of the gene fusion produces a pre-protein which is rapidly imported into chloroplasts where the CTP is cleaved and degraded (della-Cioppa et al., 1986) releasing the mature CP4 protein.

The plant-expressible gene expressing a glyphosate oxidoreductase enzyme comprised a structural DNA sequence comprising CTP1/GOXsyn gene fusion composed of the

**48**

N-terminal 0.26 Kb chloroplast transit peptide sequence derived from the Arabidopsis thaliana SSU 1a gene (Timko et al., 1988 referred to herein as CTP1), and the C-terminal 1.3 Kb synthetic gene sequence encoding a glyphosate oxidoreductase enzyme (GOXsyn, as described in PCT Pub. No. WO92/00377 previously incorporated by reference). The GOXsyn gene encodes the enzyme glyphosate oxidoreductase from an Achromobacter sp. strain LBAA which catalyzes the conversion of glyphosate to herbicidally inactive products, aminomethylphosphonate and glyoxylate. Plant expression of the gene fusion produces a pre-protein which is rapidly imported into chloroplasts where the CTP is cleaved and degraded (della-Cioppa et al., 1986) releasing the mature GOX protein.

Both of the above described genes also include the following regulatory sequences for plant expression: (i) a promoter region comprising a 0.6 Kb 35S cauliflower mosaic virus (CaMV) promoter (Odell et al., 1985) with the duplicated enhancer region (Kay et al., 1987) which also contains a 0.8 Kb fragment containing the first intron from the maize heat shock protein 70 gene (Shah et al., 1985 and PCT Pub. No. WO93/19189, the disclosure of which is hereby incorporated by reference); and (ii) a 3' non-translated region comprising a 0.3 Kb fragment of the 3' non-translated region of the nopaline synthase gene (Fraley et al., 1983 and Depicker, et al., 1982) which functions to direct polyadenylation of the mRNA.

The above described transgenic corn plants exhibit tolerance to glyphosate herbicide in greenhouse and field trials.

### Example 6

The LBAA Class II EPSPS gene has been introduced into plants and also imparts glyphosate tolerance. Data on tobacco transformed with pMON17206 (infra) are presented in Table XIII.

TABLE XIII

| Tobacco Glyphosate Spray Test (pMON17206; E35S-CTP2-LBAA EPSPS; 0/4 lbs/ac) | |
|---|---|
| Line | 7 Day Rating |
| 33358 | 9 |
| 34586 | 9 |
| 33328 | 9 |
| 34606 | 9 |
| 33377 | 9 |
| 34611 | 10 |
| 34607 | 10 |
| 34601 | 9 |
| 34589 | 9 |
| Samsun (Control) | 4 |

From the foregoing, it will be recognized that this invention is one well adapted to attain all the ends and objects hereinabove set forth together with advantages which are obvious and which are inherent to the invention. It will be further understood that certain features and subcombinations are to utility and may be employed without reference to other features and subcombinations. This is contemplated by and is within the scope of the claims. Since many possible embodiments may be made of the invention without departing from the scope thereof, it is to be understood that all matter herein set forth or shown in the accompanying drawings is to be interpreted as illustrative and not in a limiting sense.

### BIBLIOGRAPHY

Alm, R. A., Dalrymple, B. P. and Mattick, J. S. 1994. Sequencing and expression of the aroA gene from Dichelobacter nodosus, Gene, 145: 97–101.

**49**

Altos, N. K. and Vapnek, D. (1979) Nature 282:864–869.

Ammirato, P. V., et al. Handbook of Plant Cell Culture—Crop Species. Macmillan Publ. Co. (1984).

Armstrong, C. L., and Green, C. E. 1985. Establishment and maintenance of friable, embryogenic maize callus and the involvement of L-proline. Planta 164:207–214.

Armstrong, C. L., Green, C. E., and Phillips, R. L. 1991. Development and availability of germplasm with high Type II culture formation response. Maize Genetics Cooperation NewsLetter 65:92–93.

Arnon, D. I. Plant Physiol. 24:1–15 (1949).

Ausubel, F. M., Brent, R., Kingston, R. E.. Moore, D. D., Seidman, J. G., Smith, J. A., and Struhl, K. 1987. CURRENT PROTOCOLS IN MOLECULAR BIOLOGY, John Wiley and Sons, Inc. New York.

Bachmann, B. J. et al., Microb. Rev., 44:1–56 (1980).

Barker, R., Idler, K., Thompson, D., and Kemp, J. (1983) Nucleotide sequence of the T-DNA region from the Agrobacterium tumefaciens Ti plasmid pTi15955. Plant Mol Biol 2:335–350

Barry, G., Kishore, G., Padgette, S., Taylor, M., Kolacz, K., Weldon, M., Re D., Eichholtz, Fincher, K., and Hallas, L. (1992) Inhibitors of amino acid biosynthesis: Strategies for imparting glyphosate tolerance to crop plants. In: Biosynthesis and Molecular Regulation of Amino Acids in Plants. pp. 139–145. [Edited by Singh, B. K., Flores, H. E., and Shannon, J. C.] American Society of Plant Physiologists, Rockville, Md.

Bartlett, S. G., Grossman, A. R., and Chua, N. H. (1982) in Methods in Chloroplast Molecular Biology, pp. 1081–1091. M. Edelman, R. B., Hallick, and Chua, N. H., eds.

Bevan, M. (1984) Nucleic Acids Res. 12 (22): 8711–8721.

Birnboim, H. C. and Doly, J. (1979) A rapid alkaline extraction procedure for screening recombinant plasmid DNA. Nucl. Acids. Res. 7:1513–1525.

Bolivar, R., Rodriguez. R. L., Greene, P. J., Betlach, M. B., Heynecker, H. L., Boyer. H. W., Crosa, J. H., and Falkow, S. (1977) Construction and characterization of new cloning vehicles, II. A multi-purpose cloning system. Gene 2: 95–113.

Boyer, H. W. and Rolland-Dussolx, D. (1969) A complementation analysis of the restriction and modification of DNA in Escherichia coli, J. Mol. Biol. 41:459.

Carrer, H., Hockenberry, T. N., Svab, Z.. and Maliga, P. (1993) Kanamycin resistance as a selectable marker for plastid transformation in tobacco. Mol. Gen. Genet. 241: 49–56.

Criston, P., D. E. McCabe, and W. F. Swain (1988) Stable transformation of Soybean Callus by DNA-Coated Gold Particles. Plant Physiol. 87:671–674.

Coruzzi, G., Broglie, R., Edwards, C., and Chua, N. H. (1984). Tissue-specific and light-regulated expression of a pea nuclear gene encoding the small subunit of ribulose-1,5-bisphosphate carboxylase. EMBO J 3: 1671.

Dalla Chiesa, M., Mayes, S. R., Maskell, D. J., Nixon, P. J. and Barber, J. 1994 An AroA homologue from Synechocystis sp. PCC6803, Gene, 144: 145–146.

della-Cioppa, G., Bauer, S. C., Klein, B. K., Shah, D. M., Fraley, R. T. and Kishore G. K. (1986) Translocation of the precursor of 5-enolpyruvylshikimate-3-phosphate synthase into chloroplasts of higher plants in vitro. Proc. Natl. Acad Sci. USA 83: 6873–6877.

della-Cioppa, G., Bauer, S. C., Taylor, M. T., Rochester, D. E., Klein, B. K., Shah, D. M., Fraley, R. T. and Kishore G. M. (1987) Targeting a herbicide-resistant enzyme from Escherichia coli to chloroplasts of higher plants. Bio/Technology 5: 579–584.

**50**

Depicker, A., Stachel, S., Dhaese, P., Zambryski. P., and Goodman, H. M. 1982. Nopaline Synthase: Transcript Mapping and DNA Sequence. J. MOLEC. APPL. GENETICS 1:561–573.

Devereux, J., Haeberli, P. and Smithies, O. (1984) A comprehensive set of sequence analysis programs for the VAX. Nucl. Acids. Res. 12:387–395.

Ditta, G., Stanfield, S., Corbin. D., and Helinski, D. R. (1980) Broad host range DNA cloning system for Gram-Negative bacteria: construction of a gene bank of Rhizobium meliloti. Proc Natl Acad Sci USA 77, 7347–7351.

Duncan, K., Edwards, R. M., Coggins, J. R. (1987) The pentafunctional aroM enzyme of Saccharomyces cerevisiae is a mosaic of monofunctional domains. Biochem. J. 246:375–386.

Dunn. J. J. and Studier, F. W., (1983) J. Mol. Biol. 166:477–535.

Fitzgibbon, J. E. (1988) Pseudomonas sp. strain PG2982: uptake of glyphosate and cloning of a gene which confers increased resistance to glyphosate. Ph.D. Dissertation, Louisiana State University.

Fitzgibbon, E. F. and Braymer. H. D. (1990) Cloning of a gene from Pseudomonas sp. PG2982 conferring increased glyphosate resistance Appl. Environ. Microbiol. 56: 3382–3388.

Fling, M. E., Kopf, J., and Richards, C. (1985). Nucleotide sequence of the transposon Tn7 gene encoding an aminoglycoside-modifying enzyme, 3″(9)-O-nucleotidyltransferase. Nucleic Acids Res. 13 no. 19, 7095–7106.

Fraley, R. T., Rogers, S. G., Horsch. R. B., Sanders, P. R. Flick, J. S., Adams. S. P., Bittner, M. L., Brand. L. A., Fink, C. L., Fry, J. S., Galluppi, G. R., Goldberg, S. B., Hoffman, N. L., and Woo. S. C. 1983. Expression of bacterial genes in plant cells. Proc. Natl. Acad. Sci. USA 80:4803–4807.

Fraley, R. T., Rogers, S. G., Horsch, R. B., Eichholtz D. A., Flick, J. S., Fink, C. L., Hoffmann, N. L. and Sanders, P. R. (1985) The SEV system: a new disarmed Ti plasmid vector system for plant transformation. Bio/Technology 3: 629–635.

Fromm, M., (1990) UCLA Symposium on Molecular Strategies for Crop Improvement, Apr. 16–22, 1990. Keystone, Colo.

Fry J., Barnason A., and Horsch R. (1987) Plant Cell Reports 6: 321–325.

Gasser, C. S., Winter, J. A., Hironaka, C. M. and Shah, D. M. (1988) Structure, expression, and evolution of the 5-enolpyruvylshikimate 3-phosphate synthase genes of petunia and tomato. J. Biol. Chem. 263: 4280–4289.

Gowda, S., Wu, F. C., and Shepard, R. J. (1989). Identification of promoter sequences for the major RNA transcripts of figwort mosaic and peanut chlorotic streak viruses (caulimovirus group). Journal of Cellular Biochemistry supplement 13D, 301 (Abstract).

Hallas, L. E., Hahn. E. M. and Korndorfer, C. (1988) Characterization of microbial traits associated with glyphosate biodegradation in industrial activated sludge. J. Industrial Microbiol. 3: 377–385.

Hayford, M. B., Medford, J. I., Hoffmann, N. L., Rogers, S. G. and Klee. H. J. (1988) Development of a plant transformation selection system based on expression of genes encoding gentamicin acetyltransferases. Plant Physiol. 86: 1216–1222.

Herrera-Estrella, L., et al. (1983) Nature 303:209

Heitkamp, M. A., Hallas, L. and Adams, W. J. (1990) Biotreatment of industrial wastewater with immobilized

**51**

microorganisms—Presented in Session 11. Paper S40, Society for Industrial Microbiology Annual Meeting, Orlando, Fla. Jul. 29–Aug. 3, 1990.

Henher, J. H., Band, L. and Shimotsu, H. (1984) Nucleotide sequence of the Bacillus subtilis tryptophan operon. Gene., 34: 169–177.

Henner, J. H., Band, L., Flaggs, G. and Chen, E. (1986) The organization and nucleotide sequence of the Bacillus subtilis hisH, tyrA and aroE genes Gene 49: 147–152.

Hohn, B. and Collins J. (1980) A small cosmid for efficient cloning of large DNA fragments. Gene 11: 291–298.

Horsch, R. B. and H. Klee. (1986) Proc. Natl. Acad. Sci. U.S.A. 83:4428–32.

Hunkapiller, M. W., Hewick, R. M., Dreyer, R. J., and Hood, L. (1983) Methods Enzymol. 91, 399–413.

Jefferson, R. A., Kavanaugh. T. A. and Bevan. M. W., 1987, EMBO J., 6:3901–3907.

Kay. R., Chan, A., Daly, M. and McPherson, J. 1987. Duplication of the CaMV 35S promoter sequence creates a strong enhancer for plants. Science 236, 1299–1302.

Kishore, G., Shah, D., Padgette, S., della-Cioppa, G., Gasser, C., Re, D., Hironaka, C., Taylor, M., Wibbenmeyer, J., Eichholtz, D., Hayford, M., Hoffman, N., Delannay, X., Horsch, R., Klee, H., Rogers, S., Rochester, D., Brundage, L., Sanders, P. and Fraley, R. T. (1988) 5-Enolpyruvylshikimate 3-phosphate synthase: From Biochemistry to genetic engineering of glyphosate tolerance, in Biotechnology for Crop Protection ACS Symposium series No. 379. Eds. Hedlin P. A., Menn, J. J. and Hollingsworth, R. M. pp. 37–48.

Kishore, G. and Shah, D. (1988) Ann. Rev. Biochem. 57:627–663.

Kishore, G. M., Brundage, L., Kolk, K., Padgette, S. R., Rochester, D., Huynh, Q. K. and della-Cioppa, G. (1986) Fed. Proc. 45: 1506.

Klee, H. J., et al. (1985) Bio/Technology 3:637–42.

Klee, H. J., Muskopf, Y. M. and Gasser, C. S. (1987) Cloning of an Arabidopsis thaliana gene encoding 5-enolpyruvyl-shikimate-3-phosphate synthase: sequence analysis and manipulation to obtain glyphosate-tolerant plants. Mol. Gen. Genet. 210: 437–442.

Klee, H. J. and Rogers, S. G. (1989) Plant gene vectors and genetic transformation: plant transformation systems based on the use of Agrobacterium tumefaciens in: Cell Culture and Somatic Cell: Genetics of Plants eds. J. Schell and L. K. Vasil. 6: 1–23.

Klein, T. M., Kornstein, L., Sanford, J. C., and Fromm, M. E. 1989. Genetic transformation of maize cells by particle bombardment. Plant Phys. 91:440–444.

Koncz, C. and Schell, J. (1986) The promoter of TL-DNA gene 5 controls the tissue-specific expression of chimeric genes carried by a novel type of Agrobacterium binary vector. Mol. Gen. Genet. 204:383–396.

Kunkel, T. A., Roberts, J. D. and Zakour, R. A. (1987) Rapid and efficient site-specific mutagenesis without phenotypic selection. Methods Enzymol. 154:367.

Laemmli, U.K. (1970). "Cleavage of structural proteins during the assembly of the head of the bacteriophage T4" Nature, 227:680.

Maliga, P., Carrer, H., Kanevski, I., Staub, J., and Svab, Z. (1993) Plastid engineering in land plants: a conservative genome is open to change. Philos. Trans. R. Soc. London B Biol. Sci. 342: 203–208.

Maniatis, T., Fritsch, E. F. and Sambrook, J. (1982) Molecular Cloning: a laboratory manual. Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.

Maskell, D. J., Morrissey, P. and Dougan, G. (1988) Cloning and nucleotide sequence of the aroA gene of Bordetella pertussis. J. Bacteriol. 170:2467–2471.

**52**

Miller, J. H. (1972). Experiments in Molecular Genetics. Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.

Moore, J. K., Braymer. H. D. and Larson, A. D. (1983) Isolation of a Pseudomonas sp. which utilizes the phosphonate herbicide glyphosate. Appl. Environ. Microbiol. 46: 316–320.

Morelli, G., Nagy, F., Fraley, R. T., Rogers, S. G., and Chua, N. H. (1985). A short conserved sequence is involved in the light-inducibility of a gene encoding ribulose 1,5-bisphosphate carboxylase small subunit of pea. Nature 315, 200–204.

O'Connell, C., Pattee, P. A. and Foster, T. J. (1993) Sequence and mapping of the aroA gene of Staphylococcus aureus 8325–4. J. Gen. Micr. 139: 1449–1460.

Odell, J. T., Nagy, F., and Chua. N. H. (1985). Identification of DNA sequences required for activity of the cauliflower mosaic virus 35S promoter. Nature 313, 810–812.

Olins, P. O., Devine, C. S., Rangwala, S. H. and Kavka, K. S. (1988) Gene 73: 227–235.

O'Neill, C., Horvath, G. V., Horvath. E., Dix, P. J. and Medgyesy, P. (1993) Chloroplast transformation in plants: polyethylene glycol (PEG) treatment of protoplasts is an alternative to biolistic delivery systems. Plant J. 3: 729–738.

Padgette, S. R., Huynh. Q. K., Borgmeyer, J., Shah, D. M., Brand, L. A., Re, D. B., Bishop. B. F., Rogers, S. G., Fraley, R. T., and Kishore. G. (1987) Bacterial expression and isolation of Petunia hybrida 5-enol-pyruvylshikimate-3-phosphate synthase. Arch. Biochem. Biophys. 258, 564–573.

Padgette, S. R., Huynh. Q. K., Aykent, S., Sammons, R. D., Sikorski, J. A., and Kishore, G. M. (1988) J. Biol. Chem. 263, 1798–1802.

Petersen, W. L., Sule, S., and Armstrong. C. L. 1992. Effect of nurse cultures on the production of macro-calli and fertile plants from maize embryogenic suspension protoplasts. Plant Cell Reports 10:591–594.

Quinn, J. P., Peden, J. M. M. and Dick, E. (1988) Glyphosate tolerance and utilization by the microflora of soils treated with the herbicide. Appl. Microbiol. Biotechnol.29: 511–516.

Rao, R. N. and Rogers, S. G. (1979). Plasmid pKC7: A vector containing ten restriction endonuclease sites suitable for cloning DNA segments. Gene 7:79.

Richins, R. D., Scholthof, H. B., and Shepard, R. J. (1987) Sequence of the figwort mosaic virus DNA (caulimovirus group). Nucl. Acids Res. 15: 8451–8466.

Rogers, S. G., Brand, L. A. Holder, S. B. Sharps, E. S. and Brackin, M. J. (1983) Amplification of the aroA gene from E. coli results in tolerance to the herbicide glyphosate. Appl. Environ. Microbiol. 46:37–43.

Rogers, S. G. and Klee, H. J. (1987). "Pathways to genetic manipulation employing Agrobacterium." in Plant Gene Research, Plant DNA Infectious Agents, Vol IV, Hohn, T. and Schell, J., eds. Springer-Verlag, Vienna, pp.179–203.

Sambrook, J., Fritsch, E. F. and Maniatis. T., (1989) Molecular Cloning: A Laboratory Manual, Cold Spring Harbor Laboratory Press, Cold Spring Harbor, N.Y.

Schocher, R. J., Shillito, R. D., Saul, M. W., Paszkowski, J., and Potrykus, I. (1986). Co-transformation of unlinked foreign genes into plants by direct gene transfer. Bio/Technology 4:1093–1097.

Songstad, D. D., Armstrong. C. L., and Petersen, W. L. (1991). AgNO₃ increases type II callus production from immature embryos of maize inbred B73 and its derivatives. Plant Cell Reports 9: 699–702.

Schuler, M. A., Schmitt, E. S. and Beachy, R. N. (1982) Nucleic Acids Res. 10:8225–8244.

US RE39,247 E

53

Schulz, A., Kruper, A. and Amrhein, N. (1985) Differential sensitivity of bacterial 5-enolpyruvylshikimate-3-phosphate synthases to the herbicide glyphosate. FEMS Microbiol. Lett. 28: 297–301.

Schulz, A., Sost, D. and Amrhein, N. (1984) Arch. Microbiol. 137: 121–123.

Shah, D., Horsch, R., Klee, H., Kishore, G., Winter, J., Turner, N., Hironaka, C., Sanders, P., Gasser, C., Aykent, S., Siegal, N., Rogers, S., and Fraley, R. (1986). Engineering herbicide tolerance in transgenic plants. Science 233, 478–481.

Shah, D. M., Rochester, D. E., Krivi, G., Hironaka, C., Mozer, T. J., Fraley, R. T., and D. C. Tiemeier. 1985. Structure and expression of the maize hsp70 gene. Cell. and Mol. Biol. of Plant Stress, Alan R. Liss, Inc. pp. 181–200.

Shimamoto, K. et al. (1989) Nature 338:274–276.

Sost, D., Schulz, A. and Amrhein, N. (1984) FEBS Lett. 173: 238–241.

Sost, D. and Amrhein, N. (1990) Substitution of Gly-96 to Ala in the 5-enolpyruvylshikimate 3-phosphate synthase of Klebsiella pneumoniae results in greatly reduced affinity for the herbicide glyphosate. Arch. Biochem. Biophys. 282: 433–436.

Stalker, D. M., Thomas, C. M., and Helinski. D. R. (1981). Nucleotide sequence of the region of the origin of replication of the broad host range plasmid RK2. Mol Gen Genet 181: 8–12.

Stalker, D. M., Hiatt, W. R. and Comai, L. (1985) A single amino acid substitution in the enzyme 5-enolpyruvylshikimate 3-phosphate synthase confers resistance to glyphosate. J. Biol. Chem. 260: 4724–4728.

Stallings, W. C., Abdel-Meguid, S.S., Lim, L. W., Shieh, Huey-Sheng, Dayringer, H. E., Leimgruber, N. K., Stegeman, R. A., Anderson, K. S., Sikorski, J. A.,

54

Padgette S. R., Kishore, G. M. (1991). Structure and Topological Symmetry of the Glyphosate Target 5-enolpyruvylshikimate-3-phosphate synthase. Proc. Natl. Acad. Sci. USA 88, 5046–5050.

Svab, Z., Hajdukiewicz, P., and Maliga, P. (1990) Stable transformation of plastids in higher plants. Proc. Natl. Acad. Sci. USA 87: 8526–8530.

Svab, Z. and Maliga, P. (1993) High frequency plastid transformation in tobacco by selection for a chimeric aadA gene. Proc. Natl. Acad Sci. USA 90:913–917.

Tabor, S. and Richardson, C. C. (1985) A bacteriophage T7 RNA polymerase/promoter system for controlled exclusive expression of specific genes. Proc. Natl. Acad. Sci. USA 82: 1074–1078.

Talbot, H. W., Johnson, L. M. and Munnecke, D. M. (1984) Glyphosate utilization by Pseudomonas sp. and Alcaligenes sp. isolated from environmental sources. Current Microbiol. 10: 255–260.

Talmadge, K., and Gilbert, W.. (1980) "Construction of plasmid vectors with unique PstI cloning sites in the signal sequence coding region" Gene, 12: 235–241.

Timko, M. P., Herdies, L.. de Almeida, E., Cashmore, A. R., Leemans, J., and Krebbers, E. 1988. Genetic Engineering of Nuclear-Encoded Components of the Photosynthetic Apparatus in Arabidopsis in "The Impact of Chemistry in Biotechnology," ACS Books, 279–295.

Vasil, V., F. Redway and I. Vasil. (1990), Bio/Technology 8:429–434.

Vieira, J. and Messing J. (1987) Production of single-stranded plasmid DNA. Methods Enzymol. 153: 3–11.

Yanisch-Perron, C., Vieira, J. and Messing, J. (1985). Improved M13 phage cloning vectors and host strains: nucleotide sequences of the M13mp18 and pUC19 vectors. Gene 33, 103–119

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 70

<210> SEQ ID NO 1
<211> LENGTH: 597
<212> TYPE: DNA
<213> ORGANISM: Figwort mosaic virus

<400> SEQUENCE: 1

```
tcatcaaaat atttagcagc attccagatt gggctcaatc aacaaggtac gagccatatc      60

actttattca aattggtatc gccaaaacca agaaggaact cccatcctca aaggtttgta     120

aggaagaatt ctcagtccaa agcctcaaca aggtcagggt acagagtctc caaaccatta     180

gccaaaagct acaggagatc aatgaagaat cttcaatcaa agtaaactac tgttccagca     240

catgcatcat ggtcagtaag tttcagaaaa agacatccac cgaagactta aagttagtgg     300

gcatctttga aagtaatctt gtcaacatcg agcagctggc ttgtggggac cagacaaaaa     360

aggaatggtg cagaattgtt aggcgcacct accaaaagca tctttgcctt tattgcaaag     420

ataaagcaga ttcctctagt acaagtgggg aacaaaataa cgtggaaaag agctgtcctg     480

acagcccact cactaatgcg tatgacgaac gcagtgacga ccacaaaaga attccctcta     540

tataagaagg cattcattcc catttgaagg atcatcagat actaaccaat atttctc       597
```

<210> SEQ ID NO 2

US RE39,247 E

55            56

-continued

```
<211> LENGTH: 1982
<212> TYPE: DNA
<213> ORGANISM: Agrobacterium sp.
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (62)..(1426)

<400> SEQUENCE: 2

aagcccgcgt tctctccggc gctccgcccg gagagcgtg gatagattaa ggaagacgcc        60

c atg tcg cac ggt gca agc agc cgg ccc gca acc gcc cgc aaa tcc tct       109
  Met Ser His Gly Ala Ser Ser Arg Pro Ala Thr Ala Arg Lys Ser Ser
  1               5                   10                  15

ggc ctt tcc gga acc gtc cgc att ccc ggc gac aag tcg atc tcc cac        157
Gly Leu Ser Gly Thr Val Arg Ile Pro Gly Asp Lys Ser Ile Ser His
            20                  25                  30

cgg tcc ttc atg ttc ggc ggt ctc gcg agc ggt gaa acg cgc atc acc        205
Arg Ser Phe Met Phe Gly Gly Leu Ala Ser Gly Glu Thr Arg Ile Thr
        35                  40                  45

ggc ctt ctg gaa ggc gag gac gtc atc aat acg ggc aag gcc atg cag        253
Gly Leu Leu Glu Gly Glu Asp Val Ile Asn Thr Gly Lys Ala Met Gln
    50                  55                  60

gcc atg ggc gcc agg atc cgt aag gaa ggc gac acc tgg atc atc gat        301
Ala Met Gly Ala Arg Ile Arg Lys Glu Gly Asp Thr Trp Ile Ile Asp
65                  70                  75                  80

ggc gtc ggc aat ggc ggc ctc ctg gcg cct gag gcg ccg ctc gat ttc        349
Gly Val Gly Asn Gly Gly Leu Leu Ala Pro Glu Ala Pro Leu Asp Phe
                85                  90                  95

ggc aat gcc gcc acg ggc tgc cgc ctg acc atg ggc ctc gtc ggg gtc        397
Gly Asn Ala Ala Thr Gly Cys Arg Leu Thr Met Gly Leu Val Gly Val
            100                 105                 110

tac gat ttc gac agc acc ttc atc ggc gac gcc tcg ctc aca aag cgc        445
Tyr Asp Phe Asp Ser Thr Phe Ile Gly Asp Ala Ser Leu Thr Lys Arg
        115                 120                 125

ccg atg ggc cgc gtg ttg aac ccg ctg cgc gaa atg ggc gtg cag gtg        493
Pro Met Gly Arg Val Leu Asn Pro Leu Arg Glu Met Gly Val Gln Val
    130                 135                 140

aaa tcg gaa gac ggt gac cgt ctt ccc gtt acc ttg cgc ggg ccg aag        541
Lys Ser Glu Asp Gly Asp Arg Leu Pro Val Thr Leu Arg Gly Pro Lys
145                 150                 155                 160

acg ccg acg ccg atc acc tac cgc gtg ccg atg gcc tcc gca gtg gtg        589
Thr Pro Thr Pro Ile Thr Tyr Arg Val Pro Met Ala Ser Ala Gln Val
                165                 170                 175

aag tcc gcc gtg ctg ctc gcc ggc ctc aac acg ccc ggc atc acg acg        637
Lys Ser Ala Val Leu Leu Ala Gly Leu Asn Thr Pro Gly Ile Thr Thr
            180                 185                 190

gtc atc gag ccg atc atg acg cgc gat cat acg gaa aag atg ctg cag        685
Val Ile Glu Pro Ile Met Thr Arg Asp His Thr Glu Lys Met Leu Gln
        195                 200                 205

ggc ttt ggc gcc aac ctt acc gtc gag acg gat gcg gac ggc gtg cgc        733
Gly Phe Gly Ala Asn Leu Thr Val Glu Thr Asp Ala Asp Gly Val Arg
    210                 215                 220

acc atc cgc ctg gaa ggc cgc ggc aag ctc acc ggc caa gtc atc gac        781
Thr Ile Arg Leu Glu Gly Arg Gly Lys Leu Thr Gly Gln Val Ile Asp
225                 230                 235                 240

gtg ccg ggc gac ccg tcc tcg acg gcc ttc ccg ctg gtt gcg gcc ctg        829
Val Pro Gly Asp Pro Ser Ser Thr Ala Phe Pro Leu Val Ala Ala Leu
                245                 250                 255

ctt gtt ccg ggc tcc gac gtc acc atc ctc aac gtg ctg atg aac ccc        877
Leu Val Pro Gly Ser Asp Val Thr Ile Leu Asn Val Leu Met Asn Pro
            260                 265                 270
```

-continued

```
acc cgc acc ggc ctc atc ctg acg ctg cag gaa atg ggc gcc gac atc      925
Thr Arg Thr Gly Leu Ile Leu Thr Leu Gln Glu Met Gly Ala Asp Ile
        275                 280                 285

gaa gtc atc aac ccg cgc ctt gcc ggc ggc gaa gac gtg gcg gac ctg      973
Glu Val Ile Asn Pro Arg Leu Ala Gly Gly Glu Asp Val Ala Asp Leu
    290                 295                 300

cgc gtt cgc tcc tcc acg ctg aag ggc gtc acg gtg ccg gaa gac cgc     1021
Arg Val Arg Ser Ser Thr Leu Lys Gly Val Thr Val Pro Glu Asp Arg
305                 310                 315                 320

gcg cct tcg atg atc gac gaa tat ccg att ctc gct gtc gcc gcc gcc     1069
Ala Pro Ser Met Ile Asp Glu Tyr Pro Ile Leu Ala Val Ala Ala Ala
                325                 330                 335

ttc gcg gaa ggg gcg acc gtg atg aac ggt ctg gaa gaa ctc cgc gtc     1117
Phe Ala Glu Gly Ala Thr Val Met Asn Gly Leu Glu Glu Leu Arg Val
            340                 345                 350

aag gaa agc gac cgc ctc tcg gcc gtc gcc aat ggc ctc aag ctc aat     1165
Lys Glu Ser Asp Arg Leu Ser Ala Val Ala Asn Gly Leu Lys Leu Asn
        355                 360                 365

ggc gtg gat tgc gat gag ggc gag acg tcg ctc gtc gtg cgc ggc cgc     1213
Gly Val Asp Cys Asp Glu Gly Glu Thr Ser Leu Val Val Arg Gly Arg
    370                 375                 380

cct gac ggc aag ggg ctc ggc aac gcc tcg ggc gcc gcc gtc gcc acc     1261
Pro Asp Gly Lys Gly Leu Gly Asn Ala Ser Gly Ala Ala Val Ala Thr
385                 390                 395                 400

cat ctc gat cac cgc atc gcc atg agc ttc ctc gtc atg ggc ctc gtg     1309
His Leu Asp His Arg Ile Ala Met Ser Phe Leu Val Met Gly Leu Val
                405                 410                 415

tcg gaa aac cct gtc acg gtg gac gat gcc acg atg atc gcc acg agc     1357
Ser Glu Asn Pro Val Thr Val Asp Asp Ala Thr Met Ile Ala Thr Ser
            420                 425                 430

ttc ccg gag ttc atg gac ctg atg gcc ggg ctg ggc gcg aag atc gaa     1405
Phe Pro Glu Phe Met Asp Leu Met Ala Gly Leu Gly Ala Lys Ile Glu
        435                 440                 445

ctc tcc gat acg aag gct gcc tgatgacctt cacaatcgcc atcgatggtc        1456
Leu Ser Asp Thr Lys Ala Ala
    450                 455

ccgctgcggc cggcaagggg acgctctcgc gccgtatcgc ggaggtctat ggctttcatc   1516

atctcgatac gggcctgacc tatcgcgcca cggccaaagc gctgctcgat cgcggcctgt   1576

cgcttgatga cgaggcggtt gcggccgatg tcgcccgcaa tctcgatctt gccgggctcg   1636

accggtcggt gctgtcggcc catgccatcg gcgaggcggc ttcgaagatc gcggtcatgc   1696

cctcggtgcg gcgggcgctg gtcgaggcgc agcgcagctt tgcggcgcgt gagccgggca   1756

cggtgctgga tggacgcgat atcggcacgg tggtctgccc ggatgcgccg gtgaagctct   1816

atgtcaccgc gtcaccggaa gtgcgcgcga aacgccgcta tgacgaaatc ctcggcaatg   1876

gcgggttggc cgattacggg acgatcctcg aggatatccg ccgccgcgac gagcgggaca   1936

tgggtcgggc ggacagtcct ttgaagcccg ccgacgatgc gcactt                 1982
```

<210> SEQ ID NO 3
<211> LENGTH: 455
<212> TYPE: PRT
<213> ORGANISM: Agrobacterium sp.

