UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | ) | Cause No. 2:07-CV-0283 RLY-WGH |
| VERNON HUGH BOWMAN, | )<br>)<br>) | |
| Defendant. | ) | |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to S. D. Ind. Local Rule 83.5(c), the undersigned counsel, Jeffrey A. Masson of Thompson Coburn LLP, respectfully moves the court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Monsanto Company and Monsanto Technology, LLC ("Monsanto") in the above-styled cause only. In support of this motion, the undersigned states:

1. The undersigned is admitted to practice in the following courts:

   Louisiana State Bar      2003
   Fifth Circuit Court of Appeals 2003
   Missouri State Bar      2007

2. The undersigned is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The undersigned has presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

4. The undersigned has also retained Peter Sacopulos of the law firm of Sacopulos, Johnson & Sacopulos to serve as counsel in this matter.

WHEREFORE, the undersigned counsel respectfully requests this court enter an order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

THOMPSON COBURN LLP


By  s/ Peter J. Sacopulos, #14403-84
    SACOPULOS JOHNSON & SACOPULOS
    676 Ohio Street
    Terre Haute, Indiana 47807
    Telephone: (812) 238-2565
    Facsimile: (812) 238-1945
    e-mail: pete_sacopulos@sacopulos.com

**Certificate of Service**

I hereby certify that a copy of the foregoing Motion to Appear Pro Hac Vice has been served on the following parties by mailing them to the following addresses, postage pre-paid:

Vernon H. Bowman
12676 Bowman Road
Sandborn, IN 47578

  *Defendant*

    _s/ Peter J. Sacopulos_