UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MONSANTO COMPANY AND )
MONSANTO TECHNOLOGY, LLC, )
)
Plaintiffs, )
)
v. ) Case No. 2:07-CV-00283-RLY-WGH
)
VERNON HUGH BOWMAN, )
)
Defendant. )

MOTION FOR EXTENSION OF TIME TO HARVEST CROPS

Now Comes Defendant, Vernon Hugh Bowman, to ask the Court to stop the clock on any legal proceedings so that he can devote full time with his harvest. Defendant is behind on his machinery maintenance because of having to defend himself and harvest is here. Defendant thinks his harvest will be over by Nov 15, 2008. Defendant asks the court to give him the extension of time it feels is reasonable.

Respectfully submitted,

Vernon H. Bowman
Defendant

21488 E. State Road 58
Sandborn, Indiana 47578
Sept 4, 2008
812-694-7129

## CERTIFICATE OF SERVICE

I hereby certify that on _Aug 5, 05_ a copy of the foregoing counter-claim was mailed, postage prepaid, to Peter J. Sacopulos of SACOPULOS JOHNSON & SACOPULOS at 676 Ohio Street, Terre Haute, Indiana 47807 plus a copy to THOMPSON COBURN LLP Attorneys Raymond L. Massey, Daniel C. Cox, David B. Jinkins at One US Bank Plaza, Suite 2600, St. Louis, MO 63101

*Vernon H. Bowman*
Vernon H. Bowman
Defendant Pro Se