UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MONSANTO COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | 2:07-cv-283-RLY-WGH |
| | ) | |
| VERNON HUGH BOWMAN | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY

Plaintiffs filed a motion for summary judgment on September 30, 2008. This motion does not comply with the notice requirements of Local Rule 56.1(h). Accordingly, the plaintiffs shall have **through October 15, 2008**, to remedy this deficiency and the defendant shall have **through November 17, 2008**, in which to file a response to the motion for summary judgment.

**IT IS SO ORDERED.**

Date: 10/09/2008

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Daniel C. Cox
THOMPSON COBURN, LLP
dcox@thompsoncoburn.com

David B. Jinkins
THOMPSON COBURN, LLP
djinkins@thompsoncoburn.com

Raymond L. Massey
THOMPSON COBURN LLP
rmassey@thompsoncoburn.com

Jeffrey A. Masson
THOMPSON COBURN LLP
St. Louis, MO 63101-1611

Peter J. Sacopulos
SACOPULOS JOHNSON & SACOPULOS
pete_sacopulos@sacopulos.com

VERNON HUGH BOWMAN
21488 East State Road 58
Sandborn, IN 47578