UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:07-cv-0283-RLY-WGH |
| | ) | |
| VERNON HUGH BOWMAN, | ) | |
|     Defendant. | ) | |

## FINAL JUDGMENT

Comes now the court, having this day granted Plaintiff's Motion for Summary Judgment, and enters final judgment in its favor, and against the Defendant herein, Vernon Hugh Bowman. Judgment shall be entered in favor of Monsanto and against Vernon Hugh Bowman in the amount of $30,873.80, plus costs and interest from the date of this judgment.

**SO ORDERED** this 30th day of September 2009.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Electronic Copies to:

Daniel C. Cox
THOMPSON COBURN, LLP
dcox@thompsoncoburn.com

David B. Jinkins
THOMPSON COBURN, LLP
djinkins@thompsoncoburn.com

Raymond L. Massey
THOMPSON COBURN LLP
rmassey@thompsoncoburn.com

Jeffrey A. Masson
THOMPSON COBURN LLP
St. Louis, MO 63101-1611

Peter J. Sacopulos
SACOPULOS JOHNSON & SACOPULOS
pete_sacopulos@sacopulos.com

Copy to:

VERNON HUGH BOWMAN
21488 East State Road 58
Sandborn, IN 47578