<400> SEQUENCE: 3

```
Met Ser His Gly Ala Ser Ser Arg Pro Ala Thr Ala Arg Lys Ser Ser
1               5                   10                  15

Gly Leu Ser Gly Thr Val Arg Ile Pro Gly Asp Lys Ser Ile Ser His
            20                  25                  30
```

US RE39,247 E

**59**

**60**

-continued

```
Arg Ser Phe Met Phe Gly Gly Leu Ala Ser Gly Glu Thr Arg Ile Thr
        35                  40                  45

Gly Leu Leu Glu Gly Glu Asp Val Ile Asn Thr Gly Lys Ala Met Gln
    50                  55                  60

Ala Met Gly Ala Arg Ile Arg Lys Glu Gly Asp Thr Trp Ile Ile Asp
65                  70                  75                  80

Gly Val Gly Asn Gly Gly Leu Leu Ala Pro Glu Ala Pro Leu Asp Phe
                85                  90                  95

Gly Asn Ala Ala Thr Gly Cys Arg Leu Thr Met Gly Leu Val Gly Val
            100                 105                 110

Tyr Asp Phe Asp Ser Thr Phe Ile Gly Asp Ala Ser Leu Thr Lys Arg
        115                 120                 125

Pro Met Gly Arg Val Leu Asn Pro Leu Arg Glu Met Gly Val Gln Val
    130                 135                 140

Lys Ser Glu Asp Gly Asp Arg Leu Pro Val Thr Leu Arg Gly Pro Lys
145                 150                 155                 160

Thr Pro Thr Pro Ile Thr Tyr Arg Val Pro Met Ala Ser Ala Gln Val
                165                 170                 175

Lys Ser Ala Val Leu Leu Ala Gly Leu Asn Thr Pro Gly Ile Thr Thr
            180                 185                 190

Val Ile Glu Pro Ile Met Thr Arg Asp His Thr Glu Lys Met Leu Gln
        195                 200                 205

Gly Phe Gly Ala Asn Leu Thr Val Glu Thr Asp Ala Asp Gly Val Arg
    210                 215                 220

Thr Ile Arg Leu Glu Gly Arg Gly Lys Leu Thr Gly Gln Val Ile Asp
225                 230                 235                 240

Val Pro Gly Asp Pro Ser Ser Thr Ala Phe Pro Leu Val Ala Ala Leu
                245                 250                 255

Leu Val Pro Gly Ser Asp Val Thr Ile Leu Asn Val Leu Met Asn Pro
            260                 265                 270

Thr Arg Thr Gly Leu Ile Leu Thr Leu Gln Glu Met Gly Ala Asp Ile
        275                 280                 285

Glu Val Ile Asn Pro Arg Leu Ala Gly Gly Glu Asp Val Ala Asp Leu
    290                 295                 300

Arg Val Arg Ser Ser Thr Leu Lys Gly Val Thr Val Pro Glu Asp Arg
305                 310                 315                 320

Ala Pro Ser Met Ile Asp Glu Tyr Pro Ile Leu Ala Val Ala Ala Ala
                325                 330                 335

Phe Ala Glu Gly Ala Thr Val Met Asn Gly Leu Glu Glu Leu Arg Val
            340                 345                 350

Lys Glu Ser Asp Arg Leu Ser Ala Val Ala Asn Gly Leu Lys Leu Asn
        355                 360                 365

Gly Val Asp Cys Asp Glu Gly Glu Thr Ser Leu Val Val Arg Gly Arg
    370                 375                 380

Pro Asp Gly Lys Gly Leu Gly Asn Ala Ser Gly Ala Ala Val Ala Thr
385                 390                 395                 400

His Leu Asp His Arg Ile Ala Met Ser Phe Leu Val Met Gly Leu Val
                405                 410                 415

Ser Glu Asn Pro Val Thr Val Asp Asp Ala Thr Met Ile Ala Thr Ser
            420                 425                 430

Phe Pro Glu Phe Met Asp Leu Met Ala Gly Leu Gly Ala Lys Ile Glu
        435                 440                 445
```

US RE39,247 E

61                                                                      62

-continued

```
Leu Ser Asp Thr Lys Ala Ala
    450                 455


<210> SEQ ID NO 4
<211> LENGTH: 1673
<212> TYPE: DNA
<213> ORGANISM: Agrobacterium sp.
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (86)..(1432)

<400> SEQUENCE: 4

gtagccacac ataattacta tagctaggaa gcccgctatc tctcaatccc gcgtgatcgc       60

gccaaaatgt gactgtgaaa aatcc atg tcc cat tct gca tcc ccg aaa cca      112
                            Met Ser His Ser Ala Ser Pro Lys Pro
                            1               5

gca acc gcc cgc cgc tcg gag gca ctc acg ggc gaa atc cgc att ccg      160
Ala Thr Ala Arg Arg Ser Glu Ala Leu Thr Gly Glu Ile Arg Ile Pro
10                  15                  20                  25

ggc gac aag tcc atc tcg cat cgc tcc ttc atg ttt ggc ggt ctc gca      208
Gly Asp Lys Ser Ile Ser His Arg Ser Phe Met Phe Gly Gly Leu Ala
                30                  35                  40

tcg ggc gaa acc cgc atc acc ggc ctt ctg gaa ggc gag gac gtc atc      256
Ser Gly Glu Thr Arg Ile Thr Gly Leu Leu Glu Gly Glu Asp Val Ile
            45                  50                  55

aat aca ggc cgc gcc atg cag gcc atg ggc gca aaa atc cgt aaa gag      304
Asn Thr Gly Arg Ala Met Gln Ala Met Gly Ala Lys Ile Arg Lys Glu
        60                  65                  70

ggc gat gtc tgg atc atc aac ggc gtc ggc aat ggc tgc ctg ttg cag      352
Gly Asp Val Trp Ile Ile Asn Gly Val Gly Asn Gly Cys Leu Leu Gln
    75                  80                  85

ccc gaa gct gcg ctc gat ttc ggc aat gcc gga acc ggc gcg ctc         400
Pro Glu Ala Ala Leu Asp Phe Gly Asn Ala Gly Thr Gly Ala Arg Leu
90                  95                  100                 105

acc atg ggc ctt gtc ggc acc tat gac atg aag acc tcc ttt atc ggc      448
Thr Met Gly Leu Val Gly Thr Tyr Asp Met Lys Thr Ser Phe Ile Gly
                110                 115                 120

gac gcc tcg ctg tcg aag cgc ccg atg ggc cgc gtg ctg aac ccg ttg      496
Asp Ala Ser Leu Ser Lys Arg Pro Met Gly Arg Val Leu Asn Pro Leu
            125                 130                 135

cgc gaa atg ggc gtt cag gtg gaa gca gcc gat ggc gac cgc atg ccg      544
Arg Glu Met Gly Val Gln Val Glu Ala Ala Asp Gly Asp Arg Met Pro
        140                 145                 150

ctg acg ctg atc ggc ccg aag acg gcc aat ccg atc acc tat cgc gtg      592
Leu Thr Leu Ile Gly Pro Lys Thr Ala Asn Pro Ile Thr Tyr Arg Val
    155                 160                 165

ccg atg gcc tcc gcg cag gta aaa tcc gcc gtg ctg ctc gcc ggt ctc      640
Pro Met Ala Ser Ala Gln Val Lys Ser Ala Val Leu Leu Ala Gly Leu
170                 175                 180                 185

aac acg ccg ggc gtc acc acc gtc atc gag ccg gtc atg acc cgc gac      688
Asn Thr Pro Gly Val Thr Thr Val Ile Glu Pro Val Met Thr Arg Asp
                190                 195                 200

cac acc gaa aag atg ctg cag ggc ttt ggc gcc gac ctc acg gtc gag      736
His Thr Glu Lys Met Leu Gln Gly Phe Gly Ala Asp Leu Thr Val Glu
            205                 210                 215

acc gac aag gat ggc gtg cgc cat atc cgc atc acc ggc cag ggc aag      784
Thr Asp Lys Asp Gly Val Arg His Ile Arg Ile Thr Gly Gln Gly Lys
        220                 225                 230

ctt gtc ggc cag acc atc gac gtg ccg ggc gat ccg tca tcg acc gcc      832
Leu Val Gly Gln Thr Ile Asp Val Pro Gly Asp Pro Ser Ser Thr Ala
    235                 240                 245
```

US RE39,247 E

63
64

-continued

```
ttc ccg ctc gtt gcc gcc ctt ctg gtg gaa ggt tcc gac gtc acc atc      880
Phe Pro Leu Val Ala Ala Leu Leu Val Glu Gly Ser Asp Val Thr Ile
250                 255                 260                 265

cgc aac gtg ctg atg aac ccg acc cgt acc ggc ctc atc ctc acc ttg      928
Arg Asn Val Leu Met Asn Pro Thr Arg Thr Gly Leu Ile Leu Thr Leu
                270                 275                 280

cag gaa atg ggc gcc gat atc gaa gtg ctc aat gcc cgt ctt gca ggc      976
Gln Glu Met Gly Ala Asp Ile Glu Val Leu Asn Ala Arg Leu Ala Gly
            285                 290                 295

ggc gaa gac gtc gcc gat ctg cgc gtc agg gct tcg aag ctc aag ggc      1024
Gly Glu Asp Val Ala Asp Leu Arg Val Arg Ala Ser Lys Leu Lys Gly
        300                 305                 310

gtc gtc gtt ccg ccg gaa cgt gcg ccg tcg atg atc gac gaa tat ccg      1072
Val Val Val Pro Pro Glu Arg Ala Pro Ser Met Ile Asp Glu Tyr Pro
    315                 320                 325

gtc ctg gcg att gcc gcc tcc ttc gcg gaa ggc gaa acc gtg atg gac      1120
Val Leu Ala Ile Ala Ala Ser Phe Ala Glu Gly Glu Thr Val Met Asp
330                 335                 340                 345

ggg ctc gac gaa ctg cgc gtc aag gaa tcg gat cgt ctg gca gcg gtc      1168
Gly Leu Asp Glu Leu Arg Val Lys Glu Ser Asp Arg Leu Ala Ala Val
                350                 355                 360

gca cgc ggc ctt gaa gcc aac ggc gtc gat tgc acc gaa ggc gag atg      1216
Ala Arg Gly Leu Glu Ala Asn Gly Val Asp Cys Thr Glu Gly Glu Met
            365                 370                 375

tcg ctg acg gtt cgc ggc cgc ccc gac ggc aag gga ctg ggc ggc ggc      1264
Ser Leu Thr Val Arg Gly Arg Pro Asp Gly Lys Gly Leu Gly Gly Gly
        380                 385                 390

acg gtt gca acc cat ctc gat cat cgt atc gcg atg agc ttc ctc gtg      1312
Thr Val Ala Thr His Leu Asp His Arg Ile Ala Met Ser Phe Leu Val
    395                 400                 405

atg ggc ctt gcg gcg gaa aag ccg gtg acg gtt gac gac agt aac atg      1360
Met Gly Leu Ala Ala Glu Lys Pro Val Thr Val Asp Asp Ser Asn Met
410                 415                 420                 425

atc gcc acg tcc ttc ccc gaa ttc atg gac atg atg ccg gga ttg ggc      1408
Ile Ala Thr Ser Phe Pro Glu Phe Met Asp Met Met Pro Gly Leu Gly
                430                 435                 440

gca aag atc gag ttg agc ata ctc tagtcactcg acagcgaaaa tattatttgc      1462
Ala Lys Ile Glu Leu Ser Ile Leu
            445

gagattgggc attattaccg gttggtctca gcgggggttt aatgtccaat cttccatacg      1522

taacagcatc aggaaatatc aaaaaagctt tagaaggaat tgctagagca gcgacgccgc      1582

ctaagctttc tcaagacttc gttaaaactg tactgaaatc ccgggggtc cggggatcaa      1642

atgacttcat ttctgagaaa ttggcctcgc a                                     1673


<210> SEQ ID NO 5
<211> LENGTH: 449
<212> TYPE: PRT
<213> ORGANISM: Agrobacterium sp.

<400> SEQUENCE: 5

Met Ser His Ser Ala Ser Pro Lys Pro Ala Thr Ala Arg Arg Ser Glu
1               5                   10                  15

Ala Leu Thr Gly Glu Ile Arg Ile Pro Gly Asp Lys Ser Ile Ser His
            20                  25                  30

Arg Ser Phe Met Phe Gly Gly Leu Ala Ser Gly Glu Thr Arg Ile Thr
        35                  40                  45

Gly Leu Leu Glu Gly Glu Asp Val Ile Asn Thr Gly Arg Ala Met Gln
```

US RE39,247 E

**65**                                                            **66**

-continued

```
     50                   55                      60

Ala Met Gly Ala Lys Ile Arg Lys Glu Gly Asp Val Trp Ile Ile Asn
65                   70                      75                   80

Gly Val Gly Asn Gly Cys Leu Leu Gln Pro Glu Ala Ala Leu Asp Phe
                85                      90                      95

Gly Asn Ala Gly Thr Gly Ala Arg Leu Thr Met Gly Leu Val Gly Thr
            100                     105                     110

Tyr Asp Met Lys Thr Ser Phe Ile Gly Asp Ala Ser Leu Ser Lys Arg
        115                     120                     125

Pro Met Gly Arg Val Leu Asn Pro Leu Arg Glu Met Gly Val Gln Val
    130                     135                     140

Glu Ala Ala Asp Gly Asp Arg Met Pro Leu Thr Leu Ile Gly Pro Lys
145                     150                     155                     160

Thr Ala Asn Pro Ile Thr Tyr Arg Val Pro Met Ala Ser Ala Gln Val
                165                     170                     175

Lys Ser Ala Val Leu Leu Ala Gly Leu Asn Thr Pro Gly Val Thr Thr
            180                     185                     190

Val Ile Glu Pro Val Met Thr Arg Asp His Thr Glu Lys Met Leu Gln
        195                     200                     205

Gly Phe Gly Ala Asp Leu Thr Val Glu Thr Asp Lys Asp Gly Val Arg
    210                     215                     220

His Ile Arg Ile Thr Gly Gln Gly Lys Leu Val Gly Gln Thr Ile Asp
225                     230                     235                     240

Val Pro Gly Asp Pro Ser Ser Thr Ala Phe Pro Leu Val Ala Ala Leu
                245                     250                     255

Leu Val Glu Gly Ser Asp Val Thr Ile Arg Asn Val Leu Met Asn Pro
            260                     265                     270

Thr Arg Thr Gly Leu Ile Leu Thr Leu Gln Glu Met Gly Ala Asp Ile
        275                     280                     285

Glu Val Leu Asn Ala Arg Leu Ala Gly Gly Glu Asp Val Ala Asp Leu
    290                     295                     300

Arg Val Arg Ala Ser Lys Leu Lys Gly Val Val Val Pro Pro Glu Arg
305                     310                     315                     320

Ala Pro Ser Met Ile Asp Glu Tyr Pro Val Leu Ala Ile Ala Ala Ser
                325                     330                     335

Phe Ala Glu Gly Glu Thr Val Met Asp Gly Leu Asp Glu Leu Arg Val
            340                     345                     350

Lys Glu Ser Asp Arg Leu Ala Ala Val Ala Arg Gly Leu Glu Ala Asn
        355                     360                     365

Gly Val Asp Cys Thr Glu Gly Glu Met Ser Leu Thr Val Arg Gly Arg
    370                     375                     380

Pro Asp Gly Lys Gly Leu Gly Gly Gly Thr Val Ala Thr His Leu Asp
385                     390                     395                     400

His Arg Ile Ala Met Ser Phe Leu Val Met Gly Leu Ala Ala Glu Lys
                405                     410                     415

Pro Val Thr Val Asp Asp Ser Asn Met Ile Ala Thr Ser Phe Pro Glu
            420                     425                     430

Phe Met Asp Met Met Pro Gly Leu Gly Ala Lys Ile Glu Leu Ser Ile
        435                     440                     445

Leu
```

<210> SEQ ID NO 6
<211> LENGTH: 1500

-continued

```
<212> TYPE: DNA
<213> ORGANISM: Pseudomonas sp.
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (34)..(1330)

<400> SEQUENCE: 6

gtgatcgcgc caaaatgtga ctgtgaaaaa tcc atg tcc cat tct gca tcc ccg      54
                                   Met Ser His Ser Ala Ser Pro
                                    1               5

aaa cca gca acc gcc cgc cgc tcg gag gca ctc acg ggc gaa atc cgc      102
Lys Pro Ala Thr Ala Arg Arg Ser Glu Ala Leu Thr Gly Glu Ile Arg
        10                  15                  20

att ccg ggc gac aag tcc atc tcg cat cgc tcc ttc atg ttt ggc ggt      150
Ile Pro Gly Asp Lys Ser Ile Ser His Arg Ser Phe Met Phe Gly Gly
    25                  30                  35

ctc gca tcg ggc gaa acc cgc atc acc ggc ctt ctg gaa ggc gag gac      198
Leu Ala Ser Gly Glu Thr Arg Ile Thr Gly Leu Leu Glu Gly Glu Asp
40                  45                  50                  55

gtc atc aat aca ggc cgc gcc atg cag gcc atg ggc gcg aaa atc cgt      246
Val Ile Asn Thr Gly Arg Ala Met Gln Ala Met Gly Ala Lys Ile Arg
                60                  65                  70

aaa gag ggc gat gtc tgg atc atc aac ggc gtc ggc aat ggc tgc ctg      294
Lys Glu Gly Asp Val Trp Ile Ile Asn Gly Val Gly Asn Gly Cys Leu
            75                  80                  85

ttg cag ccc gaa gct gcg ctc gat ttc ggc aat gcc gga acc ggc gcg      342
Leu Gln Pro Glu Ala Ala Leu Asp Phe Gly Asn Ala Gly Thr Gly Ala
        90                  95                  100

cgc ctc acc atg ggc ctt gtc ggc acc tat gac atg aag acc tcc ttt      390
Arg Leu Thr Met Gly Leu Val Gly Thr Tyr Asp Met Lys Thr Ser Phe
    105                 110                 115

atc ggc gac gcc tcg ctg tcg aag cgc ccg atg ggc cgc gtg ctg aac      438
Ile Gly Asp Ala Ser Leu Ser Lys Arg Pro Met Gly Arg Val Leu Asn
120                 125                 130                 135

ccg ttg cgc gaa atg ggc gtt cag gtg gaa gca gcc gat ggc gac cgc      486
Pro Leu Arg Glu Met Gly Val Gln Val Glu Ala Ala Asp Gly Asp Arg
                140                 145                 150

atg ccg ctg acg ctg atc ggc ccg aag acg gcc aat ccg atc acc tat      534
Met Pro Leu Thr Leu Ile Gly Pro Lys Thr Ala Asn Pro Ile Thr Tyr
            155                 160                 165

cgc gtg ccg atg gcc tcc gcg cag gta aaa tcc gcc gtg ctg ctc gcc      582
Arg Val Pro Met Ala Ser Ala Gln Val Lys Ser Ala Val Leu Leu Ala
        170                 175                 180

ggt ctc aac acg ccg ggc gtc acc acc gtc atc gag ccg gtc atg acc      630
Gly Leu Asn Thr Pro Gly Val Thr Thr Val Ile Glu Pro Val Met Thr
    185                 190                 195

cgc gac cac acc gaa aag atg ctg cag ggc ttt ggc gcc gac ctc acg      678
Arg Asp His Thr Glu Lys Met Leu Gln Gly Phe Gly Ala Asp Leu Thr
200                 205                 210                 215

gtc gag acc gac aag gat ggc gtg cgc cat atc cgc atc acc ggc cag      726
Val Glu Thr Asp Lys Asp Gly Val Arg His Ile Arg Ile Thr Gly Gln
                220                 225                 230

ggc aag ctt gtc ggc cag acc atc gac gtg ccg ggc gat ccg tca tcg      774
Gly Lys Leu Val Gly Gln Thr Ile Asp Val Pro Gly Asp Pro Ser Ser
            235                 240                 245

acc gcc ttc ccg ctc gtt gcc gcc ctt ctg gtg gaa ggt tcc gac gtc      822
Thr Ala Phe Pro Leu Val Ala Ala Leu Leu Val Glu Gly Ser Asp Val
        250                 255                 260

acc atc cgc aac gtg ctg atg aac ccg acc cgt acc ggc ctc atc ctc      870
Thr Ile Arg Asn Val Leu Met Asn Pro Thr Arg Thr Gly Leu Ile Leu
    265                 270                 275
```

US RE39,247 E

**69**                                                                              **70**

-continued

```
acc ttg cag gaa atg ggc gcc gat atc gaa gtg ctc aat gcc cgt ctt        918
Thr Leu Gln Glu Met Gly Ala Asp Ile Glu Val Leu Asn Ala Arg Leu
280                 285                 290                 295

gca ggc ggc gaa gac gtc gcc gat ctg cgc gtc agg gct tcg aag ctc        966
Ala Gly Gly Glu Asp Val Ala Asp Leu Arg Val Arg Ala Ser Lys Leu
                300                 305                 310

aag ggc gtc gtc gtt ccg ccg gaa cgt gcg ccg tcg atg atc gac gaa       1014
Lys Gly Val Val Val Pro Pro Glu Arg Ala Pro Ser Met Ile Asp Glu
            315                 320                 325

tat ccg gtc ctg gcg att gcc gcc tcc ttc gcg gaa ggc gaa acc gtg       1062
Tyr Pro Val Leu Ala Ile Ala Ala Ser Phe Ala Glu Gly Glu Thr Val
        330                 335                 340

atg gac ggg ctc gac gaa ctg cgc gtc aag gaa tcg gat cgt ctg gca       1110
Met Asp Gly Leu Asp Glu Leu Arg Val Lys Glu Ser Asp Arg Leu Ala
    345                 350                 355

gcg gtc gca cgc ggc ctt gaa gcc aac ggc gtc gat tgc acc gaa ggc       1158
Ala Val Ala Arg Gly Leu Glu Ala Asn Gly Val Asp Cys Thr Glu Gly
360                 365                 370                 375

gag atg tcg ctg acg gtt cgc ggc cgc ccc gac ggc aag gga ctg ggc       1206
Glu Met Ser Leu Thr Val Arg Gly Arg Pro Asp Gly Lys Gly Leu Gly
                380                 385                 390

ggc ggc acg gtt gca acc cat ctc gat cat cgt atc gcg atg agc ttc       1254
Gly Gly Thr Val Ala Thr His Leu Asp His Arg Ile Ala Met Ser Phe
            395                 400                 405

ctc gtg atg ggc ctt gcg gcg gaa aag ccg gtg acg gtt gac gac agt       1302
Leu Val Met Gly Leu Ala Ala Glu Lys Pro Val Thr Val Asp Asp Ser
        410                 415                 420

aac atg atc gcc acg tcc ttc ccc gaa ttc atg gac atg atg ccg gga       1350
Asn Met Ile Ala Thr Ser Phe Pro Glu Phe Met Asp Met Met Pro Gly
    425                 430                 435

ttg ggc gca aag atc gag ttg agc ata ctc tagtcactcg acagcgaaaa         1400
Leu Gly Ala Lys Ile Glu Leu Ser Ile Leu
440                 445

tattatttgc gagattgggc attattaccg gttggtctca gcgggggttt aatgtccaat     1460

cttccatacg taacagcatc aggaaatatc aaaaaagctt                           1500


<210> SEQ ID NO 7
<211> LENGTH: 449
<212> TYPE: PRT
<213> ORGANISM: Pseudomonas sp.

<400> SEQUENCE: 7

Met Ser His Ser Ala Ser Pro Lys Pro Ala Thr Ala Arg Arg Ser Glu
1               5                   10                  15

Ala Leu Thr Gly Glu Ile Arg Ile Pro Gly Asp Lys Ser Ile Ser His
            20                  25                  30

Arg Ser Phe Met Phe Gly Gly Leu Ala Ser Gly Glu Thr Arg Ile Thr
        35                  40                  45

Gly Leu Leu Glu Gly Glu Asp Val Ile Asn Thr Gly Arg Ala Met Gln
    50                  55                  60

Ala Met Gly Ala Lys Ile Arg Lys Glu Gly Asp Val Trp Ile Ile Asn
65              70                  75                  80

Gly Val Gly Asn Gly Cys Leu Leu Gln Pro Glu Ala Ala Leu Asp Phe
            85                  90                  95

Gly Asn Ala Gly Thr Gly Ala Arg Leu Thr Met Gly Leu Val Gly Thr
        100                 105                 110

Tyr Asp Met Lys Thr Ser Phe Ile Gly Asp Ala Ser Leu Ser Lys Arg
```

-continued

```
        115                 120                 125

Pro Met Gly Arg Val Leu Asn Pro Leu Arg Glu Met Gly Val Gln Val
    130                 135                 140

Glu Ala Ala Asp Gly Asp Arg Met Pro Leu Thr Leu Ile Gly Pro Lys
145                 150                 155                 160

Thr Ala Asn Pro Ile Thr Tyr Arg Val Pro Met Ala Ser Ala Gln Val
                165                 170                 175

Lys Ser Ala Val Leu Leu Ala Gly Leu Asn Thr Pro Gly Val Thr Thr
        180                 185                 190

Val Ile Glu Pro Val Met Thr Arg Asp His Thr Glu Lys Met Leu Gln
        195                 200                 205

Gly Phe Gly Ala Asp Leu Thr Val Glu Thr Asp Lys Asp Gly Val Arg
    210                 215                 220

His Ile Arg Ile Thr Gly Gln Gly Lys Leu Val Gly Gln Thr Ile Asp
225                 230                 235                 240

Val Pro Gly Asp Pro Ser Ser Thr Ala Phe Pro Leu Val Ala Ala Leu
                245                 250                 255

Leu Val Glu Gly Ser Asp Val Thr Ile Arg Asn Val Leu Met Asn Pro
        260                 265                 270

Thr Arg Thr Gly Leu Ile Leu Thr Leu Gln Glu Met Gly Ala Asp Ile
        275                 280                 285

Glu Val Leu Asn Ala Arg Leu Ala Gly Gly Glu Asp Val Ala Asp Leu
    290                 295                 300

Arg Val Arg Ala Ser Lys Leu Lys Gly Val Val Val Pro Pro Glu Arg
305                 310                 315                 320

Ala Pro Ser Met Ile Asp Glu Tyr Pro Val Leu Ala Ile Ala Ala Ser
                325                 330                 335

Phe Ala Glu Gly Glu Thr Val Met Asp Gly Leu Asp Glu Leu Arg Val
        340                 345                 350

Lys Glu Ser Asp Arg Leu Ala Ala Val Ala Arg Gly Leu Glu Ala Asn
    355                 360                 365

Gly Val Asp Cys Thr Glu Gly Glu Met Ser Leu Thr Val Arg Gly Arg
    370                 375                 380

Pro Asp Gly Lys Gly Leu Gly Gly Gly Thr Val Ala Thr His Leu Asp
385                 390                 395                 400

His Arg Ile Ala Met Ser Phe Leu Val Met Gly Leu Ala Ala Glu Lys
                405                 410                 415

Pro Val Thr Val Asp Asp Ser Asn Met Ile Ala Thr Ser Phe Pro Glu
        420                 425                 430

Phe Met Asp Met Met Pro Gly Leu Gly Ala Lys Ile Glu Leu Ser Ile
        435                 440                 445

Leu
```

```
<210> SEQ ID NO 8
<211> LENGTH: 423
<212> TYPE: PRT
<213> ORGANISM: Escherichia coli

<400> SEQUENCE: 8

Ser Leu Thr Leu Gln Pro Ile Ala Arg Val Asp Gly Thr Ile Asn Leu
1                   5                   10                  15

Pro Gly Ser Lys Thr Val Ser Asn Arg Ala Leu Leu Leu Ala Ala Leu
                20                  25                  30

Ala His Gly Lys Thr Val Leu Thr Asn Leu Leu Asp Ser Asp Asp Val
```

-continued

```
          35                  40                  45

Arg His Met Leu Asn Ala Leu Thr Ala Leu Gly Val Ser Tyr Thr Leu
    50                  55                  60

Ser Ala Asp Arg Thr Arg Cys Glu Ile Ile Gly Asn Gly Gly Pro Leu
65                  70                  75                  80

His Ala Glu Gly Ala Leu Glu Leu Phe Leu Gly Asn Ala Gly Thr Ala
                85                  90                  95

Met Arg Pro Leu Ala Ala Ala Leu Cys Leu Gly Ser Asn Asp Ile Val
            100                 105                 110

Leu Thr Gly Glu Pro Arg Met Lys Glu Arg Pro Ile Gly His Leu Val
        115                 120                 125

Asp Ala Leu Arg Leu Gly Gly Ala Lys Ile Thr Tyr Leu Glu Gln Glu
    130                 135                 140

Asn Tyr Pro Pro Leu Arg Leu Gln Gly Gly Phe Thr Gly Gly Asn Val
145                 150                 155                 160

Asp Val Asp Gly Ser Val Ser Ser Gln Phe Leu Thr Ala Leu Leu Met
                165                 170                 175

Thr Ala Pro Leu Ala Pro Glu Asp Thr Val Ile Arg Ile Lys Gly Asp
            180                 185                 190

Leu Val Ser Lys Pro Tyr Ile Asp Ile Thr Leu Asn Leu Met Lys Thr
        195                 200                 205

Phe Gly Val Glu Ile Glu Asn Gln His Tyr Gln Gln Phe Val Val Lys
    210                 215                 220

Gly Gly Gln Ser Tyr Gln Ser Pro Gly Thr Tyr Leu Val Glu Gly Asp
225                 230                 235                 240

Ala Ser Ser Ala Ser Tyr Phe Leu Ala Ala Ala Ala Ile Lys Gly Gly
                245                 250                 255

Thr Val Lys Val Thr Gly Ile Gly Arg Asn Ser Met Gln Gly Asp Ile
            260                 265                 270

Arg Phe Ala Asp Val Leu Glu Lys Met Gly Ala Thr Ile Cys Trp Gly
        275                 280                 285

Asp Asp Tyr Ile Ser Cys Thr Arg Gly Glu Leu Asn Ala Ile Asp Met
    290                 295                 300

Asp Met Asn His Ile Pro Asp Ala Ala Met Thr Ile Ala Thr Ala Ala
305                 310                 315                 320

Leu Phe Ala Lys Gly Thr Thr Arg Leu Arg Asn Ile Tyr Asn Trp Arg
                325                 330                 335

Val Lys Glu Thr Asp Arg Leu Phe Ala Met Ala Thr Glu Leu Arg Lys
            340                 345                 350

Val Gly Ala Glu Val Glu Glu Gly His Asp Tyr Ile Arg Ile Thr Pro
        355                 360                 365

Pro Glu Lys Leu Asn Phe Ala Glu Ile Ala Thr Tyr Asn Asp His Arg
    370                 375                 380

Met Ala Met Cys Phe Ser Leu Val Ala Leu Ser Asp Thr Pro Val Thr
385                 390                 395                 400

Ile Leu Asp Pro Lys Cys Thr Ala Lys Thr Phe Pro Asp Tyr Phe Glu
                405                 410                 415

Gln Leu Ala Arg Ile Ser Gln
            420
```

<210> SEQ ID NO 9
<211> LENGTH: 1377
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence

US RE39,247 E

**75**                                                                                        **76**

-continued

```
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic

<400> SEQUENCE: 9

ccatggctca cggtgcaagc agccgtccag caactgctcg taagtcctct ggtctttctg      60

gaaccgtccg tattccaggt gacaagtcta tctcccacag gtccttcatg tttggaggtc     120

tcgctagcgg tgaaactcgt atcaccggtc ttttggaagg tgaagatgtt atcaacactg     180

gtaaggctat gcaagctatg ggtgccagaa tccgtaagga aggtgatact tggatcattg     240

atggtgttgg taacggtgga ctccttgctc ctgaggctcc tctcgatttc ggtaacgctg     300

caactggttg ccgtttgact atgggtcttg ttggtgttta cgatttcgat agcactttca     360

ttggtgacgc ttctctcact aagcgtccaa tgggtcgtgt gttgaaccca cttcgcgaaa     420

tgggtgtgca ggtgaagtct gaagacggtg atcgtcttcc agttaccttg cgtggaccaa     480

agactccaac gccaatcacc tacagggtac ctatggcttc cgctcaagtg aagtccgctg     540

ttctgcttgc tggtctcaac accccaggta tcaccactgt tatcgagcca atcatgactc     600

gtgaccacac tgaaaagatg cttcaaggtt ttggtgctaa ccttaccgtt gagactgatg     660

ctgacggtgt gcgtaccatc cgtcttgaag gtcgtggtaa gctcaccggt caagtgattg     720

atgttccagg tgatccatcc tctactgctt tcccattggt tgctgccttg cttgttccag     780

gttccgacgt caccatcctt aacgttttga tgaacccaac ccgtactggt ctcatcttga     840

ctctgcagga aatgggtgcc gacatcgaag tgatcaaccc acgtcttgct ggtggagaag     900

acgtggctga cttgcgtgtt cgttcttcta ctttgaaggg tgttactgtt ccagaagacc     960

gtgctccttc tatgatcgac gagtatccaa ttctcgctgt tgcagctgca ttcgctgaag    1020

gtgctaccgt tatgaacggt ttggaagaac tccgtgttaa ggaaagcgac cgtctttctg    1080

ctgtcgcaaa cggtctcaag ctcaacggtg ttgattgcga tgaaggtgag acttctctcg    1140

tcgtgcgtgg tcgtcctgac ggtaagggtc tcggtaacgc ttctggagca gctgtcgcta    1200

cccacctcga tcaccgtatc gctatgagct tcctcgttat gggtctcgtt tctgaaaacc    1260

ctgttactgt tgatgatgct actatgatcg ctactagctt cccagagttc atggatttga    1320

tggctggtct tggagctaag atcgaactct ccgacactaa ggctgcttga tgagctc      1377


<210> SEQ ID NO 10
<211> LENGTH: 318
<212> TYPE: DNA
<213> ORGANISM: Arabidopsis thaliana
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (87)..(317)

<400> SEQUENCE: 10

agatctatcg ataagcttga tgtaattgga ggaagatcaa aattttcaat ccccattctt      60

cgattgcttc aattgaagtt tctccg atg gcg caa gtt agc aga atc tgc aat        113
                               Met Ala Gln Val Ser Arg Ile Cys Asn
                                1                   5

ggt gtg cag aac cca tct ctt atc tcc aat ctc tcg aaa tcc agt caa        161
Gly Val Gln Asn Pro Ser Leu Ile Ser Asn Leu Ser Lys Ser Ser Gln
10                  15                  20                  25

cgc aaa tct ccc tta tcg gtt tct ctg aag acg cag cag cat cca cga        209
Arg Lys Ser Pro Leu Ser Val Ser Leu Lys Thr Gln Gln His Pro Arg
                30                  35                  40

gct tat ccg att tcg tcg tcg tgg gga ttg aag aag agt ggg atg acg        257
Ala Tyr Pro Ile Ser Ser Ser Trp Gly Leu Lys Lys Ser Gly Met Thr
            45                  50                  55
```

US RE39,247 E

77                                                                 78

-continued

```
tta att ggc tct gag ctt cgt cct ctt aag gtc atg tct tct gtt tcc        305
Leu Ile Gly Ser Glu Leu Arg Pro Leu Lys Val Met Ser Ser Val Ser
        60                      65                      70

acg gcg tgc atg c                                                      318
Thr Ala Cys Met
    75


<210> SEQ ID NO 11
<211> LENGTH: 77
<212> TYPE: PRT
<213> ORGANISM: Arabidopsis thaliana

<400> SEQUENCE: 11

Met Ala Gln Val Ser Arg Ile Cys Asn Gly Val Gln Asn Pro Ser Leu
1               5                   10                  15

Ile Ser Asn Leu Ser Lys Ser Ser Gln Arg Lys Ser Pro Leu Ser Val
            20                  25                  30

Ser Leu Lys Thr Gln Gln His Pro Arg Ala Tyr Pro Ile Ser Ser Ser
        35                  40                  45

Trp Gly Leu Lys Lys Ser Gly Met Thr Leu Ile Gly Ser Glu Leu Arg
    50                  55                  60

Pro Leu Lys Val Met Ser Ser Val Ser Thr Ala Cys Met
65                  70                  75


<210> SEQ ID NO 12
<211> LENGTH: 402
<212> TYPE: DNA
<213> ORGANISM: Arabidopsis thaliana
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (87)..(401)

<400> SEQUENCE: 12

agatctatcg ataagcttga tgtaattgga ggaagatcaa aattttcaat ccccattctt       60

cgattgcttc aattgaagtt tctccg atg gcg caa gtt agc aga atc tgc aat       113
                           Met Ala Gln Val Ser Arg Ile Cys Asn
                           1               5

ggt gtg cag aac cca tct ctt atc tcc aat ctc tcg aaa tcc agt caa       161
Gly Val Gln Asn Pro Ser Leu Ile Ser Asn Leu Ser Lys Ser Ser Gln
10                  15                  20                  25

cgc aaa tct ccc tta tcg gtt tct ctg aag acg cag cag cat cca cga       209
Arg Lys Ser Pro Leu Ser Val Ser Leu Lys Thr Gln Gln His Pro Arg
                30                  35                  40

gct tat ccg att tcg tcg tcg tgg gga ttg aag aag agt ggg atg acg       257
Ala Tyr Pro Ile Ser Ser Ser Trp Gly Leu Lys Lys Ser Gly Met Thr
            45                  50                  55

tta att ggc tct gag ctt cgt cct ctt aag gtc atg tct tct gtt tcc       305
Leu Ile Gly Ser Glu Leu Arg Pro Leu Lys Val Met Ser Ser Val Ser
        60                  65                  70

acg gcg gag aaa gcg tcg gag att gta ctt caa ccc att aga gaa atc       353
Thr Ala Glu Lys Ala Ser Glu Ile Val Leu Gln Pro Ile Arg Glu Ile
    75                  80                  85

tcc ggt ctt att aag ttg cct ggc tcc aag tct cta tca aat aga att c     402
Ser Gly Leu Ile Lys Leu Pro Gly Ser Lys Ser Leu Ser Asn Arg Ile
90                  95                  100                 105


<210> SEQ ID NO 13
<211> LENGTH: 105
<212> TYPE: PRT
<213> ORGANISM: Arabidopsis thaliana
```

-continued

<400> SEQUENCE: 13

Met Ala Gln Val Ser Arg Ile Cys Asn Gly Val Gln Asn Pro Ser Leu
1               5                   10                  15

Ile Ser Asn Leu Ser Lys Ser Ser Gln Arg Lys Ser Pro Leu Ser Val
            20                  25                  30

Ser Leu Lys Thr Gln Gln His Pro Arg Ala Tyr Pro Ile Ser Ser Ser
        35                  40                  45

Trp Gly Leu Lys Lys Ser Gly Met Thr Leu Ile Gly Ser Glu Leu Arg
    50                  55                  60

Pro Leu Lys Val Met Ser Ser Val Ser Thr Ala Glu Lys Ala Ser Glu
65                  70                  75                  80

Ile Val Leu Gln Pro Ile Arg Glu Ile Ser Gly Leu Ile Lys Leu Pro
                85                  90                  95

Gly Ser Lys Ser Leu Ser Asn Arg Ile
            100                 105


<210> SEQ ID NO 14
<211> LENGTH: 233
<212> TYPE: DNA
<213> ORGANISM: Petunia x hybrida
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (14)..(232)

<400> SEQUENCE: 14

agatctttca aga atg gca caa att aac aac atg gct caa ggg ata caa        49
                Met Ala Gln Ile Asn Asn Met Ala Gln Gly Ile Gln
                1                   5                   10

acc ctt aat ccc aat tcc aat ttc cat aaa ccc caa gtt cct aaa tct        97
Thr Leu Asn Pro Asn Ser Asn Phe His Lys Pro Gln Val Pro Lys Ser
        15                  20                  25

tca agt ttt ctt gtt ttt gga tct aaa aaa ctg aaa aat tca gca aat      145
Ser Ser Phe Leu Val Phe Gly Ser Lys Lys Leu Lys Asn Ser Ala Asn
    30                  35                  40

tct atg ttg gtt ttg aaa aaa gat tca att ttt atg caa aag ttt tgt      193
Ser Met Leu Val Leu Lys Lys Asp Ser Ile Phe Met Gln Lys Phe Cys
45                  50                  55                  60

tcc ttt agg att tca gca tca gtg gct aca gcc tgc atg c                233
Ser Phe Arg Ile Ser Ala Ser Val Ala Thr Ala Cys Met
                65                  70


<210> SEQ ID NO 15
<211> LENGTH: 73
<212> TYPE: PRT
<213> ORGANISM: Petunia x hybrida

<400> SEQUENCE: 15

Met Ala Gln Ile Asn Asn Met Ala Gln Gly Ile Gln Thr Leu Asn Pro
1               5                   10                  15

Asn Ser Asn Phe His Lys Pro Gln Val Pro Lys Ser Ser Ser Phe Leu
            20                  25                  30

Val Phe Gly Ser Lys Lys Leu Lys Asn Ser Ala Asn Ser Met Leu Val
        35                  40                  45

Leu Lys Lys Asp Ser Ile Phe Met Gln Lys Phe Cys Ser Phe Arg Ile
    50                  55                  60

Ser Ala Ser Val Ala Thr Ala Cys Met
65                  70


<210> SEQ ID NO 16

US RE39,247 E

**81**                                                    **82**

-continued

```
<211> LENGTH: 352
<212> TYPE: DNA
<213> ORGANISM: Petunia x hybrida
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (49)..(351)

<400> SEQUENCE: 16

agatctgcta gaaataattt tgtttaactt taagaaggag atatatcc atg gca caa         57
                                                    Met Ala Gln
                                                     1

att aac aac atg gct caa ggg ata caa acc ctt aat ccc aat tcc aat        105
Ile Asn Asn Met Ala Gln Gly Ile Gln Thr Leu Asn Pro Asn Ser Asn
  5                  10                  15

ttc cat aaa ccc caa gtt cct aaa tct tca agt ttt ctt gtt ttt gga       153
Phe His Lys Pro Gln Val Pro Lys Ser Ser Ser Phe Leu Val Phe Gly
20                  25                  30                  35

tct aaa aaa ctg aaa aat tca gca aat tct atg ttg gtt ttg aaa aaa       201
Ser Lys Lys Leu Lys Asn Ser Ala Asn Ser Met Leu Val Leu Lys Lys
                40                  45                  50

gat tca att ttt atg caa aag ttt tgt tcc ttt agg att tca gca tca       249
Asp Ser Ile Phe Met Gln Lys Phe Cys Ser Phe Arg Ile Ser Ala Ser
            55                  60                  65

gtg gct aca gca cag aag cct tct gag ata gtg ttg caa ccc att aaa       297
Val Ala Thr Ala Gln Lys Pro Ser Glu Ile Val Leu Gln Pro Ile Lys
        70                  75                  80

gag att tca ggc act gtt aaa ttg cct ggc tct aaa tca tta tct aat       345
Glu Ile Ser Gly Thr Val Lys Leu Pro Gly Ser Lys Ser Leu Ser Asn
    85                  90                  95

aga att c                                                              352
Arg Ile
100


<210> SEQ ID NO 17
<211> LENGTH: 101
<212> TYPE: PRT
<213> ORGANISM: Petunia x hybrida

<400> SEQUENCE: 17

Met Ala Gln Ile Asn Asn Met Ala Gln Gly Ile Gln Thr Leu Asn Pro
1                5                  10                  15

Asn Ser Asn Phe His Lys Pro Gln Val Pro Lys Ser Ser Ser Phe Leu
                20                  25                  30

Val Phe Gly Ser Lys Lys Leu Lys Asn Ser Ala Asn Ser Met Leu Val
            35                  40                  45

Leu Lys Lys Asp Ser Ile Phe Met Gln Lys Phe Cys Ser Phe Arg Ile
    50                  55                  60

Ser Ala Ser Val Ala Thr Ala Gln Lys Pro Ser Glu Ile Val Leu Gln
65                  70                  75                  80

Pro Ile Lys Glu Ile Ser Gly Thr Val Lys Leu Pro Gly Ser Lys Ser
                85                  90                  95

Leu Ser Asn Arg Ile
            100


<210> SEQ ID NO 18
<211> LENGTH: 28
<212> TYPE: PRT
<213> ORGANISM: Agrobacterium sp.
<220> FEATURE:
<221> NAME/KEY: UNSURE
<222> LOCATION: (1)..(18)
<223> OTHER INFORMATION: Xaa = Unknown
```

US RE39,247 E

83                                                             84

-continued

```
<400> SEQUENCE: 18

Xaa His Gly Ala Ser Ser Arg Pro Ala Thr Ala Arg Lys Ser Ser Gly
1               5                   10                  15

Leu Xaa Gly Thr Val Arg Ile Pro Gly Asp Lys Met
            20                  25


<210> SEQ ID NO 19
<211> LENGTH: 13
<212> TYPE: PRT
<213> ORGANISM: Agrobacterium sp.

<400> SEQUENCE: 19

Ala Pro Ser Met Ile Asp Glu Tyr Pro Ile Leu Ala Val
1               5                   10


<210> SEQ ID NO 20
<211> LENGTH: 15
<212> TYPE: PRT
<213> ORGANISM: Agrobacterium sp.

<400> SEQUENCE: 20

Ile Thr Gly Leu Leu Glu Gly Glu Asp Val Ile Asn Thr Gly Lys
1               5                   10                  15


<210> SEQ ID NO 21
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic

<400> SEQUENCE: 21

atgathgayg artaycc                                              17


<210> SEQ ID NO 22
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (1)..(17)
<223> OTHER INFORMATION: R = A or G;
      Y = C or T/U;
      N = A or C or G or T/U;
      H = A or C or T/U

<400> SEQUENCE: 22

gargaygtna thaacac                                              17


<210> SEQ ID NO 23
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (1)..(17)
<223> OTHER INFORMATION: R = A or G;
      Y = C or T/U;
      N = A or C or G or T/U;
      H = A or C or T/U

<400> SEQUENCE: 23
```

US RE39,247 E

85                                                    86

-continued

```
gargaygtna thaatac                                  17


<210> SEQ ID NO 24
<211> LENGTH: 38
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 24

cgtggataga tctaggaaga caaccatggc tcacggtc           38


<210> SEQ ID NO 25
<211> LENGTH: 44
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 25

ggatagatta aggaagacgc gcatgcttca cggtgcaagc agcc     44


<210> SEQ ID NO 26
<211> LENGTH: 35
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 26

ggctgcctga tgagctccac aatcgccatc gatgg              35


<210> SEQ ID NO 27
<211> LENGTH: 32
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 27

cgtcgctcgt cgtgcgtggc cgccctgacg gc                 32


<210> SEQ ID NO 28
<211> LENGTH: 29
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 28

cgggcaaggc catgcaggct atgggcgcc                     29


<210> SEQ ID NO 29
<211> LENGTH: 31
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 29

cgggctgccg cctgactatg ggcctcgtcg g                  31


<210> SEQ ID NO 30
<211> LENGTH: 15
<212> TYPE: PRT
<213> ORGANISM: Pseudomonas sp.
```

US RE39,247 E

**87**                                                                **88**

-continued

```
<220> FEATURE:
<221> NAME/KEY: NON_CONS
<222> LOCATION: (1)..(1)
<223> OTHER INFORMATION: Xaa = unknown

<400> SEQUENCE: 30

Xaa His Ser Ala Ser Pro Lys Pro Ala Thr Ala Arg Arg Ser Glu
1               5                   10                  15


<210> SEQ ID NO 31
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (1)..(17)
<223> OTHER INFORMATION: B = C or G or T
     S = G or C
     Y = C or T

<400> SEQUENCE: 31

gcggtbgcsg gyttsgg                                           17


<210> SEQ ID NO 32
<211> LENGTH: 16
<212> TYPE: PRT
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic

<400> SEQUENCE: 32

Pro Gly Asp Lys Ser Ile Ser His Arg Ser Phe Met Phe Gly Gly Leu
1               5                   10                  15


<210> SEQ ID NO 33
<211> LENGTH: 13
<212> TYPE: PRT
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 33

Leu Asp Phe Gly Asn Ala Ala Thr Gly Cys Arg Leu Thr
1               5                   10


<210> SEQ ID NO 34
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 34

cggcaatgcc gccaccggcg cgcgcc                                 26


<210> SEQ ID NO 35
<211> LENGTH: 49
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 35

ggacggctgc ttgcaccgtg aagcatgctt aagcttggcg taatcatgg       49
```

US RE39,247 E

**89**                                                        **90**

-continued

```
<210> SEQ ID NO 36
<211> LENGTH: 35
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 36

ggaagacgcc cagaattcac ggtgcaagca gccgg                          35


<210> SEQ ID NO 37
<211> LENGTH: 5
<212> TYPE: PRT
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic
<220> FEATURE:
<221> NAME/KEY: NON_CONS
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Gly, Ser, Thr, Cys, Tyr, Asn, Gln, Asp,
      or Glu
<220> FEATURE:
<221> NAME/KEY: NON_CONS
<222> LOCATION: (4)..(4)
<223> OTHER INFORMATION: Xaa = Ser or Thr

<400> SEQUENCE: 37

Arg Xaa His Xaa Glu
1               5


<210> SEQ ID NO 38
<211> LENGTH: 4
<212> TYPE: PRT
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic
<220> FEATURE:
<221> NAME/KEY: NON_CONS
<222> LOCATION: (4)..(4)
<223> OTHER INFORMATION: Xaa = Ser or Thr

<400> SEQUENCE: 38

Gly Asp Lys Xaa
1


<210> SEQ ID NO 39
<211> LENGTH: 5
<212> TYPE: PRT
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic
<220> FEATURE:
<221> NAME/KEY: NON_CONS
<222> LOCATION: (4)..(4)
<223> OTHER INFORMATION: Xaa=Ala, Arg, Asn, Asp, Cys, Gln, Glu, Gly,
      His, Ile, Leu, Lys, Met, Phe, Pro, Ser, Thr, Trp, Tyr, or Val

<400> SEQUENCE: 39

Ser Ala Gln Xaa Lys
1               5


<210> SEQ ID NO 40
<211> LENGTH: 4
<212> TYPE: PRT
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic
<220> FEATURE:
<221> NAME/KEY: NON_CONS
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa=Ala, Arg, Asn, Asp, Cys, ln, lu, ly, His,
```

-continued

```
        Ile, Leu, Lys, Met, Phe, Pro, Ser, Thr, Trp, Tyr or Val

<400> SEQUENCE: 40

Asn Xaa Thr Arg
1


<210> SEQ ID NO 41
<211> LENGTH: 1287
<212> TYPE: DNA
<213> ORGANISM: Bacillus subtilis
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (1)..(1287)

<400> SEQUENCE: 41

atg aaa cga gat aag gtg cag acc tta cat gga gaa ata cat att ccc       48
Met Lys Arg Asp Lys Val Gln Thr Leu His Gly Glu Ile His Ile Pro
1               5                   10                  15

ggt gat aaa tcc att tct cac cgc tct gtt atg ttt ggc gcg cta gcg       96
Gly Asp Lys Ser Ile Ser His Arg Ser Val Met Phe Gly Ala Leu Ala
            20                  25                  30

gca ggc aca aca aca gtt aaa aac ttt ctg ccg gga gca gat tgt ctg      144
Ala Gly Thr Thr Thr Val Lys Asn Phe Leu Pro Gly Ala Asp Cys Leu
        35                  40                  45

agc acg atc gat tgc ttt aga aaa atg ggt gtt cac att gga caa agc      192
Ser Thr Ile Asp Cys Phe Arg Lys Met Gly Val His Ile Glu Gln Ser
    50                  55                  60

agc agc gat gtc gtg att cac gga aaa gga atc gat gcc ctg aaa gag      240
Ser Ser Asp Val Val Ile His Gly Lys Gly Ile Asp Ala Leu Lys Glu
65                  70                  75                  80

cca gaa agc ctt tta gat gtc gga aat tca ggt aca acg att cgc ctg      288
Pro Glu Ser Leu Leu Asp Val Gly Asn Ser Gly Thr Thr Ile Arg Leu
                85                  90                  95

atg ctc gga ata ttg gcg ggc cgt cct ttt tac agc gcg gta gcc gga      336
Met Leu Gly Ile Leu Ala Gly Arg Pro Phe Tyr Ser Ala Val Ala Gly
            100                 105                 110

gat gag agc att gcg aaa cgc cca atg aag cgt gtg act gag cct ttg      384
Asp Glu Ser Ile Ala Lys Arg Pro Met Lys Arg Val Thr Glu Pro Leu
        115                 120                 125

aaa aaa atg ggg gct aaa atc gac ggc aga gcc ggc gga gag ttt aca      432
Lys Lys Met Gly Ala Lys Ile Asp Gly Arg Ala Gly Gly Glu Phe Thr
    130                 135                 140

ccg ctg tca gtg agc ggc gct tca tta aaa gga att gat tat gta tca      480
Pro Leu Ser Val Ser Gly Ala Ser Leu Lys Gly Ile Asp Tyr Val Ser
145                 150                 155                 160

cct gtt gca agc gcg caa att aaa tct gct gtt ttg ctg gcc gga tta      528
Pro Val Ala Ser Ala Gln Ile Lys Ser Ala Val Leu Leu Ala Gly Leu
                165                 170                 175

cag gct gag ggc aca aca act gta aca gag ccc cat aaa tct cgg gac      576
Gln Ala Glu Gly Thr Thr Thr Val Thr Glu Pro His Lys Ser Arg Asp
            180                 185                 190

cac act gag cgg atg ctt tct gct ttt ggc gtt aag ctt tct gaa gat      624
His Thr Glu Arg Met Leu Ser Ala Phe Gly Val Lys Leu Ser Glu Asp
        195                 200                 205

caa acg agt gtt tcc att gct ggt ggc cag aaa ctg aca gct gct gat      672
Gln Thr Ser Val Ser Ile Ala Gly Gly Gln Lys Leu Thr Ala Ala Asp
    210                 215                 220

att ttt gtt cct gga gac att tct tca gcc gcg ttt ttc ctt gct gct      720
Ile Phe Val Pro Gly Asp Ile Ser Ser Ala Ala Phe Phe Leu Ala Ala
225                 230                 235                 240

ggc gcg atg gtt cca aac agc aga att gta ttg aaa aac gta ggt tta      768
```

US RE39,247 E

**93**                                                                                                     **94**

-continued

```
Gly Ala Met Val Pro Asn Ser Arg Ile Val Leu Lys Asn Val Gly Leu
                245                 250                 255

aat ccg act cgg aca ggt att att gat gtc ctt caa aac atg ggg gca         816
Asn Pro Thr Arg Thr Gly Ile Ile Asp Val Leu Gln Asn Met Gly Ala
            260                 265                 270

aaa ctt gaa atc aaa cca tct gct gat agc ggt gca gag cct tat gga        864
Lys Leu Glu Ile Lys Pro Ser Ala Asp Ser Gly Ala Glu Pro Tyr Gly
        275                 280                 285

gat ttg att ata gaa acg tca tct cta aag gca gtt gaa atc gga gga        912
Asp Leu Ile Ile Glu Thr Ser Ser Leu Lys Ala Val Glu Ile Gly Gly
    290                 295                 300

gat atc att ccg cgt tta att gat gag atc cct atc atc gcg ctt ctt        960
Asp Ile Ile Pro Arg Leu Ile Asp Glu Ile Pro Ile Ile Ala Leu Leu
305                 310                 315                 320

gcg act cag gcg gaa gga acc acc gtt att aag gac gcg gca gag cta       1008
Ala Thr Gln Ala Glu Gly Thr Thr Val Ile Lys Asp Ala Ala Glu Leu
                325                 330                 335

aaa gtg aaa gaa aca aac cgt att gat act gtt gtt tct gag ctt cgc       1056
Lys Val Lys Glu Thr Asn Arg Ile Asp Thr Val Val Ser Glu Leu Arg
            340                 345                 350

aag ctg ggt gct gaa att gaa ccg aca gca gat gga atg aag gtt tat       1104
Lys Leu Gly Ala Glu Ile Glu Pro Thr Ala Asp Gly Met Lys Val Tyr
        355                 360                 365

ggc aaa caa acg ttg aaa ggc ggc gct gca gtg tcc agc cac gga gat       1152
Gly Lys Gln Thr Leu Lys Gly Gly Ala Ala Val Ser Ser His Gly Asp
    370                 375                 380

cat cga atc gga atg atg ctt ggt att gct tcc tgt ata acg gag gag       1200
His Arg Ile Gly Met Met Leu Gly Ile Ala Ser Cys Ile Thr Glu Glu
385                 390                 395                 400

ccg att gaa atc gag cac acg gat gcc att cac gtt tct tat cca acc       1248
Pro Ile Glu Ile Glu His Thr Asp Ala Ile His Val Ser Tyr Pro Thr
                405                 410                 415

ttc ttc gag cat tta aat aag ctt tcg aaa aaa tcc tga                   1287
Phe Phe Glu His Leu Asn Lys Leu Ser Lys Lys Ser
            420                 425


<210> SEQ ID NO 42
<211> LENGTH: 428
<212> TYPE: PRT
<213> ORGANISM: Bacillus subtilis

<400> SEQUENCE: 42

Met Lys Arg Asp Lys Val Gln Thr Leu His Gly Glu Ile His Ile Pro
1               5                   10                  15

Gly Asp Lys Ser Ile Ser His Arg Ser Val Met Phe Gly Ala Leu Ala
            20                  25                  30

Ala Gly Thr Thr Thr Val Lys Asn Phe Leu Pro Gly Ala Asp Cys Leu
        35                  40                  45

Ser Thr Ile Asp Cys Phe Arg Lys Met Gly Val His Ile Glu Gln Ser
    50                  55                  60

Ser Ser Asp Val Val Ile His Gly Lys Gly Ile Asp Ala Leu Lys Glu
65                  70                  75                  80

Pro Glu Ser Leu Leu Asp Val Gly Asn Ser Gly Thr Thr Ile Arg Leu
                85                  90                  95

Met Leu Gly Ile Leu Ala Gly Arg Pro Phe Tyr Ser Ala Val Ala Gly
            100                 105                 110

Asp Glu Ser Ile Ala Lys Arg Pro Met Lys Arg Val Thr Glu Pro Leu
        115                 120                 125
```

US RE39,247 E

95 96

-continued

```
Lys Lys Met Gly Ala Lys Ile Asp Gly Arg Ala Gly Gly Glu Phe Thr
    130                 135                 140

Pro Leu Ser Val Ser Gly Ala Ser Leu Lys Gly Ile Asp Tyr Val Ser
145                 150                 155                 160

Pro Val Ala Ser Ala Gln Ile Lys Ser Ala Val Leu Leu Ala Gly Leu
                165                 170                 175

Gln Ala Glu Gly Thr Thr Thr Val Thr Glu Pro His Lys Ser Arg Asp
            180                 185                 190

His Thr Glu Arg Met Leu Ser Ala Phe Gly Val Lys Leu Ser Glu Asp
        195                 200                 205

Gln Thr Ser Val Ser Ile Ala Gly Gly Lys Leu Thr Ala Ala Asp
    210                 215                 220

Ile Phe Val Pro Gly Asp Ile Ser Ser Ala Ala Phe Phe Leu Ala Ala
225                 230                 235                 240

Gly Ala Met Val Pro Asn Ser Arg Ile Val Leu Lys Asn Val Gly Leu
                245                 250                 255

Asn Pro Thr Arg Thr Gly Ile Ile Asp Val Leu Gln Asn Met Gly Ala
            260                 265                 270

Lys Leu Glu Ile Lys Pro Ser Ala Asp Ser Gly Ala Glu Pro Tyr Gly
        275                 280                 285

Asp Leu Ile Ile Glu Thr Ser Ser Leu Lys Ala Val Glu Ile Gly Gly
    290                 295                 300

Asp Ile Ile Pro Arg Leu Ile Asp Glu Ile Pro Ile Ile Ala Leu Leu
305                 310                 315                 320

Ala Thr Gln Ala Glu Gly Thr Thr Val Ile Lys Asp Ala Ala Glu Leu
                325                 330                 335

Lys Val Lys Glu Thr Asn Arg Ile Asp Thr Val Val Ser Glu Leu Arg
            340                 345                 350

Lys Leu Gly Ala Glu Ile Glu Pro Thr Ala Asp Gly Met Lys Val Tyr
        355                 360                 365

Gly Lys Gln Thr Leu Lys Gly Gly Ala Ala Val Ser Ser His Gly Asp
    370                 375                 380

His Arg Ile Gly Met Met Leu Gly Ile Ala Ser Cys Ile Thr Glu Glu
385                 390                 395                 400

Pro Ile Glu Ile Glu His Thr Asp Ala Ile His Val Ser Tyr Pro Thr
                405                 410                 415

Phe Phe Glu His Leu Asn Lys Leu Ser Lys Lys Ser
                420                 425
```

```
<210> SEQ ID NO 43
<211> LENGTH: 1293
<212> TYPE: DNA
<213> ORGANISM: Staphylococcus aureus
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (1)..(1293)

<400> SEQUENCE: 43

atg gta aat gaa caa atc att gat att tca ggt ccg tta aag ggc gaa      48
Met Val Asn Glu Gln Ile Ile Asp Ile Ser Gly Pro Leu Lys Gly Glu
1               5                   10                  15

ata gaa gtg ccg ggc gat aag tca atg aca cac cgt gca atc atg ttg      96
Ile Glu Val Pro Gly Asp Lys Ser Met Thr His Arg Ala Ile Met Leu
            20                  25                  30

gcg tcg cta gct gaa ggt gta tct act ata tat aag cca cta ctt ggc     144
Ala Ser Leu Ala Glu Gly Val Ser Thr Ile Tyr Lys Pro Leu Leu Gly
        35                  40                  45
```

US RE39,247 E

97 98

−continued

```
gaa gat tgt cgt cgt acg atg gac att ttc cga cac tta ggt gta gaa        192
Glu Asp Cys Arg Arg Thr Met Asp Ile Phe Arg His Leu Gly Val Glu
 50                  55                  60

atc aaa gaa gat gat gaa aaa tta gtt gtg act tcc cca gga tat caa        240
Ile Lys Glu Asp Asp Glu Lys Leu Val Val Thr Ser Pro Gly Tyr Gln
 65                  70                  75                  80

gtt aac acg cca cat caa gta ttg tat aca ggt aat tct ggt acg aca        288
Val Asn Thr Pro His Gln Val Leu Tyr Thr Gly Asn Ser Gly Thr Thr
             85                  90                  95

aca cga tta ttg gca ggt ttg tta agt ggt tta ggt aat gaa agt gtt        336
Thr Arg Leu Leu Ala Gly Leu Leu Ser Gly Leu Gly Asn Glu Ser Val
        100                 105                 110

ttg tct ggc gat gtt tca att ggt aaa agg cca atg gat cgt gtc ttg        384
Leu Ser Gly Asp Val Ser Ile Gly Lys Arg Pro Met Asp Arg Val Leu
        115                 120                 125

aga cca ttg aaa ctt atg gat gcg aat att gaa ggt att gaa gat aat        432
Arg Pro Leu Lys Leu Met Asp Ala Asn Ile Glu Gly Ile Glu Asp Asn
    130                 135                 140

tat aca cca tta att att aag cca tct gtc ata aaa ggt ata aat tat        480
Tyr Thr Pro Leu Ile Ile Lys Pro Ser Val Ile Lys Gly Ile Asn Tyr
145                 150                 155                 160

caa atg gaa gtt gca agt gca caa gta aaa agt gcc att tta ttt gca        528
Gln Met Glu Val Ala Ser Ala Gln Val Lys Ser Ala Ile Leu Phe Ala
                165                 170                 175

agt ttg ttt tct aag gaa ccg acc atc att aaa gaa tta gat gta agt        576
Ser Leu Phe Ser Lys Glu Pro Thr Ile Ile Lys Glu Leu Asp Val Ser
            180                 185                 190

cga aat cat act gag acg atg ttc aaa cat ttt aat att cca att gaa        624
Arg Asn His Thr Glu Thr Met Phe Lys His Phe Asn Ile Pro Ile Glu
        195                 200                 205

gca gaa ggg tta tca att aat aca acc cct gaa gca att cga tac att        672
Ala Glu Gly Leu Ser Ile Asn Thr Thr Pro Glu Ala Ile Arg Tyr Ile
    210                 215                 220

aaa cct gca gat ttt cat gtt cct ggc gat att tca tct gca gcg ttc        720
Lys Pro Ala Asp Phe His Val Pro Gly Asp Ile Ser Ser Ala Ala Phe
225                 230                 235                 240

ttt att gtt gca gca ctt atc aca cca gga agt gat gta aca att cat        768
Phe Ile Val Ala Ala Leu Ile Thr Pro Gly Ser Asp Val Thr Ile His
                245                 250                 255

aat gtt gga atc aat caa aca cgt tca ggt att att gat att gtt gaa        816
Asn Val Gly Ile Asn Gln Thr Arg Ser Gly Ile Ile Asp Ile Val Glu
            260                 265                 270

aaa atg ggc ggt aat atc caa ctt ttc aat caa aca act ggt gct gaa        864
Lys Met Gly Gly Asn Ile Gln Leu Phe Asn Gln Thr Thr Gly Ala Glu
        275                 280                 285

cct act gct tct att cgt att caa tac aca cca atg ctt caa cca ata        912
Pro Thr Ala Ser Ile Arg Ile Gln Tyr Thr Pro Met Leu Gln Pro Ile
    290                 295                 300

aca atc gaa gga gaa tta gtt cca aaa gca att gat gaa ctg cct gta        960
Thr Ile Glu Gly Glu Leu Val Pro Lys Ala Ile Asp Glu Leu Pro Val
305                 310                 315                 320

ata gca tta ctt tgt aca caa gca gtt ggc acg agt aca att aaa gat       1008
Ile Ala Leu Leu Cys Thr Gln Ala Val Gly Thr Ser Thr Ile Lys Asp
                325                 330                 335

gcc gag gaa tta aaa gta aaa gaa aca aat aga att gat aca acg gct       1056
Ala Glu Glu Leu Lys Val Lys Glu Thr Asn Arg Ile Asp Thr Thr Ala
            340                 345                 350

gat atg tta aac ttg tta ggg ttt gaa tta caa cca act aat gat gga       1104
Asp Met Leu Asn Leu Leu Gly Phe Glu Leu Gln Pro Thr Asn Asp Gly
```

US RE39,247 E

99                                                                                   100

-continued

```
           355              360              365

ttg att att cat ccg tca gaa ttt aaa aca aat gca aca gat att tta    1152
Leu Ile Ile His Pro Ser Glu Phe Lys Thr Asn Ala Thr Asp Ile Leu
    370              375              380

act gat cat cga ata gga atg atg ctt gca gtt gct tgt gta ctt tca    1200
Thr Asp His Arg Ile Gly Met Met Leu Ala Val Ala Cys Val Leu Ser
385              390              395              400

agc gag cct gtc aaa atc aaa caa ttt gat gct gta aat gta tca ttt    1248
Ser Glu Pro Val Lys Ile Lys Gln Phe Asp Ala Val Asn Val Ser Phe
             405              410              415

cca gga ttt tta cca aaa cta aag ctt tta caa aat gag gga taa       1293
Pro Gly Phe Leu Pro Lys Leu Lys Leu Leu Gln Asn Glu Gly
             420              425              430


<210> SEQ ID NO 44
<211> LENGTH: 430
<212> TYPE: PRT
<213> ORGANISM: Staphylococcus aureus

<400> SEQUENCE: 44

Met Val Asn Glu Gln Ile Ile Asp Ile Ser Gly Pro Leu Lys Gly Glu
1               5                10               15

Ile Glu Val Pro Gly Asp Lys Ser Met Thr His Arg Ala Ile Met Leu
             20               25               30

Ala Ser Leu Ala Glu Gly Val Ser Thr Ile Tyr Lys Pro Leu Leu Gly
    35               40               45

Glu Asp Cys Arg Arg Thr Met Asp Ile Phe Arg His Leu Gly Val Glu
    50               55               60

Ile Lys Glu Asp Asp Glu Lys Leu Val Val Thr Ser Pro Gly Tyr Gln
65               70               75               80

Val Asn Thr Pro His Gln Val Leu Tyr Thr Gly Asn Ser Gly Thr Thr
             85               90               95

Thr Arg Leu Leu Ala Gly Leu Leu Ser Gly Leu Gly Asn Glu Ser Val
             100              105              110

Leu Ser Gly Asp Val Ser Ile Gly Lys Arg Pro Met Asp Arg Val Leu
    115              120              125

Arg Pro Leu Lys Leu Met Asp Ala Asn Ile Glu Gly Ile Glu Asp Asn
    130              135              140

Tyr Thr Pro Leu Ile Ile Lys Pro Ser Val Ile Ile Lys Gly Ile Asn Tyr
145              150              155              160

Gln Met Glu Val Ala Ser Ala Gln Val Lys Ser Ala Ile Leu Phe Ala
             165              170              175

Ser Leu Phe Ser Lys Glu Pro Thr Ile Ile Lys Glu Leu Asp Val Ser
             180              185              190

Arg Asn His Thr Glu Thr Met Phe Lys His Phe Asn Ile Pro Ile Glu
    195              200              205

Ala Glu Gly Leu Ser Ile Asn Thr Thr Pro Glu Ala Ile Arg Tyr Ile
    210              215              220

Lys Pro Ala Asp Phe His Val Pro Gly Asp Ile Ser Ser Ala Ala Phe
225              230              235              240

Phe Ile Val Ala Ala Leu Ile Thr Pro Gly Ser Asp Val Thr Ile His
             245              250              255

Asn Val Gly Ile Asn Gln Thr Arg Ser Gly Ile Ile Asp Ile Val Glu
             260              265              270

Lys Met Gly Gly Asn Ile Gln Leu Phe Asn Gln Thr Thr Gly Ala Glu
    275              280              285
```

-continued

```
Pro Thr Ala Ser Ile Arg Ile Gln Tyr Thr Pro Met Leu Gln Pro Ile
    290                 295                 300

Thr Ile Glu Gly Glu Leu Val Pro Lys Ala Ile Asp Glu Leu Pro Val
305                 310                 315                 320

Ile Ala Leu Leu Cys Thr Gln Ala Val Gly Thr Ser Thr Ile Lys Asp
                325                 330                 335

Ala Glu Glu Leu Lys Val Lys Glu Thr Asn Arg Ile Asp Thr Thr Ala
            340                 345                 350

Asp Met Leu Asn Leu Leu Gly Phe Glu Leu Gln Pro Thr Asn Asp Gly
        355                 360                 365

Leu Ile Ile His Pro Ser Glu Phe Lys Thr Asn Ala Thr Asp Ile Leu
    370                 375                 380

Thr Asp His Arg Ile Gly Met Met Leu Ala Val Ala Cys Val Leu Ser
385                 390                 395                 400

Ser Glu Pro Val Lys Ile Lys Gln Phe Asp Ala Val Asn Val Ser Phe
                405                 410                 415

Pro Gly Phe Leu Pro Lys Leu Lys Leu Leu Gln Asn Asn Gly
            420                 425                 430
```

```
<210> SEQ ID NO 45
<211> LENGTH: 28
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 45

ggaacatatg aaacgagata aggtgcag                                    28


<210> SEQ ID NO 46
<211> LENGTH: 35
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 46

ggaattcaaa cttcaggatc ttgagataga aaatg                           35


<210> SEQ ID NO 47
<211> LENGTH: 28
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 47

ggggccatgg taaatgaaca aatcattg                                   28


<210> SEQ ID NO 48
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Oligonucleotide

<400> SEQUENCE: 48

gggggagctc attatccctc attttgtaaa agc                             33


<210> SEQ ID NO 49
<211> LENGTH: 480
```

-continued

<212> TYPE: PRT
<213> ORGANISM: Saccharomyces cerevisiae

<400> SEQUENCE: 49

Leu Thr Asp Glu Thr Leu Val Tyr Pro Phe Lys Asp Ile Pro Ala Asp
1               5                   10                  15

Gln Gln Lys Val Val Ile Pro Pro Gly Ser Lys Ser Ile Ser Asn Arg
            20                  25                  30

Ala Leu Ile Leu Ala Ala Leu Gly Glu Gly Gln Cys Lys Ile Lys Asn
        35                  40                  45

Leu Leu His Ser Asp Asp Thr Lys His Met Leu Thr Ala Val His Glu
    50                  55                  60

Leu Lys Gly Ala Thr Ile Ser Trp Glu Asp Asn Gly Glu Thr Val Val
65                  70                  75                  80

Val Glu Gly His Gly Gly Ser Thr Leu Ser Ala Cys Ala Asp Pro Leu
                85                  90                  95

Tyr Leu Gly Asn Ala Gly Thr Ala Ser Arg Phe Leu Thr Ser Leu Ala
            100                 105                 110

Ala Leu Val Asn Ser Thr Ser Ser Gln Lys Tyr Ile Val Leu Thr Gly
        115                 120                 125

Asn Ala Arg Met Gln Gln Arg Pro Ile Ala Pro Leu Val Asp Ser Leu
    130                 135                 140

Arg Ala Asn Gly Thr Lys Ile Glu Tyr Leu Asn Asn Glu Gly Ser Leu
145                 150                 155                 160

Pro Ile Lys Val Tyr Thr Asp Ser Val Phe Lys Gly Gly Arg Ile Glu
                165                 170                 175

Leu Ala Ala Thr Val Ser Ser Gln Tyr Val Ser Ser Ile Leu Met Cys
            180                 185                 190

Ala Pro Tyr Ala Glu Glu Pro Val Thr Leu Ala Leu Val Gly Gly Lys
        195                 200                 205

Pro Ile Ser Lys Leu Tyr Val Asp Met Thr Ile Lys Met Met Glu Lys
    210                 215                 220

Phe Gly Ile Asn Val Glu Thr Ser Thr Thr Glu Pro Tyr Thr Tyr Tyr
225                 230                 235                 240

Ile Pro Lys Gly His Tyr Ile Asn Pro Ser Glu Tyr Val Ile Glu Ser
                245                 250                 255

Asp Ala Ser Ser Ala Thr Tyr Pro Leu Ala Phe Ala Ala Met Thr Gly
            260                 265                 270

Thr Thr Val Thr Val Pro Asn Ile Gly Phe Glu Ser Leu Gln Gly Asp
        275                 280                 285

Ala Arg Phe Ala Arg Asp Val Leu Lys Pro Met Gly Cys Lys Ile Thr
    290                 295                 300

Gln Thr Ala Thr Ser Thr Thr Val Ser Gly Pro Pro Val Gly Thr Leu
305                 310                 315                 320

Lys Pro Leu Lys His Val Asp Met Glu Pro Met Thr Asp Ala Phe Leu
                325                 330                 335

Thr Ala Cys Val Val Ala Ala Ile Ser His Asp Ser Asp Pro Asn Ser
            340                 345                 350

Ala Asn Thr Thr Thr Ile Glu Gly Gly Ile Ala Asn Gln Arg Val Lys Glu
        355                 360                 365

Cys Asn Arg Ile Leu Ala Met Ala Thr Glu Leu Ala Lys Phe Gly Val
    370                 375                 380

Lys Thr Thr Glu Leu Pro Asp Gly Ile Gln Val His Gly Leu Asn Ser
385                 390                 395                 400

-continued

```
Ile Lys Asp Leu Lys Val Pro Ser Asp Ser Ser Gly Pro Val Gly Val
            405                 410                 415

Cys Thr Tyr Asp Asp His Arg Val Ala Met Ser Phe Ser Leu Leu Ala
            420                 425                 430

Gly Met Val Asn Ser Gln Asn Glu Arg Asp Glu Val Ala Asn Pro Val
        435                 440                 445

Arg Ile Leu Glu Arg His Cys Thr Gly Lys Thr Trp Pro Gly Trp Trp
    450                 455                 460

Asp Val Leu His Ser Glu Leu Gly Ala Lys Leu Asp Gly Ala Glu Pro
465                 470                 475                 480


<210> SEQ ID NO 50
<211> LENGTH: 460
<212> TYPE: PRT
<213> ORGANISM: Aspergillus ridulaus

<400> SEQUENCE: 50

Leu Ala Pro Ser Ile Glu Val His Pro Gly Val Ala His Ser Ser Asn
1               5                   10                  15

Val Ile Cys Ala Pro Pro Gly Ser Lys Ser Ile Ser Asn Arg Ala Leu
            20                  25                  30

Val Leu Ala Ala Leu Gly Ser Gly Thr Cys Arg Ile Lys Asn Leu Leu
        35                  40                  45

His Ser Asp Asp Thr Glu Val Met Leu Asn Ala Leu Glu Arg Leu Gly
    50                  55                  60

Ala Ala Thr Phe Ser Trp Glu Glu Glu Gly Glu Val Leu Val Val Asn
65                  70                  75                  80

Gly Lys Gly Gly Asn Leu Gln Ala Ser Ser Ser Pro Leu Tyr Leu Gly
                85                  90                  95

Asn Ala Gly Thr Ala Ser Arg Phe Leu Thr Thr Val Ala Thr Leu Ala
            100                 105                 110

Asn Ser Ser Thr Val Asp Ser Ser Val Leu Thr Gly Asn Asn Arg Met
        115                 120                 125

Lys Gln Arg Pro Ile Gly Asp Leu Val Asp Ala Leu Thr Ala Asn Val
    130                 135                 140

Leu Pro Leu Asn Thr Ser Lys Gly Arg Ala Ser Leu Pro Leu Lys Ile
145                 150                 155                 160

Ala Ala Ser Gly Gly Phe Ala Gly Gly Asn Ile Asn Leu Ala Ala Lys
                165                 170                 175

Val Ser Ser Gln Tyr Val Ser Ser Leu Leu Met Cys Ala Pro Tyr Ala
            180                 185                 190

Lys Glu Pro Val Thr Leu Arg Leu Val Gly Gly Lys Pro Ile Ser Gln
        195                 200                 205

Pro Tyr Ile Asp Met Thr Thr Ala Met Met Arg Ser Phe Gly Ile Asp
    210                 215                 220

Val Gln Lys Ser Thr Thr Glu Glu His Thr Tyr His Ile Pro Gln Gly
225                 230                 235                 240

Arg Tyr Val Asn Pro Ala Glu Tyr Val Ile Glu Gln Ser Asp Ala Ser Cys
            245                 250                 255

Ala Thr Tyr Pro Leu Ala Val Ala Ala Val Thr Gly Thr Thr Cys Thr
        260                 265                 270

Val Pro Asn Ile Gly Ser Ala Ser Leu Gln Gly Asp Ala Arg Phe Ala
    275                 280                 285

Val Glu Val Leu Arg Pro Met Gly Cys Thr Val Glu Gln Thr Glu Thr
```

US RE39,247 E

107                                                             108

-continued

```
     290                    295                    300

Ser Thr Thr Val Thr Gly Pro Ser Asp Gly Ile Leu Arg Ala Thr Ser
305                    310                    315                    320

Lys Arg Gly Tyr Gly Thr Asn Asp Arg Cys Val Pro Arg Cys Phe Arg
                325                    330                    335

Thr Gly Ser His Arg Pro Met Glu Lys Ser Gln Thr Thr Pro Pro Val
            340                    345                    350

Ser Ser Gly Ile Ala Asn Gln Arg Val Lys Glu Cys Asn Arg Ile Lys
        355                    360                    365

Ala Met Lys Asp Glu Leu Ala Lys Phe Gly Val Ile Cys Arg Glu His
    370                    375                    380

Asp Asp Gly Leu Glu Ile Asp Gly Ile Asp Arg Ser Asn Leu Arg Gln
385                    390                    395                    400

Pro Val Gly Gly Val Phe Cys Tyr Asp Asp His Arg Val Ala Phe Ser
                405                    410                    415

Phe Ser Val Leu Ser Leu Val Thr Pro Gln Pro Thr Leu Ile Leu Glu
            420                    425                    430

Lys Glu Cys Val Gly Lys Thr Trp Trp Pro Gly Trp Trp Asp Thr Leu Arg
        435                    440                    445

Gln Leu Phe Lys Val Lys Leu Glu Gly Lys Glu Leu
    450                    455                    460


<210> SEQ ID NO 51
<211> LENGTH: 444
<212> TYPE: PRT
<213> ORGANISM: Brassica napus

<400> SEQUENCE: 51

Lys Ala Ser Glu Ile Val Leu Gln Pro Ile Arg Glu Ile Ser Gly Leu
1                    5                    10                    15

Ile Lys Leu Pro Gly Ser Lys Ser Leu Ser Asn Arg Ile Leu Leu Leu
            20                    25                    30

Ala Ala Leu Ser Glu Gly Thr Thr Val Val Asp Asn Leu Leu Asn Ser
        35                    40                    45

Asp Asp Ile Asn Tyr Met Leu Asp Ala Leu Lys Lys Leu Gly Leu Asn
    50                    55                    60

Val Glu Arg Asp Ser Val Asn Asn Arg Ala Val Val Glu Gly Cys Gly
65                    70                    75                    80

Gly Ile Phe Pro Ala Ser Leu Asp Ser Lys Ser Asp Ile Glu Leu Tyr
                85                    90                    95

Leu Gly Asn Ala Gly Thr Ala Met Arg Pro Leu Thr Ala Ala Val Thr
            100                    105                    110

Ala Ala Gly Gly Asn Ala Ser Tyr Val Leu Asp Gly Val Pro Arg Met
        115                    120                    125

Arg Glu Arg Pro Ile Gly Asp Leu Val Val Gly Leu Lys Gln Leu Gly
    130                    135                    140

Ala Asp Val Glu Cys Thr Leu Gly Thr Asn Cys Pro Pro Val Arg Val
145                    150                    155                    160

Asn Ala Asn Gly Gly Leu Pro Gly Gly Lys Val Lys Leu Ser Gly Ser
                165                    170                    175

Ile Ser Ser Gln Tyr Leu Thr Ala Leu Leu Met Ala Ala Pro Leu Ala
            180                    185                    190

Leu Gly Asp Val Glu Ile Glu Ile Ile Asp Lys Leu Ile Ser Val Pro
        195                    200                    205
```

US RE39,247 E

**109**                                                            **110**

-continued

```
Tyr Val Glu Met Thr Leu Lys Leu Met Glu Arg Phe Gly Val Ser Ala
    210                 215                 220

Glu His Ser Asp Ser Trp Asp Arg Phe Phe Val Lys Gly Gly Gln Lys
225                 230                 235                 240

Tyr Lys Ser Pro Gly Asn Ala Tyr Val Glu Gly Asp Ala Ser Ser Ala
                245                 250                 255

Ser Tyr Phe Leu Ala Gly Ala Ala Ile Thr Gly Glu Thr Val Thr Val
            260                 265                 270

Glu Gly Cys Gly Thr Thr Ser Leu Gln Gly Asp Val Lys Phe Ala Glu
        275                 280                 285

Val Leu Glu Lys Met Gly Cys Lys Val Ser Trp Thr Glu Asn Ser Val
    290                 295                 300

Thr Val Thr Gly Pro Ser Arg Asp Ala Phe Gly Met Arg His Leu Arg
305                 310                 315                 320

Ala Val Asp Val Asn Met Asn Lys Met Pro Asp Val Ala Met Thr Leu
                325                 330                 335

Ala Val Val Ala Leu Phe Ala Asp Gly Pro Thr Thr Ile Arg Asp Val
            340                 345                 350

Ala Ser Trp Arg Val Lys Glu Thr Glu Arg Met Ile Ala Ile Cys Thr
        355                 360                 365

Glu Leu Arg Lys Leu Gly Ala Thr Val Glu Glu Gly Ser Asp Tyr Cys
    370                 375                 380

Val Ile Thr Pro Pro Ala Lys Val Lys Pro Ala Glu Ile Asp Thr Tyr
385                 390                 395                 400

Asp Asp His Arg Met Ala Met Ala Phe Ser Leu Ala Ala Cys Ala Asp
                405                 410                 415

Val Pro Val Thr Ile Lys Asp Pro Gly Cys Thr Arg Lys Thr Phe Pro
            420                 425                 430

Asp Tyr Phe Gln Val Leu Glu Ser Ile Thr Lys His
        435                 440


<210> SEQ ID NO 52
<211> LENGTH: 444
<212> TYPE: PRT
<213> ORGANISM: Arabidopsis thaliana

<400> SEQUENCE: 52

Lys Ala Ser Glu Ile Val Leu Gln Pro Ile Arg Glu Ile Ser Gly Leu
1                   5                   10                  15

Ile Lys Leu Pro Gly Ser Lys Ser Leu Ser Asn Arg Ile Leu Leu Leu
            20                  25                  30

Ala Ala Leu Ser Glu Gly Thr Thr Val Val Asp Asn Leu Leu Asn Ser
        35                  40                  45

Asp Asp Ile Asn Tyr Met Leu Asp Ala Leu Lys Arg Leu Gly Leu Asn
    50                  55                  60

Val Glu Thr Asp Ser Glu Asn Asn Arg Ala Val Val Glu Gly Cys Gly
65                  70                  75                  80

Gly Ile Phe Pro Ala Ser Ile Asp Ser Lys Ser Asp Ile Glu Leu Tyr
                85                  90                  95

Leu Gly Asn Ala Gly Thr Ala Met Arg Pro Leu Thr Ala Ala Val Thr
            100                 105                 110

Ala Ala Gly Gly Asn Ala Ser Tyr Val Leu Asp Gly Val Pro Arg Met
        115                 120                 125

Arg Glu Arg Pro Ile Gly Asp Leu Val Val Gly Leu Lys Gln Leu Gly
    130                 135                 140
```

-continued

```
Ala Asp Val Glu Cys Thr Leu Gly Thr Asn Cys Pro Pro Val Arg Val
145                 150                 155                 160

Asn Ala Asn Gly Gly Leu Pro Gly Gly Lys Val Lys Leu Ser Gly Ser
                165                 170                 175

Ile Ser Ser Gln Tyr Leu Thr Ala Leu Leu Met Ser Ala Pro Leu Ala
            180                 185                 190

Leu Gly Asp Val Glu Ile Glu Ile Val Asp Lys Leu Ile Ser Val Pro
        195                 200                 205

Tyr Val Glu Met Thr Leu Lys Leu Met Glu Arg Phe Gly Val Ser Val
    210                 215                 220

Glu His Ser Asp Ser Trp Asp Arg Phe Phe Val Lys Gly Gly Gln Lys
225                 230                 235                 240

Tyr Lys Ser Pro Gly Asn Ala Tyr Val Glu Gly Asp Ala Ser Ser Ala
                245                 250                 255

Cys Tyr Phe Leu Ala Gly Ala Ala Ile Thr Gly Glu Thr Val Thr Val
            260                 265                 270

Glu Gly Cys Gly Thr Thr Ser Leu Gln Gly Asp Val Lys Phe Ala Glu
        275                 280                 285

Val Leu Glu Lys Met Gly Cys Lys Val Ser Trp Thr Glu Asn Ser Val
    290                 295                 300

Thr Val Thr Gly Pro Pro Arg Asp Ala Phe Gly Met Arg His Leu Arg
305                 310                 315                 320

Ala Ile Asp Val Asn Met Asn Lys Met Pro Asp Val Ala Met Thr Leu
                325                 330                 335

Ala Val Val Ala Leu Phe Ala Asp Gly Pro Thr Thr Ile Arg Asp Val
            340                 345                 350

Ala Ser Trp Arg Val Lys Glu Thr Glu Arg Met Ile Ala Ile Cys Thr
        355                 360                 365

Glu Leu Arg Lys Leu Gly Ala Thr Val Glu Glu Gly Ser Asp Tyr Cys
    370                 375                 380

Val Ile Thr Pro Pro Lys Lys Val Lys Thr Ala Glu Ile Asp Thr Tyr
385                 390                 395                 400

Asp Asp His Arg Met Ala Met Ala Phe Ser Leu Ala Ala Cys Ala Asp
                405                 410                 415

Val Pro Ile Thr Ile Asn Asp Ser Gly Cys Thr Arg Lys Thr Phe Pro
            420                 425                 430

Asp Tyr Phe Gln Val Leu Glu Arg Ile Thr Lys His
        435                 440


<210> SEQ ID NO 53
<211> LENGTH: 444
<212> TYPE: PRT
<213> ORGANISM: Nicotiana tabacum

<400> SEQUENCE: 53

Lys Pro Asn Glu Ile Val Leu Gln Pro Ile Lys Asp Ile Ser Gly Thr
1                   5                   10                  15

Val Lys Leu Pro Gly Ser Lys Ser Leu Ser Asn Arg Ile Leu Leu Leu
                20                  25                  30

Ala Ala Leu Ser Lys Gly Arg Thr Val Val Asp Asn Leu Leu Ser Ser
        35                  40                  45

Asp Asp Ile His Tyr Met Leu Gly Ala Leu Lys Thr Leu Gly Leu His
    50                  55                  60

Val Glu Asp Asp Asn Glu Asn Gln Arg Ala Ile Val Glu Gly Cys Gly
```

-continued

```
65                    70                    75                    80

Gly Gln Phe Pro Val Gly Lys Lys Ser Glu Glu Glu Ile Gln Leu Phe
                85                    90                    95

Leu Gly Asn Ala Gly Thr Ala Met Arg Pro Leu Thr Ala Ala Val Thr
            100                   105                   110

Val Ala Gly Gly His Ser Arg Tyr Val Leu Asp Gly Val Pro Arg Met
        115                   120                   125

Arg Glu Arg Pro Ile Gly Asp Leu Val Asp Gly Leu Lys Gln Leu Gly
    130                   135                   140

Ala Glu Val Asp Cys Phe Leu Gly Thr Asn Cys Pro Pro Val Arg Ile
145                   150                   155                   160

Val Ser Lys Gly Gly Leu Pro Gly Gly Lys Val Lys Leu Ser Gly Ser
                165                   170                   175

Ile Ser Ser Gln Tyr Leu Thr Ala Leu Leu Met Ala Ala Pro Leu Ala
            180                   185                   190

Leu Gly Asp Val Glu Ile Glu Ile Ile Asp Lys Leu Ile Ser Val Pro
        195                   200                   205

Tyr Val Glu Met Thr Leu Lys Leu Met Glu Arg Phe Gly Val Ser Val
    210                   215                   220

Glu His Thr Ser Ser Trp Asp Lys Phe Leu Val Arg Gly Gly Gln Lys
225                   230                   235                   240

Tyr Lys Ser Pro Gly Lys Ala Tyr Val Glu Gly Asp Ala Ser Ser Ala
                245                   250                   255

Ser Tyr Phe Leu Ala Gly Ala Ala Val Thr Gly Gly Thr Val Thr Val
            260                   265                   270

Glu Gly Cys Gly Thr Ser Ser Leu Gln Gly Asp Val Lys Phe Ala Glu
        275                   280                   285

Val Leu Glu Lys Met Gly Ala Glu Val Thr Trp Thr Glu Asn Ser Val
    290                   295                   300

Thr Val Lys Gly Pro Pro Arg Asn Ser Ser Gly Met Lys His Leu Arg
305                   310                   315                   320

Ala Val Asp Val Asn Met Asn Lys Met Pro Asp Val Ala Met Thr Leu
                325                   330                   335

Ala Val Val Ala Leu Phe Ala Asp Gly Pro Thr Ala Ile Arg Asp Val
            340                   345                   350

Ala Ser Trp Arg Val Lys Glu Thr Glu Arg Met Ile Ala Ile Cys Thr
        355                   360                   365

Glu Leu Arg Lys Leu Gly Ala Thr Val Val Glu Gly Ser Asp Tyr Cys
    370                   375                   380

Ile Ile Thr Pro Pro Glu Lys Leu Asn Val Thr Glu Ile Asp Thr Tyr
385                   390                   395                   400

Asp Asp His Arg Met Ala Met Ala Phe Ser Leu Ala Ala Cys Ala Asp
                405                   410                   415

Val Pro Val Thr Ile Lys Asp Pro Gly Cys Thr Arg Lys Thr Phe Pro
            420                   425                   430

Asn Tyr Phe Asp Val Leu Gln Gln Tyr Ser Lys His
        435                   440
```

```
<210> SEQ ID NO 54
<211> LENGTH: 444
<212> TYPE: PRT
<213> ORGANISM: Lycopersicon esculentum
<220> FEATURE:
<221> NAME/KEY: UNSURE
<222> LOCATION: (1)..(444)
```

US RE39,247 E

**115**                                                                                    **116**

-continued

```
<223> OTHER INFORMATION: Xaa = any

<400> SEQUENCE: 54

Lys Pro His Glu Ile Val Leu Xaa Pro Ile Lys Asp Ile Ser Gly Thr
1               5                   10                  15

Val Lys Leu Pro Gly Ser Lys Ser Leu Ser Asn Arg Ile Leu Leu Leu
            20                  25                  30

Ala Ala Leu Ser Glu Gly Arg Thr Val Val Asp Asn Leu Leu Ser Ser
        35                  40                  45

Asp Asp Ile His Tyr Met Leu Gly Ala Leu Lys Thr Leu Gly Leu His
    50                  55                  60

Val Glu Asp Asp Asn Glu Asn Gln Arg Ala Ile Val Glu Gly Cys Gly
65                  70                  75                  80

Gly Gln Phe Pro Val Gly Lys Lys Ser Glu Glu Glu Ile Gln Leu Phe
                85                  90                  95

Leu Gly Asn Ala Gly Thr Ala Met Arg Pro Leu Thr Ala Ala Val Thr
            100                 105                 110

Val Ala Gly Gly His Ser Arg Tyr Val Leu Asp Gly Val Pro Arg Met
        115                 120                 125

Arg Glu Arg Pro Ile Gly Asp Leu Val Asp Gly Leu Lys Gln Leu Gly
    130                 135                 140

Ala Glu Val Asp Cys Ser Leu Gly Thr Asn Cys Pro Pro Val Arg Ile
145                 150                 155                 160

Val Ser Lys Gly Gly Leu Pro Gly Gly Lys Val Lys Leu Ser Gly Ser
                165                 170                 175

Ile Ser Ser Gln Tyr Leu Thr Ala Leu Leu Met Ala Ala Pro Leu Ala
            180                 185                 190

Leu Gly Asp Val Glu Ile Glu Ile Ile Asp Lys Leu Ile Ser Val Pro
        195                 200                 205

Tyr Val Glu Met Thr Leu Lys Leu Met Glu Arg Phe Gly Val Phe Val
    210                 215                 220

Glu His Ser Ser Gly Trp Asp Arg Phe Leu Val Lys Gly Gly Gln Lys
225                 230                 235                 240

Tyr Lys Ser Pro Gly Lys Ala Phe Val Glu Gly Asp Ala Ser Ser Ala
                245                 250                 255

Ser Tyr Phe Leu Ala Gly Ala Ala Val Thr Gly Gly Thr Val Thr Val
            260                 265                 270

Glu Gly Cys Gly Thr Ser Ser Leu Gln Gly Asp Val Lys Phe Ala Glu
        275                 280                 285

Val Leu Glu Lys Met Gly Ala Glu Val Thr Trp Thr Glu Asn Ser Val
    290                 295                 300

Thr Val Lys Gly Pro Pro Arg Asn Ser Ser Gly Met Lys His Leu Arg
305                 310                 315                 320

Ala Ile Asp Val Asn Met Asn Lys Met Pro Asp Val Ala Met Thr Leu
                325                 330                 335

Ala Val Val Ala Leu Phe Ala Asp Gly Pro Thr Thr Ile Arg Asp Val
            340                 345                 350

Ala Ser Trp Arg Val Lys Glu Thr Glu Arg Met Ile Ala Ile Cys Thr
        355                 360                 365

Glu Leu Arg Lys Leu Gly Ala Thr Val Val Glu Gly Ser Asp Tyr Cys
    370                 375                 380

Ile Ile Thr Pro Pro Glu Lys Leu Asn Val Thr Glu Ile Asp Thr Tyr
385                 390                 395                 400
```

-continued

```
Asp Asp His Arg Met Ala Met Ala Phe Ser Leu Ala Ala Cys Ala Asp
            405                     410                     415

Val Pro Val Thr Ile Lys Asn Pro Gly Cys Thr Arg Lys Thr Phe Pro
            420                     425                     430

Asp Tyr Phe Glu Val Leu Gln Lys Tyr Ser Lys His
        435                     440


<210> SEQ ID NO 55
<211> LENGTH: 444
<212> TYPE: PRT
<213> ORGANISM: Petunia x hybrida

<400> SEQUENCE: 55

Lys Pro Ser Glu Ile Val Leu Gln Pro Ile Lys Glu Ile Ser Gly Thr
1                   5                   10                  15

Val Lys Leu Pro Gly Ser Lys Ser Leu Ser Asn Arg Ile Leu Leu Leu
            20                      25                      30

Ala Ala Leu Ser Glu Gly Thr Thr Val Val Asp Asn Leu Leu Ser Ser
        35                      40                      45

Asp Asp Ile His Tyr Met Leu Gly Ala Leu Lys Thr Leu Gly Leu His
    50                      55                      60

Val Glu Glu Asp Ser Ala Asn Gln Arg Ala Val Val Glu Gly Cys Gly
65                      70                      75                  80

Gly Leu Phe Pro Val Gly Lys Glu Ser Lys Glu Glu Ile Gln Leu Phe
                85                      90                      95

Leu Gly Asn Ala Gly Thr Ala Met Arg Pro Leu Thr Ala Ala Val Thr
            100                     105                     110

Val Ala Gly Gly Asn Ser Arg Tyr Val Leu Asp Gly Val Pro Arg Met
        115                     120                     125

Arg Glu Arg Pro Ile Ser Asp Leu Val Asp Gly Leu Lys Gln Leu Gly
    130                     135                     140

Ala Glu Val Asp Cys Phe Leu Gly Thr Lys Cys Pro Pro Val Arg Ile
145                     150                     155                 160

Val Ser Lys Gly Gly Leu Pro Gly Gly Lys Val Lys Leu Ser Gly Ser
                165                     170                     175

Ile Ser Ser Gln Tyr Leu Thr Ala Leu Leu Met Ala Ala Pro Leu Ala
            180                     185                     190

Leu Gly Asp Val Glu Ile Glu Ile Ile Asp Lys Leu Ile Ser Val Pro
        195                     200                     205

Tyr Val Glu Met Thr Leu Lys Leu Met Glu Arg Phe Gly Ile Ser Val
    210                     215                     220

Glu His Ser Ser Ser Trp Asp Arg Phe Phe Val Arg Gly Gly Gln Lys
225                     230                     235                 240

Tyr Lys Ser Pro Gly Lys Ala Phe Val Glu Gly Asp Ala Ser Ser Ala
                245                     250                     255

Ser Tyr Phe Leu Ala Gly Ala Ala Val Thr Gly Gly Thr Ile Thr Val
            260                     265                     270

Glu Gly Cys Gly Thr Asn Ser Leu Gln Gly Asp Val Lys Phe Ala Glu
        275                     280                     285

Val Leu Glu Lys Met Gly Ala Glu Val Thr Trp Thr Glu Asn Ser Val
    290                     295                     300

Thr Val Lys Gly Pro Pro Arg Ser Ser Ser Gly Arg Lys His Leu Arg
305                     310                     315                 320

Ala Ile Asp Val Asn Met Asn Lys Met Pro Asp Val Ala Met Thr Leu
                325                     330                     335
```

-continued

```
Ala Val Val Ala Leu Tyr Ala Asp Gly Pro Thr Ala Ile Arg Asp Val
            340                 345                 350

Ala Ser Trp Arg Val Lys Glu Thr Glu Arg Met Ile Ala Ile Cys Thr
        355                 360                 365

Glu Leu Arg Lys Leu Gly Ala Thr Val Glu Glu Gly Pro Asp Tyr Cys
    370                 375                 380

Ile Ile Thr Pro Pro Glu Lys Leu Asn Val Thr Asp Ile Asp Thr Tyr
385                 390                 395                 400

Asp Asp His Arg Met Ala Met Ala Phe Ser Leu Ala Ala Cys Ala Asp
                405                 410                 415

Val Pro Val Thr Ile Asn Asp Pro Gly Cys Thr Arg Lys Thr Phe Pro
            420                 425                 430

Asn Tyr Phe Asp Val Leu Gln Gln Tyr Ser Lys His
        435                 440
```

```
<210> SEQ ID NO 56
<211> LENGTH: 444
<212> TYPE: PRT
<213> ORGANISM: Zea mays

<400> SEQUENCE: 56
```

```
Ala Gly Ala Glu Glu Ile Val Leu Gln Pro Ile Lys Glu Ile Ser Gly
1               5                   10                  15

Thr Val Lys Leu Pro Gly Ser Lys Ser Leu Ser Asn Arg Ile Leu Leu
            20                  25                  30

Leu Ala Ala Leu Ser Glu Gly Thr Thr Val Val Asp Asn Leu Leu Asn
        35                  40                  45

Ser Glu Asp Val His Tyr Met Leu Gly Ala Leu Arg Thr Leu Gly Leu
    50                  55                  60

Ser Val Glu Ala Asp Lys Ala Ala Lys Arg Ala Val Val Val Gly Cys
65                  70                  75                  80

Gly Gly Lys Phe Pro Val Glu Asp Ala Lys Glu Glu Val Gln Leu Phe
                85                  90                  95

Leu Gly Asn Ala Gly Thr Ala Met Arg Pro Leu Thr Ala Ala Val Thr
            100                 105                 110

Ala Ala Gly Gly Asn Ala Thr Tyr Val Leu Asp Gly Val Pro Arg Met
        115                 120                 125

Arg Glu Arg Pro Ile Gly Asp Leu Val Val Gly Leu Lys Gln Leu Gly
    130                 135                 140

Ala Asp Val Asp Cys Phe Leu Gly Thr Asp Cys Pro Pro Val Arg Val
145                 150                 155                 160

Asn Gly Ile Gly Gly Leu Pro Gly Gly Lys Val Lys Leu Ser Gly Ser
                165                 170                 175

Ile Ser Ser Gln Tyr Leu Ser Ala Leu Leu Met Ala Ala Pro Leu Pro
            180                 185                 190

Leu Gly Asp Val Glu Ile Glu Ile Ile Asp Lys Leu Ile Ser Ile Pro
        195                 200                 205

Tyr Val Glu Met Thr Leu Arg Leu Met Glu Arg Phe Gly Val Lys Ala
    210                 215                 220

Glu His Ser Asp Ser Trp Asp Arg Phe Tyr Ile Lys Gly Gly Gln Lys
225                 230                 235                 240

Tyr Lys Ser Pro Lys Asn Ala Tyr Val Glu Gly Asp Ala Ser Ser Ala
                245                 250                 255

Ser Tyr Phe Leu Ala Gly Ala Ala Ile Thr Gly Gly Thr Val Thr Val
```

US RE39,247 E

**121**                                                         **122**

-continued

```
              260               265               270

Glu Gly Cys Gly Thr Thr Ser Leu Gln Gly Asp Val Lys Phe Ala Glu
        275               280               285

Val Leu Glu Met Met Gly Ala Lys Val Thr Trp Thr Glu Thr Ser Val
    290               295               300

Thr Val Thr Gly Pro Pro Arg Glu Pro Phe Gly Arg Lys His Leu Lys
305               310               315               320

Ala Ile Asp Val Asn Met Asn Lys Met Pro Asp Val Ala Met Thr Leu
            325               330               335

Ala Val Val Ala Leu Phe Ala Asp Gly Pro Thr Ala Ile Arg Asp Val
        340               345               350

Ala Ser Trp Arg Val Lys Glu Thr Glu Arg Met Val Ala Ile Arg Thr
        355               360               365

Glu Leu Thr Lys Leu Gly Ala Ser Val Glu Glu Gly Pro Asp Tyr Cys
    370               375               380

Ile Ile Thr Pro Pro Glu Lys Leu Asn Val Thr Ala Ile Asp Thr Tyr
385               390               395               400

Asp Asp His Arg Met Ala Met Ala Phe Ser Leu Ala Ala Cys Ala Glu
            405               410               415

Val Pro Val Thr Ile Arg Asp Pro Gly Cys Thr Arg Lys Thr Phe Pro
        420               425               430

Asp Tyr Phe Asp Val Leu Ser Thr Phe Val Lys Asn
        435               440
```

<210> SEQ ID NO 57
<211> LENGTH: 427
<212> TYPE: PRT
<213> ORGANISM: Salmonella gallinarum

<400> SEQUENCE: 57

```
Met Glu Ser Leu Thr Leu Gln Pro Ile Ala Arg Val Asp Gly Ala Ile
1               5               10               15

Asn Leu Pro Gly Ser Lys Ser Val Ser Asn Arg Ala Leu Leu Leu Ala
            20               25               30

Ala Leu Ala Cys Gly Lys Thr Val Leu Thr Asn Leu Leu Asp Ser Asp
        35               40               45

Asp Val Arg His Met Leu Asn Ala Leu Ser Ala Leu Gly Ile Asn Tyr
    50               55               60

Thr Leu Ser Ala Asp Arg Thr Arg Cys Asp Ile Thr Gly Asn Gly Gly
65               70               75               80

Pro Leu Arg Ala Pro Gly Ala Leu Glu Leu Phe Leu Gly Asn Ala Gly
            85               90               95

Thr Ala Met Arg Pro Leu Ala Ala Ala Leu Cys Leu Gly Gln Asn Glu
        100               105               110

Ile Val Leu Thr Gly Glu Pro Arg Met Lys Glu Arg Pro Ile Gly His
        115               120               125

Leu Val Asp Ser Leu Arg Gln Gly Gly Ala Asn Ile Asp Tyr Leu Glu
    130               135               140

Gln Glu Asn Tyr Pro Pro Leu Arg Leu Arg Gly Gly Phe Ile Gly Gly
145               150               155               160

Asp Ile Glu Val Asp Gly Ser Val Ser Ser Gln Phe Leu Thr Ala Leu
            165               170               175

Leu Met Thr Ala Pro Leu Ala Pro Lys Asp Thr Ile Ile Arg Val Lys
        180               185               190
```

-continued

```
Gly Glu Leu Val Ser Lys Pro Tyr Ile Asp Ile Thr Leu Asn Leu Met
    195                 200                 205

Lys Thr Phe Gly Val Glu Ile Ala Asn His His Tyr Gln Gln Phe Val
    210                 215                 220

Val Lys Gly Gly Gln Gln Tyr His Ser Pro Gly Arg Tyr Leu Val Glu
225                 230                 235                 240

Gly Asp Ala Ser Ser Ala Ser Tyr Phe Leu Ala Ala Gly Ala Ile Lys
                245                 250                 255

Gly Gly Thr Val Lys Val Thr Gly Ile Gly Arg Lys Ser Met Gln Gly
            260                 265                 270

Asp Ile Arg Phe Ala Asp Val Leu Glu Lys Met Gly Ala Thr Ile Thr
        275                 280                 285

Trp Gly Asp Asp Phe Ile Ala Cys Thr Arg Gly Glu Leu His Ala Ile
    290                 295                 300

Asp Met Asp Met Asn His Ile Pro Asp Ala Ala Met Thr Ile Ala Thr
305                 310                 315                 320

Thr Ala Leu Phe Ala Lys Gly Thr Thr Thr Leu Arg Asn Ile Tyr Asn
                325                 330                 335

Trp Arg Val Lys Glu Thr Asp Arg Leu Phe Ala Met Ala Thr Glu Leu
            340                 345                 350

Arg Lys Val Gly Ala Glu Val Glu Glu Gly His Asp Tyr Ile Arg Ile
        355                 360                 365

Thr Pro Pro Ala Lys Leu Gln His Ala Asp Ile Gly Thr Tyr Asn Asp
    370                 375                 380

His Arg Met Ala Met Cys Phe Ser Leu Val Ala Leu Ser Asp Thr Pro
385                 390                 395                 400

Val Thr Ile Leu Asp Pro Lys Cys Thr Ala Lys Thr Phe Pro Asp Tyr
                405                 410                 415

Phe Glu Gln Leu Ala Arg Met Ser Thr Pro Ala
            420                 425
```

```
<210> SEQ ID NO 58
<211> LENGTH: 427
<212> TYPE: PRT
<213> ORGANISM: Salmonella typhimurium

<400> SEQUENCE: 58
```

```
Met Glu Ser Leu Thr Leu Gln Pro Ile Ala Arg Val Asp Gly Ala Ile
1                 5                 10                 15

Asn Leu Pro Gly Ser Lys Ser Val Ser Asn Arg Ala Leu Leu Leu Ala
            20                 25                 30

Ala Leu Ala Cys Gly Lys Thr Val Leu Thr Asn Leu Leu Asp Ser Asp
        35                 40                 45

Asp Val Arg His Met Leu Asn Ala Leu Ser Ala Leu Gly Ile Asn Tyr
    50                 55                 60

Thr Leu Ser Ala Asp Arg Thr Arg Cys Asp Ile Thr Gly Asn Gly Gly
65                 70                 75                 80

Pro Leu Arg Ala Ser Gly Thr Leu Glu Leu Phe Leu Gly Asn Ala Gly
                85                 90                 95

Thr Ala Met Arg Pro Leu Ala Ala Ala Leu Cys Leu Gly Gln Asn Glu
            100                 105                 110

Ile Val Leu Thr Gly Glu Pro Arg Met Lys Glu Arg Pro Ile Gly His
        115                 120                 125

Leu Val Asp Ser Leu Arg Gln Gly Gly Ala Asn Ile Asp Tyr Leu Glu
    130                 135                 140
```

-continued

```
Gln Glu Asn Tyr Pro Pro Leu Arg Leu Arg Gly Gly Phe Ile Gly Gly
145                 150                 155                 160

Asp Ile Glu Val Asp Gly Ser Val Ser Ser Gln Phe Leu Thr Ala Leu
                165                 170                 175

Leu Met Thr Ala Pro Leu Ala Pro Glu Asp Thr Ile Ile Arg Val Lys
            180                 185                 190

Gly Glu Leu Val Ser Lys Pro Tyr Ile Asp Ile Thr Leu Asn Leu Met
        195                 200                 205

Lys Thr Phe Gly Val Glu Ile Ala Asn His His Tyr Gln Gln Phe Val
    210                 215                 220

Val Lys Gly Gly Gln Gln Tyr His Ser Pro Gly Arg Tyr Leu Val Glu
225                 230                 235                 240

Gly Asp Ala Ser Ser Ala Ser Tyr Phe Leu Ala Ala Gly Gly Ile Lys
                245                 250                 255

Gly Gly Thr Val Lys Val Thr Gly Ile Gly Gly Lys Ser Met Gln Gly
            260                 265                 270

Asp Ile Arg Phe Ala Asp Val Leu His Lys Met Gly Ala Thr Ile Thr
        275                 280                 285

Trp Gly Asp Asp Phe Ile Ala Cys Thr Arg Gly Glu Leu His Ala Ile
    290                 295                 300

Asp Met Asp Met Asn His Ile Pro Asp Ala Ala Met Thr Ile Ala Thr
305                 310                 315                 320

Thr Ala Leu Phe Ala Lys Gly Thr Thr Thr Leu Arg Asn Ile Tyr Asn
                325                 330                 335

Trp Arg Val Lys Glu Thr Asp Arg Leu Phe Ala Met Ala Thr Glu Leu
            340                 345                 350

Arg Lys Val Gly Ala Glu Val Glu Glu Gly His Asp Tyr Ile Arg Ile
        355                 360                 365

Thr Pro Pro Ala Lys Leu Gln His Ala Asp Ile Gly Thr Tyr Asn Asp
    370                 375                 380

His Arg Met Ala Met Cys Phe Ser Leu Val Ala Leu Ser Asp Thr Pro
385                 390                 395                 400

Val Thr Ile Leu Asp Pro Lys Cys Thr Ala Lys Thr Phe Pro Asp Tyr
                405                 410                 415

Phe Glu Gln Leu Ala Arg Met Ser Thr Pro Ala
            420                 425


<210> SEQ ID NO 59
<211> LENGTH: 427
<212> TYPE: PRT
<213> ORGANISM: Klebsiella pneumoniae

<400> SEQUENCE: 59

Met Glu Ser Leu Thr Leu Gln Pro Ile Ala Arg Val Asp Gly Thr Val
1               5                   10                  15

Asn Leu Pro Gly Ser Lys Ser Val Ser Ser Arg Ala Leu Leu Leu Ala
            20                  25                  30

Ala Leu Ala Arg Gly Thr Thr Val Leu Thr Asn Leu Leu Asp Ser Asp
        35                  40                  45

Asp Val Arg His Met Leu Asn Ala Leu Ser Ala Leu Gly Val His Tyr
    50                  55                  60

Val Leu Ser Ser Asp Arg Thr Arg Cys Glu Ile Val Thr Gly Thr Gly
65                  70                  75                  80

Pro Leu Gln Ala Gly Ser Ala Leu Glu Leu Phe Leu Gly Asn Ala Gly
```

US RE39,247 E

**127**                                                                  **128**

-continued

```
              85                    90                    95

Thr Ala Met Arg Pro Leu Ala Ala Ala Leu Cys Leu Gly Ser Asn Asp
            100                   105                   110

Ile Val Leu Thr Gly Glu Pro Arg Met Lys Glu Arg Pro Ile Gly His
        115                   120                   125

Leu Val Asp Ala Leu Arg Gln Gly Gly Ala Gln Ile Asp Tyr Leu Glu
    130                   135                   140

Gln Glu Asn Tyr Pro Pro Leu Arg Leu Arg Gly Gly Phe Thr Gly Gly
145                   150                   155                   160

Asp Val Glu Val Asp Gly Ser Val Ser Ser Gln Phe Leu Thr Ala Leu
                165                   170                   175

Leu Met Ala Ser Pro Leu Ala Pro Gln Asp Thr Val Ile Ala Ile Lys
            180                   185                   190

Gly Glu Leu Val Ser Arg Pro Tyr Ile Asp Ile Thr Leu His Leu Met
        195                   200                   205

Lys Thr Phe Gly Val Glu Val Gln Asn Gln Ala Tyr Gln Arg Phe Ile
    210                   215                   220

Val Arg Gly Asn Gln Gln Tyr Gln Ser Pro Gly Asp Tyr Leu Val Glu
225                   230                   235                   240

Gly Asp Ala Ser Ser Ala Ser Tyr Phe Leu Ala Ala Gly Ala Ile Lys
                245                   250                   255

Gly Gly Thr Val Lys Val Thr Gly Ile Gly Arg Asn Ser Val Gln Gly
            260                   265                   270

Asp Ile Arg Phe Ala Asp Val Leu Glu Lys Met Gly Ala Thr Val Thr
        275                   280                   285

Trp Gly Glu Asp Tyr Ile Ala Cys Thr Arg Gly Glu Leu Asn Ala Ile
    290                   295                   300

Asp Met Asp Met Asn His Ile Pro Asp Ala Ala Met Thr Ile Ala Thr
305                   310                   315                   320

Ala Ala Leu Phe Ala Arg Gly Thr Thr Thr Leu Arg Asn Ile Tyr Asn
                325                   330                   335

Trp Arg Val Lys Glu Thr Asp Arg Leu Phe Ala Met Ala Thr Glu Leu
            340                   345                   350

Arg Lys Val Gly Ala Glu Val Glu Glu Gly Glu Asp Tyr Ile Arg Ile
        355                   360                   365

Thr Pro Pro Leu Thr Leu Gln Phe Ala Glu Ile Gly Thr Tyr Asn Asp
    370                   375                   380

His Arg Met Ala Met Cys Phe Ser Leu Val Ala Leu Ser Asp Thr Pro
385                   390                   395                   400

Val Thr Ile Leu Asp Pro Lys Cys Thr Ala Lys Thr Phe Pro Asp Tyr
                405                   410                   415

Phe Gly Gln Leu Ala Arg Ile Ser Thr Leu Ala
            420                   425
```

<210> SEQ ID NO 60
<211> LENGTH: 427
<212> TYPE: PRT
<213> ORGANISM: Yersinia enterocolitica

<400> SEQUENCE: 60

```
Met Leu Glu Ser Leu Thr Leu His Pro Ile Ala Leu Ile Asn Gly Thr
1               5                    10                    15

Val Asn Leu Pro Gly Ser Lys Ser Val Ser Asn Arg Ala Leu Leu Leu
            20                    25                    30
```

-continued

```
Ala Ala Leu Ala Glu Gly Thr Thr Gln Leu Asn Asn Leu Leu Asp Ser
        35                  40                  45

Asp Asp Ile Arg His Met Leu Asn Ala Leu Gln Ala Leu Gly Val Lys
    50                  55                  60

Tyr Arg Leu Ser Ala Asp Arg Thr Arg Cys Glu Val Asp Gly Leu Gly
65                  70                  75                  80

Gly Lys Leu Val Ala Glu Gln Pro Leu Glu Leu Phe Leu Gly Asn Ala
            85                  90                  95

Gly Thr Ala Met Arg Pro Leu Ala Ala Ala Leu Cys Leu Gly Lys Asn
        100                 105                 110

Asp Ile Val Leu Thr Gly Glu Pro Arg Met Lys Glu Arg Pro Ile Gly
    115                 120                 125

His Leu Val Asp Ala Leu Arg Gln Gly Gly Ala Gln Ile Asp Tyr Leu
    130                 135                 140

Glu Gln Glu Asn Tyr Arg Arg Cys Ile Ala Gly Gly Phe Arg Gly Gly
145                 150                 155                 160

Lys Leu Thr Val Asp Gly Ser Val Ser Ser Gln Phe Leu Thr Ala Leu
            165                 170                 175

Leu Met Thr Ala Pro Leu Ala Glu Gln Asp Thr Glu Ile Gln Ile Gln
        180                 185                 190

Gly Glu Leu Val Ser Lys Pro Tyr Ile Asp Ile Thr Leu His Leu Met
    195                 200                 205

Lys Ala Phe Gly Val Asp Val Val His Glu Asn Tyr Gln Ile Phe His
    210                 215                 220

Ile Lys Gly Gly Gln Thr Tyr Arg Ser Pro Gly Ile Tyr Leu Val Glu
225                 230                 235                 240

Gly Asp Ala Ser Ser Ala Ser Tyr Phe Leu Ala Ala Ala Ala Ile Lys
            245                 250                 255

Gly Gly Thr Val Arg Val Thr Gly Ile Gly Lys Gln Ser Val Gln Gly
        260                 265                 270

Asp Thr Lys Phe Ala Asp Val Leu Glu Lys Met Gly Ala Lys Ile Ser
        275                 280                 285

Trp Gly Asp Asp Tyr Ile Glu Cys Ser Arg Gly Glu Leu Gln Gly Ile
    290                 295                 300

Asp Met Asp Met Asn His Ile Pro Asp Ala Ala Met Thr Ile Ala Thr
305                 310                 315                 320

Thr Ala Leu Phe Ala Asp Gly Pro Thr Val Ile Arg Asn Ile Tyr Asn
            325                 330                 335

Trp Arg Val Lys Glu Thr Asp Arg Leu Ser Ala Met Ala Thr Glu Leu
        340                 345                 350

Arg Lys Val Gly Ala Glu Val Glu Glu Gly Gln Asp Tyr Ile Arg Val
    355                 360                 365

Val Pro Pro Ala Gln Leu Ile Ala Ala Glu Ile Gly Thr Tyr Asn Asp
    370                 375                 380

His Arg Met Ala Met Cys Phe Ser Leu Val Ala Leu Ser Asp Thr Pro
385                 390                 395                 400

Val Thr Ile Leu Asp Pro Lys Cys Thr Ala Lys Thr Phe Pro Asp Tyr
            405                 410                 415

Phe Glu Gln Leu Ala Arg Leu Ser Gln Ile Ala
            420                 425
```

```
<210> SEQ ID NO 61
<211> LENGTH: 432
<212> TYPE: PRT
```

-continued

```
<213> ORGANISM: Haemophilus influenzae

<400> SEQUENCE: 61

Met Glu Lys Ile Thr Leu Ala Pro Ile Ser Ala Val Glu Gly Thr Ile
1               5                   10                  15

Asn Leu Pro Gly Ser Lys Ser Leu Ser Asn Arg Ala Leu Leu Leu Ala
            20                  25                  30

Ala Leu Ala Lys Gly Thr Thr Lys Val Thr Asn Leu Leu Asp Ser Asp
        35                  40                  45

Asp Ile Arg His Met Leu Asn Ala Leu Lys Ala Leu Gly Val Arg Tyr
    50                  55                  60

Gln Leu Ser Asp Asp Lys Thr Ile Cys Glu Ile Glu Gly Leu Gly Gly
65                  70                  75                  80

Ala Phe Asn Ile Gln Asp Asn Leu Ser Leu Phe Leu Gly Asn Ala Gly
            85                  90                  95

Thr Ala Met Arg Pro Leu Thr Ala Ala Leu Cys Leu Lys Ser Gly Asn His
        100                 105                 110

Glu Val Glu Ile Ile Leu Thr Gly Glu Pro Arg Met Lys Glu Arg Pro
    115                 120                 125

Ile Leu His Leu Val Asp Ala Leu Arg Gln Ala Gly Ala Asp Ile Arg
    130                 135                 140

Tyr Leu Glu Asn Glu Gly Tyr Pro Pro Leu Ala Ile Arg Asn Lys Gly
145                 150                 155                 160

Ile Lys Gly Gly Lys Val Lys Ile Asp Gly Ser Ile Ser Ser Gln Phe
            165                 170                 175

Leu Thr Ala Leu Leu Met Ser Ala Pro Leu Ala Glu Asn Asp Thr Glu
            180                 185                 190

Ile Glu Ile Ile Gly Glu Leu Val Ser Lys Pro Tyr Ile Asp Ile Thr
    195                 200                 205

Leu Ala Met Met Arg Asp Phe Gly Val Lys Val Glu Asn His His Tyr
    210                 215                 220

Gln Lys Phe Gln Val Lys Gly Asn Gln Ser Tyr Ile Ser Pro Asn Lys
225                 230                 235                 240

Tyr Leu Val Glu Gly Asp Ala Ser Ser Ala Ser Tyr Phe Leu Ala Ala
            245                 250                 255

Gly Ala Ile Lys Gly Lys Val Lys Val Thr Gly Ile Gly Lys Asn Ser
            260                 265                 270

Ile Gln Gly Asp Arg Leu Phe Ala Asp Val Leu Glu Lys Met Gly Ala
        275                 280                 285

Lys Ile Thr Trp Gly Glu Asp Phe Ile Gln Ala Glu His Ala Glu Leu
    290                 295                 300

Asn Gly Ile Asp Met Asp Met Asn His Ile Pro Asp Ala Ala Met Thr
305                 310                 315                 320

Ile Ala Thr Thr Ala Leu Phe Ser Asn Gly Glu Thr Val Ile Arg Asn
            325                 330                 335

Ile Tyr Asn Trp Arg Val Lys Glu Thr Asp Arg Leu Thr Ala Met Ala
            340                 345                 350

Thr Glu Leu Arg Lys Val Gly Ala Glu Val Glu Glu Gly Glu Asp Phe
        355                 360                 365

Ile Arg Ile Gln Pro Leu Ala Leu Asn Gln Phe Lys His Ala Asn Ile
    370                 375                 380

Glu Thr Tyr Asn Asp His Arg Met Ala Met Cys Phe Ser Leu Ile Ala
385                 390                 395                 400
```

-continued

```
Leu Ser Asn Thr Pro Val Thr Ile Leu Asp Pro Lys Cys Thr Ala Lys
            405                 410                 415

Thr Phe Pro Thr Phe Phe Asn Glu Phe Glu Lys Ile Cys Leu Lys Asn
        420                 425                 430


<210> SEQ ID NO 62
<211> LENGTH: 441
<212> TYPE: PRT
<213> ORGANISM: Pasteurella multocida

<400> SEQUENCE: 62

Val Ile Lys Asp Ala Thr Ala Ile Thr Leu Asn Pro Ile Ser Tyr Ile
1           5                   10                  15

Glu Gly Glu Val Arg Leu Pro Gly Ser Lys Ser Leu Ser Asn Arg Ala
            20                  25                  30

Leu Leu Leu Ser Ala Leu Ala Lys Gly Lys Thr Thr Leu Thr Asn Leu
        35                  40                  45

Leu Asp Ser Asp Asp Val Arg His Met Leu Asn Ala Leu Lys Glu Leu
    50                  55                  60

Gly Val Thr Tyr Gln Leu Ser Glu Asp Lys Ser Val Cys Glu Ile Glu
65                  70                  75                  80

Gly Leu Gly Arg Ala Phe Glu Trp Gln Ser Gly Leu Ala Leu Phe Leu
                85                  90                  95

Gly Asn Ala Gly Thr Ala Met Arg Pro Leu Thr Ala Ala Leu Cys Leu
            100                 105                 110

Ser Thr Pro Asn Arg Glu Gly Lys Asn Glu Ile Val Leu Thr Gly Glu
        115                 120                 125

Pro Arg Met Lys Glu Arg Pro Ile Gln His Leu Val Asp Ala Leu Cys
    130                 135                 140

Gln Ala Gly Ala Glu Ile Gln Tyr Leu Glu Gln Glu Gly Tyr Pro Pro
145                 150                 155                 160

Ile Ala Ile Arg Asn Thr Gly Leu Lys Gly Gly Arg Ile Gln Ile Asp
                165                 170                 175

Gly Ser Val Ser Ser Gln Phe Leu Thr Ala Leu Leu Met Ala Ala Pro
            180                 185                 190

Met Ala Glu Ala Asp Thr Glu Ile Glu Ile Ile Gly Glu Leu Val Ser
        195                 200                 205

Lys Pro Tyr Ile Asp Ile Thr Leu Lys Met Met Gln Thr Phe Gly Val
    210                 215                 220

Glu Val Glu Asn Gln Ala Tyr Gln Arg Phe Leu Val Lys Gly His Gln
225                 230                 235                 240

Gln Tyr Gln Ser Pro His Arg Phe Leu Val Glu Gly Asp Ala Ser Ser
                245                 250                 255

Ala Ser Tyr Phe Leu Ala Ala Ala Ala Ile Glu Lys Gly Lys Val Lys Val
            260                 265                 270

Thr Gly Val Gly Lys Asn Ser Ile Gln Gly Asp Arg Leu Phe Ala Asp
        275                 280                 285

Val Leu Glu Lys Met Gly Ala His Ile Thr Trp Gly Asp Asp Phe Ile
    290                 295                 300

Gln Val Glu Lys Gly Asn Leu Lys Gly Ile Asp Met Asp Met Asn His
305                 310                 315                 320

Ile Pro Asp Ala Ala Met Thr Ile Ala Thr Thr Ala Leu Phe Ala Glu
                325                 330                 335

Gly Glu Thr Val Ile Arg Asn Ile Tyr Asn Trp Arg Val Lys Glu Thr
            340                 345                 350
```

US RE39,247 E

**135**                                                    **136**

-continued

```
Asp Arg Leu Thr Ala Met Ala Thr Glu Leu Arg Lys Val Gly Ala Glu
        355                 360                 365

Val Glu Glu Gly Glu Asp Phe Ile Arg Ile Gln Pro Leu Asn Leu Ala
    370                 375                 380

Gln Phe Gln His Ala Glu Leu Asn Ile His Asp His Arg Met Ala Met
385                 390                 395                 400

Cys Phe Ala Leu Ile Ala Leu Ser Lys Thr Ser Val Thr Ile Leu Asp
                405                 410                 415

Pro Ser Cys Thr Ala Lys Thr Phe Pro Thr Phe Leu Ile Leu Phe Thr
            420                 425                 430

Leu Asn Thr Arg Glu Val Ala Tyr Arg
        435                 440


<210> SEQ ID NO 63
<211> LENGTH: 426
<212> TYPE: PRT
<213> ORGANISM: Aeromonas salmonicida

<400> SEQUENCE: 63

Asn Ser Leu Arg Leu Glu Pro Ile Ser Arg Val Ala Gly Glu Val Asn
1               5                   10                  15

Leu Pro Gly Ser Lys Ser Val Ser Asn Arg Ala Leu Leu Leu Ala Ala
            20                  25                  30

Leu Ala Arg Gly Thr Thr Arg Leu Thr Asn Leu Leu Asp Ser Asp Asp
        35                  40                  45

Ile Arg His Met Leu Ala Ala Leu Thr Gln Leu Gly Val Lys Tyr Lys
    50                  55                  60

Leu Ser Ala Asp Lys Thr Glu Cys Thr Val His Gly Leu Gly Arg Ser
65                  70                  75                  80

Phe Ala Val Ser Ala Pro Val Asn Leu Phe Leu Gly Asn Ala Gly Thr
                85                  90                  95

Ala Met Arg Pro Leu Cys Ala Ala Leu Cys Leu Gly Ser Gly Glu Tyr
            100                 105                 110

Met Leu Gly Gly Glu Pro Arg Met Glu Glu Arg Pro Ile Gly His Leu
        115                 120                 125

Val Asp Cys Leu Ala Leu Lys Gly Ala His Ile Gln Tyr Leu Lys Lys
    130                 135                 140

Asp Gly Tyr Pro Pro Leu Val Val Asp Ala Lys Gly Leu Trp Gly Gly
145                 150                 155                 160

Asp Val His Val Asp Gly Ser Val Ser Ser Gln Phe Leu Thr Ala Phe
                165                 170                 175

Leu Met Ala Ala Pro Ala Met Ala Pro Val Ile Pro Arg Ile His Ile
            180                 185                 190

Lys Gly Glu Leu Val Ser Lys Pro Tyr Ile Asp Ile Thr Leu His Ile
        195                 200                 205

Met Asn Ser Ser Gly Val Val Ile Glu His Asp Asn Tyr Lys Leu Phe
    210                 215                 220

Tyr Ile Lys Gly Asn Gln Ser Ile Val Ser Pro Gly Asp Phe Leu Val
225                 230                 235                 240

Glu Gly Asp Ala Ser Ser Ala Ser Tyr Phe Leu Ala Ala Gly Ala Ile
                245                 250                 255

Lys Gly Lys Val Arg Val Thr Gly Ile Gly Lys His Ser Ile Gly Asp
            260                 265                 270

Ile His Phe Ala Asp Val Leu Glu Arg Met Gly Ala Arg Ile Thr Trp
```

-continued

```
        275                 280                 285

Gly Asp Asp Phe Ile Glu Ala Glu Gln Gly Pro Leu His Gly Val Asp
    290                 295                 300

Met Asp Met Asn His Ile Pro Asp Val Gly His Asp His Ser Gly Gln
305                 310                 315                 320

Ser His Cys Leu Pro Arg Val Pro Pro His Ser Gln His Leu Gln Leu
                325                 330                 335

Ala Val Arg Asp Asp Arg Cys Thr Pro Cys Thr His Gly His Arg Arg
            340                 345                 350

Ala Gln Ala Gly Val Ser Glu Gly Thr Thr Phe Ile Thr Arg Asp
        355                 360                 365

Ala Ala Asp Pro Ala Gln Ala Arg Arg Asp Arg His Leu Gln Arg Ser
    370                 375                 380

Arg Ile Ala Met Cys Phe Ser Leu Val Ala Leu Ser Asp Ile Ala Val
385                 390                 395                 400

Thr Ile Asn Asp Pro Gly Cys Thr Ser Lys Thr Phe Pro Asp Tyr Phe
                405                 410                 415

Asp Lys Leu Ala Ser Val Ser Gln Ala Val
            420                 425
```

<210> SEQ ID NO 64
<211> LENGTH: 442
<212> TYPE: PRT
<213> ORGANISM: Bacillus pertussis

<400> SEQUENCE: 64

```
Met Ser Gly Leu Ala Tyr Leu Asp Leu Pro Ala Ala Arg Leu Ala Arg
1                   5                   10                  15

Gly Glu Val Ala Leu Pro Gly Ser Lys Ser Ile Ser Asn Arg Val Leu
            20                  25                  30

Leu Leu Ala Ala Leu Ala Glu Gly Ser Thr Glu Ile Thr Gly Leu Leu
        35                  40                  45

Asp Ser Asp Asp Thr Arg Val Met Leu Ala Ala Leu Arg Gln Leu Gly
    50                  55                  60

Val Ser Val Gly Glu Val Ala Asp Gly Cys Val Thr Ile Glu Gly Val
65                  70                  75                  80

Ala Arg Phe Pro Thr Glu Gln Ala Glu Leu Phe Leu Gly Asn Ala Gly
                85                  90                  95

Thr Ala Phe Arg Pro Leu Thr Ala Ala Leu Ala Leu Met Gly Gly Asp
            100                 105                 110

Tyr Arg Leu Ser Gly Val Pro Arg Met His Glu Arg Pro Ile Gly Asp
    115                 120                 125

Leu Val Asp Ala Leu Arg Gln Phe Gly Ala Gly Ile Glu Tyr Leu Gly
    130                 135                 140

Gln Ala Gly Tyr Pro Pro Leu Arg Ile Gly Gly Gly Ser Ile Arg Val
145                 150                 155                 160

Asp Gly Pro Val Arg Val Glu Gly Ser Val Ser Ser Gln Phe Leu Thr
                165                 170                 175

Ala Leu Leu Met Ala Ala Pro Val Leu Ala Arg Arg Ser Gly Gln Asp
            180                 185                 190

Ile Thr Ile Glu Val Val Gly Glu Leu Ile Ser Lys Pro Tyr Ile Glu
    195                 200                 205

Ile Thr Leu Asn Leu Met Ala Arg Phe Gly Val Ser Val Arg Arg Asp
    210                 215                 220
```

US RE39,247 E

**139**

**140**

-continued

```
Gly Trp Arg Ala Phe Thr Ile Ala Arg Asp Ala Val Tyr Arg Gly Pro
225                 230                 235                 240

Gly Arg Met Ala Ile Glu Gly Asp Ala Ser Thr Ala Ser Tyr Phe Leu
            245                 250                 255

Ala Leu Gly Ala Ile Gly Gly Gly Pro Val Arg Val Thr Gly Val Gly
        260                 265                 270

Glu Asp Ser Ile Gln Gly Asp Val Ala Phe Ala Ala Thr Leu Ala Ala
    275                 280                 285

Met Gly Ala Asp Val Arg Tyr Gly Pro Gly Trp Ile Glu Thr Arg Gly
    290                 295                 300

Val Arg Val Ala Glu Gly Gly Arg Leu Lys Ala Phe Asp Ala Asp Phe
305                 310                 315                 320

Asn Leu Ile Pro Asp Ala Ala Met Thr Ala Ala Thr Leu Ala Leu Tyr
            325                 330                 335

Ala Asp Gly Pro Cys Arg Leu Arg Asn Ile Gly Ser Trp Arg Val Lys
        340                 345                 350

Glu Thr Asp Arg Ile His Ala Met His Thr Glu Leu Glu Lys Leu Gly
    355                 360                 365

Ala Gly Val Gln Ser Gly Ala Asp Trp Leu Glu Val Ala Pro Pro Glu
    370                 375                 380

Pro Gly Gly Trp Arg Asp Ala His Ile Gly Thr Trp Asp Asp His Arg
385                 390                 395                 400

Met Ala Met Cys Phe Leu Leu Ala Ala Phe Gly Pro Ala Ala Val Arg
            405                 410                 415

Ile Leu Asp Pro Gly Cys Val Ser Lys Thr Phe Pro Asp Tyr Phe Asp
        420                 425                 430

Val Tyr Ala Gly Leu Leu Ala Ala Arg Asp
    435                 440
```

<210> SEQ ID NO 65
<211> LENGTH: 427
<212> TYPE: PRT
<213> ORGANISM: Salmonella typhimurium

<400> SEQUENCE: 65

```
Met Glu Ser Leu Thr Leu Gln Pro Ile Ala Arg Val Asp Gly Ala Ile
1               5                   10                  15

Asn Leu Pro Gly Ser Lys Ser Val Ser Asn Arg Ala Leu Leu Leu Ala
        20                  25                  30

Ala Leu Ala Cys Gly Lys Thr Val Leu Thr Asn Leu Leu Asp Ser Asp
    35                  40                  45

Asp Val Arg His Met Leu Asn Ala Leu Ser Ala Leu Gly Ile Asn Tyr
    50                  55                  60

Thr Leu Ser Ala Asp Arg Thr Arg Cys Asp Ile Thr Gly Asn Gly Gly
65                  70                  75                  80

Pro Leu Arg Ala Ser Gly Thr Leu Glu Leu Phe Leu Gly Asn Ala Gly
            85                  90                  95

Thr Ala Met Arg Pro Leu Ala Ala Ala Leu Cys Leu Gly Gln Asn Glu
        100                 105                 110

Ile Val Leu Thr Gly Glu Pro Arg Met Lys Glu Arg Pro Ile Gly His
    115                 120                 125

Leu Val Asp Ser Leu Arg Gln Gly Gly Ala Asn Ile Asp Tyr Leu Glu
    130                 135                 140

Gln Glu Asn Tyr Pro Pro Leu Arg Leu Arg Gly Gly Phe Ile Gly Gly
145                 150                 155                 160
```

US RE39,247 E

141                                                                                                              142

-continued

```
Asp Ile Glu Val Asp Gly Ser Val Ser Ser Gln Phe Leu Thr Ala Leu
            165                 170                 175

Leu Met Thr Ala Pro Leu Ala Pro Glu Asp Thr Ile Ile Arg Val Lys
            180                 185                 190

Gly Glu Leu Val Ser Lys Pro Tyr Ile Asp Arg Ile Thr Leu Asn Leu Met
        195                 200                 205

Lys Thr Phe Gly Val Glu Ile Ala Asn His His Tyr Gln Gln Phe Val
    210                 215                 220

Val Lys Gly Gly Gln Gln Tyr His Ser Pro Gly Arg Tyr Leu Val Glu
225                 230                 235                 240

Gly Asp Ala Ser Ser Ala Ser Tyr Phe Leu Ala Ala Gly Gly Ile Lys
                245                 250                 255

Gly Gly Thr Val Lys Val Thr Gly Ile Gly Gly Lys Ser Met Gln Gly
            260                 265                 270

Asp Ile Arg Phe Ala Asp Val Leu His Lys Met Gly Ala Thr Ile Thr
        275                 280                 285

Trp Gly Asp Asp Phe Ile Ala Cys Thr Arg Gly Glu Leu His Ala Ile
    290                 295                 300

Asp Met Asp Met Asn His Ile Pro Asp Ala Ala Met Thr Ile Ala Thr
305                 310                 315                 320

Thr Ala Leu Phe Ala Lys Gly Thr Thr Thr Leu Arg Asn Ile Tyr Asn
                325                 330                 335

Trp Arg Val Lys Glu Thr Asp Arg Leu Phe Ala Met Ala Thr Glu Leu
            340                 345                 350

Arg Lys Val Gly Ala Glu Val Glu Glu Gly His Asp Tyr Ile Arg Ile
        355                 360                 365

Thr Pro Pro Ala Lys Leu Gln His Ala Asp Ile Gly Thr Tyr Asn Asp
    370                 375                 380

His Arg Met Ala Met Cys Phe Ser Leu Val Ala Leu Ser Asp Thr Pro
385                 390                 395                 400

Val Thr Ile Leu Asp Pro Lys Cys Thr Ala Lys Thr Phe Pro Asp Tyr
                405                 410                 415

Phe Glu Gln Leu Ala Arg Met Ser Thr Pro Ala
            420                 425
```

```
<210> SEQ ID NO 66
<211> LENGTH: 1894
<212> TYPE: DNA
<213> ORGANISM: Synechocystis sp.
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (275)..(1618)

<400> SEQUENCE: 66

acgggctgta acggtagtag gggtcccgag cacaaaagcg gtgccggcaa gcagaactaa        60

tttccatggg gaataatggt atttcattgg tttggcctct ggtctggcaa tggttgctag       120

gcgatcgcct gttgaaatta acaaactgtc gcccttccac tgaccatggt aacgatgttt       180

tttacttcct tgactaaccg aggaaaattt ggcgggggggc agaaatgcca atacaattta       240

gcttggtctt ccctgcccct aatttgtccc ctcc atg ccc ttg ctt tcc ctc aac      295
                                   Met Ala Leu Leu Ser Leu Asn
                                    1               5

aat cat caa tcc cat caa cgc tta act gtt aat ccc cct gcc caa ggg        343
Asn His Gln Ser His Gln Arg Leu Thr Val Asn Pro Pro Ala Gln Gly
        10                  15                  20
```

**143**                                                                **144**

-continued

```
gtc gct ttg act ggc cgc cta agg gtg ccg ggg gat aaa tcc att tcc      391
Val Ala Leu Thr Gly Arg Leu Arg Val Pro Gly Asp Lys Ser Ile Ser
    25                  30                  35

cat cgg gcc ttg atg ttg ggg gcg atc gcc acc ggg gaa acc att atc      439
His Arg Ala Leu Met Leu Gly Ala Ile Ala Thr Gly Glu Thr Ile Ile
40                  45                  50                  55

gaa ggg cta ctg ttg ggg gaa gat ccc cgt agt acg gcc cat tgc ttt      487
Glu Gly Leu Leu Leu Gly Glu Asp Pro Arg Ser Thr Ala His Cys Phe
                    60                  65                  70

cgg gcc atg gga gca gaa atc agc gaa cta aat tca gaa aaa atc atc      535
Arg Ala Met Gly Ala Glu Ile Ser Glu Leu Asn Ser Glu Lys Ile Ile
                75                  80                  85

gtt cag ggt cgg ggt ctg gga cag ttg cag gaa ccc agt acc gtt ttg      583
Val Gln Gly Arg Gly Leu Gly Gln Leu Gln Glu Pro Ser Thr Val Leu
            90                  95                  100

gat gcg ggg aac tct ggc acc acc atg cgc tta atg ttg ggc ttg cta      631
Asp Ala Gly Asn Ser Gly Thr Thr Met Arg Leu Met Leu Gly Leu Leu
        105                 110                 115

gcc ggg caa aaa gat tgt tta ttc acc gtc acc ggc gat gat tcc ctc      679
Ala Gly Gln Lys Asp Cys Leu Phe Thr Val Thr Gly Asp Asp Ser Leu
120                 125                 130                 135

cgt cac cgc ccc atg tcc cgg gta att caa ccc ttg caa caa atg ggg      727
Arg His Arg Pro Met Ser Arg Val Ile Gln Pro Leu Gln Gln Met Gly
                    140                 145                 150

gca aaa att tgg gcc cgg agt aac ggc aag ttt gca ccg ctg gca gtc      775
Ala Lys Ile Trp Ala Arg Ser Asn Gly Lys Phe Ala Pro Leu Ala Val
                155                 160                 165

cag ggt agc caa tta aaa ccg atc cat tac cat tcc ccc att gct tca      823
Gln Gly Ser Gln Leu Lys Pro Ile His Tyr His Ser Pro Ile Ala Ser
            170                 175                 180

gcc cag gta aag tcc tgc ctg ttg cta gcg ggg tta acc acc gag ggg      871
Ala Gln Val Lys Ser Cys Leu Leu Leu Ala Gly Leu Thr Thr Glu Gly
        185                 190                 195

gac acc acg gtt aca gaa cca gct cta tcc cgg gat cat gac gaa cgc      919
Asp Thr Thr Val Thr Glu Pro Ala Leu Ser Arg Asp His Ser Glu Arg
200                 205                 210                 215

atg ttg cag gcc ttt gga gcc aaa tta acc att gat cca gta acc cat      967
Met Leu Gln Ala Phe Gly Ala Lys Leu Thr Ile Asp Pro Val Thr His
                220                 225                 230

agc gtc act gtc cat ggc ccg gcc cat tta acg ggg caa cgg gtg gtg      1015
Ser Val Thr Val His Gly Pro Ala His Leu Thr Gly Gln Arg Val Val
            235                 240                 245

gtg cca ggg gac atc agc agc gcg gcc ttt tgg tta gtg gcg gca tcg      1063
Val Pro Gly Asp Ile Ser Ser Ala Ala Phe Trp Leu Val Ala Ala Ser
        250                 255                 260

att ttg cct gga tca gaa ttg ttg gtg gaa aat gta ggc att aac ccc      1111
Ile Leu Pro Gly Ser Glu Leu Leu Val Glu Asn Val Gly Ile Asn Pro
265                 270                 275

acc agg aca ggg gtg ttg gaa gtg ttg gcc cag atg ggg gcg gac att      1159
Thr Arg Thr Gly Val Leu Glu Val Leu Ala Gln Met Gly Ala Asp Ile
280                 285                 290                 295

acc ccg gag aat gaa cga ttg gta acg ggg gaa ccg gta gca gat ctg      1207
Thr Pro Glu Asn Glu Arg Leu Val Thr Gly Glu Pro Val Ala Asp Leu
                300                 305                 310

cgg gtt agg gca agc cat ctc cag ggt tgc acc ttc ggc ggc gaa att      1255
Arg Val Arg Ala Ser His Leu Gln Gly Cys Thr Phe Gly Gly Glu Ile
            315                 320                 325

att ccc cga ctg att gat gaa att ccc att ttg gca gtg gcg gca gcc      1303
Ile Pro Arg Leu Ile Asp Glu Ile Pro Ile Leu Ala Val Ala Ala Ala
        330                 335                 340
```

-continued

```
ttt gca gag ggc act acc cgc att gaa gat gcc gca gaa ctg agg gtt    1351
Phe Ala Glu Gly Thr Thr Arg Ile Glu Asp Ala Ala Glu Leu Arg Val
    345                 350                 355

aaa gaa agc gat cgc ctg gcg gcc att gct tcg gag ttg ggc aaa atg    1399
Lys Glu Ser Asp Arg Leu Ala Ala Ile Ala Ser Glu Leu Gly Lys Met
360                 365                 370                 375

ggg gcc aaa gtc acc gaa ttt gat gat ggc ctg gaa att caa ggg gga    1447
Gly Ala Lys Val Thr Glu Phe Asp Asp Gly Leu Glu Ile Gln Gly Gly
                380                 385                 390

agc ccg tta caa ggg gcc gag gtg gat agc ttg acg gat cat cgc att    1495
Ser Pro Leu Gln Gly Ala Glu Val Asp Ser Leu Thr Asp His Arg Ile
            395                 400                 405

gcc atg gcg ttg gcg atc gcc gct tta ggt agt ggg ggg caa aca att    1543
Ala Met Ala Leu Ala Ile Ala Ala Leu Gly Ser Gly Gly Gln Thr Ile
        410                 415                 420

att aac cgg gcg gaa gcg gcc gcc att tcc tat cca gaa ttt ttt ggc    1591
Ile Asn Arg Ala Glu Ala Ala Ala Ile Ser Tyr Pro Glu Phe Phe Gly
    425                 430                 435

acg cta ggg caa gtt gcc caa gga taa agttagaaaa actcctgggc          1638
Thr Leu Gly Gln Val Ala Gln Gly
440                 445

ggtttgtaaa tgttttacca aggtagtttg gggtaaaggc cccagcaagt gctgccaggg  1698

taatttatcc gcaattgacc aatcggcatg gaccgtatcg ttcaaactgg gtaattctcc  1758

ctttaattcc ttaaaagctc gcttaaaact gcccaacgta tctccgtaat ggcgagtgag  1818

tagaagtaat ggggccaaac ggcgatcgcc acgggaaatt aaagcctgca tcactgacca  1878

cttataactt tcggga                                                  1894
```

<210> SEQ ID NO 67
<211> LENGTH: 447
<212> TYPE: PRT
<213> ORGANISM: Synechocystis sp.

<400> SEQUENCE: 67

```
Met Ala Leu Leu Ser Leu Asn Asn His Gln Ser His Gln Arg Leu Thr
1               5                   10                  15

Val Asn Pro Pro Ala Gln Gly Val Ala Leu Thr Gly Arg Leu Arg Val
            20                  25                  30

Pro Gly Asp Lys Ser Ile Ser Arg Ala Leu Met Leu Gly Ala Ile
        35                  40                  45

Ala Thr Gly Glu Thr Ile Ile Glu Gly Leu Leu Leu Gly Glu Asp Pro
    50                  55                  60

Arg Ser Thr Ala His Cys Phe Arg Ala Met Gly Ala Glu Ile Ser Glu
65                  70                  75                  80

Leu Asn Ser Glu Lys Ile Ile Val Gln Gly Arg Gly Leu Gly Gln Leu
                85                  90                  95

Gln Glu Pro Ser Thr Val Leu Asp Ala Gly Asn Ser Gly Thr Thr Met
            100                 105                 110

Arg Leu Met Leu Gly Leu Leu Ala Gly Gln Lys Asp Cys Leu Phe Thr
        115                 120                 125

Val Thr Gly Asp Asp Ser Leu Arg His Arg Pro Met Ser Arg Val Ile
    130                 135                 140

Gln Pro Leu Gln Gln Met Gly Ala Lys Ile Trp Ala Arg Ser Asn Gly
145                 150                 155                 160

Lys Phe Ala Pro Leu Ala Val Gln Gly Ser Gln Leu Lys Pro Ile His
                165                 170                 175
```

US RE39,247 E

147                                148

-continued

```
Tyr His Ser Pro Ile Ala Ser Ala Gln Val Lys Ser Cys Leu Leu Leu
            180                 185                 190

Ala Gly Leu Thr Thr Glu Gly Asp Thr Thr Val Thr Glu Pro Ala Leu
            195                 200                 205

Ser Arg Asp His Ser Glu Arg Met Leu Gln Ala Phe Gly Ala Lys Leu
    210                 215                 220

Thr Ile Asp Pro Val Thr His Ser Val Thr Val His Gly Pro Ala His
225                 230                 235                 240

Leu Thr Gly Gln Arg Val Val Val Pro Gly Asp Ile Ser Ser Ala Ala
                245                 250                 255

Phe Trp Leu Val Ala Ala Ser Ile Leu Pro Gly Ser Glu Leu Leu Val
            260                 265                 270

Glu Asn Val Gly Ile Asn Pro Thr Arg Thr Gly Val Leu Glu Val Leu
            275                 280                 285

Ala Gln Met Gly Ala Asp Ile Thr Pro Glu Asn Glu Arg Leu Val Thr
    290                 295                 300

Gly Glu Pro Val Ala Asp Leu Arg Val Arg Ala Ser His Leu Gln Gly
305                 310                 315                 320

Cys Thr Phe Gly Gly Glu Ile Ile Pro Arg Leu Ile Asp Glu Ile Pro
                325                 330                 335

Ile Leu Ala Val Ala Ala Ala Phe Ala Glu Gly Thr Thr Arg Ile Glu
            340                 345                 350

Asp Ala Ala Glu Leu Arg Val Lys Glu Ser Asp Arg Leu Ala Ala Ile
    355                 360                 365

Ala Ser Glu Leu Gly Lys Met Gly Ala Lys Val Thr Glu Phe Asp Asp
    370                 375                 380

Gly Leu Glu Ile Gln Gly Gly Ser Pro Leu Gln Gly Ala Glu Val Asp
385                 390                 395                 400

Ser Leu Thr Asp His Arg Ile Ala Met Ala Leu Ala Ile Ala Ala Leu
                405                 410                 415

Gly Ser Gly Gly Gln Thr Ile Ile Asn Arg Ala Glu Ala Ala Ala Ile
            420                 425                 430

Ser Tyr Pro Glu Phe Phe Gly Thr Leu Gly Gln Val Ala Gln Gly
    435                 440                 445
```

```
<210> SEQ ID NO 68
<211> LENGTH: 1479
<212> TYPE: DNA
<213> ORGANISM: Dichelobacter nodosus
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (107)..(1438)

<400> SEQUENCE: 68

tttaaaaaca atgagttaaa aaattatttt tctggcacac gcgctttttt tgcattttt      60

ctcccatttt tccggcacaa taacgttggt tttataaaag gaaatg atg atg acg     115
                                              Met Met Thr
                                               1

aat ata tgg cac acc gcg ccc gtc tct gcg ctt tcc ggc gaa ata acg   163
Asn Ile Trp His Thr Ala Pro Val Ser Ala Leu Ser Gly Glu Ile Thr
 5                   10                  15

ata tgc ggc gat aaa tca atg tcg cat cgc gcc tta tta tta gca gcg   211
Ile Cys Gly Asp Lys Ser Met Ser His Arg Ala Leu Leu Leu Ala Ala
20                  25                  30                  35

tta gca gaa gga caa acg gaa atc cgc ggc ttt tta gcg tgc gcg gat   259
Leu Ala Glu Gly Gln Thr Glu Ile Arg Gly Phe Leu Ala Cys Ala Asp
```

-continued

```
                   40                    45                    50


tgt ttg gcg acg cgg caa gca ttg cgc gca tta ggc gtt gat att caa    307
Cys Leu Ala Thr Arg Gln Ala Leu Arg Ala Leu Gly Val Asp Ile Gln
           55                    60                    65


aga gaa aaa gaa ata gtg acg att cgc ggt gtg gga ttt ctg ggt ttg    355
Arg Glu Lys Glu Ile Val Thr Ile Arg Gly Val Gly Phe Leu Gly Leu
       70                    75                    80


cag ccg ccg aaa gca ccg tta aat atg caa aac agt ggc act agc atg    403
Gln Pro Pro Lys Ala Pro Leu Asn Met Gln Asn Ser Gly Thr Ser Met
       85                    90                    95


cgt tta ttg gca gga att ttg gca gcg cag cgc ttt gag agc gtg tta    451
Arg Leu Leu Ala Gly Ile Leu Ala Ala Gln Arg Phe Glu Ser Val Leu
100                   105                   110                   115


tgc ggc gat gaa tca tta gaa aaa cgt ccg atg cag cgc att att acg    499
Cys Gly Asp Glu Ser Leu Glu Lys Arg Pro Met Gln Arg Ile Ile Thr
                 120                   125                   130


ccg ctt gtg caa atg ggg gca aaa att gtc agt cac agc aat ttt acg    547
Pro Leu Val Gln Met Gly Ala Lys Ile Val Ser His Ser Asn Phe Thr
           135                   140                   145


gcg ccg tta cat att tca gga cgc ccg ctg acc ggc att gat tac gcg    595
Ala Pro Leu His Ile Ser Gly Arg Pro Leu Thr Gly Ile Asp Tyr Ala
       150                   155                   160


tta ccg ctt ccc agc gcg caa tta aaa agt tgc ctt att ttg gca gga    643
Leu Pro Leu Pro Ser Ala Gln Leu Lys Ser Cys Leu Ile Leu Ala Gly
       165                   170                   175


tta ttg gct gac ggt acc acg cgg ctg cat act tgc ggc atc agt cgc    691
Leu Leu Ala Asp Gly Thr Thr Arg Leu His Thr Cys Gly Ile Ser Arg
180                   185                   190                   195


gac cac acg gaa cgc atg ttg ccg ctt ttt ggt ggc gca ctt gag atc    739
Asp His Thr Glu Arg Met Leu Pro Leu Phe Gly Gly Ala Leu Glu Ile
                 200                   205                   210


aag aaa gag caa ata atc gtc acc ggt gga caa aaa ttg cac ggt tgc    787
Lys Lys Glu Gln Ile Ile Val Thr Gly Gly Gln Lys Leu His Gly Cys
           215                   220                   225


gtg ctt gat att gtc ggc gat ttg tcg gcg gcg gcg ttt ttt atg gtt    835
Val Leu Asp Ile Val Gly Asp Leu Ser Ala Ala Ala Phe Phe Met Val
       230                   235                   240


gcg gct ttg att gcg ccg cgc gcg gaa gtc gtt att cgt aat gtc ggc    883
Ala Ala Leu Ile Ala Pro Arg Ala Glu Val Val Ile Arg Asn Val Gly
       245                   250                   255


att aat ccg acg cgg gcg gca atc att act ttg ttg caa aaa atg ggc    931
Ile Asn Pro Thr Arg Ala Ala Ile Ile Thr Leu Leu Gln Lys Met Gly
260                   265                   270                   275


gga cgg att gaa ttg cat cat cag cgc ttt tgg ggc gcc gaa ccg gtg    979
Gly Arg Ile Glu Leu His His Gln Arg Phe Trp Gly Ala Glu Pro Val
                 280                   285                   290


gca gat att gtt gtt tat cat tca aaa ttg cgc ggc att acg gtg gcg   1027
Ala Asp Ile Val Val Tyr His Ser Lys Leu Arg Gly Ile Thr Val Ala
           295                   300                   305


ccg gaa tgg att gcc aac gcg att gat gaa ttg ccg att ttt ttt att   1075
Pro Glu Trp Ile Ala Asn Ala Ile Asp Glu Leu Pro Ile Phe Phe Ile
       310                   315                   320


gcg gca gct tgc gcg gaa ggg acg act ttt gtg ggc aat ttg tca gaa   1123
Ala Ala Ala Cys Ala Glu Gly Thr Thr Phe Val Gly Asn Leu Ser Glu
       325                   330                   335


ttg cgt gtg aaa gaa tcg gat cgt tta gcg gcg atg gcg caa aat tta   1171
Leu Arg Val Lys Glu Ser Asp Arg Leu Ala Ala Met Ala Gln Asn Leu
340                   345                   350                   355


caa act ttg ggc gtg gcg tgc gac gtt ggc gcc gat ttt att cat ata   1219
```

```
                                                              -continued

Gln Thr Leu Gly Val Ala Cys Asp Val Gly Ala Asp Phe Ile His Ile
                360                 365                 370

tat gga aga agc gat cgg caa ttt tta ccg gcg cgg gtg aac agt ttt        1267
Tyr Gly Arg Ser Asp Arg Gln Phe Leu Pro Ala Arg Val Asn Ser Phe
                375                 380                 385

ggc gat cat cgg att gcg atg agt ttg gcg gtg gca ggt gtg cgc gcg        1315
Gly Asp His Arg Ile Ala Met Ser Leu Ala Val Ala Gly Val Arg Ala
            390                 395                 400

gca ggt gaa tta ttg att gat gac ggc gcg gtg gcg gcg gcg gtt tct atg    1363
Ala Gly Glu Leu Leu Ile Asp Asp Gly Ala Val Ala Ala Val Ser Met
        405                 410                 415

ccg caa ttt cgc gat ttt gcc gcc gca att ggt atg aat gta gga gaa        1411
Pro Gln Phe Arg Asp Phe Ala Ala Ala Ile Gly Met Asn Val Gly Glu
    420                 425                 430                 435

aaa gat gcg aaa aat tgt cac gat tga tggtcctagc ggtgttggaa             1458
Lys Asp Ala Lys Asn Cys His Asp
Lys Asp Ala Lys Asn Cys His Asp
                440

aaggcacggt ggcgcaagct t                                                1479


<210> SEQ ID NO 69
<211> LENGTH: 443
<212> TYPE: PRT
<213> ORGANISM: Dichelobacter nodosus

<400> SEQUENCE: 69

Met Met Thr Asn Ile Trp His Thr Ala Pro Val Ser Ala Leu Ser Gly
1                 5                  10                 15

Glu Ile Thr Ile Cys Gly Asp Lys Ser Met Ser His Arg Ala Leu Leu
            20                  25                 30

Leu Ala Ala Leu Ala Glu Gly Gln Thr Glu Ile Arg Gly Phe Leu Ala
        35                  40                 45

Cys Ala Asp Cys Leu Ala Thr Arg Gln Ala Leu Arg Ala Leu Gly Val
    50                  55                 60

Asp Ile Gln Arg Glu Lys Glu Ile Val Thr Ile Arg Gly Val Gly Phe
65                  70                  75                 80

Leu Gly Leu Gln Pro Pro Lys Ala Pro Leu Asn Met Gln Asn Ser Gly
                85                  90                 95

Thr Ser Met Arg Leu Leu Ala Gly Ile Leu Leu Ala Ala Gln Arg Phe Glu
            100                 105                 110

Ser Val Leu Cys Gly Asp Glu Ser Leu Glu Lys Arg Pro Met Gln Arg
        115                 120                 125

Ile Ile Thr Pro Leu Val Gln Met Gly Ala Lys Ile Val Ser His Ser
    130                 135                 140

Asn Phe Thr Ala Pro Leu His Ile Ser Gly Arg Pro Leu Thr Gly Ile
145                 150                 155                 160

Asp Tyr Ala Leu Pro Leu Pro Ser Ala Gln Leu Lys Ser Cys Leu Ile
                165                 170                 175

Leu Ala Gly Leu Leu Ala Asp Gly Thr Thr Arg Leu His Thr Cys Gly
            180                 185                 190

Ile Ser Arg Asp His Thr Glu Arg Met Leu Pro Leu Phe Gly Gly Ala
        195                 200                 205

Leu Glu Ile Lys Lys Glu Gln Ile Ile Val Thr Gly Gly Gln Lys Leu
    210                 215                 220

His Gly Cys Val Leu Asp Ile Val Gly Asp Leu Ser Ala Ala Ala Phe
225                 230                 235                 240

Phe Met Val Ala Ala Leu Ile Ala Pro Arg Ala Glu Val Val Ile Arg
```

US RE39,247 E

153                                                                                    154

-continued

```
                     245                    250                    255

Asn Val Gly Ile Asn Pro Thr Arg Ala Ala Ile Ile Thr Leu Gln
                260                    265                    270

Lys Met Gly Gly Arg Ile Glu Leu His His Gln Arg Phe Trp Gly Ala
        275                    280                    285

Glu Pro Val Ala Asp Ile Val Val Tyr His Ser Lys Leu Arg Gly Ile
    290                    295                    300

Thr Val Ala Pro Glu Trp Ile Ala Asn Ala Ile Asp Glu Leu Pro Ile
305                    310                    315                    320

Phe Phe Ile Ala Ala Ala Cys Ala Glu Gly Thr Thr Phe Val Gly Asn
                325                    330                    335

Leu Ser Glu Leu Arg Val Lys Glu Ser Asp Arg Leu Ala Ala Met Ala
            340                    345                    350

Gln Asn Leu Gln Thr Leu Gly Val Ala Cys Asp Val Gly Ala Asp Phe
        355                    360                    365

Ile His Ile Tyr Gly Arg Ser Asp Arg Gln Phe Leu Pro Ala Arg Val
    370                    375                    380

Asn Ser Phe Gly Asp His Arg Ile Ala Met Ser Leu Ala Val Ala Gly
385                    390                    395                    400

Val Arg Ala Ala Gly Glu Leu Leu Ile Asp Asp Gly Ala Val Ala Ala
            405                    410                    415

Val Ser Met Pro Gln Phe Arg Asp Phe Ala Ala Ala Ile Gly Met Asn
            420                    425                    430

Val Gly Glu Lys Asp Ala Lys Asn Cys His Asp
        435                    440
```

<210> SEQ ID NO 70
<211> LENGTH: 455
<212> TYPE: PRT
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic

<400> SEQUENCE: 70

```
Met Leu His Gly Ala Ser Ser Arg Pro Ala Thr Ala Arg Lys Ser Ser
1                   5                    10                    15

Gly Leu Ser Gly Thr Val Arg Ile Pro Gly Asp Lys Ser Ile Ser His
            20                    25                    30

Arg Ser Phe Met Phe Gly Gly Leu Ala Ser Gly Glu Thr Arg Ile Thr
        35                    40                    45

Gly Leu Leu Glu Gly Glu Asp Val Ile Asn Thr Gly Lys Ala Met Gln
    50                    55                    60

Ala Met Gly Ala Arg Ile Arg Lys Glu Gly Asp Thr Trp Ile Ile Asp
65                    70                    75                    80

Gly Val Gly Asn Gly Gly Leu Leu Ala Pro Glu Ala Pro Leu Asp Phe
            85                    90                    95

Gly Asn Ala Ala Thr Gly Cys Arg Leu Thr Met Gly Leu Val Gly Val
            100                    105                    110

Tyr Asp Phe Asp Ser Thr Phe Ile Gly Asp Ala Ser Leu Thr Lys Arg
        115                    120                    125

Pro Met Gly Arg Val Leu Asn Pro Leu Arg Glu Met Gly Val Gln Val
    130                    135                    140

Lys Ser Glu Asp Gly Asp Arg Leu Pro Val Thr Leu Arg Gly Pro Lys
145                    150                    155                    160

Thr Pro Thr Pro Ile Thr Tyr Arg Val Pro Met Ala Ser Ala Gln Val
```

```
                                                         -continued

                165                    170                    175

Lys Ser Ala Val Leu Leu Ala Gly Leu Asn Thr Pro Gly Ile Thr Thr
            180                    185                    190

Val Ile Glu Pro Ile Met Thr Arg Asp His Thr Glu Lys Met Leu Gln
        195                    200                    205

Gly Phe Gly Ala Asn Leu Thr Val Glu Thr Asp Ala Asp Gly Val Arg
    210                    215                    220

Thr Ile Arg Leu Glu Gly Arg Gly Lys Leu Thr Gly Gln Val Ile Asp
225                    230                    235                    240

Val Pro Gly Asp Pro Ser Ser Thr Ala Phe Pro Leu Val Ala Ala Leu
                245                    250                    255

Leu Val Pro Gly Ser Asp Val Thr Ile Leu Asn Val Leu Met Asn Pro
            260                    265                    270

Thr Arg Thr Gly Leu Ile Leu Thr Leu Gln Glu Met Gly Ala Asp Ile
        275                    280                    285

Glu Val Ile Asn Pro Arg Leu Ala Gly Gly Glu Asp Val Ala Asp Leu
    290                    295                    300

Arg Val Arg Ser Ser Thr Leu Lys Gly Val Thr Val Pro Glu Asp Arg
305                    310                    315                    320

Ala Pro Ser Met Ile Asp Glu Tyr Pro Ile Leu Ala Val Ala Ala Ala
                325                    330                    335

Phe Ala Glu Gly Ala Thr Val Met Asn Gly Leu Glu Glu Leu Arg Val
            340                    345                    350

Lys Glu Ser Asp Arg Leu Ser Ala Val Ala Asn Gly Leu Lys Leu Asn
        355                    360                    365

Gly Val Asp Cys Asp Glu Gly Glu Thr Ser Leu Val Val Arg Gly Arg
    370                    375                    380

Pro Asp Gly Lys Gly Leu Gly Asn Ala Ser Gly Ala Ala Val Ala Thr
385                    390                    395                    400

His Leu Asp His Arg Ile Ala Met Ser Phe Leu Val Met Gly Leu Val
                405                    410                    415

Ser Glu Asn Pro Val Thr Val Asp Asp Ala Thr Met Ile Ala Thr Ser
            420                    425                    430

Phe Pro Glu Phe Met Asp Leu Met Ala Gly Leu Gly Ala Lys Ile Glu
        435                    440                    445

Leu Ser Asp Thr Lys Ala Ala
    450                    455
```

We claim:

1. An isolated DNA molecule which encodes an EPSPS enzyme having the sequence of SEQ ID NO:3.

2. [A] *The* DNA molecule of claim 1 having the sequence of SEQ ID NO:2.

3. [A] *The* DNA molecule of claim 1 having the sequence of SEQ ID NO:9.

4. A recombinant, double-stranded DNA molecule comprising in sequence:

a) a promoter which functions in plant cells to cause the production of an RNA sequence;

b) a structural DNA sequence that causes the production of an RNA sequence which encodes a EPSPS enzyme having the sequence domains:

-R-$X_1$-H-$X_2$-E-(SEQ ID NO:37), in which
  $X_1$ is G, S, T, C, Y, N, Q, D or E;
  $X_2$ is S or T; and

-G-D-K-$X_3$-(SEQ ID NO:38), in which
  $X_3$ is S or T; and
-S-A-Q-$X_4$-K-(SEQ ID NO:39), in which
  $X_4$ is A, R, N, D, C, Q, E, G, H, I, L, K, M, F, P, S, T, W, Y or V; and
-N-$X_5$-T-R-(SEQ ID NO:40), in which
  $X_5$ is A, R, N, D, C, Q, E, G, H, I, L, K, M, F, P, S, T, W, Y or V;
  *provided that when $X_1$ is D, $X_2$ is T, $X_3$ is S, and $X_4$ is V, then $X_5$ is A, R, N, D, C, Q, E, G, H, I, L, K, M, F, S, T, W, Y, or V;* and

c) a 3' non-translated region which functions in plant cells to cause the addition of a stretch of polyadenyl nucleotides to the 3' end of the RNA sequence;

where the promoter is heterologous with respect to the structural DNA sequence and adapted to cause sufficient expression of the encoded EPSPS enzyme to enhance the glyphosate tolerance of a plant cell transformed with the DNA molecule.

US RE39,247 E

**157**

**5.** [A] *The* DNA molecule of claim **4** in which the structural DNA sequence encodes a fusion polypeptide comprising an amino-terminal chloroplast transit peptide and the EPSPS enzyme.

**6.** [A] *The* DNA molecule of claim 4 in which $X_1$ is D or N; $X_2$ is S or T; $X_3$ is S or T; $X_4$ is V, I or L; and $X_5$ is P or Q, *provided that when $X_1$ is D, $X_2$ is T, $X_3$ is S, and $X_4$ is V, then $X_5$ is Q.*

[7. A DNA molecule of claim 6 in which the structural DNA sequence encodes an EPSPS enzyme selected from the group consisting of SEQ ID NO:2, SEQ ID NO:4, SEQ ID NO:6, SEQ ID NO:41 and SEQ ID NO:43.]

**8.** [A] *The* DNA molecule of claim **5** in which $X_1$ is D or N; $X_2$ is S or T; $X_3$ is S or T; $X_4$ is V, I or L; and $X_5$ is P or Q, *provided that when $X_1$ is D, $X_2$ is T, $X_3$ is S, and $X_4$ is V, then $X_5$ is Q.*

[9. A DNA molecule of claim 8 in which the structural DNA sequence encodes an EPSPS enzyme selected from the group consisting of SEQ ID NO:2, SEQ ID NO:4, SEQ ID NO:6, SEQ ID NO:41 and SEQ ID NO:43.]

**10.** [A] *The* DNA molecule of claim [8] *137* in which the EPSPS [sequence is] *enzyme has the sequence set forth in* SEQ ID NO:3.

**11.** [A] *The* DNA molecule of claim [10] *4* in which the promoter is a plant DNA virus promoter.

**12.** [A] *The* DNA molecule of claim **11** in which the promoter is selected from the group consisting of CaMV35S and FMV35S promoters.

**13.** [A] *The* DNA molecule of claim [10] *5* in which the structural DNA sequence encodes a chloroplast transit peptide selected from the group consisting of SEQ ID NO:11 and SEQ ID NO:15.

**14.** [A] *The* DNA molecule of claim **13** in which the 3' non-translated region is selected from the group consisting of the NOS 3' and the E9 3' non-translated regions.

**15.** A method of producing genetically transformed plants which are tolerant toward glyphosate herbicide, comprising the steps of:

a) inserting into the genome of a plant cell a recombinant, double-stranded DNA molecule comprising:

i) a promoter which functions in plant cells to cause the production of an RNA sequence,

ii) a structural DNA sequence that causes the production of an RNA sequence which encodes an EPSPS enzyme having the sequence domains:

-R-$X_1$-H-$X_2$-E-(SEQ ID NO:37), in which

$X_1$ is G, S, T, C, Y, N, Q, D or E;

$X_2$ is S or T; and

-G-D-K-$X_3$-(SEQ ID NO:38), in which

$X_3$ is S or T; and

-S-A-Q-$X_4$-K-(SEQ ID NO:39), in which

$X_4$ is A, R, N, D, C, Q, E, G, H, I, L, K, M, F, P, S, T, W, Y or V; and

-N-$X_5$-T-R-(SEQ ID NO:40), in which

$X_5$ is A, R, N, D, C, Q, E, G, H, I, L, K, M, F, P, S, T, W, Y or V, *provided that when $X_1$ is D, $X_2$ is T, $X_3$ is S, and $X_4$ is V, then $X_5$ is A, R, N, D, C, Q, E, G, H, I, L, K, M, F, S, T, W, Y or V*; and

iii) a 3' non-translated DNA sequence which functions in plant cells to cause the addition of a stretch of polyadenyl nucleotides to the 3' end of the RNA sequence;

where the promoter is heterologous with respect to the structural DNA sequence and adapted to cause sufficient expression of the polypeptide to enhance the glyphosate tolerance of a plant cell transformed with the DNA molecule;

**158**

b) obtaining a transformed plant cell; and

c) regenerating from the transformed plant cell a genetically transformed plant which has increased tolerance to glyphosate herbicide.

**16.** [A] *The* method of claim **15** in which $X_1$ is D or N; $X_2$ is S or T; $X_3$ is S or T; $X_4$ is V, I or L; and $X_5$ is P or Q, *provided that when $X_1$ is D, $X_2$ is T, $X_3$ is S, and $X_4$ is V, then $X_5$ is Q.*

[17. A method of claim 16 in which the structural DNA sequence encodes an EPSPS enzyme selected from the group consisting of SEQ ID NO:2, SEQ ID NO:4, SEQ ID NO:6, SEQ ID NO:41 and SEQ ID NO:43.]

**18.** [A] *The* method of claim **15** in which the structural DNA sequence encodes a fusion polypeptide comprising an amino-terminal chloroplast transit peptide and the EPSPS enzyme.

**19.** [A] *The* method of claim **18** in which $X_1$ is D or N; $X_2$ is S or T; $X_3$ is S or T; $X_4$ is V, I or L; and $X_5$ is P or Q, *provided that when $X_1$ is D, $X_2$ is T, $X_3$ is S, and $X_4$ is V, then $X_5$ is Q.*

[20. A method of claim 19 in which the structural DNA sequence encodes an EPSPS enzyme selected from the group consisting of SEQ ID NO:2, SEQ ID NO:4, SEQ ID NO:6, SEQ ID NO:42 and SEQ ID NO:44.]

**21.** [A] *The* method of claim [19] *143* in which the EPSPS enzyme is that set forth in SEQ ID NO:3.

**22.** [A] *The* method of claim [21] *15* in which the promoter is from a plant DNA virus.

**23.** [A] *The* method of claim **22** in which the promoter is selected from the group consisting of CaMV35S and FMV35S promoters.

**24.** A glyphosate-tolerant plant cell comprising [a] *the* DNA molecule of [claims] *claim 4, 5 or 8*[or 10].

**25.** [A] *The* glyphosate-tolerant plant cell of claim **24** in which the promoter is a plant DNA virus promoter.

**26.** [A] *The* glyphosate-tolerant plant cell of claim **25** in which the promoter is selected from the group consisting of CaMV35S and FMV35S promoters.

**27.** [A] *The* glyphosate-tolerant plant cell of claim **24** selected from the group consisting of corn, wheat, rice, barley, soybean, cotton, sugarbeet, oilseed rape, canola, flax, sunflower, potato, tobacco, tomato, alfalfa, poplar, pine, [eukalyptus] *eucalyptus*, apple, lettuce, peas, lentils, grape and turf grasses.

**28.** A glyphosate-tolerant plant comprising *the* plant [cells] *cell* of claim **27**.

**29.** [A] *The* glyphosate-tolerant plant of claim **28** in which the promoter is from a DNA plant virus promoter.

**30.** [A] *The* glyphosate-tolerant plant of claim **29** in which the promoter is selected from the group consisting of CaMV35S and FMV35S promoters.

**31.** [A] *The* glyphosate-tolerant plant of claim **30** selected from the group consisting of corn, wheat, rice, barley, soybean, cotton, sugarbeet, oilseed rape, canola, flax, sunflower, potato, tobacco, tomato, alfalfa, poplar, pine, [eukalyptus] *eucalyptus*, apple, lettuce, peas, lentils, grape and turf grasses.

**32.** A method for selectively controlling weeds in a field containing a crop having plant crop seeds or plants comprising the steps of:

a) planting the crop seeds or plants which are glyphosate-tolerant as a result of a recombinant double-stranded DNA molecule being inserted into the crop seed or plant, the DNA molecule having:

i) a promoter which functions in plant cells to cause the production of an RNA sequence,

ii) a structural DNA sequence that causes the production of an RNA sequence which encodes an EPSPS enzyme having the sequence domains:

**159**

-R-X₁-H-X₂-E-(SEQ ID NO:37), in which

X₁ is G, S, T, C, Y, N, Q, D or E;

X₂ is S or T; and

-G-D-K-X₃-(SEQ ID NO:38), in which

X₃ is S or T; and

-S-A-Q-X₄-K-(SEQ ID NO:39), in which

X₄ is A, R, N, D, C, Q, E, G, H, I, I , K, M, F, P, S, T, W, Y or V; and

-N-X₅-T-R-(SEQ ID NO:40), in which

X₅ is A, R, N, D, C, Q, E, G, H, I, I , K, M, F, P, S, T, W, Y or V, *provided that when X₁ is D, X₂ is T, X₃ is S, and X₄ is V, then X₅ is A, R, N, D, C, Q, E, G, H, I, L, K, M, F, S, T, W, Y or V*; and

iii) a 3' non-translated DNA sequence which functions in plant cells to cause the addition of a stretch of polyadenyl nucleotides to the 3' end of the RNA sequence

where the promoter is heterologous with respect to the structural DNA sequence and adapted to cause sufficient expression of the EPSPS enzyme to enhance the glyphosate tolerance of the crop plant transformed with the DNA molecule; and

b) applying to the crop and weeds in the field a sufficient amount of glyphosate herbicide to control the weeds without significantly affecting the crop.

**33.** [A] *The* method of claim **32** in which X₁ is D or N; X₂ is S or T; X₃ is S or T; X₄ is V, I or L; and X₅ is P or Q, *provided that when X₁ is D, X₂ is T, X₃ is S, and X₄ is V, then X₅ is Q.*

[**34.** A method of claim **33** in which the structural DNA sequence encodes an EPSPS enzyme selected from the group consisting of SEQ ID NO:2, SEQ ID NO:4, SEQ ID NO:6, SEQ ID NO:42 and SEQ ID NO:44.]

**35.** [A] *The* method of claim **32** in which the structural DNA sequence encodes a fusion polypeptide comprising an amino-terminal chloroplast transit peptide and the EPSPS enzyme.

**36.** [A] *The* method of claim **35** in which X₁ is D or N; X₂ is S or T; X₃ is S or T; X₄ is V, I or L; and X₅ is P or Q, *provided that when X₁ is D, X₂ is T, X₃ is S, and X₄ is V, then X₅ is Q.*

[**37.** A method of claim **36** in which the structural DNA sequence encodes an EPSPS enzyme selected from the group consisting of SEQ ID NO:2, SEQ ID NO:4, SEQ ID NO:6, SEQ ID NO:41 and SEQ ID NO:43.]

**38.** [A] *The* method of claim [**36**] *155* in which the DNA molecule encodes an EPSPS enzyme as set forth in SEQ ID NO:3.

**39.** [A] *The* method of claim [**38**] *32* in which the DNA molecule further comprises a promoter selected from the group consisting of the CAMV35S and FMV35S promoters.

**40.** [A] *The* method of claim **39** in which the crop plant is selected from the group consisting of corn, wheat, rice, barley, soybean, cotton, sugarbeet, oilseed rape, canola, flax, sunflower, potato, tobacco, tomato, alfalfa, poplar, pine, [eukalyptus] *eucalyptus*, apple, lettuce, peas, lentils, grape and turf grasses.

**41.** [A] *The* DNA molecule of claim **5** in which the structural DNA sequence encodes a chloroplast transit peptide selected from the group consisting of SEQ ID NO:11, SEQ ID NO:13, SEQ ID NO:15 and SEQ ID NO:17.

**42.** [A] *The* DNA molecule of claim **41** in which the chloroplast transit peptide is encoded by a DNA sequence selected from the group consisting of SEQ ID NO:10, SEQ ID NO:12, SEQ ID NO:14 and SEQ ID NO:16.

**43.** [A] *The* DNA molecule of claim **5** in which the structural DNA sequence encodes a chloroplast transit pep-

**160**

tide selected from the group consisting of SEQ ID NO:11 and SEQ ID NO:15.

**44.** [A] *The* DNA molecule of claim **43** in which the chloroplast transit peptide is encoded by a DNA sequence selected from the group consisting of SEQ ID NO:10 and SEQ ID NO:14.

**45.** [A] *The* DNA molecule of claim **41** in which the promoter is selected from the group consisting of CaMV 35S and FMV 35S promoters.

**46.** [A] *The* DNA molecule of claim **42** in which the promoter is selected from the group consisting of CaMV 35S and FMV 35S promoters.

**47.** [A] *The* DNA molecule of claim **43** in which the promoter is selected from the group consisting of CaMV 35S and FMV 35S promoters.

**48.** [A] *The* DNA molecule of claim **44** in which the promoter is selected from the group consisting of CaMV 35S and FMV 35S promoters.

**49.** [A] *The* DNA molecule of claim **45** in which the 3' non-translated region is selected from the group consisting of the NOS 3' and the E9 3' non-translated regions.

**50.** [A] *The* DNA molecule of claim **46** in which the 3' non-translated region is selected from the group consisting of the NOS 3' and the E9 3' non-translated regions.

**51.** [A] *The* DNA molecule of claim **47** in which the 3' non-translated region is selected from the group consisting of the NOS 3' and the E9 3' non-translated regions.

**52.** [A] *The* DNA molecule of claim **48** in which the 3' non-translated region is selected from the group consisting of the NOS 3' and the E9 3' non-translated regions.

[**53.** A DNA molecule of claim **49** in which the structural DNA sequence encodes an EPSPS enzyme selected from the group consisting of SEQ ID NO:3, SEQ ID NO:5, SEQ ID NO:7, SEQ ID NO:42 and SEQ ID NO:44.]

[**54.** A DNA molecule of claim **50** in which the structural DNA sequence encodes an EPSPS enzyme selected from the group consisting of SEQ ID NO:3, SEQ ID NO:5, SEQ ID NO:7, SEQ ID NO:42 and SEQ ID NO:44.]

[**55.** A DNA molecule of claim **51** in which the structural DNA sequence encodes an EPSPS enzyme selected from the group consisting of SEQ ID NO:3, SEQ ID NO:5, SEQ ID NO:7, SEQ ID NO:42 and SEQ ID NO:44.]

[**56.** A DNA molecule of claim **52** in which the structural DNA sequence encodes an EPSPS enzyme selected from the group consisting of SEQ ID NO:3, SEQ ID NO:5, SEQ ID NO:7, SEQ ID NO:42 and SEQ ID NO:44.]

**57.** [A] *The* DNA molecule of claim [**53**] *137* in which the structural DNA sequence contains an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:2, SEQ ID NO:4, *and* SEQ ID NO:6[, SEQ ID NO:41 and SEQ ID NO:43].

**58.** [A] *The* DNA molecule of claim [**54**] *137* in which the structural DNA sequence contains an EPSPS encoding sequence [selected from the group consisting of SEQ ID NO:2, SEQ ID NO:4, SEQ ID NO:6, SEQ ID NO:41 and SEQ ID NO:43] *as set forth in SEQ ID NO:9.*

[**59.** A DNA molecule of claim **55** in which the structural DNA sequence contains an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:2, SEQ ID NO:4, SEQ ID NO:6, SEQ ID NO:41 and SEQ ID NO:43.]

[**60.** A DNA molecule of claim **56** in which the structural DNA sequence contains an EPSPS coding sequence selected from the group consisting of SEQ ID NO:2, SEQ ID NO:4, SEQ ID NO:6, SEQ ID NO:41 and SEQ ID NO:43.]

[**61.** A DNA molecule of claim **49** in which the structural DNA sequence encodes an EPSPS enzyme having the sequence of SEQ ID NO:3.]

161

[62. A DNA molecule of claim 50 in which the structural DNA sequence encodes an EPSPS enzyme having the sequence of SEQ ID NO:3.]

[63. A DNA molecule of claim 51 in which the structural DNA sequence encodes an EPSPS enzyme having the sequence of SEQ ID NO:3.]

[64. A DNA molecule of claim 52 in which the structural DNA sequence encodes an EPSPS enzyme having the sequence of SEQ ID NO:3.]

[65. A DNA molecule of claim 61 in which the structural DNA sequence contains an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:2 and SEQ ID NO:9.]

[66. A DNA molecule of claim 62 in which the structural DNA sequence contains an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:2 and SEQ ID NO:9.]

[67. A DNA molecule of claim 63 in which the structural DNA sequence contains an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:2 and SEQ ID NO:9.]

[68. A DNA molecule of claim 64 in which the structural DNA sequence contains an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:2 and SEQ ID NO:9.]

69. [A] *The* glyphosate-tolerant plant cell of claim [25] *149* in which:

(a) the promoter is selected from the group consisting of CaMV 35S and FMV 35S promoters;

(b) the structural DNA sequence encodes:

(i) a chloroplast transit peptide selected from the group consisting of SEQ ID NO:11, SEQ ID NO:13, SEQ ID NO:15 and SEQ ID NO:17; and

(ii) an EPSPS enzyme selected from the group consisting of SEQ ID NO:3, SEQ ID NO:5, *and* SEQ ID NO:7[, SEQ ID NO:42 and SEQ ID NO:44]; and

(c) the 3' non-translated region is selected from the group consisting of the NOS 3' and the E9 3' non-translated regions.

70. [A] *The* glyphosate-tolerant plant cell of claim 69 in which the structural DNA sequence comprises:

(a) a chloroplast transit peptide encoding DNA sequence selected from the group consisting of SEQ ID NO:10, SEQ ID NO:12, SEQ ID NO:14 and SEQ ID NO:16; and

(b) an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:2, SEQ ID NO:4, *and* SEQ ID NO:6[, SEQ ID NO:41 and SEQ ID NO:43].

71. [A] *The* glyphosate-tolerant plant cell of claim 69 in which the structural DNA sequence comprises:

(a) a chloroplast transist peptide encoding DNA sequence selected from the group consisting of SEQ ID NO:10 and SEQ ID NO:14; and

(b) a DNA sequence encoding an EPSPS enzyme having the sequence of SEQ ID NO:3.

72. [A] *The* glyphosate-tolerant plant cell of claim 71 in which the structural DNA sequence comprises an EPSPS encoding sequence [selected from the group consisting of SEQ ID NO:2 and] *as set forth in* SEQ ID NO:9.

73. [A] *The* glyphosate-tolerant plant cell of claim 71 selected from the group consisting of corn, wheat, rice, barley, soybean, cotton, sugarbeet, oilseed rape, canola, flax, sunflower, potato, tobacco, tomato, alfalfa, poplar, pine, [eukalyptus] *eucalyptus*, apple, lettuce, peas, lentils, grape and turf grasses.

74. A glyphosate-tolerant plant comprising [a] *the* DNA molecule of [claims 5, 8 or 10] *claim 131* in which:

162

(a) the promoter is selected from the group consisting of CaMV 35S and FMV 35S promoters;

(b) the structural DNA sequence encodes[:];

(i) a chloroplast transit peptide selected from the group consisting of SEQ ID NO:11, SEQ ID NO:13, SEQ ID NO:15 and SEQ ID NO:17; and

(ii) an EPSPS enzyme selected from the group consisting of SEQ ID NO:3, SEQ ID NO:5, *and* SEQ ID NO:7[, SEQ ID NO:42 and SEQ ID NO:44]; and

(c) the 3' non-translated region is selected from the group consisting of the NOS 3' and the E9 3' non-translated regions.

75. [A] *The* glyphosate-tolerant plant of claim 74 in which the structural DNA sequence comprises:

(a) a chloroplast transit peptide encoding DNA sequence selected from the group consisting of SEQ ID NO:10, SEQ ID NO:12, SEQ ID NO:14 and SEQ ID NO:16; and

(b) an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:2, SEQ ID NO:4, *and* SEQ ID NO:6[, SEQ ID NO:41 and SEQ ID NO:43].

76. [A] *The* glyphosate-tolerant plant of claim 75 in which the structural DNA sequence comprises:

(a) a chloroplast transit peptide encoding DNA sequence selected from the group consisting of SEQ ID NO:10 and SEQ ID NO:14; and

(b) a DNA sequence encoding an EPSPS enzyme having the sequence of SEQ ID NO:3.

77. [A] *The* glyphosate-tolerant plant of claim [76] *74* in which the structural DNA sequence comprises an EPSPS encoding sequence [selected from the group consisting of SEQ ID NO:2 and] *as set forth in* SEQ ID NO:9.

78. [A] *The* glyphosate-tolerant plant of claim [77] *74* selected from the group consisting of corn, wheat, rice, barley, soybean, cotton, sugarbeet, oilseed rape, canola, flax, sunflower, potato, tobacco, tomato, alfalfa, poplar, pine, [eukalyptus] *eucalyptus*, apple, lettuce, peas, lentils, grape and turf grasses.

79. A seed of [a] *the* glyphosate-tolerant plant of claim 28, *wherein the seed comprises the recombinant DNA molecule.*

80. A seed of [a] *the* glyphosate-tolerant plant of claim 31, *wherein the seed comprises the recombinant DNA molecule.*

81. A seed of [a] *the* glyphosate-tolerant plant of claim 75, *wherein the seed comprises the recombinant DNA molecule.*

82. A seed of [a] *the* glyphosate-tolerant plant of claim 76, *wherein the seed comprises the recombinant DNA molecule.*

83. A seed of [a] *the* glyphosate-tolerant plant of claim 77, *wherein the seed comprises the recombinant DNA molecule.*

84. A seed of [a] *the* glyphosate-tolerant plant of claim [78] *129, wherein the seed comprises the recombinant DNA molecule.*

85. A seed of [a] *the* glyphosate-tolerant plant of claim [79] *144, wherein the seed comprises the recombinant DNA molecule.*

[86. A transgenic soybean plant which contains a heterologous gene which encodes an EPSPS enzyme having a $K_m$ for phosphoenolpyruvate (PEP) between 1 and 150 µM and a $K_i$(glyphosate)/$K_m$(PEP) ratio between about 2 and 500, said plant exhibiting tolerance to N-phosphonomethylglycine herbicide at a rate of 1 lb/acre without significant yield reduction due to herbicide application.]

[87. Seed of a soybean plant of claim 86.]

88. *The DNA molecule of claim 6 in which the structural DNA sequence contains an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:41 and SEQ ID NO:43.*

**163**

89. The DNA molecule of claim 8 in which the structural DNA sequence contains an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:41 and SEQ ID NO:43.

90. The method of claim 16 in which the structural DNA sequence contains an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:41 and SEQ ID NO: 43.

91. The method of claim 19 in which the structural DNA sequence encodes an EPSPS enzyme having a sequence selected from the group consisting of SEQ ID NO:42 and SEQ ID NO:44.

92. The method of claim 33 in which the structural DNA sequence encodes an EPSPS enzyme having a sequence selected from the group consisting of SEQ ID NO:42 and SEQ ID NO:44.

93. The method of claim 36 in which the structural DNA sequence contains an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:41 and SEQ ID NO:43.

94. The DNA molecule of claim 49 in which the structural DNA sequence encodes an EPSPS enzyme having a sequence selected from the group consisting of SEQ ID NO: 42 and SEQ ID NO: 44.

95. The DNA molecule of claim 50 in which the structural DNA sequence encodes an EPSPS enzyme having a sequence selected from the group consisting of SEQ ID NO: 42 and SEQ ID NO: 44.

96. The DNA molecule of claim 51 in which the structural DNA sequence encodes an EPSPS enzyme having a sequence selected from the group consisting of SEQ ID NO: 42 and SEQ ID NO: 44.

97. The DNA molecule of claim 52 in which the structural DNA sequence encodes an EPSPS enzyme having a sequence selected from the group consisting of SEQ ID NO: 42 and SEQ ID NO: 44.

98. The glyphosate-tolerant plant cell of claim 25 in which:

a) the promoter is selected from the group consisting of CaMV 35S and FMV 35S promoters;

b) the structural DNA sequence encodes:
   i) a chloroplast transit peptide selected from the group consisting of SEQ ID NO:11, SEQ ID NO:13, SEQ ID NO:15 and SEQ ID NO:17; and
   ii) an EPSPS enzyme selected from the group consisting of SEQ ID NO:42 and SEQ ID NO:44; and

c) the 3' non-translated region is selected from the group consisting of the NOS 3' and the E9 3' non-translated regions.

99. The glyphosate-tolerant plant cell of claim 26 in which the structural DNA sequence comprises:

a) a chloroplast transit peptide encoding DNA sequence selected from the group consisting of SEQ ID NO:10, SEQ ID NO:12, SEQ ID NO:14 and SEQ ID NO:16; and

b) an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:41 and SEQ ID NO:43.

100. The glyphosate-tolerant plant comprising the DNA molecule of claim 4, 5 or 8 in which:

a) the promoter is selected from the group consisting of CaMV 35S and FMV 35S promoters;

b) the structural DNA sequence encodes:
   i) a chloroplast transit peptide selected from the group consisting of SEQ ID NO:11, SEQ ID NO:13, SEQ ID NO:15 and SEQ ID NO:17; and
   ii) an EPSPS enzyme selected from the group consisting of SEQ ID NO:42 and SEQ ID NO:44; and

**164**

c) the 3' non-translated region is selected from the group consisting of the NOS 3' and the E9 3' non-translated regions.

101. The glyphosate-tolerant plant of claim 28 in which the structural DNA sequence comprises:

a) a chloroplast transit peptide encoding DNA sequence selected from the group consisting of SEQ ID NO:10, SEQ ID NO:12, SEQ ID NO:14 and SEQ ID NO:16; and

b) an EPSPS encoding sequence selected from the group consisting of SEQ ID NO:41 and SEQ ID NO:43.

102. An isolated DNA molecule that encodes a 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS) enzyme having the sequence of SEQ ID NO:70.

103. A recombinant, double-stranded DNA molecule comprising in sequence:

a) a promoter which functions in plant cells to cause the production of an RNA sequence;

b) a structural DNA sequence that causes the production of an RNA sequence which encodes an EPSPS enzyme having the sequence of SEQ ID NO:70; and

c) a 3' non-translated region that functions in plant cells to cause the addition of a stretch of polyadenyl nucleotides to the 3' end of the RNA sequence;

where the promoter is heterologous with respect to the structural DNA sequence and adapted to cause sufficient expression of the encoded EPSPS enzyme to enhance the glyphosate tolerance of a plant cell transformed with the DNA molecule.

104. The DNA molecule of claim 103, wherein the structural DNA sequence further causes the production of an RNA sequence that encodes an amino-terminal chloroplast transit peptide that is fused to the EPSPS enzyme.

105. The DNA molecule of claim 104, wherein the chloroplast transit peptide has the sequence of SEQ ID NO:11 or SEQ ID NO:15.

106. The DNA molecule of claim 103, wherein the promoter is a plant DNA virus promoter.

107. The DNA molecule of claim 106, wherein the promoter is a CaMV35S promoter or an FMV35S promoter.

108. The DNA molecule of claim 103, wherein the 3' non-translated region is a NOS 3' or an E9 3' non-translated region.

109. A method of producing a genetically transformed plant which is tolerant toward glyphosate herbicide, comprising the steps of:

a) inserting into the genome of a plant cell a recombinant double-stranded DNA molecule comprising:
   i) a promoter that functions in plant cells to cause the production of an RNS sequence;
   ii) a structural DNA sequence that causes the production of an RNA sequence which encodes an EPSPS enzyme having the sequence of SEQ ID NO: 70; and
   iii) a 3' non-translated DNA sequence that functions in plant cells to cause the addition of a stretch of polyadenyl nucleotides to the 3' end of the RNS sequence;

   wherein the promoter is heterologous with respect to the structural DNA sequence and adapted to cause sufficient expression of the polypeptide to enhance the glyphosate tolerance of a plant cell transformed with the DNA molecule;

b) obtaining a transformed plant cell; and

c) regenerating from the transformed plant cell a genetically transformed plant which has increased tolerance to glyphosate herbicide.

165

110. The method of claim 109, wherein the structural DNA further causes the production of an RNA sequence that encodes an amino-terminal chloroplast transit peptide that is fused to the EPSPS enzyme.

111. The method of claim 110, wherein the chloroplast transit peptide has the sequence of SEQ ID NO:11 or SEQ ID NO:15.

112. The method of claim 109, in which the promoter is a plant DNA virus promoter.

113. The method of claim 112, in which the promoter is a CaMV35S promoter or an FMV35S promoter.

114. The method of claim 109, wherein the 3' non-translated DNA sequence is a NOS 3' or an E9 3' non-translated sequence.

115. A glyphosate-tolerant plant cell comprising a DNA sequence encoding an EPSPS enzyme having the sequence of SEQ ID NO: 70.

116. A glyphosate-tolerant plant comprising a DNA sequence encoding an EPSPS enzyme having the sequence of SEQ ID NO: 70.

117. The plant of claim 116, wherein the plant is corn, wheat, rice, barley, soybean, cotton, sugarbeet, oilseed rape, canola, flax, sunflower, potato, tobacco, tomato, alfalfa, poplar, pine, eucalyptus, apple, lettuce, peas, lentils, grape or turf grasses.

118. The plant of claim 117, wherein the plant is corn.

119. The plant of claim 117, wherein the plant is soybean.

120. The plant of claim 117, wherein the plant is canola.

121. The plant of claim 117, wherein the plant is cotton.

122. A seed of the plant of claim 116, wherein the seed comprises the DNA sequence encoding an EPSPS enzyme having the sequence of SEQ ID NO: 70.

123. The seed of claim 122, wherein the seed is corn, wheat, rice, barley, soybean, cotton, sugarbeet, oilseed rape, canola, flax, sunflower, potato, tobacco, tomato, alfalfa, poplar, pine, eucalyptus, apple, lettuce, peas, lentils, grape or turf grass seed.

124. The seed of claim 123, wherein the seed is corn seed.

125. The seed of claim 123, wherein the seed is soybean seed.

126. The seed of claim 123, wherein the seed is canola seed.

127. The seed of claim 123, wherein the seed is cotton seed.

128. A glyphosate tolerant plant cell comprising the recombinant DNA molecule of claim 103.

129. A plant comprising the glyphosate tolerant plant cell of claim 128.

130. A method for selectively controlling weeds in a field containing a crop having planted crop seeds or plants comprising the steps of:

a) planting the crop seeds or plants which are glyphosate-tolerant as a result of a recombinant double-stranded DNA molecule being inserted into the crop seed or plant, the DNA molecule having:

i) a promoter which functions in plant cells to cause the production of an RNA sequence,

ii) a structural DNA sequence that causes the production of an RNA sequence which encodes an EPSPS enzyme having the sequence of SEQ ID NO:70; and

iii) a 3' non-translated DNA sequence which functions in plant cells to cause the addition of a stretch of polyadenyl nucleotides to the 3' end of the RNA sequence,

where the promoter is heterologous with respect to the structural DNA sequence and adapted to cause sufficient expression of the EPSPS enzyme to enhance the

166

glyphosate tolerance of the crop plant transformed with the DNA molecule; and

b) applying to the crop and weeds in the field a sufficient amount of glyphosate herbicide to control the weeds without significantly affecting the crop.

131. A recombinant, double-stranded DNA molecule comprising in sequence:

a) a promoter which functions in plant cells to cause the production of an RNA sequence;

b) a structural DNA sequence that causes the production of an RNA sequence which encodes an EPSPS enzyme having the sequence of SEQ ID NO:3, SEQ ID NO:5 or SEQ ID NO: 7;

c) a 3' non-translated region which functions in plant cells to cause the addition of a stretch of polyadenyl nucleotides to the 3' end of the RNA sequence;

where the promoter is heterologous with respect to the structural DNA sequence and adapted to cause sufficient expression of the encoded EPSPS enzyme to enhance the glyphosate tolerance of a plant cell transformed with the DNA molecule.

132. The DNA molecule of claim 131 in which the structural DNA sequence encodes a fusion polypeptide comprising an amino-terminal chloroplast transit peptide and the EPSPS enzyme.

133. The DNA molecule of claim 131 in which the promoter is a plant DNA virus promoter.

134. The DNA molecule of claim 133 in which the promoter is selected from the group consisting of CaMV35S and FMV35S promoters.

135. The DNA molecule of claim 132 in which the structural DNA sequence encodes a chloroplast transit peptide selected from the group consisting of SEQ ID NO: 11 and SEQ ID NO: 15.

136. The DNA molecule of claim 131 in which the 3' non-translated region is selected from the group consisting of the NOS 3' and the E9 3' non-translated regions.

137. A method of producing genetically transformed plants which are tolerant toward glyphosate herbicide, comprising the steps of:

a) inserting into the genome of a plant cell a recombinant, double-stranded DNA molecule comprising:

i) a promoter which functions in plant cells to cause the production of an RNA sequence,

ii) a structural DNA sequence that causes the production of an RNA sequence which encodes an EPSPS enzyme having the sequence of SEQ ID NO:3, SEQ ID NO:5 or SEQ ID NO:7; and

iii) a 3' non-translated DNA sequence which functions in plant cells to cause the addition of a stretch of polyadenyl nucleotides to the 3' end of the RNA sequence;

where the promoter is heterologous with respect to the structural DNA sequence and adapted to cause sufficient expression of the polypeptide to enhance the glyphosate tolerance of a plant cell transformed with the DNA molecule;

b) obtaining a transformed plant cell; and

c) regenerating from the transformed plant cell a genetically transformed plant which has increased tolerance to glyphosate herbicide.

138. The method of claim 137 in which the structural DNA sequence encodes a fusion polypeptide comprising an amino-terminal chloroplast transit peptide and the EPSPS enzyme.

139. The method of claim 130, wherein the chloroplast transit peptide has the sequence of SEQ ID NO: 11 or SEQ ID NO: 15.

**167**

140. The method of claim 137 in which the promoter is a plant DNA virus.

141. The method of claim 140 in which the promoter is a CaMV35S promoter or a FMV35S promoter.

142. The method of claim 137, wherein the 3' non-translated DNA sequence is a NOS 3' or an e9 3' non-translated sequence.

143. A glyphosate-tolerant plant cell comprising the DNA molecule of claim 131.

144. A plant comprising the glyphosate-tolerant plant cell of claim 143.

145. A glyphosate-tolerant plant cell comprising an EPSPS enzyme having the sequence of SEQ ID NO:3, SEQ ID NO:5 or SEQ ID NO:7.

146. A glyphosate-tolerant plant comprising an EPSPS enzyme having the sequence of SEQ ID NO: 3, SEQ ID NO: 5 or SEQ ID NO: 7.

147. The glyphosate-tolerant plant cell of claim 143 or 145 selected from the group consisting of corn, wheat, rice, barley, soybean, cotton, sugarbeet, oilseed rape, canola, flax, sunflower, potato, tobacco, tomato, alfalfa, poplar, pine, eucalyptus, apple, lettuce, peas, lentils, grape, and turf grasses.

148. The glyphosate-tolerant plant of claim 144 or 146 selected from the group consisting of corn, wheat, rice, barley, soybean, cotton, sugarbeet, oilseed rape, canola, flax, sunflower, potato, tobacco, tomato, alfalfa, poplar, pine, eucalyptus, apple, lettuce, peas, lentils, grapes, and turf grasses.

**168**

149. A method for selectively controlling weeds in a field containing a crop having planted crop seeds or plants comprising the steps of:

a) planting the crop seeds or plants which are glyphosate-tolerant as a result of a recombinant double-stranded DNA molecule being inserted into the crop seed or plant, the DNA molecule having:

  i) a promoter which functions in plant cells to cause the production of an RNA sequence,

  ii) a structural DNA sequence that causes the production of an RNA sequence which encodes an EPSPS enzyme having the sequence of SEQ ID NO:3, SEQ ID NO:5, or SEQ ID NO:7; and

  iii) a 3' non-translated DNA sequence which functions in plant cells to cause the addition of a stretch of polyadenyl nucleotides to the 3' end of the RNA sequence,

wherein the promoter is heterologous with respect to the structural DNA sequence and adapted to cause sufficient expression of the EPSPS enzyme to enhance the glyphosate tolerance of the crop plant transformed with the DNA molecule; and

b) applying to the crop and weeds in the field a sufficient amount of glyphosate herbicide to control the weeds without significantly affecting the crop.

\* \* \* \* \*